Registered Mail #RF775826289US — Dated: June 2, 2025



1  Kevin: Realworldfare *(formerly Kevin: Walker)*
2  C/o 30650 Rancho California Road # 406-251
   Temecula, California
3  **non-domestic without** the United States
   Email: team@walkernovagroup.com
4

5  *Plaintiff, Real Party In Interest, Secured Party,*
   *Injured Party*
6

7           **UNITED STATES DISTRICT COURT**
8          **CENTRAL DISTRICT OF CALIFORNIA**



9   Kevin: Realworldfare,                    Case No.
                           *Plaintiff,*
10                                           **VERIFIED COMPLAINT FOR**
       *vs.*                                 **DAMAGES, EQUITABLE RELIEF, AND**
11                                           **INJUNCTIVE RELIEF:**
    **Naji Doumit, MARINAJ PROPERTIES LLC,**
12  **Daniel Doumit, Mary Mare Doumit, John L.**     1. QUIET TITLE
    **Bailey, Therese Bailey, Barry Lee O'Connor,**   2. FRAUDULENT CONVEYANCE AND RECORDATION
13  **FOCUS ESTATES INC, THE BAILEY**                 3. SLANDER OF TITLE
    **LEGAL GROUP, BARRY LEE O'CONNOR**               4. RACKETEER INFLUENCED AND CORRUPT
14  **& ASSOCIATES, DOES 1-10,** inclusive,              ORGANIZATIONS ACT (RICO) VIOLATIONS
                           *Defendants.*              5. CIVIL RIGHTS VIOLATIONS — DEPRIVATION OF
15                                                       RIGHTS UNDER COLOR OF LAW
                                                     6. CONSPIRACY TO VIOLATE CIVIL RIGHTS
16                                                   7. OBSTRUCTION OF JUSTICE
                                                     8. MAIL AND WIRE FRAUD
17                                                   9. FORGERY AND FALSIFICATION OF PUBLIC
                                                        RECORDS
18                                                   10. FALSE CLAIMS AND USE OF FALSE PRETENSES IN
                                                         JUDICIAL PROCESS
19                                                   11. CIVIL CONSPIRACY AND AIDING AND ABETTING
                                                         LIABILITY
20                                                   12. FEDERAL TRADEMARK INFRINGEMENT,
                                                         DILUTION, AND COMMERCIAL IDENTITY
                                                         MISAPPROPRIATION
21                                                   13. EDERAL TRADEMARK INFRINGEMENT AND
                                                         DILUTION
22                                                   14. COMMERCIAL FRAUD AND CONSTRUCTIVE
                                                         FRAUD
23                                                   15. UNFAIR AND DECEPTIVE BUSINESS PRACTICES
                                                     16. DEPRIVATION OF PROPERTY WITHOUT DUE
                                                         PROCESS OF LAW
                                                     17. DECLARATORY AND INJUNCTIVE RELIEF
24

25

26  **COMES NOW,** Kevin: Realworldfare (hereinafter "Plaintiff," "Real Party in

27  Interest," and "Secured Party Creditor"), a living man, proceeding *sui juris, in*

28  *propria persona,* by **Special Limited Appearance** only, not generally, and expressly

VERIFIED COMPLAINT FOR DAMAGES, EQUITABLE RELIEF, AND INJUNCTIVE RELIEF

Registered Mail #RF775826289US — Dated: June 2, 2025

1   **not pro se** — reserving fully and unequivocally all inherent, unalienable, and
2   secured rights, defenses, remedies, immunities, and protections at law and in
3   equity, both known and unknown, now and forever, without waiver or diminution.
4   Plaintiff **invokes the equitable maxim** that *"Equity regards the beneficiary as the true*
5   *owner of the trust property,"* and seeks relief accordingly under this Court's **original**
6   **and plenary jurisdiction in equity**, as a matter of right — not of privilege — where
7   justice, fairness, and truth prevail over form.

8   Plaintiff **expressly reserves** all exemptions, secured positions, rights to discharge,
9   legal and equitable remedies, immunities, and defenses arising under the
10  **Constitution for the United States of America**, the **common law**, and the **Uniform**
11  **Commercial Code (UCC)**, and does not voluntarily enter into any adhesion
12  contract, nor accept or submit to any compelled benefits or liabilities under
13  corporate or statutory presumption.

14  Plaintiff further **invokes the maxim** that *"Equity will not suffer a wrong without a remedy,"*
15  and demands full and complete redress for all wrongs, protection of perfected legal and
16  equitable interests, and the enforcement of standing claims and lawful title. **All**
17  **presumptions of jurisdiction, adhesion, agency, or contractual consent are hereby**
18  **rebutted, denied, and conditionally declined**, absent verified proof of authority, standing,
19  and jurisdiction conferred by lawful contract, full disclosure, and mutual agreement

20              ## I. JURISDICTION AND VENUE

21      1.This Court has original subject matter jurisdiction under **28 U.S.C. § 1331**, as this
22  action presents a clear **federal question** arising under the **Constitution** and laws of the
23  United States. The claims involve systemic and ongoing **civil rights violations**, fraud,
24  conspiracy, and other deprivations under **color of law**, specifically including, but not
25  limited to:

26  •   **42 U.S.C. §§ 1983, 1985, and 1986** – for the deprivation of civil rights,
27      conspiracy to interfere with civil rights, and neglect to prevent such
28      violations;

VERIFIED COMPLAINT FOR DAMAGES, EQUITABLE RELIEF, AND INJUNCTIVE RELIEF

Registered Mail #RF775826289US — Dated: June 2, 2025

1  • **18 U.S.C. §§ 241 and 242** – for criminal conspiracy and deprivation of rights
2    under color of law;
3  • **18 U.S.C. § 1962 (RICO)** – for racketeering activity involving a pattern of
4    fraud, extortion, and obstruction;
5  • **18 U.S.C. §§ 1341 and 1343** – for mail and wire fraud in furtherance of a
6    fraudulent scheme;
7  • **15 U.S.C. § 1125** – for unfair competition and trademark-related violations
8    in commerce;
9  • As well as related **federal commercial and equitable claims**, arising from
10   violations of fiduciary duty, obstruction of due process, and denial of access
11   to remedy.
12   **2.This Court also has original jurisdiction under 28 U.S.C. § 1343**, which
13 expressly confers jurisdiction over actions to redress **deprivations of constitutional**
14 **rights under color of law,** and to secure equitable and legal relief for such
15 violations.
16   3.**Supplemental jurisdiction** is proper under **28 U.S.C. § 1367(a)** over all related
17 state law claims, which arise from the same common nucleus of operative fact and
18 form part of the same case or controversy under **Article III** of the United States
19 Constitution.
20   4.**Venue is proper** in this District pursuant to **28 U.S.C. § 1391(b)** because:
21   • A substantial part of the events, omissions, and transactions giving rise to
22     these claims occurred within the **Central District of California**, and
23   • The **subject real property** and parties affected are located within this
24     judicial district.
25   5.This matter further qualifies for federal intervention and jurisdiction under **28**
26 **U.S.C. § 1443(1)** due to **pervasive civil rights violations**, judicial obstruction, and
27 the refusal of state courts and agents to acknowledge verified commercial
28 instruments, secured filings, lawful rebuttals, and due process claims. Supporting

VERIFIED COMPLAINT FOR DAMAGES, EQUITABLE RELIEF, AND INJUNCTIVE RELIEF

Registered Mail #RF775826289US — Dated: June 2, 2025

1  authority includes **Georgia v. Rachel**, 384 U.S. 780 (1966), and **Greenwood v.**

2  **Peacock**, 384 U.S. 808 (1966), both of which establish that federal removal is proper

3  where civil rights cannot be enforced in state court.

4      6.Plaintiff additionally asserts that **a constitutional and jurisdictional**

5  **divergence** exists between the **private Plaintiff/Secured Party** and **public officers**

6  acting under **color of law**, invoking **Article III, Section 2, Clause 1** of the U.S.

7  Constitution, which authorizes judicial power over controversies "between a State

8  and Citizens of another State" and those who are foreign to the corporate

9  jurisdiction of federal territories or agencies.

10     7.All **presumptions of consent, joinder, statutory adhesion, or delegated**

11  **authority have been lawfully rebutted**, with notice perfected by affidavit,

12  commercial record, and prior filings. Accordingly, **this Court, as an Article III court**

13  **of competent jurisdiction, is the exclusive and proper forum** for adjudicating

14  Plaintiff's federal causes of action, enforcing secured interests, and granting full

15  equitable relief.

16     **8.No state court ruling, administrative process, or colorable proceeding shall**

17  **be deemed to waive or override these rights.**

18                  ## II. PROPERTY DESCRIPTION

19     9.The real property subject to this action, held as private trust property, is

20  located at:

21     **31990 Pasos Place, Temecula, California**

22     Assessor's Parcel No. (APN): **957-570-005**

23     Legal description: Lot 5 of Tract No. 23209, City of Temecula, Book 320, Pages

24     79 through 97, Official Records of Riverside County.

25                       ## III. PARTIES

26  **Plaintiff:**

27     10.Plaintiff, **Kevin: Realworldfare**, is a living, breathing man, proceeding **sui**

28  **juris, in propria persona**, and **not pro se**. He is a **State Citizen** and **non-citizen**

VERIFIED COMPLAINT FOR DAMAGES, EQUITABLE RELIEF, AND INJUNCTIVE RELIEF

1  **national** as defined at 8 U.S.C. § 1101(a)(21)–(22)(B), **domiciled upon the land**

2  within the **California Republic**, a free and independent state of the Union,

3  operating under its original **de jure constitutional authority of 1789.**

4       11. Plaintiff is **non-corporate, non-domestic**, and **not engaged in any privileged**

5  **activity regulated by the State** or any federal corporate franchise. He brings this

6  action with **full reservation of all rights**, expressly invoking the protections of **UCC**

7  **§ 1-308**, the **Constitution for the United States of America**, and applicable **state**

8  **and common law. No rights are waived. All rights are reserved.**

9       12. Plaintiff brings this action **exclusively in his proper capacity**, proceeding *sui*

10  *juris, in propria persona*, invoking secured **legal, equitable, and commercial rights**,

11  with full standing to assert and protect his **vested interest in the real property**

12  located at:

13       **31990 Pasos Place, Temecula, California 92592**

14       **APN: 957-570-005**

15       13. Said interest is duly established by **recorded chain of title and perfected**

16  **commercial claim**, supported by the following **duly recorded Grant Deeds** in the

17  Riverside County Recorder's Office:

18       • **Grant Deed Document #2022-0490841**, recorded on or about **December 5,**

19         **2022**

20       • **Grant Deed Document #2024-0291980**, recorded on or about **September 27,**

21         **2024**

22       14. Plaintiff has further **perfected his secured interest** through proper and lawful

23  commercial filing of **Uniform Commercial Code (UCC)** financing statements and

24  amendments, as follows:

25       • **UCC-1 Financing Statement** File #2024385925-4, filed on **February 13, 2024**

26       • **UCC-1 Financing Statement** File #2024385935-1, filed on **February 13, 2024**

27       • **UCC-3 Amendment** File #2024402433-7, filed on **April 30, 2024**

28       • **UCC-3 Amendment** File #2024411182-7, filed on **June 15, 2024**

VERIFIED COMPLAINT FOR DAMAGES, EQUITABLE RELIEF, AND INJUNCTIVE RELIEF

Registered Mail #RF775826289US — Dated: June 2, 2025

1    **15.** As such, Plaintiff possesses the exclusive, enforceable right to occupy,

2    control, and defend the subject property against any encroachment, eviction, or

3    adverse action, including those taken under color of law or by parties lacking

4    standing or jurisdiction

5    **16.** All commercial filings were made with the **Nevada Secretary of State**,

6    thereby securing Plaintiff's **priority claim** to the subject real property, inclusive of

7    all **underlying negotiable instruments**, **deed of trust**, **mortgage instruments**,

8    **collateral rights**, **and beneficial interests**.

9    **17.** Plaintiff stands as the **real party in interest** with exclusive, superior, and

10   **lawfully vested title**, perfected through **record, equity, and commercial law**, and

11   brings this verified claim in full harmony with **public law, common law, and the**

12   **Uniform Commercial Code**, as preserved by **UCC § 1-103** and codified in Florida

13   and California statutory law.

14   **Defendants:**

15   18. **Naji Doumit** is named in his **individual capacity** and as a **principal**

16   **agent of MARINAJ PROPERTIES LLC**. Upon information and belief, Naji

17   Doumit is a **Lebanese national and/or resident alien**, unlawfully engaged in

18   a **deliberate scheme to acquire trust-held property through fraud**, **simulated**

19   **legal process**, and **commercial dishonor**. Despite having actual and

20   constructive notice of Plaintiff's **lawful, vested, and recorded equitable title**,

21   Doumit proceeded to take possession and assert false claims in violation of

22   both **federal law and international commercial standards**. His actions

23   evidence knowing participation in a **civil conspiracy** to **obstruct trust rights**,

24   **launder title**, and **perpetrate a racketeering scheme** through collusion with

25   attorneys, title companies, and known co-defendants. Naji Doumit's

26   participation was not incidental—it was **essential to the execution of a**

27   **coordinated fraudulent conveyance** of property in open defiance of public

28   records and perfected interests. He is liable for **civil RICO violations under**

VERIFIED COMPLAINT FOR DAMAGES, EQUITABLE RELIEF, AND INJUNCTIVE RELIEF

1  **18 U.S.C. § 1962**, **slander of title**, **conversion**, and **fraudulent inducement**,

2  and subject to **treble damages**, injunctive relief, and personal sanctions.

3  19. **Daniel Doumit** is named in his **individual capacity** and as an **active agent of**

4  **MARINAJ PROPERTIES LLC**, jointly and severally liable for **commercial fraud**,

5  **tortious interference with contract and trust rights**, and **unjust enrichment**. Daniel

6  Doumit acted in direct coordination with the other named Defendants to

7  unlawfully assert dominion over real property protected under recorded trust

8  instruments and perfected security agreements. His conduct was **willful**,

9  **conspiratorial**, and executed with **reckless disregard for Plaintiff's rights**, making

10  him personally liable for **all injuries and damages sustained**, including **punitive**

11  **and statutory damages**.

12  20. **Mary Mare Doumit** is named in her **individual capacity** and as an **agent and**

13  **co-conspirator with MARINAJ PROPERTIES LLC**, equally liable for the **tortious**,

14  **fraudulent, and malicious conduct** alleged herein. Mary Doumit knowingly

15  received and/or participated in the retention, transfer, or concealment of property

16  obtained through **false pretenses, unlawful conveyance, and title laundering**. She

17  is jointly liable for **participating in the conspiracy**, for **obstructing lawful**

18  **ownership rights**, and for **unjustly benefiting from the proceeds of fraud**. Her

19  actions constitute **commercial theft, slander of title**, and **aiding and abetting the**

20  **enforcement of a void instrument**.

21  21. Each of these individuals acted **knowingly, willfully, and in concert** with

22  one another and the named corporate and legal defendants. Their combined actions

23  resulted in substantial harm, loss of lawful property use and enjoyment,

24  deprivation of rights under color of law, and constitute a **clear and convincing**

25  **basis for equitable relief, compensatory and punitive damages, treble damages**

26  **under RICO, and permanent injunction.**

27  22. **John L. Bailey**, California Bar No. 103867, is named in both his **individual**

28  **and official capacity as an attorney** and principal of THE BAILEY LEGAL GROUP.

Registered Mail #RF775826289US — Dated: June 2, 2025

1   Bailey stands accused of **orchestrating and executing fraud upon the court**,

2   engaging in **egregious ethical misconduct** under **Rule 8.4 of the Rules of**

3   **Professional Conduct**, and participating in the **filing of fraudulent commercial**

4   **instruments**. Specifically, Defendant Bailey **knowingly and willfully aided the**

5   **creation**, **recording**, **and enforcement** of a **Trustee's Deed Upon Sale** (Doc.

6   #2025-0017386), which is **void ab initio** as a matter of law. This deed was

7   fraudulently recorded after **lawful title had already vested in Plaintiff** by way of

8   **two prior Grant Deeds** and a **perfected security interest** filed pursuant to the

9   Uniform Commercial Code.

10       23. Bailey was in possession of both **actual and constructive notice** of Plaintiff's

11   legal rights, yet chose to act in **bad faith**, knowingly asserting **false legal claims** to

12   the property. He attempted to **intimidate and silence Plaintiff** through **baseless**

13   **threats** and engaged in **knowingly defamatory and malicious communications**,

14   documented in emails and pleadings. His conduct was not merely unethical — it

15   was **calculated**, **deliberate**, and executed **in full awareness of its unlawfulness**,

16   demonstrating a **conscious disregard for the truth and the law**.

17       24. Bailey's actions constitute multiple violations of Rule 8.4, including but not

18   limited to:

19   • **Rule 8.4(c)** – Engaging in conduct involving **dishonesty, fraud, deceit, or**

20       **reckless misrepresentation;**

21   • **Rule 8.4(d)** – Engaging in conduct **prejudicial to the administration of**

22       **justice;**

23   • **Rule 8.4(g)** – **Knowingly assisting** or inducing others to violate the Rules,

24       or engaging in misconduct through others.

25       **25.** As such, Bailey is **personally liable** for all damages arising from his conduct

26   and is subject to **disciplinary proceedings**, **monetary penalties,** and civil RICO

27   **liability** under **18 U.S.C. § 1962(c)** for **knowingly participating in a pattern of**

28   **racketeering activity** and simulated legal process.

VERIFIED COMPLAINT FOR DAMAGES, EQUITABLE RELIEF, AND INJUNCTIVE RELIEF

Registered Mail #RF775826289US — Dated: June 2, 2025

1    26. **Therese Bailey**, California Bar No. 171043, affiliated with THE BAILEY

2    LEGAL GROUP, is likewise named in her **individual and official capacity**. She is

3    jointly and severally liable for **aiding and abetting fraud**, **obstruction of justice**,

4    and participation in **simulated legal process**. Therese Bailey acted as a **co-**

5    **conspirator** in executing false legal pleadings, advancing the enforcement of a void

6    trustee's deed, and weaponizing judicial machinery to impair Plaintiff's legal rights.

7    She acted in bad faith, with knowledge of Plaintiff's perfected title, and is therefore

8    fully culpable under all applicable state and federal statutes.

9    27. **Barry Lee O'Connor**, California Bar No. 134549, is named **individually and in**

10   **his official capacity** as legal counsel for MARINAJ PROPERTIES LLC and principal

11   of BARRY LEE O'CONNOR & ASSOCIATES. O'Connor is accused of **active**

12   **participation in civil fraud**, **obstruction of justice**, **suppression of remedy**, **and**

13   **unauthorized commercial activity**, including the **use of simulated legal process** to

14   dispossess Plaintiff of lawfully vested property. Defendant O'Connor acted in

15   concert with other parties to **record and enforce** a **fraudulent Trustee's Deed Upon**

16   **Sale** — again, Document #2025-0017386 — despite having **actual knowledge of**

17   **superior legal title and perfected interest** lawfully vested in the Plaintiff.

18   28. O'Connor's conduct also includes **trademark infringement**, deliberate

19   **misuse of court process**, and issuing **knowingly false representations** in court

20   documents and correspondence. As an officer of the court, O'Connor was bound to

21   the highest standards of truth and fiduciary integrity. Instead, he weaponized his

22   bar license to perpetrate a fraud, in direct violation of:

23   • **Rule 8.4(c)** – Dishonest and fraudulent conduct;

24   • **Rule 8.4(d)** – Conduct prejudicial to the administration of justice;

25   • **Rule 8.4(g)** – Knowingly assisting misconduct through others.

26   29. Barry Lee O'Connor's misconduct was **willful, malicious, and**

27   **conspiratorial**, and exposes him to **State Bar disciplinary action, civil liability**, and

28   **RICO prosecution** under 18 U.S.C. § 1962.

VERIFIED COMPLAINT FOR DAMAGES, EQUITABLE RELIEF, AND INJUNCTIVE RELIEF

30. **MARINAJ PROPERTIES LLC** is a California limited liability company alleged to have **purchased and claimed real property through a fraudulent and void trustee's deed** in commercial dishonor. MARINAJ is sued for:

- **Civil RICO violations**
- **Slander of title**
- **Commercial fraud**
- **Unjust enrichment**
- **Wrongful possession of trust-held property**

31. **FOCUS ESTATES INC** is a California corporation allegedly involved in the **fraudulent transfer, assignment, or sale of interests** in the subject property while acting in **bad faith, in commercial dishonor,** and **without legal standing or authority.** This entity is subject to **civil liability, rescission of claims, and restitution.**

32. **THE BAILEY LEGAL GROUP,** a California limited liability law firm, is jointly liable for the conduct of its agents and attorneys under **agency theory, conspiracy,** and **civil aiding and abetting** doctrines. It is liable for:

- **Simulated legal process**
- **Fraudulent court filings**
- **Systematic abuse of judicial process**
- **Violations of Rule 8.4 of the Rules of Professional Conduct**

33. **DOES 1–10,** inclusive, are unknown parties who **participated in, facilitated, benefited from, or conspired with** the named Defendants in executing or concealing the unlawful conduct described. Plaintiff reserves the right to **amend this Complaint upon discovery of their identities,** at which time they will be held **fully liable under every applicable cause of action** alleged herein.

## III. PLAINTIFF'S TITLE

34. Plaintiff is the lawful **secured party, equitable title holder, and real party in interest** in the subject property located at **31990 Pasos Place, Temecula, California**

Registered Mail #RF775826289US — Dated: June 2, 2025

1  **92592**, by virtue of a duly **recorded Grant Deed**, Document No. **2024-0291980**,

2  dated **September 27, 2024**, recorded in the **Official Records of Riverside County**,

3  which vests full title and interest in the Plaintiff. (See Exhibit A)

4      35. Plaintiff has lawfully secured and perfected his rights, title, and interest in the

5  property through the timely filing of **Uniform Commercial Code (UCC)** Financing

6  Statements and Amendments with the **Nevada Secretary of State**. These filings

7  provide formal **public notice** of Plaintiff's **enforceable**, **superior security interest**

8  in the real property and any associated instruments, thereby establishing **equitable**

9  **and legal standing** in full compliance with the UCC and controlling statutory law.

10  (See Exhibits B, C, D, and E)

11  <div align="center">

## IV. STANDING
</div>

12      36. Plaintiff affirms his lawful standing, conclusively established and admitted

13  by Defendants through their failure to rebut Plaintiff's duly served and verified

14  **affidavits, contracts, and security agreements**, all of which now stand as **self-**

15  **executing instruments by operation of law**.

16      **37.** Plaintiff is the **lawful secured party, equitable title holder, holder in due**

17  **course, and real party in interest** to the subject property and all associated

18  tangible and intangible assets. Plaintiff is **undisputedly the Creditor** in this

19  matter and retains **all rights explicitly reserved under U.C.C. § 1-308**, waiving

20  none.

21      38. Plaintiff alone holds **exclusive, absolute, and complete standing**, which is

22  unchallenged and unrebutted in fact or law.

23      39. Defendants are **not creditors, not assignees of any creditor**, and **possess no**

24  **valid power of attorney**, standing, or interest in the property whatsoever. Rather,

25  Defendants are the **debtors** in this matter and are operating in clear **commercial**

26  **and legal dishonor**.

27      **40.** Defendants have **no lawful claim** to the real property known as **31990 Pasos**

28  **Place, Temecula, California**, legally described as:

VERIFIED COMPLAINT FOR DAMAGES, EQUITABLE RELIEF, AND INJUNCTIVE RELIEF

*Lot 5 of Tract No. 23209, in the City of Temecula, County of Riverside, State of California, as recorded in Book 320, Pages 79 through 97, of Maps, in the Office of the County Recorder of Riverside County, APN: 957-570-005.*

**41.**Plaintiff's exclusive interest is **duly recorded and perfected**, including via **Grant Deed recorded in the Official Records of Riverside County, Document No. 2024-0291980**, which stands as public notice of title and legal right. (See Exhibit G)

42.Accordingly, **Plaintiff maintains exclusive standing and superior claim** to all related assets, enforceable as a matter of law and equity, and uncontested by any valid rebuttal or lawful evidence to the contrary.

## V. STATEMENT OF FACTS – CHAIN OF TITLE, SECURITY INTEREST, AND VOID DEED, CONTINUED PATTERN OF FRAUD, SIMULATION, AND MALICIOUS ABUSE OF PROCESS BY DEFENDANTS

**43.Defendants remain in verified dishonor and default,** as conclusively evidenced by their failure to rebut Plaintiff's duly served **affidavits, contracts, and security agreements**—each of which now stands as **self-executing, unrebutted instruments** under the law. (See Exhibits G, H, I, and J.) Accordingly, **Defendants are deemed in commercial and legal dishonor** by operation of law and estoppel.

44.Plaintiff, **Kevin: Realworldfare**, is the **undisputed Real Party in Interest, Secured Party, Creditor**, and **Holder in Due Course** under U.C.C. §§ 3-302 and 3-306, lawfully possessing superior claim over **all assets—tangible, intangible, registered, and unregistered**—and holding **allodial title** to the subject property. This standing is perfected and established by **public UCC filings** with the Nevada Secretary of State, specifically:

- **UCC-1 Financing Statement #2024385925-4**
- **UCC-1 Financing Statement #2024385935-1**
- **UCC-3 Amendment #2024402433-7**

VERIFIED COMPLAINT FOR DAMAGES, EQUITABLE RELIEF, AND INJUNCTIVE RELIEF

Registered Mail #RF775826289US — Dated: June 2, 2025

- **UCC-3 Amendment #2024411182-7**

(See Exhibits B, C, D, and E.)

45. Pursuant to applicable commercial law, and as publicly recorded, the **Deed of Trust**, along with the **underlying Note and/or Negotiable Instrument**, has been **lawfully tendered, accepted, securitized, and discharged**. No lawful obligation or debt remains; the obligation has been **fully extinguished by operation of law**, and any assertion to the contrary constitutes fraud and commercial deceit.

46. The public recording and perfection of said instruments give Plaintiff a **lawful, first-in-time, first-in-right claim**, enforceable against **all parties and third-party actors**, including—but not limited to—**trustees, lenders, servicers, attorneys, purported beneficiaries, or successors in interest**, none of whom possess standing, valid contract, or authority superior to Plaintiff's recorded claim.

47. Plaintiff has lawfully fulfilled all relevant obligations, perfected title and interest, and now holds a **superior, exclusive, and enforceable legal and equitable claim** to the subject property, **free and clear of all adverse, competing, or purported claims**. Plaintiff's position is a matter of **public record**, remains **uncontested in law**, and stands **as res judicata and estoppel by silence and acquiescence**.

48. On **December 5, 2022**, a **GRANT DEED** (DOC #2022-0490841, File No.: 30291 KH) was recorded in the **Official Records of Riverside County** for **APN: 957-570-005**. (See Exhibit F)

49. On **September 27, 2024**, a **GRANT DEED** (DOC #2024-0291980, File No.: 37238 KH) was recorded in the **Official Records of Riverside County** for **APN: 957-570-005**. (See Exhibit A)

50. On **February 13, 2024**, Plaintiffs duly filed a **UCC-1 Financing Statement** and **Notice** Filing No. **2024385925-4**, with the Secretary of State of Nevada, thereby further perfecting and providing public notice of their secured interest in the subject property. (See Exhibit B)

Registered Mail #RF775826289US — Dated: June 2, 2025

51. On **February 13, 2024**, Plaintiffs duly filed a **UCC-1 Financing Statement** and **Notice** Filing No. **2024385935-1**, with the Secretary of State of Nevada, thereby further perfecting and providing public notice of their secured interest in the subject property. (See Exhibit C)

52. On **April 30, 2024**, Plaintiffs duly filed a **UCC-3 Amendment and Notice**, Filing No. **2024402433-7**, with the Secretary of State of Nevada, thereby further perfecting and providing public notice of their secured interest in the subject property. (See Exhibit D)

53. On **June 15, 2024**, Plaintiffs duly filed a **UCC-3 Amendment and Notice**, Filing No. 2024411182-7, with the Secretary of State of Nevada, thereby further perfecting and providing public notice of their secured interest in the subject property. (See Exhibit E)

54. On **January 17, 2025**, a purported **Trustee's Deed Upon Sale** (Document No. 2025-0017386) was fraudulently recorded in the official records. Said instrument is **void ab initio**, as the party executing the alleged transfer lacked both **lawful title** and **legal authority** to convey any interest in the subject property, rendering the deed legally null and without force or effect.

55. Any **deed**—including, but not limited to, a **'TRUSTEE'S DEED UPON SALE' (Doc. #2025-0017386)**—presently in the **Plaintiffs' possession** constitutes a **product of fraud** and is therefore **null and void *ab initio***, having **absolutely no legal force or effect**.

56. No transfer or assignment of title has occurred since the recording of GRANT DEED #2024-0291980 on September 27, 2024.

57. The **private trust property** *remains* **private trust property** and is the property of an **irrevocable**, *non*-statutory trust.

58. No judicial foreclosure or court order authorized the sale. Any non-judicial attempt to extinguish Plaintiffs' equitable title without due process is constitutionally defective and void.

VERIFIED COMPLAINT FOR DAMAGES, EQUITABLE RELIEF, AND INJUNCTIVE RELIEF

Registered Mail #RF775826289US — Dated: June 2, 2025

1    59.On or about **March 16, 2025,** Defendants **fraudulently** filed an

2    Unlawful Detainer (UDME2500465), despite the existence of a superior,

3    pending quiet title action and in full knowledge of Plaintiff's *perfected* legal

4    and equitable interest in the subject property. This act constituted procedural

5    fraud, commercial dishonor, and a willful attempt to simulate jurisdiction and

6    harass the true title holders.

7    60.On or about **March 22, 2025**, Plaintiffs and/or Secured Parties, as defendants

8    in the Unlawful Detainer case (UDME2500465), filed their "*VERIFIED RESPONSE*

9    *AND DEMAND FOR DISMISSAL OF FRAUDULENT UNLAWFUL DETAINER*

10   *AND SANCTIONS AGAINST PLAINTIFF AND DEMAND FOR CONSIDERED*

11   *AND STIPULATED JUDGMENT, AND DEMAND FOR QUIET TITLE AND*

12   *DEMAND FOR SUMMARY JUDGMENT IN FAVOR OF DEFENDANTS, AS A*

13   *MATTER OF LAW.*" Said filing stands ***unrebutted,*** conclusively challenging the UD

14   court's jurisdiction and **extinguishing any viable claim therein**. The Unlawful

15   Detainer action was thereby rendered moot and **void *ab initio.***

16   61.On or about **April 16, 2025**, Plaintiffs and/or Secured Parties lawfully filed

17   the **Verified Quiet Title Action (Case No. CVME2504043)** to confirm and enforce

18   their perfected legal and equitable interests, publicly recorded via Grant Deeds and

19   UCC Financing Statements. This filing lawfully invoked the Court's equitable

20   jurisdiction and rendered any subsequent claims by Defendants procedurally

21   subordinate and jurisdictionally void.

22   62.On or about **May 7, 2025**, Defendants and their counsel submitted a defective,

23   non-verified "Cross-Complaint," devoid of standing, lawful claim, or verified facts.

24   **This filing was expressly rejected by the Court** and stands as evidence of a

25   **simulated legal process** and **attempted fraud upon the court.**

26   63.Defendants' fraudulent, defective, and invalid  Cross-Complaint invoked

27   *conclusory* allegations and relied on simulated legal instruments, including a void

28   Trustee's Deed executed after Plaintiffs' perfected interest had been publicly

VERIFIED COMPLAINT FOR DAMAGES, *EQUITABLE* RELIEF, AND INJUNCTIVE RELIEF

1  recorded. These acts constituted attempted theft, commercial fraud, and criminal

2  trespass upon trust assets.

3      64.On **May 12, 2025**, in **Case No. CVME2504043**, Plaintiffs and/or Secured

4  Parties filed a, *VERIFIED RESPONSE, CONDITIONAL ACCEPTANCE, AND*

5  *MOTION AND DEMAND TO STRIKE CROSS-COMPLAINT, SANCTION*

6  *COUNSEL FOR FRAUD, AND QUIET TITLE IN FAVOR OF PLAINTIFFS,* as a

7  matter of law, relating to the Complaint for Quiet Title brought by WG PRIVATE

8  IRREVOCABLE TRUST. This verified submission remains ***unrebutted*** and

9  constitutes a ***perfected*** rebuttal to all adverse claims

10      65.On **May 14, 2025**, in **Case No. CVME2504043**, Plaintiffs and/or Secured

11  Parties filed a ***MOTION FOR JUDGMENT ON THE PLEADINGS*** on the Quiet

12  Title Complaint. This motion remains **unrebutted and undisputed** as of the filing

13  date.

14      66.Also on **May 14, 2025**, in **Case No. CVME2504043**, Plaintiffs and/or Secured

15  Parties submitted a, *VERIFIED NOTICE, CONDITIONAL ACCEPTANCE,*

16  *REBUTTAL, MOTION, and DEMAND TO STRIKE FRAUDULENT "RELATED*

17  *CASE" DESIGNATION, WITH AFFIRMATION OF NON-RELATED STANDING*

18  *AND MOTION AND DEMAND FOR SANCTIONS AGAINST PLAINTIFF AND*

19  *COUNSEL FOR FRAUD UPON THE COURT.* This verified and unrebutted filing

20  formally repudiated any fabricated connection to other unrelated litigation and

21  documented Defendants' simulated legal joinder and repeated procedural bad

22  faith.

23      67.On **May 14, 2025**, in **Case No. CVME2504043**, Plaintiffs and/or Secured

24  Parties also filed a **Motion for Sanctions** pursuant to **CCP § 128.7 and Rule 11**,

25  which likewise stands **unrebutted**, confirming the Defendants' continued dishonor,

26  procedural default, and commercial liability.

27      68.On **May 15, 2025**, Plaintiffs and/or Secured Parties presented a, **FINAL**

28  **COMMERCIAL SETTLEMENT OFFER AND STIPULATED QUIET TITLE**

VERIFIED COMPLAINT FOR DAMAGES, EQUITABLE RELIEF, AND INJUNCTIVE RELIEF

Registered Mail #RF775826289US — Dated: June 2, 2025

1  **JUDGMENT**, duly served on all relevant parties. Defendants rejected the offer in

2  totality, without good cause or verified rebuttal, thereby defaulting in commercial

3  dishonor. A true and correct copy of the settlement offer is attached hereto as

4  **Exhibit BB** and incorporated herein by reference. There dishonorable denial is

5  attached hereto as **Exhibit CC.**

6      69.On **May 16, 2025,** Defendants **knowingly and intentionally emailed**

7  **Plaintiffs,** stating their intent to proceed **ex parte**, despite being in

8  **commercial dishonor and with unclean hands,** in an attempt to have their

9  previously **rejected Cross-Complaint** secretly and improperly filed. **No ex**

10  **parte motion was docketed,** and no lawful notice was provided. Nonetheless,

11  in blatant violation of due process, **the court retroactively accepted and filed**

12  **the Cross-Complaint,** without proper ex parte review, without any docketed

13  hearing, and without lawful service — **a clear act of collusion, simulation of**

14  **legal process, and judicial fraud.**

15      70.Defendants have continued to misuse the estate names "™KEVIN

16  WALKER©" and "™DONNABELLE MORTEL©" in fraudulent filings, now

17  constituting no less than twelve (12) unauthorized commercial infringements in

18  violation of the controlling Trademark and Copyright Protection Agreement.

19  Liquidated damages exceed $12,000,000.00 as a matter of binding commercial

20  record and agreement.

21      71.All fraudulent filings — including the fabricated "Notice of Related Case" —

22  were clearly orchestrated to **simulate a false legal nexus**, obstruct lawful title

23  proceedings, and derail a perfected and unrebutted quiet title action. These filings

24  represent **abuse of judicial process, procedural fraud, malicious interference with**

25  **lawful estate rights, and fraud upon the court**.

26      72.Defendants have **never rebutted or responded lawfully** to any of the

27  **conditional acceptances, affidavits of default, or commercial instruments**

28  tendered and recorded, and **remain in verified dishonor** under **UCC § 3-505**. This

VERIFIED COMPLAINT FOR DAMAGES, EQUITABLE RELIEF, AND INJUNCTIVE RELIEF

Registered Mail #RF775826289US — Dated: June 2, 2025

standing default confirms their liability, lack of lawful claim, and intent to operate in bad faith, thereby triggering enforcement under equity, commercial law, and public policy.

73. Each act undertaken by Defendants and their attorneys — including **fraudulent filings, evasion of service, collusion with court officers, and rejection of peaceful settlement** — was a **deliberate campaign to defraud, intimidate, defame, and dispossess the real party in interest** from his lawful property. These are not technicalities; they are **commercial crimes**, actionable under **state and federal law**, warranting **sanctions, injunctive relief, and criminal referral**.

# VI. PLAINTIFFS' *EXCLUSIVE* RIGHT TO EQUITY AND TRUE OWNERSHIP OF PRIVATE TRUST PROPERTY

74. **Exclusive Right to Equity:** The Plaintiffs hold the exclusive right to equity in the private trust property as the sole beneficiaries and equitable title holders. "Equity regards the beneficiary as the true owner." (Jus accrescendi inter mercatores locum non habet – The right of survivorship has no place among merchants.) No party may claim a superior interest absent a lawful and valid contract knowingly, voluntarily, and intentionally entered into by the Plaintiffs. Any adverse claim not supported by a lawful agreement is **void ab initio**.

75. **Superior Equitable Interest:** It is a fundamental principle that "**Equity regards substance rather than form**." The Plaintiff's equitable title remains intact despite any mere legal titleholder's claims, as the equitable owner is the true owner. No constructive or resulting trust may be imposed upon the Plaintiffs' absent an express agreement supported by full disclosure and valuable consideration. "A trust once established is not easily overturned."

76. **Private Trust Property Protection:** The private trust property remains outside the reach of unauthorized claims, as the Plaintiff has not granted jurisdiction, standing, or authority to any third party. "**Equity will not suffer a wrong without a remedy.**" Any attempt to deprive the Plaintiff of his rightful ownership constitutes

1  fraud, conversion, and an unlawful taking in violation of trust law *principles*. "What

2  is mine cannot be taken from me without my consent." (Quod meum est sine me

3  auferri non potest.)

4      **77. Legal and Equitable Maxim of Ownership:** Under fundamental equitable

5  principles, "**Where the equities are equal, the first in time prevails.**" The Plaintiff's' claim

6  predates **any** competing interest, as their rights derive from original title, not from a

7  subsequent claim or assignment. "**The law helps those who are vigilant, not those who**

8  **sleep on their rights.**" (Vigilantibus non dormientibus jura subveniunt.) As first in time

9  and right, the Plaintiffs' ownership remains unimpeachable in equity and law.

10     **78. Assertion of True Ownership:** The Plaintiffs asserts his rightful ownership of

11  the private trust property and demand recognition of their exclusive equitable title.

12  "A right cannot arise from a wrong." (Ex injuria jus non oritur.) **Any** conflicting

13  claims, encumbrances, or adverse interests constitute an unjust interference with

14  the Plaintiff's vested rights and must be extinguished. "Equity looks to the intent,

15  not the form." (Equitas intuetur, non formam.)

16     ## VII. SECURITY INTEREST SECURED AND PERFECTED

17     ## THROUGH UCC FILINGS

18     79. Plaintiff lawfully secured *and perfected* **all** interest, rights, and equitable title

19  to the subject property via properly filed UCC-1 Financing Statements, identifying

20  both the debtor and the secured party, which are a matter of public record.

21     80. The filing of the **UCC-1 Financing Statements** on **February 13, 2024** (Filing

22  Nos. #2024385925-4 and #2024385935-1), followed by the **UCC-3 Amendments and**

23  **Notices** on **April 30, 2024** and **June 15, 2024** (Filing Nos. #2024402433-7 and

24  #2024411182-7), respectively, gave **constructive notice to all third parties**, including

25  any putative trustees, servicers, or investors, of the secured interest held by the

26  Trust.

27     81. Under **UCC § 9-105, 9-308,** and **9-509**, the Plaintiff's secured interest is

28  considered *perfected* and **enforceable against third parties**. The public filing of said

1  instruments evidences the Plaintiffs' lawful right to the property as **secured party**
2  **creditor**.

3    82.As a result of the *perfected* security interest and the recorded chain of title via
4  GRANT DEED #2024-0291980, no trustee, lender, servicer, or third party had or has
5  lawful or legal authority to initiate, conduct, or execute a Trustee's Sale under any
6  statutory or contractual provision.

7    83.The entity purporting to act as "trustee" in recording a **Trustee's Deed Upon**
8  **Sale (Doc. #2025-0017386)** acted *without* **standing, without legal authority, and in**
9  **violation of perfected, prior interests.** Said trustee's deed is therefore **void ab**
10 **initio,** did/does not transfer any legal or equitable title, and is a fraudulent
11 instrument clouding lawful title

12   84.A cloud on title exists where a recorded instrument falsely purports to affect
13 title. (See *Kahan v. Rosenstiel*, 424 F.2d 161, 173.) Plaintiffs seek to remove the
14 Trustee's Deed as a fraudulent and void instrument.

15   **VIII. THE TRUSTEE'S DEED IS VOID AB INITIO, WITHOUT LEGAL**
16   **EFFECT, AND CANNOT CONVEY TITLE**

17   85. Plaintiff alleges and asserts that the purported *Trustee's Deed Upon Sale,*
18 recorded as Document No. 2025-0017386, is **void ab initio,** meaning it is legally null
19 from inception and never had any force or effect. A void deed cannot confer title,
20 does not create a valid legal or equitable interest, and cannot serve as the
21 foundation for any lawful claim or defense. It is a legal nullity and must be treated
22 as such.

23   "A void deed conveys nothing. It cannot serve as the basis for a bona fide
24   purchaser claim."

25   — *Dimock v. Emerald Properties, LLC*, 81 Cal. App. 4th 868, 876 (2000).

26   86.The foreclosure sale and deed at issue were executed in violation of Plaintiff's
27 constitutionally protected property rights and outside the scope of any lawful
28 trustee authority. The process used was deceptive, simulated, and done without

VERIFIED COMPLAINT FOR DAMAGES, EQUITABLE RELIEF, AND *INJUNCTIVE RELIEF*

Registered Mail #RF775826289US — Dated: June 2, 2025

1    proper notice or lawful jurisdiction. As such, it was an unconstitutional deprivation

2    of property.

3        "A judgment [or deed] obtained without proper notice or due process is void on

4        its face and subject to collateral attack."

5        — *Mabanag v. Superior Court*, 106 Cal. App. 2d 457, 462 (1951).

6        "A trustee's deed is invalid if the trustee lacked the power to convey title."

7        — *Little v. CFS Serv. Corp.*, 188 Cal. App. 3d 1354, 1362 (1987).

8        87. Defendants were on **actual and constructive notice** of Plaintiff's prior

9    recorded interest in the property, including:

10       •   Two Grant Deeds recorded in 2022 and 2024 vesting lawful title,

11       •   A perfected secured interest evidenced by UCC filings publicly recorded

12           with the Nevada Secretary of State,

13       •   Multiple unrebutted affidavits, conditional acceptances, and notices of claim.

14       88. Despite such knowledge, Defendants unlawfully recorded a Trustee's

15   Deed Upon Sale based on a simulated and defective process. As California

16   law holds, **fraud vitiates everything it touches**, and a party who acts with

17   such knowledge cannot qualify as a good faith purchaser or rely on a void

18   instrument.

19       "A party cannot claim good faith where they had actual or constructive

20       knowledge of a competing title."

21       — *Bank of America v. Reidy*, 15 Cal. 2d 243, 248 (1940).

22       "Trustee sales are strictly construed. If the trustee fails to substantially comply

23       with the statutory framework, the sale is invalid."

24       — *Kachlon v. Markowitz*, 168 Cal. App. 4th 316, 334 (2008).

25       89. Further, the wrongful issuance of the Trustee's Deed amounts to a deprivation

26   of property without due process of law, in violation of **Article I, Section 7 of the**

27   **California Constitution** and the **Fifth and Fourteenth Amendments to the U.S.**

28   **Constitution**.

VERIFIED COMPLAINT FOR DAMAGES, EQUITABLE RELIEF, AND INJUNCTIVE RELIEF

90. Because the deed is void—not voidable—**no legal or equitable interest can be derived through it**, and any claim made by Defendants or their agents is made under false color and without lawful standing.

91. Accordingly, Plaintiff seeks a declaration from this Court that:

1. The Trustee's Deed Upon Sale is **void ab initio**, has no legal force or effect, and cannot be relied upon by any party;

2. Defendants have no lawful, equitable, or commercial interest in the subject property;

3. Plaintiff holds sole lawful title and superior perfected claim to the property, as a matter of public record and unrebutted law.

## IX. PRESUMPTION OF DISHONOR UNDER U.C.C. § 3-505 AND IRREFUTABLE EVIDENCE OF DEFENDANTS' DEFAULT

92. Defendants remain in default and dishonor by operation of law. Their failure to rebut, contest, or otherwise answer Plaintiffs' verified claims, affidavits, contracts, and commercial presentments—within the time prescribed—constitutes legal dishonor and commercial default under the Uniform Commercial Code.

93. Plaintiff submitted and duly recorded a notarized "AFFIDAVIT CERTIFICATE OF DISHONOR, NON-RESPONSE, DEFAULT, JUDGMENT, AND LIEN AUTHORIZATION" (hereinafter "Affidavit of Dishonor"), which conforms precisely to the evidentiary standards and procedural elements set forth in U.C.C. § 3-505 and the California Commercial Code §§ 3505 & 3502. **(See Exhibit J)**

94. **Legal Standard – U.C.C. § 3-505 & Cal. Com. Code § 3505:**

95. Under U.C.C. § 3-505 (adopted by California under Commercial Code § 3505), the following items constitute presumptive evidence of dishonor:

    a. A document regular in form purporting to be a protest (e.g., a notarized affidavit);

    b. A stamp, writing, or record indicating refusal to accept or pay;

    c. A book or record from a financial institution or commercial party

VERIFIED COMPLAINT FOR DAMAGES, EQUITABLE RELIEF, AND INJUNCTIVE RELIEF

evidencing non-performance;

    d. A notarial certificate attesting to dishonor or nonperformance.

**96. U.C.C. § 3-505(b) defines a "protest" as:**

"A certificate of dishonor made by…a notary public…It must identify the instrument and certify either that presentment has been made…[or] the instrument has been dishonored by nonacceptance or nonpayment…The protest may also certify that notice of dishonor has been given."

97. The Plaintiff's Affidavit of Dishonor was notarized by a lawful officer of the jurisdiction, regular on its face, served upon Defendants, and remains unrebutted. It constitutes a formal protest, meeting and exceeding the threshold of evidence defined under U.C.C. § 3-505 and California Commercial Code § 3505.

**98. Legal Consequences of Unrebutted Affidavits:**

99. Once served, failure to timely respond constitutes legal dishonor and tacit admission, with the affidavit standing as final adjudicative truth under commercial law and binding evidentiary standards:

- "A notarial protest which conforms to statutory requirements creates a presumption of dishonor and default."
  — *Union Bank v. Winnebago Indus., Inc.*, 528 F.2d 95 (9th Cir. 1975)
- "An affidavit which is unchallenged or unrebutted must be accepted as true."
  — *Morris v. National Cash Register Co.*, 44 Cal. App. 3d 939, 943 (1975)
- "Silence in the face of an affidavit is acquiescence. That which is unrebutted becomes the truth in law."
  — *Norton v. Shelby County*, 118 U.S. 425, 442 (1886)

100. Further, under **California Evidence Code § 664**, "It is presumed that official duty has been regularly performed." Notarization and service of the affidavit trigger this presumption, and absent admissible evidence to the contrary, the affidavit is deemed presumptively valid and self-authenticating.

Registered Mail #RF775826289US — Dated: June 2, 2025

101. Defendants have submitted no verified affidavits, no sworn rebuttal, and no admissible evidence to invalidate or refute the Plaintiff's sworn statements. Consequently, the Affidavit of Dishonor and related instruments stand as:

    a. Verified evidence of dishonor;

    b. Self-executing contractual record;

    c. Operative lien authorization;

    d. Commercial default judgment by estoppel.

**102. Defendants Are Legally Estopped:**

103. Defendants are now estopped from contesting the findings and conclusions set forth in the Affidavit of Dishonor:

    a. The law does not permit a party to remain silent in dishonor, and later object to the consequences of their non-response.

    b. Defendants' silence operates as admission, acquiescence, and commercial default, forming an irrevocable basis for enforcement.

    c. Having defaulted administratively, Defendants may no longer raise defenses or denials in subsequent judicial or quasi-judicial forums.

104. "A party who fails to timely and properly respond to an affidavit of truth admits all facts contained therein." — *United States v. Kis*, 658 F.2d 526, 536 (7th Cir. 1981)

105. Accordingly, Defendants are in dishonor by law, the facts presented in Exhibit J are conclusively established, and all rights of rebuttal or defense are deemed waived under applicable commercial, statutory, and constitutional authority.

# X. FOUNDATIONAL 'CASE LAW' ON STANDING, MORTGAGE FRAUD, FORECLOSURE, CORPORATE OVERREACH

106. Plaintiffs' reference the following 'case law' summary highlights key legal principles on jurisdiction, standing, and procedural requirements in financial and

VERIFIED COMPLAINT FOR DAMAGES, EQUITABLE RELIEF, AND INJUNCTIVE RELIEF

Registered Mail #RF775826289US — Dated: June 2, 2025

1  mortgage-related cases. Courts consistently **void judgments rendered** *without*
2  **proper jurisdiction** and emphasize the need for a party to demonstrate legal
3  <u>standing</u>. Fraudulent lending practices, including violations of **federal regulations**,
4  have led to dismissals with prejudice. Corporate overreach by banks is curtailed
5  through rulings that prohibit lending credit and ultra vires contracts. Evidentiary
6  standards stress the <u>**sufficiency of affidavits**</u> and the **duty** of full and complete
7  disclosure of information to prevent fraud. Contract **principles** underscore the
8  nullification of agreements lacking proper consideration,.

9      107. <u>**Jurisdiction and Standing in Court:**</u> Courts have consistently held that
10 judgments rendered without subject matter jurisdiction are **void from inception**,
11 and parties *must* have **standing** to invoke a Court's jurisdiction. Notable cases
12 emphasize that plaintiffs must demonstrate ownership of notes and mortgages at
13 the time of filing to proceed with foreclosure actions. Failure to do so results in
14 jurisdictional dismissal.

15      1. **Patton v. Diemer**, 35 Ohio St. 3d 68; 518 N.E.2d 941 (1988): "A judgment
16          rendered by a court lacking subject matter jurisdiction is **void ab initio**.
17          Consequently, the authority to vacate a void judgment is not derived from
18          Ohio R. Civ. P. 60(B), but rather constitutes an inherent power possessed by
19          Ohio courts. I see no evidence to the contrary that this would apply to ALL
20          courts."

21      2. **Lebanon Correctional Institution v. Court of Common Pleas**, 35 Ohio St.2d
22          176 (1973): "A party lacks **standing** to invoke the jurisdiction of a court unless
23          he has, in an individual or a representative capacity, some **real interest** in the
24          subject matter of the action."

25      3. **Wells Fargo Bank v. Byrd**, 178 Ohio App.3d 285, 2008-Ohio-4603, 897 N.E.2d
26          722 (2008): "If plaintiff has offered no evidence that it owned the note and
27          mortgage when the complaint was filed, it would not be entitled to judgment
28          as a matter of law."

VERIFIED COMPLAINT FOR DAMAGES, EQUITABLE RELIEF, AND INJUNCTIVE RELIEF

Registered Mail #RF775826289US — Dated: June 2, 2025

4. **Indymac Bank v. Boyd**, 880 N.Y.S.2d 224 (2009): "To establish a *prima facie* case in an action to foreclose a mortgage, the plaintiff must establish the existence of the mortgage and the mortgage note. It is the law's policy to allow only an aggrieved person to bring a lawsuit . . . A want of 'standing to sue,' in other words, is just another way of saying that this particular plaintiff is not involved in a genuine controversy, and a simple syllogism takes us from there to a 'jurisdictional' dismissal."

5. **Indymac Bank v. Bethley**, 880 N.Y.S.2d 873 (2009): "The Court is concerned that there may be fraud on the part of plaintiff or at least malfeasance. Plaintiff INDYMAC (Deutsche) must have '**standing**' to bring this action."

108.<u>**Fraud and Misrepresentation in Mortgage Cases:**</u> Several cases illustrate fraudulent practices by lenders, including violations of the Federal Truth in Lending Act and withholding vital loan information. Courts have dismissed cases with prejudice where fraud on the court was evident.

1. **Wells Fargo, Litton Loan v. Farmer**, 867 N.Y.S.2d 21 (2008): "Wells Fargo does not own the mortgage loan… Therefore, the matter is dismissed with prejudice."

2. **Wells Fargo v. Reyes**, 867 N.Y.S.2d 21 (2008): "Dismissed with prejudice, Fraud on Court & Sanctions. Wells Fargo never owned the Mortgage."

3. **Deutsche Bank v. Peabody**, 866 N.Y.S.2d 91 (2008): "EquiFirst, when making the loan, violated Regulation Z of the Federal Truth in Lending Act 15 USC §1601 and the Fair Debt Collections Practices Act 15 USC §1692; 'intentionally created fraud in the factum' and withheld from plaintiff 'vital information concerning said debt and all of the matrix involved in making the loan.'"

109.<u>**Corporate and Banking Overreach:**</u> Decisions highlight that banks **cannot** lend their credit or guarantee debts, as these actions are ultra vires and not legally binding. These rulings reinforce the limitations on corporate and banking activities.

VERIFIED COMPLAINT FOR DAMAGES, EQUITABLE RELIEF, AND INJUNCTIVE RELIEF

Registered Mail #RF775826289US — Dated: June 2, 2025

1.  **Zinc Carbonate Co. v. First National Bank**, 103 Wis. 125, 79 NW 229 (1899): "The doctrine of ultra vires is a most powerful weapon to private corporations within their legitimate spheres and punish them for violations of their corporate charters, and it probably is not invoked too often."

2.  **Howard & Foster Co. vs. Citizens National Bank**, 133 S.C. 202, 130 S.E. 758 (1926): "It has been settled beyond controversy that a national bank, under Federal law, being limited in its power and capacity, cannot lend its credit by nor guarantee the debt of another. All such contracts being entered into by its officers are ultra vires and not binding upon the corporation."

3.  **American Express Co. v. Citizens State Bank**, 181 Wis. 172, 194 NW 427 (1923): "Neither, as included in its powers not incidental to them, is it a part of a bank's business to lend its credit."

110. **Procedural Requirements and Evidentiary Standards:** The requirement for real party-in-interest prosecution is emphasized, along with rulings that affidavits alone can establish a prima facie case. Courts have ruled that silence in the face of a legal duty to respond can constitute fraud.

1.  **Federal Rule of Civil Procedure 17(a)(1)**: "[A]n action must be prosecuted in the name of the real party in interest."

2.  **In re Jacobson**, 402 B.R. 359, 365-66 (Bankr. W.D. Wash. 2009): Emphasizes that actions must be filed by the real party in interest.

3.  **United States v. Kis**, 658 F.2d 526 (7th Cir. 1981): "Indeed, no more than (affidavits) is necessary to make the prima facie case." Cert. denied, S. Ct. (1982).

4.  **U.S. v. Tweel**, 550 F.2d 297 (1977): "Silence can only be equated with fraud where there is a legal or moral duty to speak or when an inquiry left unanswered would be intentionally misleading."

111. **Contract and Consideration Principles:** If any part of a contract's consideration is illegal, the entire promise becomes void. Courts have also

VERIFIED COMPLAINT FOR DAMAGES, EQUITABLE RELIEF, AND INJUNCTIVE RELIEF

1  recognized the right to rescind contracts induced by false representations, even if

2  made innocently.

1. **Menominee River Co. v. Augustus Spies L & C Co.**, 147 Wis. 559 at p. 572; 132
   NW 1118 (1912): "If any part of the consideration for a promise be illegal, or if
   there are several considerations for an un-severable promise one of which is
   illegal, the promise, whether written or oral, is wholly void, as it is impossible to
   say what part or which one of the considerations induced the promise."

# XI. CAUSES OF ACTION

## Count 1 – Quiet Title (28 U.S.C. § 2201; Cal. Civ. Proc. Code § 760.020)
## Against All Defendants

112. Plaintiff re-alleges and incorporates by reference all preceding paragraphs as
though fully set forth herein.

113. Plaintiff is the exclusive holder of both **lawful legal and equitable title** to
the real property located at **31990 Pasos Place, Temecula, California** (APN:
957-570-005), by virtue of recorded **Grant Deeds**:

- **Riverside County Recorder Doc. No. 2022-0490841**, dated December 5,
  2022;
- **Riverside County Recorder Doc. No. 2024-0291980**, dated September 27,
  2024.

114. Plaintiff's interest has been **further perfected** through duly recorded **UCC-1
Financing Statements** and **UCC-3 Amendments** with the **Nevada Secretary of
State**, establishing a **public, secured, first-position claim** on the subject property,
and vesting all superior claims under **UCC §§ 3-302, 3-305, and 3-306**.

115. Defendants **unlawfully** recorded a Trustee's Deed Upon Sale (Doc. No.
2025-0017386), which is void ab initio, having been executed:

- Without lawful authority, jurisdiction, or standing;
- In direct contradiction to the previously recorded title and secured interest;
- Based on no valid debt, default, or enforceable lien;

1 • With actual and constructive notice of Plaintiff's perfected interest.

2 116. As a matter of law, **a void instrument has no legal effect**, cannot convey

3 title, and cannot serve as the basis for any lawful claim or defense. (See *Wutzke v.*

4 *Bill Reid Painting Serv., Inc.*, 200 Cal. App. 3d 682 (1988); *Bank of America v. La Jolla*

5 *Group II*, 129 Cal. App. 4th 706 (2005)). A trustee may only convey what it lawfully

6 possesses. No title passes through fraud or simulated process.

7 117. The purported deed recorded by Defendants:

8 • **Creates a false cloud** on Plaintiff's valid title;

9 • Constitutes **slander of title**, **commercial fraud**, and **simulated legal**

10 **process**;

11 • Invokes **private rights of action** under federal and state law for fraud,

12 deprivation of property, and unauthorized commercial encroachment;

13 • Triggers **treble damages** under **Cal. Civil Code § 3346** and **Cal. Civ.**

14 **Code § 3334**, where wrongful possession or injury to real property has

15 occurred.

16 118. Defendants' failure to assert any valid rebuttal to Plaintiff's **Affidavits**,

17 **Notices**, or **Conditional Acceptances**, and their continued use of void

18 documents, constitute **bad faith**, **commercial dishonor**, and **estoppel by**

19 **silence**.

20 119. Further, the doctrine of **laches** applies: Defendants' delayed assertions,

21 filings, and abuse of judicial procedure were designed to frustrate

22 adjudication and evade known superior claims. Their unreasonable delay,

23 coupled with Plaintiff's substantial reliance and harm, bars any equitable

24 claim or defense.

25 120. Plaintiff respectfully seeks:

26 • A **declaratory judgment** under 28 U.S.C. § 2201 that the Trustee's Deed

27 Upon Sale (Doc. No. 2025-0017386) is **null and void**;

28 • An **order quieting title** in Plaintiff's favor against all adverse claims;

VERIFIED COMPLAINT FOR DAMAGES, EQUITABLE RELIEF, AND INJUNCTIVE RELIEF

Registered Mail #RF775826289US — Dated: June 2, 2025

1    • A **permanent injunction** barring Defendants, their agents, and
2    successors from asserting or recording any claim to the subject
3    property;

4    • **Treble damages** pursuant to Cal. Civ. Code §§ 3346 and 3334 for
5    wrongful encroachment, slander of title, and fraudulent clouding of
6    title;

7    • **Costs of suit**, statutory damages, and **any other relief** this Court
8    deems just and proper in law or equity.

9    **Count 2 – Fraudulent Conveyance and Recordation**
10   **(Cal. Civ. Code § 1709; Cal. Civ. Code § 3346; 18 U.S.C. §§ 1341, 1343, 1962,**
11   **1964(c))**

12   **Against All Defendants**

13   121. Plaintiff realleges and incorporates by reference all preceding paragraphs as
14   though fully set forth herein.

15   122. Defendants knowingly, willfully, and maliciously **created**, **executed**, and
16   **recorded** a **false and fraudulent instrument**—specifically the **Trustee's Deed Upon**
17   **Sale**, Document No. **2025-0017386**, recorded in the Official Records of Riverside
18   County—despite having:

19   • No lawful foreclosure authority;
20   • No legitimate debt obligation or default;
21   • No valid trustee appointment;
22   • No standing or chain of title to the subject property.

23   123. Said Trustee's Deed is **void ab initio** and constitutes a **fraudulent**
24   **conveyance** and **simulated legal process**, executed for the explicit purpose of:

25   • Clouding and slandering Plaintiff's perfected title;
26   • Misleading the public and third-party observers;
27   • Displacing the rightful private property holder and securing unlawful
28   possession;

VERIFIED COMPLAINT FOR DAMAGES, EQUITABLE RELIEF, AND *INJUNCTIVE RELIEF*

Registered Mail #RF775826289US — Dated: June 2, 2025

1    • Obstructing lawful remedy, equity jurisdiction, and quiet title
2      proceedings.

3    124. Defendants further utilized **U.S. mail** and **interstate wire communications**,
4    including emails and electronic court filings, to transmit and disseminate the
5    fraudulent Trustee's Deed and related instruments, constituting **Mail Fraud** under
6    **18 U.S.C. § 1341** and **Wire Fraud** under **18 U.S.C. § 1343**.

7    125. These acts qualify as **predicate offenses** under the **Racketeer Influenced**
8    **and Corrupt Organizations Act (RICO), 18 U.S.C. § 1961(1)**, and form part of a
9    continuing pattern of racketeering activity designed to deprive Plaintiff of
10   constitutionally and commercially protected property rights.

11   126. Plaintiff is therefore entitled to invoke the **private right of action** under **18**
12   **U.S.C. § 1964(c)**, which authorizes any person injured in their business or property
13   by reason of a violation of § 1962 to bring suit for **treble damages**, costs of suit, and
14   reasonable attorney's fees.

15   127. Pursuant to **Cal. Civ. Code § 1709**, any person who **willfully deceives**
16   **another with intent to induce them to alter their position to their injury or risk**, is
17   liable for all resulting damages. Here, Defendants' intentional deception was not
18   only harmful, but calculated to disrupt adjudication, dispossess rightful title, and
19   violate Plaintiff's lawful estate interest.

20   128. Under **Cal. Civ. Code § 3346** and **Cal. Code Civ. Proc. § 733**, wrongful injury
21   to real property entitles the Plaintiff to **treble damages**, where the injury was
22   willful, malicious, or fraudulent in nature—conditions clearly met by Defendants'
23   acts.

24   129. Additionally, the doctrine of **laches** bars any equitable claim or defense by
25   Defendants: they acted with unclean hands, engaged in bad faith, and
26   unreasonably delayed while Plaintiff acted diligently to secure title, perfect filings,
27   and assert remedy. Defendants' silence and misconduct have prejudiced Plaintiff
28   and fatally undermine any purported equitable position they now seek to assert.

VERIFIED COMPLAINT FOR DAMAGES, EQUITABLE RELIEF, AND INJUNCTIVE RELIEF

Registered Mail #RF775826289US — Dated: June 2, 2025

1    130. As a direct and proximate result of Defendants' unlawful actions, Plaintiff
2    has suffered and continues to suffer:

3    • **Loss of quiet enjoyment and use** of property;

4    • **Loss of equitable and commercial value** of the estate interest;

5    • **Harm to reputation**, and exposure to unlawful enforcement threats;

6    • **Substantial financial injury**, time lost, and opportunity cost.

7    131. Plaintiff therefore respectfully demands:

8    • A finding that the Trustee's Deed Upon Sale is **null and void**;

9    • **Treble damages** under both **federal and California law**;

10   • **Permanent injunctive relief** barring Defendants from asserting or recording
11   any interest in the subject property;

12   • **Statutory and compensatory damages**, including court costs;

13   • **Any additional relief** deemed just and proper in law and equity.

14   **Count 3 – Slander of Title**

15   *(Cal. Civ. Code §§ 44, 46, 47; 18 U.S.C. §§ 1341, 1343, 1962, 1964)*

16   **Against All Defendants**

17   132. Plaintiff hereby realleges and incorporates by reference all preceding
18   paragraphs as though fully set forth herein.

19   133. Defendants, with actual and constructive knowledge of Plaintiff's perfected
20   legal and equitable title—evidenced by duly recorded **Grant Deeds** (Riverside
21   County Recorder Doc. Nos. **2022-0490841** and **2024-0291980**) and perfected **UCC-1**
22   **Financing Statements** and **UCC-3 Amendments** with the Nevada Secretary of State
23   —willfully published, recorded, and transmitted **false and malicious statements of**
24   **fact** designed to impugn, discredit, and cloud Plaintiff's rightful title.

25   134. These statements, filed in connection with a **facially void and**
26   **unlawful Trustee's Deed Upon Sale** (Doc. No. **2025-0017386**), were
27   knowingly untrue, legally unprivileged, and made **with actual malice**, in
28   violation of **Cal. Civ. Code §§ 44, 46, and 47**, and relevant decisional

VERIFIED COMPLAINT FOR DAMAGES, EQUITABLE RELIEF, AND INJUNCTIVE RELIEF

1  authority (see *Howard v. Schaniel*, 113 Cal. App. 3d 256 (1980); *Palmer v. City of*
2  *Long Beach*, 33 Cal.2d 134 (1948)).

3  135. Defendants' conduct constitutes **slander of title**, as they:

- Intentionally **recorded and published false claims** that the Plaintiff's title was fraudulent or defective;
- Sought to **discourage third-party confidence** in Plaintiff's ownership and disrupt contractual leasehold and administrative functions;
- Deliberately interfered with **beneficial enjoyment, management, and lawful possession** of the property;
- Initiated a **pattern of simulated legal process** and fraudulent conveyance activity intended to deprive Plaintiff of vested rights;
- Engaged in **fraudulent business practices** and made **commercially defamatory statements** to third parties and public officials.

14  136. These defamatory actions were **part of a larger enterprise** of commercial
15  fraud, mail and wire fraud (18 U.S.C. §§ 1341, 1343), and **predicate acts under**
16  **RICO** (18 U.S.C. § 1962), giving rise to a **private right of action under 18 U.S.C. §**
17  **1964(c)** and subjecting Defendants to **treble damages** and attorney's fees.

18  137. Defendants' acts were not merely negligent—they were **willful, malicious,**
19  **oppressive, and fraudulent,** justifying an award of **punitive damages** under
20  **California Civil Code § 3294** and further amplified under federal RICO statutes.

21  138. Defendants are further barred by the doctrine of **laches**, having sat on
22  their alleged claims while Plaintiff lawfully recorded title and perfected
23  security interests. Their delay, combined with their knowledge and
24  participation in false filings, constitutes **equitable estoppel** and forfeiture of
25  any competing claim.

26  139. As a direct and proximate result of Defendants' conduct, Plaintiff has
27  suffered:

- **Irreparable injury to title, reputation, and economic position;**

VERIFIED COMPLAINT FOR DAMAGES, EQUITABLE RELIEF, AND INJUNCTIVE RELIEF

Registered Mail #RF775826289US — Dated: June 2, 2025

1   • **Financial losses** due to interference with prospective contracts and
2   beneficial property use;

3   • **Clouded title**, necessitating **judicial intervention to clear the record**;

4   • **Continuing harm**, requiring **injunctive relief and declaratory judgment**.

5   140. Plaintiff therefore demands:

6   • **General and special damages** in an amount to be proven at trial;

7   • **Treble damages** under **18 U.S.C. § 1964(c)**;

8   • **Punitive damages** pursuant to **Cal. Civ. Code § 3294**;

9   • **A permanent injunction** removing all cloud on title;

10   • **Title correction and recordation of judicial findings**;

11   • **Costs of suit**, including **reasonable attorney's fees** and court costs.

12   **Count 4 – Racketeer Influenced and Corrupt Organizations Act (RICO)**
13   **Violations**
14   **(18 U.S.C. §§ 1962(c), 1964(c))**
15   **Against All Defendants**

16   141. Plaintiff realleges and incorporates by reference all preceding paragraphs as
17   though fully set forth herein.

18   142. Defendants, individually and collectively, operated as an **association-in-fact**
19   **enterprise** under 18 U.S.C. § 1961(4), engaging in a coordinated and continuing
20   pattern of **racketeering activity** with the specific intent to **defraud, dispossess**,
21   **obstruct, extort, and unlawfully convert** Plaintiff's real and equitable interests in
22   the subject property.

23   143. Defendants committed multiple **predicate acts** within the meaning of 18
24   U.S.C. §§ 1961(1), 1962(c), including but not limited to:

25   • **Mail fraud** (18 U.S.C. § 1341): by transmitting fabricated legal documents,
26   false claims of title, and deceptive instruments through the United States
27   Postal Service for the purpose of misleading courts, public officials, tenants,
28   and third parties.

VERIFIED COMPLAINT FOR DAMAGES, EQUITABLE RELIEF, AND INJUNCTIVE RELIEF

Registered Mail #RF775826289US — Dated: June 2, 2025

- **Wire fraud** (18 U.S.C. § 1343): by using electronic communications to disseminate, record, and transmit falsified deeds, legal threats, and coercive communications simulating lawful authority, including communications with county recorders and judicial officers.
- **Fraudulent conveyance and simulated legal process**: through the creation, notarization, and recordation of a **facially void and legally null Trustee's Deed Upon Sale** (Doc. No. 2025-0017386), despite having no lawful title, standing, or foreclosure authority, thereby engaging in fraud upon the court.
- **Extortion and coercion**: by threatening Plaintiff with unlawful detainer proceedings and physical dispossession based on knowingly void instruments, creating **a pattern of simulated process**, in violation of commercial and constitutional protections.
- **Theft and conversion**: by unlawfully collecting rents, profiting from possession, and misappropriating secured real property interests that had been **duly perfected and recorded** in favor of Plaintiff.
- **Interference with interstate commerce**: through unlawful activity affecting real estate interests, administrative contracts, and economic relationships across state lines, thereby implicating the jurisdictional reach of the federal RICO statute.

144. This enterprise utilized **public resources and government systems**—including the courts, the Recorder's Office, and the U.S. mail—for **private fraudulent enrichment**, thereby corrupting lawful processes and **subverting due process protections** guaranteed by the Fifth and Fourteenth Amendments.

145. Plaintiff has suffered direct, concrete, and substantial injuries to **property, economic opportunity, and reputation** as a result of this racketeering scheme, including:

- Loss of lawful possession and quiet enjoyment of real property;
- Damage to title and contractual relations with third parties;

VERIFIED COMPLAINT FOR DAMAGES, EQUITABLE RELIEF, AND INJUNCTIVE RELIEF

- Irreparable harm to perfected security interests and administrative rights;
- Financial losses stemming from interference with leasing, investment, and beneficial use.

146. The harm suffered by Plaintiff was **proximately caused** by Defendants' coordinated and willful racketeering acts, and those harms are **redressable under civil RICO**. See *Sedima, S.P.R.L. v. Imrex Co.*, 473 U.S. 479 (1985) (holding that a plaintiff need only show injury to business or property and a pattern of racketeering activity to maintain a civil RICO claim).

147. Pursuant to **18 U.S.C. § 1964(c)**, Plaintiff hereby invokes the **private right of action** and demands:

- **Treble damages** for all compensable injuries;
- **Equitable relief**, including permanent injunctive relief enjoining further predicate acts;
- **Restitution of all economic and real property losses**;
- **Costs of suit**, including filing fees, expert fees, and
- **Reasonable attorneys' fees** as permitted by statute.

148. Defendants' actions are further barred under the equitable doctrine of **laches**, as Plaintiff's rights were publicly perfected well in advance of Defendants' misconduct, and any attempt by Defendants to assert competing claims after the fact is barred due to **unreasonable delay, bad faith, and unjust enrichment** at Plaintiff's expense.

## Count 5 – Civil Rights Violations — Deprivation of Rights Under Color of Law (42 U.S.C. §§ 1983, 1988)

### Against All Defendants

149. Plaintiff realleges and incorporates by reference all preceding paragraphs as though fully set forth herein.

150. Defendants, acting individually and in concert, while **cloaked in false authority** and **under color of state law**, willfully deprived Plaintiff of rights,

VERIFIED COMPLAINT FOR DAMAGES, EQUITABLE RELIEF, AND INJUNCTIVE RELIEF

1  privileges, and immunities secured by the Constitution and laws of the United
2  States. These violations include, but are not limited to:

3  • **Deprivation of property without due process of law**, in violation of the
4  **Fifth and Fourteenth Amendments**;

5  • **Denial of equal protection** under the law;

6  • **Interference with the right to contract, to own and control property**, and to
7  access lawful commercial remedy.

8  151.Defendants knowingly filed, used, and enforced a **facially void and legally**
9  **null Trustee's Deed Upon Sale**, fabricated "related case" designations to create
10 false nexus between unrelated matters, and initiated a **fraudulent cross-complaint**
11 —all while having **actual knowledge** of Plaintiff's superior and perfected legal and
12 equitable title, evidenced in the public record through recorded Grant Deeds and
13 perfected UCC-1 and UCC-3 Financing Statements.

14 152.These acts were taken without jurisdiction, without valid authority, and in
15 **flagrant disregard of constitutional safeguards**. Simulated legal processes,
16 fraudulent filings, and fabricated instruments were used to:

17 • Mislead public officials and the court;

18 • Dispossess Plaintiff from vested property rights;

19 • Obstruct judicial remedy and due process;

20 • Chilling Plaintiff's right to defend property claims in equity and law.

21 153.Under established law, **attorneys, private actors, and third parties may be**
22 **held liable under 42 U.S.C. § 1983** when they jointly engage in deprivation under
23 color of law, particularly where simulated legal authority, government agency
24 cooperation, or quasi-public instruments (e.g., Trustee's Deed) are involved. See
25 *Dennis v. Sparks*, 449 U.S. 24 (1980) (private individuals jointly engaged with state
26 officials in depriving constitutional rights are liable under § 1983).

27 154.As a direct and proximate result of Defendants' unlawful acts, Plaintiff has
28 suffered:

1   • **Loss of exclusive possession, administration, and use of private property**;

2   • **Irreparable harm to title**, remedy access, and secured rights;

3   • **Defamation of legal standing and capacity**, including chilling effect on

4   equitable redress;

5   • **Emotional distress, reputational damage, and measurable economic loss**.

6   155. Defendants' conduct is further **barred under the doctrine of laches**, as

7   Plaintiff's title and security interests were duly recorded and perfected prior to

8   Defendants' actions. Any delay in asserting claims by Defendants constitutes **bad**

9   **faith, prejudice, and inexcusable delay**, estopping them from contesting Plaintiff's

10  standing or rights.

11  156. Pursuant to 42 U.S.C. § 1983, Plaintiff asserts a private right of action, and

12  under 42 U.S.C. § 1988, demands:

13  • **Full compensatory damages** for property loss, reputational injury, and

14  constitutional deprivation;

15  • **Punitive damages** due to the willful, malicious, and reckless nature of the

16  misconduct;

17  • **Treble damages**, where available, through integration with civil RICO

18  claims;

19  • **Injunctive relief** to bar Defendants from further acts of deprivation, fraud,

20  or process abuse;

21  • **All costs of suit**, including filing fees and **reasonable attorneys' fees**.

22  157. Defendants acted **intentionally, maliciously, and in concert** to violate

23  Plaintiff's clearly established rights. Their coordinated misconduct constitutes

24  **textbook deprivation under color of law, simulated legal process**, and **abuse of**

25  **public mechanisms for private gain**—requiring the **strongest civil penalties** and

26  **equitable intervention** available under federal law.

27  //

28  //

VERIFIED COMPLAINT FOR DAMAGES, EQUITABLE RELIEF, AND INJUNCTIVE RELIEF

Registered Mail #RF775826289US — Dated: June 2, 2025

## Count 6 – Conspiracy to Violate Civil Rights
## (42 U.S.C. § 1985(3); 18 U.S.C. § 241)
## Against All Defendants

158. Plaintiff realleges and incorporates by reference all preceding paragraphs as though fully set forth herein.

159. Defendants knowingly and willfully formed an agreement to deprive Plaintiff of constitutionally and statutorily protected rights, engaging in a **civil conspiracy** to violate rights secured by the **Fifth and Fourteenth Amendments**, the **Uniform Commercial Code**, and federal civil rights statutes. This conspiracy was carried out in violation of **42 U.S.C. § 1985(3)** and **18 U.S.C. § 241**.

160. The unlawful agreement and overt acts were undertaken jointly and severally by **MARINAJ PROPERTIES LLC**, **Naji Doumit**, **Daniel Doumit**, **Mary Doumit**, and legal counsel, in pursuit of a common objective: to unlawfully divest Plaintiff of his **vested legal and equitable property rights**, obstruct commercial remedy, slander title, and interfere with secured interests.

161. The conspiracy was executed through coordinated and deliberate acts, including but not limited to:

- Filing and recording a **fraudulent and facially void Trustee's Deed Upon Sale**;
- Knowingly asserting false title claims despite **actual and constructive notice** of Plaintiff's perfected interest;
- Prosecuting a **fraudulent cross-complaint** based on no standing, no jurisdiction, and no authority;
- Filing a **knowingly false "Notice of Related Case"** in bad faith to derail or confuse the adjudication of title;
- **Ignoring and dishonoring** duly filed, **notarized affidavits of default, dishonor, and perfected liens**, now standing as unrebutted truth in commerce and equity.

VERIFIED COMPLAINT FOR DAMAGES, EQUITABLE RELIEF, AND INJUNCTIVE RELIEF

1    162.This conspiracy was **not abstract or incidental**—it was executed **with**
2    **malice, in bad faith, and with clear animus** toward Plaintiff's **non-statutory,**
3    **private standing** and **perfected legal position** as real party in interest and secured
4    titleholder.

5    163.Defendants' conduct meets all elements of a civil conspiracy under **42 U.S.C. §**
6    **1985(3)**, as established in *Griffin v. Breckenridge*, 403 U.S. 88 (1971), which provides a federal
7    cause of action where "two or more persons conspire… for the purpose of depriving,
8    either directly or indirectly, any person… of the equal protection of the laws."

9    164.In furtherance of this unlawful conspiracy, Defendants leveraged public
10   courts, recorders' offices, mail and wire communication channels, and simulated
11   legal processes to:

12   • Obstruct and chill Plaintiff's access to legal remedy;

13   • Injure Plaintiff financially, reputationally, and administratively;

14   • Seize and convert property without lawful adjudication or authority.

15   165.Defendants' actions are further barred by the doctrine of **laches**. Plaintiff's
16   legal and commercial claims were recorded and perfected long before any adverse
17   acts by Defendants. Their failure to raise timely objections, combined with
18   intentional delay, prejudice, and bad faith, now estops them from asserting any
19   competing claim.

20   166.As a direct and proximate result of this conspiracy, Plaintiff has sustained:

21   • **Permanent and irreparable harm** to property rights, commercial advantage,
22     and lawful standing;

23   • **Trespass and attempted conversion** of real property;

24   • **Defamation, emotional distress, and fiduciary injury**;

25   • **Material damages** arising from obstruction, delay, and malicious litigation.

26   167.Plaintiff asserts a **private right of action** under **42 U.S.C. § 1985(3)** and
27   invokes supplemental civil enforcement under **18 U.S.C. § 241**, as predicate acts of
28   racketeering in violation of **18 U.S.C. § 1962(c)**.

Registered Mail #RF775826289US — Dated: June 2, 2025

168.Plaintiff demands the following relief:

- **Treble damages** pursuant to 18 U.S.C. § 1964(c);
- **Full compensatory and punitive damages** for all economic and non-economic injuries;
- **Declaratory and injunctive relief**, including quiet title confirmation, order nullifying fraudulent filings, and prohibition of further conspiratorial acts;
- **Attorneys' fees, costs of suit, and additional equitable relief** under 42 U.S.C. § 1988.

169.The conspiracy at issue constitutes a **coordinated, malicious attack on federally protected rights**, commercial remedy, and private property. The Defendants' concerted action is not merely tortious—it is **criminal in nature**, warrants **federal intervention**, and must be remedied by the **full force of constitutional, statutory, and equitable relief.**

## Count 7 – Obstruction of Justice
## (18 U.S.C. §§ 1503, 1512, 1519; 18 U.S.C. § 1962; 18 U.S.C. § 1964(c))
## Against All Defendants

170.Plaintiff realleges and incorporates by reference all preceding paragraphs as though fully set forth herein.

171.Defendants, acting individually and in concert, knowingly and willfully engaged in a pattern of conduct intended to obstruct justice, interfere with judicial and administrative proceedings, falsify and conceal material facts, and suppress commercial and equitable remedy, all in violation of **18 U.S.C. § 1503** (influencing or injuring officers or proceedings), **§ 1512** (tampering with witnesses or evidence), and **§ 1519** (falsification or destruction of records in contemplation of litigation or investigation).

172.This obstruction was not incidental—it was a deliberate and malicious enterprise carried out through coordinated acts, including but not limited to:

VERIFIED COMPLAINT FOR DAMAGES, EQUITABLE RELIEF, AND INJUNCTIVE RELIEF

Registered Mail #RF775826289US — Dated: June 2, 2025

1   • **Filing and prosecuting a knowingly defective, unverified, and baseless**
2   **Cross-Complaint**, lacking standing, authority, or lawful merit, with intent
3   to simulate process and confuse judicial proceedings;

4   • **Recording and relying upon a void, simulated Trustee's Deed Upon Sale**
5   (Riverside Doc. No. 2025-0017386), which Defendants knew to be facially
6   fraudulent and contrary to the public record of perfected title;

7   • **Submitting a false "Notice of Related Case"** to the Superior Court in bad
8   faith to improperly join unrelated litigation and obstruct adjudication of
9   Plaintiff's perfected title claim;

10  • **Suppressing and refusing to answer duly served administrative affidavits**
11  **of truth, commercial default, and certificates of dishonor**, in breach of
12  commercial procedure and equity;

13  • **Engaging in procedural sabotage,** harassing communications, and litigation
14  tactics designed to chill Plaintiff's lawful access to remedy and displace
15  vested, recorded interests.

16  173.Defendants executed these acts **with actual knowledge** of Plaintiff's duly
17  recorded and perfected title, as evidenced by Grant Deeds (Doc. Nos. 2022-0490841 and
18  2024-0291980), UCC-1 and UCC-3 filings, and unrebutted affidavits and settlement
19  offers—all of which remain unrebutted and legally binding by operation of law.

20  174.These obstructive acts were designed and intended to:

21  • **Delay, derail, and sabotage** the lawful quiet title adjudication and
22  commercial enforcement process;

23  • **Deprive Plaintiff of judicial access, remedy, and due process** in both
24  administrative and judicial venues;

25  • **Illegally retain control and possession of trust property** without legal
26  interest, standing, or jurisdiction;

27  • **Interfere with ongoing fiduciary duties and administration** of the estate,
28  causing further commercial harm.

VERIFIED COMPLAINT FOR DAMAGES, EQUITABLE *RELIEF, AND INJUNCTIVE RELIEF*

175. Defendants' actions constitute a **pattern of racketeering activity** under **18 U.S.C. § 1961(1)** and **§ 1962(c)**, using obstruction as a racketeering predicate under civil RICO, thereby giving rise to a **private right of action** under **18 U.S.C. § 1964(c)**.

176. Defendants are further barred by the doctrine of **laches**. Plaintiff's interests were perfected long before any act by Defendants, and Defendants' unreasonable delay, combined with prejudicial action taken in bad faith, estops them from asserting any contrary position.

177. As a direct and proximate result of the Defendants' conspiracy to obstruct justice, Plaintiff has suffered:

- **Significant delays in quiet title adjudication and commercial enforcement;**
- **Reputational damage and procedural prejudice;**
- **Fiduciary losses and economic injury** tied to unlawful interference with secured and titled property;
- **Deprivation of due process and equal protection** under color of law and simulated judicial process.

178. Plaintiff therefore seeks the following relief:

- **Full compensatory damages** for financial loss, commercial disruption, and fiduciary interference;
- **Punitive damages** for willful, malicious, and constitutionally offensive conduct;
- **Treble damages** under **18 U.S.C. § 1964(c)** for obstruction in furtherance of racketeering;
- **Permanent injunctive and declaratory relief**, including the invalidation of all instruments filed in furtherance of obstruction;
- **Costs of suit and attorneys' fees** under applicable federal law.

179. The conduct at issue is not only civilly sanctionable—it is **criminal in character**, an affront to the rule of law, and an **intolerable assault on due process,**

1  **commercial rights, and judicial integrity**. The Court is fully vested with
2  jurisdiction and equitable authority to halt this misconduct and impose all available
3  remedies to rectify the damage caused.

4  <center>**Count 8 – Mail and Wire Fraud**</center>

5  <center>**(18 U.S.C. §§ 1341, 1343; 18 U.S.C. § 1962(c); 18 U.S.C. § 1964(c))**</center>

6  <center>**Against All Defendants**</center>

7  180. Plaintiff realleges and incorporates by reference all preceding paragraphs as
8  though fully set forth herein.

9  181. Defendants, operating in concert and with shared malicious intent,
10  willfully and knowingly engaged in a fraudulent scheme to dispossess
11  Plaintiff of real property and to slander, obstruct, and commercially injure
12  Plaintiff's perfected legal and equitable interests. In furtherance of this
13  scheme, Defendants utilized the United States mail and interstate wire
14  communications in violation of **18 U.S.C. § 1341 (mail fraud)** and **18 U.S.C. §**
15  **1343 (wire fraud)**.

16  182. This fraudulent scheme included, without limitation:

17  • Mailing, recording, and transmitting a **facially void Trustee's**
18  **Deed Upon Sale** (Riverside County Doc. No. 2025-0017386),
19  despite full knowledge that title was previously vested in Plaintiff
20  through **recorded Grant Deeds** and **perfected UCC Financing**
21  **Statements**;

22  • Electronically submitting **false and defective court pleadings**, including a
23  **fraudulent Cross-Complaint** and a **deceptive "Notice of Related Case"**,
24  with intent to confuse the court, simulate legal authority, and undermine
25  Plaintiff's equitable claim;

26  • Disseminating **material misrepresentations** regarding ownership, authority,
27  and standing — both to judicial officers and third parties — through email,
28  electronic filings, and postal service;

1     •   Misusing legal counsel and court systems to **simulate process** and to

2        perpetrate falsehoods, fraud, and delay through mailed and electronically

3        filed instruments, all in furtherance of a coordinated enterprise.

4     183. Each act of mailing or electronic transmission undertaken in support of this

5 fraudulent scheme constitutes a **separate predicate offense** under **RICO**, forming a

6 **pattern of racketeering activity** as defined under **18 U.S.C. § 1961(1)** and actionable

7 under **§ 1962(c)**.

8     184. Defendants acted with **actual and constructive knowledge** of Plaintiff's

9 perfected title and security interest. Their intent was unequivocally fraudulent and

10 malicious—executed to:

11     •   **Defraud the public record** and simulate authority that did not exist;

12     •   **Interfere with and delay judicial and commercial remedy;**

13     •   **Strip Plaintiff of property rights and fiduciary control;**

14     •   **Cloud title and interfere with trust administration and enforcement.**

15     185. The delay and disruption caused by Defendants' conduct triggers the

16 **doctrine of laches**, as Defendants acted with unreasonable delay and inequitable

17 conduct, knowing Plaintiff's perfected rights had been of public record since 2022.

18 Their continued reliance on fabricated filings is barred by equity.

19     186. As a **direct and proximate result** of these unlawful acts, Plaintiff has

20 suffered:

21     •   **Severe commercial and fiduciary injury**, including the chilling of contract

22        enforcement and interference with trust-held leaseholds;

23     •   **Slander of title**, reputational harm, and interference with business

24        expectancy;

25     •   **Substantial legal expense**, disruption of estate administration, and

26        deprivation of constitutional rights.

27     187. Plaintiff asserts a **private right of action** under **18 U.S.C. § 1964(c)** and

28 demands the following remedies:

VERIFIED COMPLAINT FOR DAMAGES, EQUITABLE RELIEF, AND INJUNCTIVE RELIEF

- **Compensatory and punitive damages** in amounts to be proven at trial;
- **Treble damages** pursuant to **RICO**, for racketeering conduct involving mail and wire fraud;
- **Permanent injunctive and declaratory relief**, including cancellation and nullification of all instruments and filings generated in furtherance of the fraud;
- **Attorneys' fees and full costs of suit**, as authorized by statute and equity.

188. The conduct alleged herein does not represent mere civil impropriety — it constitutes an orchestrated and malicious **criminal enterprise** designed to subvert public institutions, dispossess lawful titleholders, and weaponize judicial systems against the rightful owner. This Court is vested with both jurisdiction and constitutional duty to remedy the fraud in its entirety.

### Count 9 – Forgery and Falsification of Public Records
### (18 U.S.C. § 1001; Cal. Penal Code §§ 115, 470; 18 U.S.C. §§ 1962(c), 1964(c))
### Against All Defendants

189. Plaintiff realleges and incorporates by reference all preceding paragraphs as though fully set forth herein.

190. Defendants, acting in concert as part of a deliberate and fraudulent enterprise, knowingly **created, altered, and caused to be recorded false public instruments**, including but not limited to the **fraudulent Trustee's Deed Upon Sale** (Riverside County Recorder Doc. No. 2025-0017386), with intent to:

- Misrepresent legal title;
- Deceive public officers, courts, and third parties;
- Obstruct justice and quiet title remedy;
- Cloud and convert real property already lawfully secured and perfected by Plaintiff.

191. At the time of these fraudulent acts, Defendants had **actual and constructive notice** that Plaintiff held **lawful and perfected title**, evidenced by recorded **Grant**

**Deeds (Doc. Nos. 2022-0490841 and 2024-0291980)** and **UCC Financing Statements** duly filed with the Nevada Secretary of State.

192. The purported Trustee's Deed was recorded **after Plaintiff's title had vested** and **without authority, jurisdiction, or foreclosure power**, rendering it **void ab initio** as a matter of law. The deed is not merely voidable—it is legally nonexistent and incapable of conveying any interest.

193. Defendants' conduct constitutes multiple felonies and statutory violations, including:

- **Forgery** under **California Penal Code § 470**, for knowingly signing, filing, or altering documents with intent to defraud or cause damage;

- **Filing a false instrument** with a public office under **California Penal Code § 115**, a felony punishable by up to three years in state prison;

- **Knowingly falsifying material facts** in a matter within the jurisdiction of the United States government, under **18 U.S.C. § 1001;**

- **Racketeering activity** under **18 U.S.C. § 1962(c)**, by virtue of these predicate acts, and giving rise to civil enforcement under **18 U.S.C. § 1964(c)**.

194. These acts were **not isolated**, but part of a **systematic campaign to seize real estate under false pretenses**, interfere with fiduciary rights, defame secured parties, and exploit the public recording system to give the illusion of legitimacy.

195. This campaign further included:

- Recording **simulated legal documents** and forged instruments;

- **Manipulating judicial process** through knowingly fraudulent pleadings;

- **Disregarding laches**, where Defendants acted with full knowledge of Plaintiff's prior, perfected rights and unreasonably delayed action in bad faith to gain unjust advantage.

196. As a **direct and proximate result** of Defendants' criminal and civil misconduct, Plaintiff has suffered:

- **Substantial damage to title and reputation**, impairing his ability to manage and convey trust property;
- **Economic loss**, including loss of beneficial use, income, equity, and quiet enjoyment;
- **Legal and fiduciary expense**, incurred to defend against false claims and restore lawful title.

197. Pursuant to **18 U.S.C. § 1964(c)** and applicable California statutes, Plaintiff seeks:

- **Treble damages**, as authorized by RICO for predicate forgery and fraud;
- **Compensatory and statutory damages**, including those under Cal. Pen. Code §§ 115, 470;
- **Voidance and expungement of all forged instruments** from the public record;
- **Permanent injunction** restraining Defendants from further misuse of county recording systems or simulated legal process;
- **Attorneys' fees**, expert costs, and full legal expenses incurred in pursuit of remedy and correction.

198. The Defendants' conduct constitutes **a direct assault on the integrity of the public trust, the recording system, and the rule of law**. Such flagrant and repeated abuse of process warrants full and decisive remedy through every available federal and state enforcement mechanism.

### Count 10 – False Claims and Use of False Pretenses in Judicial Process (18 U.S.C. §§ 287, 1001, 1341, 1343; Cal. Penal Code §§ 118, 132, 134; 18 U.S.C. § 1964(c))

### Against All Defendants

199. Plaintiff realleges and incorporates by reference all preceding paragraphs as though fully set forth herein.

VERIFIED COMPLAINT FOR DAMAGES, EQUITABLE RELIEF, AND INJUNCTIVE RELIEF

Registered Mail #RF775826289US — Dated: June 2, 2025

200. Defendants, jointly and severally, knowingly and willfully fi**led, presented, and prosecuted false claims and fabricated legal instruments** before judicial tribunals and public recorders for the purpose of:

- Simulating lawful authority where none existed;
- Deceiving judicial officers and county recorders;
- Obstructing Plaintiff's equitable claims and perfected security interests;
- Usurping possession and title to real property held in trust and lawfully secured.

201. These acts included but were not limited to:

- **Filing a knowingly fraudulent Cross-Complaint** against private non-statutory trust entities with no lawful nexus to the allegations or legal capacity to be sued;
- **Submitting a fabricated "Notice of Related Case",** with intent to manipulate court assignment, simulate relevance, and confuse jurisdiction;
- **Recording and litigating false instruments**, including a facially void Trustee's Deed Upon Sale, with full knowledge of prior perfected title vested in Plaintiff;
- **Misrepresenting foreclosure authority, standing, and ownership** in pleadings, while simultaneously ignoring or concealing public evidence to the contrary.

202. Defendants' conduct constitutes clear and repeated violations of law, including:

- **Presenting false claims to a government body** under 18 U.S.C. § 287;
- **Filing and using false documents and statements** before courts and agencies under **18 U.S.C. § 1001**;
- **Executing a scheme to defraud via U.S. mail and electronic communications** under **18 U.S.C. §§ 1341 and 1343 (Mail and Wire Fraud)**;
- **Perjury,** under **California Penal Code § 118**;

VERIFIED COMPLAINT FOR DAMAGES, EQUITABLE RELIEF, AND INJUNCTIVE RELIEF

Registered Mail #RF775826289US — Dated: June 2, 2025

1  • **Preparation and presentation of false evidence** under **California Penal**
2     **Code §§ 132 and 134**, which render such acts felonies;

3  • **Racketeering activity** under **18 U.S.C. § 1962(c)**, giving rise to a **private**
4     **civil right of action under 18 U.S.C. § 1964(c)**.

5     203.Moreover, the Defendants **unreasonably delayed asserting their alleged**
6  **claims** until after Plaintiff had perfected title, in violation of the doctrine of
7  **laches**, which bars their claims due to undue delay, bad faith, and resulting
8  prejudice.

9     204.The acts committed by Defendants represent a **textbook abuse of process**,
10 intended to simulate lawful court proceedings, cause confusion, and mislead public
11 officials, all while operating under color of authority but lacking lawful jurisdiction
12 or standing.

13    205.As a direct and proximate result of Defendants' unlawful and malicious
14 conduct, Plaintiff has suffered:

15 • **Loss of property, income, and fiduciary control** over trust assets;

16 • **Severe reputational and legal title damage**;

17 • **Deprivation of access to court remedy** and **obstruction of judicial equity**;

18 • **Emotional and economic harm**, including litigation expense, disruption of
19    commercial relations, and stress.

20    206.Plaintiff asserts a **private right of action** under **18 U.S.C. § 1964(c)** and
21 demands the following relief:

22 • **Treble damages** as authorized by RICO for predicate acts of mail fraud,
23    wire fraud, and false claims;

24 • **Compensatory and punitive damages** for defamation of title, economic
25    loss, and malicious abuse of court process;

26 • **Declaratory and injunctive relief**, including:

27    ○ Expungement of all false claims and instruments from court and county
28       records;

VERIFIED COMPLAINT FOR DAMAGES, EQUITABLE RELIEF, AND INJUNCTIVE RELIEF

Registered Mail #RF775826289US — Dated: June 2, 2025

1        ○  Permanent injunction against further filings or claims by Defendants
2           involving the subject property;

3    •  **Attorneys' fees, costs of suit, expert witness fees,** and all further relief the
4       Court deems just and proper.

5  207.Defendants' actions were not simply negligent or mistaken—they were
6 calculated, deliberate, and malicious, amounting to fraud on the court, constructive
7 fraud on the public record, and conspiracy to obstruct rightful remedy. These acts
8 demand full judicial review, maximum damages, and permanent equitable remedy.

9     **Count 11 – Civil Conspiracy and Aiding and Abetting Liability**
10 **(18 U.S.C. § 2; 18 U.S.C. §§ 1962(d), 241; 42 U.S.C. §§ 1983, 1985(3); Cal. Civ.**
11             **Code §§ 1709, 1710)**
12            **Against All Defendants**

13  208.Plaintiff realleges and incorporates by reference all preceding paragraphs as
14 though fully set forth herein.

15  209.Defendants, each knowingly and willfully, entered into a
16 coordinated agreement—explicit or tacit—to defraud, injure, and
17 deprive Plaintiff of his constitutional rights, vested commercial interests,
18 and real property, in direct violation of federal civil rights law, California
19 tort law, and the Racketeer Influenced and Corrupt Organizations Act
20 (RICO).

21  210.This conspiracy was carried out through a deliberate and
22 continuous pattern of racketeering and commercial fraud, including but
23 not limited to:

24    •  The fabrication, execution, and recordation of a **facially void and**
25       **fraudulent Trustee's Deed Upon Sale** (Doc. No. 2025-0017386), recorded
26       after legal and equitable title had vested in Plaintiff;

27    •  The filing of a **knowingly defective and unverified Cross-Complaint**, used
28       to simulate legal authority and shift liability;

VERIFIED COMPLAINT FOR DAMAGES, EQUITABLE RELIEF, AND INJUNCTIVE RELIEF

Registered Mail #RF775826289US — Dated: June 2, 2025

1    • **Misappropriation of Plaintiff's legal identity**, including the unauthorized
2    use of stylized names to simulate standing and bypass real party in interest
3    doctrines;

4    • Submission of a **fraudulent "Notice of Related Case"**, designed to mislead
5    the judiciary and improperly consolidate unrelated litigation;

6    • **Systematic communications, filings, and coordination** between
7    Defendants, their agents, and legal counsel, all used to conceal the unlawful
8    enterprise and shield participants from accountability.

9    211. Each Defendant either **directly participated** in the conspiracy or **aided and**
10    **abetted** its execution, in violation of:

11    • **18 U.S.C. § 2** – Aiding and abetting criminal acts;

12    • **18 U.S.C. § 1962(d)** – Conspiracy to violate civil RICO;

13    • **18 U.S.C. § 241** – Conspiracy against rights;

14    • **42 U.S.C. § 1983** – Civil action for deprivation under color of law;

15    • **42 U.S.C. § 1985(3)** – Conspiracy to deprive equal protection and due
16    process;

17    • **California Civil Code §§ 1709 and 1710** – Fraudulent misrepresentation and
18    concealment;

19    • **Common law tort** – Civil conspiracy and vicarious liability through
20    concerted action.

21    212. Defendants' conduct also constitutes **fraud on the court**, perjury by
22    omission, and **simulated legal process**. Attorneys involved violated their duties
23    under **Rule 8.4 of the California Rules of Professional Conduct** by knowingly
24    advancing false claims and simulated jurisdiction.

25    213. Under well-established law, each co-conspirator is **jointly and severally**
26    **liable** for the full extent of damages caused by the acts of every other participant in
27    furtherance of the unlawful agreement. *See Wyatt v. Cole, 504 U.S. 158 (1992); Kittle*
28    *v. City of Oakland, 202 Cal. App. 2d 805 (1962).*

VERIFIED COMPLAINT FOR DAMAGES, EQUITABLE RELIEF, AND INJUNCTIVE RELIEF

Registered Mail #RF775826289US — Dated: June 2, 2025

214. Additionally, Defendants' claims and filings are barred by the equitable doctrine of **laches**, as Plaintiff's superior title had already been perfected in the public record for months prior to their interference, and Defendants failed to timely assert any valid counterclaim or challenge, thereby waiving any presumption of right or standing.

215. As a direct and proximate result of this conspiracy, Plaintiff has suffered:

- **Irreparable interference with real and equitable title;**
- **Destruction of fiduciary structure** and administrative rights to the trust estate;
- **Loss of commercial use, income, and quiet enjoyment** of the property;
- **Emotional, reputational, and economic injury**, including attorney's fees, time loss, and procedural sabotage.

216. Pursuant to **18 U.S.C. § 1964(c)** and **42 U.S.C. §§ 1983, 1985**, Plaintiff asserts a private right of action and demands:

- **Treble damages** for racketeering acts and conspiratorial injury;
- **Compensatory and punitive damages** for malicious and intentional conduct;
- **Permanent injunctive relief** barring Defendants from recording, asserting, or litigating any future claims against the subject property;
- **Declaratory relief** confirming the nullity of all instruments created or filed in furtherance of the conspiracy;
- **Attorneys' fees, expert witness costs, and full litigation expenses** as permitted under **42 U.S.C. § 1988** and **Cal. Civ. Code § 3294**.

217. The **deliberate nature, coordinated scope, and systemic impact** of this conspiracy demands the full weight of judicial enforcement. Defendants' actions represent **not merely a civil wrong, but a willful and malignant abuse of law, equity, and judicial process** designed to dispossess, defame, and disenfranchise Plaintiff of lawfully perfected rights.

Registered Mail #RF775826289US — Dated: June 2, 2025

## Count 12 – Federal Trademark Infringement, Dilution, and Commercial Identity Misappropriation

## (15 U.S.C. §§ 1114, 1125(a), 1125(c); Cal. Bus. & Prof. Code § 14247; Cal. Civ. Code § 3344; UCC §§ 1-103, 1-308)

## Against All Defendants

218. Plaintiff realleges and incorporates by reference all preceding paragraphs as though fully set forth herein.

219. Defendants, without consent, license, authority, or lawful justification, knowingly and willfully used, appropriated, and publicly disseminated Plaintiff's registered, copyrighted, and protected trade names and identity markers, including but not limited to:

- ™KEVIN WALKER©
- ™DONNABELLE MORTEL©
- Any related stylized or derivative use tied to Plaintiff's trust estate or private property interests.

220. These names and estate identifiers were previously established as **secured commercial marks** under **common law**, **private copyright notice**, and **filed UCC security agreements**, as evidenced by certified notices, prior commercial filings, and unrebutted affidavits in the record. See Exhibits R and U.

221. Despite **constructive and actual notice**, Defendants continued to misuse these marks in:

- Court pleadings and filings;
- Allegedly related case notices;
- Cross-Complaints and public record documents;
- Instruments purporting to bind Plaintiff and simulate liability under statutory or trust-related pretenses.

222. Defendants' intent was deliberate, malicious, and conspiratorial. The purpose of the unauthorized use was to:

VERIFIED COMPLAINT FOR DAMAGES, EQUITABLE RELIEF, AND INJUNCTIVE RELIEF

Registered Mail #RF775826289US — Dated: June 2, 2025

1    • **Hijack private identity and trust estate standing;**

2    • **Confuse judicial officers** and third parties into believing Plaintiff was a

3      corporate fiction or statutory entity;

4    • **Misappropriate commercial value** of name estates secured through private

5      contracts;

6    • **Chill Plaintiff's ability to enforce commercial remedies and property**

7      **rights;**

8    • **Simulate legal process through impersonation and unauthorized**

9      **standing.**

10   223. These acts constitute multiple violations of federal and state law, including:

11   • **Federal trademark infringement** – 15 U.S.C. § 1114;

12   • **False designation of origin and unfair competition** – 15 U.S.C. § 1125(a);

13   • **Trademark dilution by blurring and tarnishment** – 15 U.S.C. § 1125(c);

14   • **California statutory trademark dilution** – Cal. Bus. & Prof. Code § 14247;

15   • **Commercial misappropriation of identity** – Cal. Civ. Code § 3344;

16   • **Fraudulent misrepresentation and deceit** – Cal. Civ. Code §§ 1709–

17     1710;

18   • **Violation of Uniform Commercial Code principles** – UCC §§ 1-103, 1-308

19     (preservation of rights and remedy for commercial injury).

20   224. Furthermore, **each unauthorized use of a protected trade name** constitutes a

21   **separate and enforceable act of infringement**, triggering **liquidated damages of**

22   **$1,000,000.00 per violation** as per binding commercial terms and security

23   agreements lawfully recorded and unrebutted by Defendants.

24   225. As of the date of this filing, Plaintiff has identified **at least twelve (12) such**

25   **violations,** equating to not less than **$12,000,000.00 in liquidated commercial**

26   **damages**, exclusive of punitive, treble, or statutory enhancements.

27   226. Defendants' unauthorized actions are also **barred by laches**, as Plaintiff's

28   exclusive ownership and commercial reservation of said names were properly filed

VERIFIED COMPLAINT FOR DAMAGES, EQUITABLE RELIEF, AND INJUNCTIVE RELIEF

and recorded long before Defendants' infringing acts. Defendants failed to timely contest these notices, thereby waiving any presumption of good faith or colorable claim of usage.

227. As a direct and proximate result, Plaintiff has suffered:

- **Reputational harm and dilution of brand identity;**
- **Loss of goodwill, commercial trust, and standing in court;**
- **Damage to fiduciary estate administration and equitable property rights;**
- **Emotional distress and impairment of business activities.**

228. Plaintiff asserts a **private right of action** and seeks relief under **15 U.S.C. § 1117** and **California law**, including:

- **Treble damages** as provided under 15 U.S.C. § 1117(b) for willful infringement;
- **Statutory damages** up to **$2,000,000 per mark, per use** under 15 U.S.C. § 1117(c);
- **Permanent injunctive relief** pursuant to 15 U.S.C. § 1116 to restrain Defendants from any further use, filing, publication, or litigation involving Plaintiff's protected names;
- **Disgorgement of all profits** obtained through the unauthorized and fraudulent use of Plaintiff's marks;
- **Restitution, attorneys' fees, expert witness fees, and all legal costs incurred.**

229. Defendants' conduct is not only unlawful but **contemptuous of Plaintiff's private status, commercial autonomy, and legal identity**. It represents an egregious form of identity theft, commercial sabotage, and willful infringement of secured private rights under federal and state jurisdiction.

//

//

//

VERIFIED COMPLAINT FOR DAMAGES, EQUITABLE RELIEF, AND INJUNCTIVE RELIEF

Registered Mail #RF775826289US — Dated: June 2, 2025

<div align="center">

**Count 13 – Commercial Fraud and Constructive Fraud**

**(Cal. Civ. Code §§ 1572, 1573, 1709–1710; UCC §§ 1-103, 1-201, 3-505; Federal**

**Common Law of Contracts and Equity)**

**Against All Defendants**

</div>

230. Plaintiff realleges and incorporates by reference all preceding paragraphs as though fully set forth herein.

231. Defendants, jointly and severally, **knowingly, willfully, and maliciously engaged in commercial fraud, constructive fraud, and deceit**, through a sustained pattern of dishonor, concealment, and material misrepresentation, with the intent to impair, convert, and unlawfully seize trust-held real property, secured interests, and equitable rights held by Plaintiff and/or the secured private trust estate.

232. The fraudulent acts include, but are not limited to:

- **Recording and relying on a knowingly void Trustee's Deed Upon Sale** that lacked any lawful foreclosure authority and was issued long after Plaintiff's vested title and perfected security interest had been recorded;

- **Filing false pleadings**, including a fraudulent Cross-Complaint, to simulate controversy, obstruct adjudication, and cloud lawful title;

- **Simulating legal process** by invoking fictitious standing, unverified instruments, and procedurally defective "Notices of Related Case" to deceive the court and derail equitable resolution;

- **Refusing to respond to or rebut verified affidavits, presentments, and notices of default and dishonor**, which stand as **self-executing commercial facts under UCC § 3-505 and § 1-201(b)(20).**

233. Defendants' conduct constitutes:

- **Actual fraud** under **Cal. Civ. Code § 1572**, by knowingly asserting false representations, suppressing material facts, and causing injury through deceit;

VERIFIED COMPLAINT FOR DAMAGES, EQUITABLE RELIEF, AND INJUNCTIVE RELIEF

- **Constructive fraud** under **Cal. Civ. Code § 1573**, by violating duties of good faith, fair dealing, and equity owed to Plaintiff as a party with recorded interest;

- **Intentional misrepresentation and concealment** under **Cal. Civ. Code §§ 1709–1710**, constituting actionable tortious conduct;

- **Commercial fraud and dishonor** under UCC §§ 1-103, 1-201(b)(20), and **3-505**, for failing to discharge obligations and respond in good faith to commercial claims and negotiable instruments;

- **Violation of the Federal Common Law of Contracts and Equity**, for obstructing remedy, breaching fiduciary duties, and perpetrating commercial deceit.

234. These acts were executed:

- **With actual and constructive knowledge** of Plaintiff's perfected interest and commercial status;

- **In coordinated fashion**, involving attorneys, agents, and third-party recorders acting in knowing complicity;

- **To simulate lawful process** where none existed, and to intentionally damage Plaintiff's quiet title, trust corpus, and fiduciary integrity.

235. The **doctrine of laches** bars any claim or defense by Defendants to the contrary, as Plaintiff's perfected interest was publicly recorded, constructively served, and unrebutted, with Defendants failing to timely assert any lawful or equitable interest.

236. As a direct and proximate result, Plaintiff and/or the Secured Parties have sustained:

- **Destruction of trust administration and contractual governance;**

- **Slander of title and reputation in both private and commercial capacities;**

- **Loss of beneficial use, income, and quiet enjoyment** of secured real property;

Registered Mail #RF775826289US — Dated: June 2, 2025

1    • **Extraordinary fiduciary, administrative, and litigation costs** incurred in
2    defense of fraudulent claims;

3    • **Irreparable harm to secured standing**, warranting immediate and
4    permanent remedy.

5    237. Accordingly, Plaintiff demands full commercial and equitable relief,
6    including:

7    • **Treble damages** under applicable statutes and equity;

8    • **Restitution, disgorgement**, and forfeiture of all profits or benefits derived
9    from the fraud;

10   • **Nullification and voidance** of all false claims, simulated legal documents,
11   and forged instruments;

12   • **Enforcement of unrebutted notices, affidavits, and certificates of**
13   **default** under **UCC § 3-505** as final, binding, and commercially
14   conclusive;

15   • **Injunctive and declaratory relief**, including removal of any cloud on title
16   and bar against future misconduct;

17   • **Attorneys' fees, commercial enforcement costs, expert witness fees**, and
18   any additional remedy as deemed just.

19   238. Defendants' actions are not merely incidental errors or procedural oversteps.
20   They constitute an orchestrated and malicious scheme to execute commercial theft
21   through litigation fraud and simulated public process. Such behavior demands
22   severe judicial rebuke, maximum statutory penalties, and comprehensive equitable
23   remedy.

24   **Count 14 – Unfair and Deceptive Business Practices**
25   **(Cal. Bus. & Prof. Code § 17200 et seq.; Federal Common Law; UCC § 1-103;**
26   **Lanham Act § 43(a), 15 U.S.C. § 1125; Supplemental Jurisdiction under 28**
27   **U.S.C. § 1367)**
28   **Against All Defendants**

VERIFIED COMPLAINT FOR DAMAGES, EQUITABLE RELIEF, AND INJUNCTIVE RELIEF

Registered Mail #RF775826289US — Dated: June 2, 2025

239. Plaintiff realleges and incorporates by reference all preceding paragraphs as though fully set forth herein.

240. Defendants, acting individually and in concert, have willfully engaged in **unlawful, unfair, and fraudulent business practices** within the meaning of **California Business and Professions Code § 17200 et seq.** ("UCL"), the **Lanham Act**, the **Uniform Commercial Code**, and **federal common law**, by abusing judicial process and misusing commercial instruments to simulate ownership, falsify authority, and interfere with Plaintiff's secured trust interests and private property rights.

241. The pattern of conduct includes, but is not limited to:

- **Recording a knowingly fraudulent and facially void Trustee's Deed Upon Sale,** despite the prior perfected legal and equitable title held by Plaintiff;
- **Filing meritless, procedurally defective pleadings,** including an unverified Cross-Complaint and a fraudulent "Notice of Related Case," intended to confuse jurisdiction and delay rightful adjudication;
- **Misappropriating Plaintiff's private and trademarked name estate,** including the unauthorized use of "™KEVIN WALKER©" and "™DONNABELLE MORTEL©" for unlawful commercial purposes;
- **Failing to rebut or respond in good faith** to Plaintiff's verified conditional acceptances, administrative affidavits, and notices of dishonor, thereby invoking **commercial estoppel under UCC § 3-505;**
- **Engaging in calculated acts of coercion, harassment, and deception,** including slander of title, misuse of court process, and simulation of legal authority, all while attempting to cloud and encumber Plaintiff's trust property for economic leverage.

242. These acts constitute:

- **Unlawful practices,** in violation of:
    - **Cal. Civ. Code §§ 44, 47** (slander of title and defamation),

Registered Mail #RF775826289US — Dated: June 2, 2025

1        o   **Cal. Civ. Code § 1572** (actual fraud),

2        o   **UCC §§ 1-308 and 3-505** (reservation of rights and dishonor),

3        o   **15 U.S.C. § 1125(a)** (false designation of origin and unfair competition);

4    • **Unfair practices**, by violating standards of fair dealing, fiduciary

5    responsibility, and ethical obligations under trust law, commercial contracts,

6    and court rules;

7    • **Fraudulent practices**, through misrepresentations, concealment, and

8    simulated legal process, calculated to deceive Plaintiff, the judiciary, public

9    offices, and third parties.

10   243. The **Defendants' conduct was willful, egregious, and malicious**, executed

11   with actual and constructive knowledge of Plaintiff's secured status, prior perfected

12   filings, and exclusive beneficial interest in the subject property.

13   244. The **doctrine of laches** bars any contrary claim or assertion of right by

14   Defendants. Their failure to timely rebut perfected notices, affidavits, and trust

15   filings—coupled with their bad faith conduct—waives any equitable defense or

16   standing.

17   245. As a direct and proximate result, Plaintiff has suffered:

18   • **Interference with trust administration, secured interests, and equitable title;**

19   • **Loss of rents, commercial opportunity, and income** generated by the trust

20   property;

21   • **Slander of title and public defamation**, damaging reputation and private

22   standing;

23   • **Emotional distress, fiduciary strain, and legal expense**, arising from the

24   need to defend against simulated process and fraudulent claims;

25   • **Destruction of private commercial relations and investor confidence**.

26   246. Pursuant to **Cal. Bus. & Prof. Code § 17204, 15 U.S.C. § 1125(a)**, and

27   **applicable UCC remedies**, Plaintiff asserts a **private right of action** and demands

28   the following relief:

VERIFIED COMPLAINT FOR DAMAGES, EQUITABLE RELIEF, AND INJUNCTIVE RELIEF

1    • **Treble damages** pursuant to **Lanham Act § 1117** and equitable statutes;

2    • **Restitution**, **disgorgement**, and forfeiture of all unlawful gains;

3    • **Permanent injunctive relief** barring further unauthorized use of Plaintiff's

4    name estate, trust identifiers, or secured assets;

5    • **Nullification of all filings**, **pleadings, and instruments** recorded or filed in

6    furtherance of the fraudulent scheme;

7    • **Attorneys' fees, court costs**, **administrative expenses**, and any other relief

8    deemed just and proper in law and equity.

9    247. This Court has **supplemental jurisdiction under 28 U.S.C. § 1367**, as these

10   claims arise from the **same nucleus of operative facts** underlying Plaintiff's federal

11   RICO, mail fraud, obstruction, and civil rights claims. The acts complained of here

12   are not isolated—they are part of an **integrated fraudulent enterprise**

13   masquerading as lawful business conduct.

14   248. The nature, extent, and coordination of Defendants' behavior constitute a

15   **malicious assault on the integrity of commerce, title, and the judicial process**

16   **itself**. Full commercial, statutory, and equitable remedy is necessary to redress the

17   damage inflicted and to deter future misconduct by these or similarly situated

18   actors.

19   **Count 15 – Deprivation of Property Without Due Process of Law**

20   **(U.S. Const. amend. V & XIV; 42 U.S.C. § 1983; U.S. Const. art. I, § 10; art.**

21   **IV, § 2; 18 U.S.C. § 1964(c); Laches Doctrine)**

22   **Against All Defendants**

23   249. Plaintiff realleges and incorporates by reference all preceding paragraphs as

24   though fully set forth herein.

25   250. Defendants, both individually and acting in concert, knowingly and

26   willfully deprived Plaintiff of vested real property rights without lawful judicial

27   process, in violation of the Fifth and Fourteenth Amendments to the U.S.

28   Constitution and actionable under 42 U.S.C. § 1983.

Registered Mail #RF775826289US — Dated: June 2, 2025

251. These constitutional violations were perpetrated **under color of law, false process, and simulated judicial authority**, and were furthered through private collusion among attorneys, title agents, and fictitious entities. The objective was to unlawfully seize, cloud, and control private property in blatant disregard of due process, equity, and the supremacy of perfected title.

252. Specifically, Defendants:

- Executed and recorded a **void and fraudulent Trustee's Deed Upon Sale (Doc. #2025-0017386),** with full knowledge that Plaintiff's title was previously **perfected by Grant Deed and UCC lien**, thereby simulating a legal transfer where none lawfully occurred;

- Filed and maintained a **knowingly defective Cross-Complaint** without standing, verified foundation, or statutory authority — amounting to false process, fraudulent misrepresentation, and simulated litigation;

- Created a fraudulent "Notice of Related Case" solely to derail proper adjudication, poison the judicial record, and bypass equitable proceedings already pending;

- Took deliberate action to deprive Plaintiff of his right to **notice, hearing, meaningful review, and access to lawful remedy**, in violation of core constitutional protections under **due process** clauses;

- Acted under **color of law and commercial misrepresentation** to simulate judicial authority, cloud legal title, and interfere with trust administration and private secured interests.

253. These acts constitute a **gross abuse of state process** in violation of federal protections under:

- **Fifth Amendment** – Deprivation of property without just compensation or lawful process;

- **Fourteenth Amendment** – Denial of equal protection and due process;

- **42 U.S.C. § 1983** – Civil rights violations by those acting under color of law;

VERIFIED COMPLAINT FOR DAMAGES, EQUITABLE RELIEF, AND INJUNCTIVE RELIEF

Registered Mail #RF775826289US — Dated: June 2, 2025

- **18 U.S.C. § 1964(c)** – Racketeering acts supporting a private right of action for treble damages;
- **U.S. Const. art. I, § 10** – Impairment of contract;
- **U.S. Const. art. IV, § 2** – Protection of fundamental rights across states.

254. **Laches bars any defense** by Defendants asserting good faith, estoppel, or ignorance. They were repeatedly served, notified, and publicly placed on record with **affidavits, perfected UCC filings, and grant deed filings**, all of which they dishonored, ignored, or actively suppressed.

255. As a direct and proximate result of the above-described acts, Plaintiff has suffered:

- **Unlawful deprivation of possession, enjoyment, and control** of secured property;
- **Irreparable injury to trust administration**, fiduciary capacity, and title integrity;
- **Slander of title, reputational damage,** and interference with beneficial commercial interests;
- **Economic loss**, including rents, investments, and opportunities foreclosed due to simulated legal conflict;
- **Ongoing procedural obstruction,** administrative burden, and fiduciary distress.

256. Plaintiff asserts a private right of action under 42 U.S.C. § 1983, and demands the following relief:

- **Treble damages** pursuant to **18 U.S.C. § 1964(c)** for predicate RICO violations that formed part of this property deprivation;
- **Compensatory and punitive damages** for constitutional injury and abuse of state power;
- **Permanent injunctive relief** to bar any further actions by Defendants involving the subject property or simulated legal process;

VERIFIED COMPLAINT FOR DAMAGES, EQUITABLE RELIEF, AND INJUNCTIVE RELIEF

1    • **Restitution and cancellation** of all fraudulently recorded or filed
2    instruments;

3    • **Attorney's fees and full litigation costs**, under **42 U.S.C. § 1988** and federal
4    equity jurisdiction;

5    • Any further relief deemed just and proper by this Court in law and
6    equity.

7    257. This Court retains original jurisdiction over this cause due to the
8    constitutional dimension and federal statutory violations at issue. The conduct
9    complained of is not a mere private dispute—it is a calculated, state-enabled
10   deprivation of rights protected by the United States Constitution, commercial law,
11   and fiduciary doctrine.

12   <span style="color:red">**Count 16 – Declaratory and Injunctive Relief**</span>
13   <span style="color:red">**(28 U.S.C. §§ 2201–2202; Fed. R. Civ. P. 57 & 65; 15 U.S.C. § 1116; 18 U.S.C. §**</span>
14   <span style="color:red">**1964(c); U.S. Const. art. III, § 2; Doctrine of Laches)**</span>
15   <span style="color:red">**Against All Defendants**</span>

16   258. Plaintiff realleges and incorporates by reference all preceding paragraphs as
17   though fully set forth herein.

18   259. Pursuant to **28 U.S.C. §§ 2201–2202**, **Federal Rules of Civil Procedure 57 and**
19   **65**, and **Article III, § 2 of the United States Constitution**, this Court has original and
20   equitable jurisdiction to declare the legal rights of the parties and issue injunctive
21   relief necessary to prevent further irreparable injury and commercial harm.

22   260. Plaintiff is entitled to a declaration of rights and permanent injunctive relief
23   because the Defendants have:

24   • Asserted false and adverse claims to real property in derogation of
25   Plaintiff's **lawfully perfected legal and equitable title**, secured by **recorded**
26   **Grant Deeds** and **UCC-1 and UCC-3 filings**;

27   • Engaged in a pattern of **fraud, dishonor, and racketeering**, recording a **void**
28   **ab initio Trustee's Deed Upon Sale (Doc. No. 2025-0017386)** with **no**

1    **foreclosure authority**, and in express violation of publicly recorded prior

2    interests;

3    • Simulated legal process, committed trademark infringement, and caused

4    commercial and fiduciary injury through a **campaign of obstruction**,

5    **deception, and malicious prosecution**;

6    • Ignored repeated presentments, offers to settle, affidavits of truth, and

7    lawful commercial notices, thereby **triggering tacit procuration**, commercial

8    estoppel, and **binding legal effect under UCC §§ 1-103, 1-308, and 3-505**.

9    261. Defendants' failure to timely respond or rebut any of Plaintiff's lawful

10    presentments or recorded instruments establishes a **complete waiver of rights**

11    under the doctrines of **laches** and **acquiescence,** and bars any equitable relief in

12    their favor.

13    **Declaratory Relief Requested**

14    262. Plaintiff seeks the following declarations from this Court:

15    • That Plaintiff holds **superior legal and equitable title** to the real property

16    located at **31990 Pasos Place, Temecula, California (APN: 957-570-005)**;

17    • That the **Trustee's Deed Upon Sale (Doc. #2025-0017386)** is **null, void ab**

18    **initio**, and of **no force or legal effect**;

19    • That all **unrebutted affidavits, notices, liens, and perfected commercial**

20    **instruments** filed by Plaintiff are **valid, enforceable, and binding** under the

21    law of the land, commercial code, and federal equity;

22    • That any and all claims, liens, or instruments asserted by Defendants are

23    **facially fraudulent, commercially dishonored, and legally unenforceable**.

24    **Injunctive Relief Requested**

25    263. Plaintiff seeks the following injunctive relief:

26    • **Permanent injunction** prohibiting Defendants and all persons acting in

27    concert with them from asserting, recording, or attempting to enforce any

28    **adverse or competing claim** to the subject property;

Registered Mail #RF775826289US — Dated: June 2, 2025

- An **order compelling the Riverside County Recorder** to **expunge, void, or cancel** the recorded Trustee's Deed Upon Sale and any related fraudulent filings or instruments submitted by or on behalf of Defendants;

- A **judicial bar** against Defendants from using or referencing Plaintiff's **protected trade names**, trademarks, estate identifiers, or copyrighted private identifiers **without consent**;

- A **mandate of specific performance** requiring Defendants to honor all terms, notices, obligations, and commercial instruments, including **payment of commercial damages, lien satisfaction, and restoration of title**;

- An **injunction against further litigation or simulated legal process** involving the property by Defendants **without verified, court-approved standing and leave.**

**Monetary and Equitable Relief**

264. In addition to the above, Plaintiff demands:

- **Treble damages** pursuant to **18 U.S.C. § 1964(c)** and **15 U.S.C. § 1117** for fraud, RICO violations, and trademark infringement;

- **Disgorgement and restitution** of all unjust gains, rents, and benefits derived from use or misappropriation of Plaintiff's property and trust rights;

- **Costs of suit**, attorneys' fees, expert witness fees, administrative penalties, and other lawful expenses incurred in the enforcement of secured rights and commercial remedies;

- **Any further relief** the Court deems necessary and proper in law or equity to restore **Plaintiff's full dominion and beneficial enjoyment** of trust property and to **punish Defendants for continued malicious conduct.**

## DEMAND FOR TRIAL BY JURY

265. Pursuant to the **Seventh Amendment to the United States Constitution** and **Federal Rule of Civil Procedure 38**, Plaintiffs hereby respectfully demand their right

VERIFIED COMPLAINT FOR DAMAGES, EQUITABLE RELIEF, AND INJUNCTIVE RELIEF

to a **trial by jury** on all claims and issues in this action that are so triable. Plaintiffs assert that material questions of fact exist, including—but not limited to—violations of federally protected rights, due process, and civil liberties by government actors acting under color of law. These are matters that must be decided by a jury of **the people**, as guaranteed by the Constitution and as a safeguard against governmental overreach, judicial misconduct, and ultra vires authority.

## DEMAND FOR RELIEF AND EQUITABLE DETERMINATIONS

266. Plaintiff realleges and incorporates by reference all preceding paragraphs as though fully set forth herein.

267. Plaintiff, proceeding *sui juris, in propria persona*, without waiving any rights, defenses, or remedies at law or equity, hereby demands final judgment and adjudication in Plaintiff's favor and against all Defendants, jointly and severally, and respectfully requests this Honorable Court grant the following **specific relief and equitable determinations**, supported by the full record, the unrebutted affidavits, and commercial and constitutional law:

## I. MONETARY DAMAGES

1. **Compensatory Damages** in the amount of **$15,000,000.00** (Fifteen Million Dollars) for direct economic loss, property deprivation, reputational harm, legal obstruction, administrative interference, and commercial injury, including but not limited to:

   - Unlawful displacement from property;
   - Interference with trust rights and perfected title;
   - Emotional distress, slander of title, and irreparable harm to commercial standing.

2. **Treble Damages** under 18 U.S.C. § 1964(c), Cal. Bus. & Prof. Code §§ 17200–17208, and 15 U.S.C. § 1117, totaling **$45,000,000.00** (Forty-Five Million Dollars) for:

   - Racketeering activity including mail and wire fraud, forgery, and civil conspiracy;

Registered Mail #RF775826289US — Dated: June 2, 2025

- Unfair business practices and trademark violations;
- Knowing, willful, and malicious deprivation of protected property rights.

**3.** **Liquidated Damages** for unauthorized use of protected trademarks, as per unrebutted commercial record and contract, of **$12,000,000.00 minimum** (twelve discrete trademark infractions at $1,000,000 each), with reservation to increase upon verified discovery.

**4.** Liquidated damages in the amount of $100,000,000.00 are hereby demanded, as itemized and evidenced in *Exhibit J: Contract and Security Agreement / Affidavit Certificate of Dishonor, Non-Response, Default, Judgment, and Lien Authorization,* bearing USPS Tracking No. #RF775824288US. Said instrument stands unrebutted and constitutes binding agreement under contract law. The principles of estoppel, **res judicata, and stare decisis** now apply with full force and effect.

**5.** **Punitive Damages** in the Court's discretion, not less than **$25,000,000.00,** to punish and deter future similar misconduct, and to vindicate the public interest in maintaining judicial integrity, commercial honesty, and due process protections.

## II. EQUITABLE DECLARATIONS AND MANDATES

**6.** **Declaration of Title:** A judicial declaration that Plaintiff holds **lawful, legal, and equitable title** to the real property located at **31990 Pasos Place, Temecula, California (APN: 957-570-005),** free and clear of any adverse claims, encumbrances, or simulated liens recorded by or through Defendants.

**7.** **Voidance of Trustee's Deed:** A declaration that the **Trustee's Deed Upon Sale (Doc. #2025-0017386) is void ab initio,** recorded in fraud, and without lawful authority.

**8.** Commercial Record Recognition: A declaration affirming the validity, enforceability, and self-executing nature of all recorded affidavits, conditional

VERIFIED COMPLAINT FOR DAMAGES, EQUITABLE RELIEF, AND INJUNCTIVE RELIEF

Registered Mail #RF775826289US — Dated: June 2, 2025

1  acceptances, security agreements, UCC filings, and commercial liens as

2  unrebutted and binding in law and equity.

3  **9.** **Commercial Estoppel:** A finding of **tacit procuration and estoppel** by silence and

4  failure to rebut Plaintiff's lawful notices, presentments, and affidavits, thereby

5  converting them to judgment by operation of law under UCC §§ 1-308 and 3-505.

6  **III. PERMANENT INJUNCTIVE RELIEF**

7  **10.** An **order permanently enjoining** all Defendants and any agents, assigns, or

8  successors in interest from:

9  • Asserting, recording, or litigating any claim to the subject property

10  without verified leave of court;

11  • Using Plaintiff's private name estate(s), trade names, or protected

12  identifiers in any legal or commercial forum;

13  • Initiating or continuing any further simulated legal process or

14  filings against Plaintiff relating to the subject matter of this case.

15  **11.** **Mandamus Relief** compelling the **County Recorder** and any other

16  appropriate agency to **expunge and cancel all fraudulent or void instruments**

17  related to the subject property, including the Trustee's Deed and related false

18  claims of title.

19  **IV. RESTITUTION AND DISGORGEMENT**

20  **12.** An order of **full restitution and disgorgement** of all financial gains, rental

21  income, or commercial benefits obtained by Defendants through use, control,

22  or conversion of the subject property.

23  **13.** **Return of possession and beneficial control** of the property to Plaintiff

24  immediately, along with full and fair accounting of all rents, income, and

25  disbursements made under color of law or simulated authority.

26  **V. COSTS, FEES, INTEREST, AND ANCILLARY RELIEF**

27  **14.** **All legal costs and attorneys' fees**, as provided under 18 U.S.C. § 1964(c), 15

28  U.S.C. § 1117, 42 U.S.C. § 1988, and California law.

VERIFIED COMPLAINT FOR DAMAGES, EQUITABLE RELIEF, AND INJUNCTIVE RELIEF

15. **Pre-judgment and post-judgment interest** on all damages awarded, calculated from the date of first injury and continuing until full satisfaction of judgment.

16. **Administrative costs, notary fees, lien enforcement expenses, and all costs of commercial enforcement** pursuant to recorded instruments and equity law.

17. **Any and all other relief** this Court deems just, proper, equitable, and necessary to ensure full and final remedy.

## VI. STAY OF PARALLEL STATE COURT PROCEEDINGS

18. **An order staying and enjoining all** related proceedings currently pending in the Superior Court of California, County of Riverside—including but not limited to the **unlawful detainer** (Case No. UDME2500465) action and any **quiet title** (Case No. CVME2504043) or related civil proceedings—on the grounds that:

- Said proceedings arise from the same operative facts and parties as this federal action;
- The purported basis of those actions includes a facially void Trustee's Deed Upon Sale and other fraudulent instruments already challenged herein;
- The continued prosecution of those actions threatens irreparable harm, inconsistent rulings, and undermines this Court's jurisdiction and equitable authority;
- The claims and relief sought in this action encompass and preempt any conflicting claims in state court under 28 U.S.C. §§ 2201–2202 and the Supremacy Clause of the U.S. Constitution.

19. **This stay shall remain in full force and effect** pending final adjudication of this federal action and entry of final judgment.

//

VERIFIED COMPLAINT FOR DAMAGES, EQUITABLE RELIEF, AND INJUNCTIVE RELIEF

Registered Mail #RF775826289US — Dated June 2, 2025

## VII. RESERVATION OF RIGHTS

20. Plaintiff expressly **reserves all rights, claims, defenses, and remedies,** whether known or unknown, in law, equity, commerce, or admiralty, and **waives none** by bringing this action.

//
//
//
//
//
//
//
//
//
//

## VERIFICATION:

### Pursuant to 28 U.S.C. § 1746

**BY AUTHORIZED REPRESENTATIVE WITH FIRSTHAND KNOWLEDGE**

I, Kevin Realworldfare, over the age of 18, competent to testify, and having **firsthand knowledge** of the facts stated herein, do hereby **declare, certify, verify, affirm, and state** under penalty of perjury under the laws of the **United States of America**, that the foregoing statements are **true, correct, and complete**, to the best of my **understanding, knowledge, and belief**, and made in **good faith.**

Executed, signed, and sealed this 2nd day of June in the year of Our Lord two thousand and twenty five, *without* the United States, **with all rights reserved and without recourse and without prejudice.**

All rights reserved without prejudice or recourse, UCC § 1-308, 3-402.

By: *Kevin : Realworldfare*

**Kevin: Realworldfare**, Plaintiff, *Secured Party, Real Party In Interest, Injured Party*

Page 72 of 77

VERIFIED COMPLAINT FOR DAMAGES, EQUITABLE RELIEF, AND INJUNCTIVE RELIEF

Registered Mail #RF775826289US — Dated: June 2, 2025

# LIST OF EXHIBITS / EVIDENCE:

1. **Exhibit A:** GRANT DEED recorded in Official Records County of Riverside, DOC #2024-0291980, APN: 957-570-005, File No.: 37238 KH, where the private trust property is titled to '<u>WG **Private Irrevocable** Trust, dated February 7, 2022</u>'.

2. **Exhibit B:** UCC1 filing #2024385925-4.

3. **Exhibit C:** UCC1 filing #2024385935-1.

4. **Exhibit D:** UCC3 filing and NOTICE #2024402433-7.

5. **Exhibit E:** UCC3 filing and NOTICE #2024411182-7.

6. **Exhibit F:** GRANT DEED, DOC #2022-0490841, APN: 957-570-005, File No.: 30291 KH, recorded in Official Records County of Riverside.

7. **Exhibit G:** Affidavit and Contract and Security Agreement #EI988807156US.

8. **Exhibit H:** Affidavit and Contract and Security Agreement #RF775822865US.

9. **Exhibit I:** Affidavit and Contract and Security Agreement #RF775823755US.

10. **Exhibit J:** Contract and Security Agreement / Affidavit Certificate of Dishonor, Non-response, **DEFAULT**, JUDGEMENT, and LIEN AUTHORIZATION and LIEN AUTHORIZATION, #RF775824288US.

11. **Exhibit K:** Form 3811 corresponding to Exhibit G.

12. **Exhibit L:** Form 3811 corresponding to Exhibit H.

13. **Exhibit M:** Form 3811 corresponding to Exhibit I.

14. **Exhibit N:** Form 3811 corresponding to Exhibit J.

15. **Exhibit O:** Trust Certificate of WG PRIVATE IRREVOCABLE TRUST.

16. **Exhibit P:** Affidavit: Power of *Attorney-In-Fact*

17. **Exhibit Q:** Contract and Security Agreement / Affidavit Certificate of Dishonor, Non-response, DEFAULT, JUDGEMENT, and LIEN AUTHORIZATION and LIEN AUTHORIZATION, **#RF661592201US.**

18. **Exhibit R:** ™KEVIN WALKER© Trademark and Copyright Agreement

19. **Exhibit S:** ™DONNABELLE MORTEL© Trademark and Copyright Agreement

20. **Exhibit T:** Copy of Rule 8.4 Misconduct Approved by the Supreme Court.

VERIFIED COMPLAINT FOR DAMAGES, EQUITABLE RELIEF, AND INJUNCTIVE RELIEF

Registered Mail #RF775826289US — Dated: June 2, 2025

1    21.**Exhibit U:** Copy of Defendants **defective and fraudulent** CROSS-COMPLAINT

2    22. **Exhibit V:** Copy of VERIFIED RESPONSE, *CONDITIONAL* ACCEPTANCE,

3    AND MOTION AND DEMAND TO STRIKE CROSS-COMPLAINT, SANCTION

4    COUNSEL FOR FRAUD, AND QUIET TITLE IN FAVOR OF PLAINTIFFS, as *a*

5    *matter of law (*Express Mail #ER192833495US*).

6    23.**Exhibit W:** Copy of NOTICE OF RETURN of Defendants defective CROSS-

7    COMPLAINT.

8    24. **Exhibit X:** Proof of delivery of 'VERIFIED RESPONSE..' (Exhibit V) to Court.

9    25. **Exhibit Y:** Email correspondence from John Bailey and Barry Lee O'Connor

10    showing their clear evasion, bad faith, and dishonor.

11    26. **Exhibit Z:** Copy of GEORGIA'S OWN CREDIT UNION'S Request to Dismiss

12    27. **Exhibit AA:** [PURPORTED] *'DEFENDANTS' VERIFIED RESPONSE AND*

13    *DEMAND FOR DISMISSAL OF FRAUDULENT UNLAWFUL DETAINER AND*

14    *SANCTIONS AGAINST PLAINTIFF AND DEMAND FOR CONSIDERED AND*

15    *STIPULATED JUDGEMENT, AND DEMAND FOR QUIET TITLE AND*

16    *DEMAND  FOR SUMMARY JUDGMENT IN FAVOR OF DEFENDANTS, AS A*

17    *MATTER OF LAW'*

18    28. **Exhibit BB**: Final Commercial Settlement Offer and Stipulated Quiet Title

19    Judgment

20    29. **Exhibit CC:** Defendants dishonorable denial of settlement Offer

21    //

22    //

23    //

24    //

25    //

26    //

27    //

28    //

VERIFIED COMPLAINT FOR DAMAGES, EQUITABLE RELIEF, AND INJUNCTIVE RELIEF

Registered Mail #RF775826289US — Dated: June 2, 2025

# P R O O F   O F   S E R V I C E

1

2   STATE OF CALIFORNIA                )

3                                       )       ss.

4   COUNTY OF RIVERSIDE                )

5          I competent, over the age of eighteen (18) years, and not a party to the within

6   action.  My mailing address is the Walkernova Group, **care of:** 30650 Rancho

7   California Road suite #406-251, Temecula, California [92591].  On or about **June 2,**

8   **2025**, I served the within documents:

9   **1.    VERIFIED COMPLAINT FOR DAMAGES, EQUITABLE RELIEF, AND**

10                         **INJUNCTIVE RELIEF.**

11  **2.                      Exhibits A through CC.**

12    **By United States Mail.**  I enclosed the documents in a sealed envelope or package

13  addressed to the persons at the addresses listed below by placing the envelope for

14  collection and mailing, following our ordinary business practices.  I am readily

15  familiar with this business's practice for collecting and processing correspondence

16  for mailing.  On the same day that correspondence is placed for collection and

17  mailing, it is deposited in the ordinary course of business with the United States

18  Postal Service, in a sealed envelope with postage fully prepared. I am a resident or

19  employed in the county where the mailing occurred.  The envelope or package was

20  placed in the mail in Riverside County, California, and sent via Registered Mail

21  with a form 3811.

22
           Naji Doumit, Mary Doumit, Daniel Doumit
23         C/o **NAJI DOUMIT, MARINAJ PROPERTIES, FOCUS ESTATES INC**
           1130 South Tamarisk Drive
24         Anaheim, California [92807]
           Registered Mail #RF775825796US with form 3811
25
           Naji Doumit, Mary Doumit, Daniel Doumit
26         C/o **NAJI DOUMIT, MARINAJ PROPERTIES, FOCUS ESTATES INC**
           22605 Alessandro Boulevard
27         Moreno Valley, California [92553]
           Registered Mail #RF775826275US with form 3811
28

VERIFIED COMPLAINT FOR DAMAGES, EQUITABLE RELIEF, AND INJUNCTIVE RELIEF

Registered Mail #RF775826289US — Dated: June 2, 2025

1    John L. Bailey (#103867), Therese Bailey (#171043)
C/o **THE BAILEY LEGAL GROUP**
2    25014 Las Brisas South, Suite B
Murrieta, California [92562]
3    Registered Mail #RF775826289US with form 3811

4    Barry-Lee: O'Connor
C/o **BARRY LEE O'CONNOR, BARRY LEE O'CONNOR & ASSOCIATES**
5    3691 Adams Street
Riverside, California [92504]
6    Registered Mail #RF775825782US with form 3811

7    **By Electronic Service.** Based on a court order and/or an **agreement of the**

8    **parties** to accept service by electronic transmission, I caused the documents to be

9    sent to the persons at the electronic notification addresses listed below.

Naji Doumit, Mary Doumit, Daniel Doumit
10    C/o **NAJI DOUMIT, MARINAJ PROPERTIES, FOCUS ESTATES INC**
louisatoui3@yahoo.com
11    najidoumit@gmail.com

12    John L. Bailey (#103867), Therese Bailey (#171043)
C/o **THE BAILEY LEGAL GROUP**
13    jbailey@tblglaw.com
tbailey@tblglaw.com
14

15    Barry-Lee: O'Connor (#134549)
C/o **BARRY LEE O'CONNOR, BARRY LEE O'CONNOR & ASSOCIATES**
16    udlaw2@aol.com

17    I declare under penalty of perjury under the laws of the State of California

18    that the above is true and correct. Executed on **June 2, 2025** in Riverside County,

19    California.

20                                          ___*/s/Chris Yarbra/*___
Chris Yarbra

21    //

22    //

23    //

24                                    **NOTICE:**

25    Using a notary on this document does **not** constitute joinder adhesion, or consent to

26    any foreign jurisdiction, **nor does it alter my status in any manner.** The purpose for

27    notary is verification and identification only and not for entrance into any foreign

28    jurisdiction.

VERIFIED COMPLAINT FOR DAMAGES, EQUITABLE RELIEF, AND INJUNCTIVE RELIEF

Registered Mail #RF775826289US — Dated: June 2, 2025

1

# ACKNOWLEDGEMENT:

2  State of California                    )

3                                         ) ss.

4  County of Riverside                    )

> A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

5  On this 2nd day of June, 2025, before me, _Joyti Patel_ , a Notary Public, personally

6  appeared Kevin Realworlfare (*formerly Kevin Walker*), who proved to me on the

7  basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed

8  to the within instrument and acknowledged to me that he/she/they executed the

9  same in his/her/their authorized capacity(ies), and that by his/her/their

10  signature(s) on the instrument the person(s), or the entity upon behalf of which the

11  person(s) acted, executed the instrument.

12  I certify under PENALTY OF PERJURY under the laws of the State of California

13  that the foregoing paragraph is true and correct.

14  WITNESS my hand and official seal.

15

16                                         JOYTI PATEL
                                           Notary Public - California
17  Signature _Joyti Patel_         (Seal)  Riverside County
                                           Commission # 2407742
18                                         My Comm. Expires Jul 8, 2026

19

20

21

22

23

24

25

26

27

28

VERIFIED COMPLAINT FOR DAMAGES, EQUITABLE RELIEF, AND INJUNCTIVE RELIEF

-Exhibit A-

RECORDING REQUESTED BY:

## DocStar Services, LLC.

MAIL TAX STATEMENTS AND
WHEN RECORDED MAIL TO:

℅ WG Private Irrevocable Trust
31990 Pasos Place
Temecula, CA 92591

DOC # 2024-0291980
09/27/2024 08:39 AM Fees: $94.00
Page 1 of 2
Recorded in Official Records
County of Riverside
Peter Aldana
Assessor-County Clerk-Recorder

**This document was electronically submitted
to the County of Riverside for recording**
Receipted by: ELENA #448

This document has been electronically recorded/filed with
the County Recorder's Office shown herein. This Coversheet
should be kept together along with the attached Original
Documents, as confirmation of its recording.

APN: 957-570-005
File No.: 37238 KH

This Document has been recorded as an
Accommodation only, it has not been reviewed as
to its accuracy or its effect on title

THE UNDERSIGNED GRANTOR(S) DECLARE(S):

T.R.A.: 013-109

SPACE ABOVE THIS LINE IS FOR RECORDER'S USE

"The conveyance transfers to an irrevocable
trust by the trustee or from an irrevocable
trust to a beneficiary, R&T 11911."

# GRANT DEED

DOCUMENTARY TRANSFER TAX IS $ 0.00    CITY TAX IS $ 0.00
_____ Computed on full value of property conveyed, or
_____ Computed on full value less liens and encumbrances remaining at time of sale.
_____ Unincorporated area    ✔ City of Temecula

For valuable consideration, receipt of which is hereby acknowledged,

Sameis Dragon, LLC, Trustee of the Memory Starburst Trust, dated February 7, 2022

hereby GRANT(S) to

WG Express, Trustee of the WG Private Irrevocable Trust, dated February 7, 2022

the following described property situated in the _____City of Temecula_____, County of _____Riverside_____,
State of _____California_____:

Lot 5 of Tract No. 23209, in the City of Temecula, County of Riverside, State of California, on file in
Book 320, Pages 79 through 97, Records of Riverside County, California.

Commonly known as: 31990 Pasos Place, Temecula, CA 92591

MAIL TAX STATEMENTS AS DIRECTED ABOVE

Page 1 of 2

Dated: _September 12, 2024_

Memory Starburst Trust, dated February 7, 2022
By: Sameis Dragon, LLC, Trustee

_UCC 1-308_
_3-402_

By: Kevin Lewis Walker, its President

_____

---

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

STATE OF _California_ )
 ) §
COUNTY OF _Riverside_ )

On _September 25, 2024_ before me, _Joyti Patel, Notary Public_, Notary Public, personally
appeared Kevin Lewis Walker ••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••,
who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _____

JOYTI PATEL
Notary Public - California
Riverside County
Commission # 2407742
My Comm. Expires Jul 8, 2026

-Exhibit B-

## UCC FINANCING STATEMENT

FOLLOW INSTRUCTIONS

| | |
|---|---|
| A. NAME & PHONE OF CONTACT AT FILER (optional)<br>**Kevin Lewis Walker 310-923-8521** | |
| B. E-MAIL CONTACT AT FILER (optional)<br>**kevinlwalker@me.com** | |
| C. SEND ACKNOWLEDGMENT TO: (Name and Address)<br>KEVIN LEWIS WALKER<br>c/o 41593 Winchester Road, Suite 200<br>Temecula, CA 92590, USA | |

| Filed in the Office of | Initial Filing Number |
|---|---|
| | **2024385925-4** |
| *F H Aguilar* | Filed On |
| | **February 13, 2024 10:31 AM** |
| Secretary of State | Number of Pages |
| State Of Nevada | **1** |

1. DEBTOR'S NAME: Provide only one Debtor name (1a or 1b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 1b, leave all of item 1 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 1a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| 1b. INDIVIDUAL'S SURNAME<br>**WALKER** | FIRST PERSONAL NAME<br>**KEVIN** | ADDITIONAL NAME(S)/INITIAL(S)<br>**LEWIS** | SUFFIX |
| 1c. MAILING ADDRESS<br>**11400 W OLYMPIC BLVD SUITE 200** | CITY<br>**LOS ANGELES** | STATE<br>**CA** | POSTAL CODE<br>**90064** | COUNTRY<br>**USA** |

2. DEBTOR'S NAME: Provide only one Debtor name (2a or 2b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 2b, leave all of item 2 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 2a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| 2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |

3. SECURED PARTY'S NAME (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY): Provide only one Secured Party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| 3b. INDIVIDUAL'S SURNAME<br>**WALKER** | FIRST PERSONAL NAME<br>**KEVIN LEWIS** | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| 3c. MAILING ADDRESS<br>**41593 WINCHESTER ROAD SUITE 200** | CITY<br>**TEMECULA** | STATE<br>**CA** | POSTAL CODE<br>**92590** | COUNTRY<br>**USA** |

4. COLLATERAL: This financing statement covers the following collateral:

THIS IS ACTUAL AND CONSTRUCTIVE NOTICE THAT ALL OF THE DEBTORS INTEREST NOW OWNED OR HEREAFTER ACQUIRED IS HEREBY ACCEPTED AS COLLATERAL FOR SECURING CONTRACTUAL OBLIGATIONS IN OF THE SECURED PARTY AS DETAILED IN A TRUE, CORRECT, COMPLETE, SECURITY AGREEMENT NO.070320042823. ALL OF DEBTORS ASSETS, THEIR SIGNATURE, REAL ESTATE, LAND, BANK ACCOUNTS, DNA, BIRTH CERTIFICATE, BONDS SECURITIES, LAWFUL MONEY, NOTES, DEBT INSTRUMENTS, FINGERPRINTS, CRYPTOCURRENCY WALLETS, TRADEMARKS, PATENTS, THEIR LIKENESS, BUSINESSES, OFFSPRING ADONIS ESCAREZ MORTEL WALKER AND ZOIYA ESCAREZ MORTEL WALKER BIRTH CERTIFICATES, EINS, TRUSTS, AND PERSONAL PROPERTY, AND ALL OF DEBTORS INTEREST IN SAID ASSETS, LAND AND PERSONAL PROPERTY, NOW OWNED AND HEREAFTER ACQUIRED, NOW EXISTING AND HEREAFTER ARISING AND WHEREVER LOCATED, DESCRIBED FULLY IN SECURITY AGREEMENT NO.070320042823. INQUIRING PARTIES MAY CONSULT DIRECTLY WITH THE DEBTOR TO ASCERTAIN IN DETAIL, THE FINANCIAL RELATIONSHIP AND CONTRACTUAL OBLIGATIONS ASSOCIATED WITH THIS COMMERCIAL TRANSACTION, IDENTIFIED IN THE SECURITY AGREEMENT REFERENCE ABOVE. ------ AFFIDAVIT OF TRUTHS AND POWER OF ATTORNEY IN FACT HAS BEEN NOTICED TO SECRETARY OF STATE, DEPARTMENT OF TREASURY, IRS, PROBATE, AND COUNTY. ADJUSTMENT OF THIS FILING IS IN ACCORD WITH HOUSE JOINT RESOLUTION HJR 192 OF JUNE 5TH 1933 AND UCC1- 103 AND 10-104. SECURED PARTY ACCEPTS DEBTOR SIGNATURE IN ACCORD WITH UCC1-201(39), 3-401.

| | |
|---|---|
| 5. Check only if applicable and check only one box: Collateral is ☑ held in a Trust (see UCC1Ad, item 17 and Instructions) | being administered by a Decedent's Personal Representative |

| 6a. Check only if applicable and check only one box: | | | 6b. Check only if applicable and check only one box: | |
|---|---|---|---|---|
| ☐ Public-Finance Transaction | ☐ Manufactured-Home Transaction | ☐ A Debtor is a Transmitting Utility | ☐ Agricultural Lien | ☐ Non-UCC Filing |

| 7. ALTERNATIVE DESIGNATION (if applicable): | ☐ Lessee/Lessor | ☐ Consignee/Consignor | ☐ Seller/Buyer | ☑ Bailee/Bailor | ☐ Licensee/Licensor |
|---|---|---|---|---|---|

8. OPTIONAL FILER REFERENCE DATA:

**FILING OFFICE COPY —** UCC FINANCING STATEMENT (Form UCC1) (Rev. 04/20/11)

-Exhibit C-

## UCC FINANCING STATEMENT

FOLLOW INSTRUCTIONS

| A. NAME & PHONE OF CONTACT AT FILER (optional) |
|---|
| Kevin Lewis Walker 310-923-8521 |
| B. E-MAIL CONTACT AT FILER (optional) |
| kevinlwalker@me.com |
| C. SEND ACKNOWLEDGMENT TO: (Name and Address) |
| KEVIN LEWIS WALKER |
| c/o 41593 Winchester Road, Suite 200 |
| Temecula, CA 92590, USA |

| Filed in the Office of | Initial Filing Number |
|---|---|
| *F.VAguilar* (signature) | 2024385935-1 |
| | Filed On |
| | February 13, 2024 10:36 AM |
| Secretary of State | Number of Pages |
| State Of Nevada | 1 |

1. DEBTOR'S NAME: Provide only one Debtor name (1a or 1b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 1b, leave all of item 1 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 1a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| 1b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| MORTEL | DONNABELLE ESCAREZ | | |
| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| 11400 W OLYMPIC BLVD SUITE 200 | LOS ANGELES | CA | 90064 | USA |

2. DEBTOR'S NAME: Provide only one Debtor name (2a or 2b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 2b, leave all of item 2 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 2a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| 2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| | | | |
| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| | | | | |

3. SECURED PARTY'S NAME (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY): Provide only one Secured Party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| 3b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| MORTEL | DONNABELLE ESCAREZ | | |
| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| C/O 41593 WINCHESTER SUITE 200 | TEMECULA | CA | 92590 | USA |

4. COLLATERAL: This financing statement covers the following collateral:

THIS IS ACTUAL AND CONSTRUCTIVE NOTICE THAT ALL OF THE DEBTORS INTEREST NOW OWNED OR HEREAFTER ACQUIRED IS HEREBY ACCEPTED AS COLLATERAL FOR SECURING CONTRACTUAL OBLIGATIONS IN OF THE SECURED PARTY AS DETAILED IN A TRUE, CORRECT, COMPLETE, SECURITY AGREEMENT NO.DEM070320042823. ALL OF DEBTORS ASSETS, THEIR SIGNATURE, REAL ESTATE, LAND, BANK ACCOUNTS, DNA, BIRTH CERTIFICATE, BONDS SECURITIES, LAWFUL MONEY, NOTES, DEBT INSTRUMENTS, FINGERPRINTS, CRYPTOCURRENCY WALLETS, TRADEMARKS, PATENTS, THEIR LIKENESS, BUSINESSES, TRUSTS, AND PERSONAL PROPERTY, AND ALL OF DEBTORS INTEREST IN SAID ASSETS, LAND AND PERSONAL PROPERTY, NOW OWNED AND HEREAFTER ACQUIRED, NOW EXISTING AND HEREAFTER ARISING AND WHEREVER LOCATED, DESCRIBED FULLY IN SECURITY AGREEMENT NO.DEM070320042823. INQUIRING PARTIES MAY CONSULT DIRECTLY WITH THE DEBTOR TO ASCERTAIN IN DETAIL, THE FINANCIAL RELATIONSHIP AND CONTRACTUAL OBLIGATIONS ASSOCIATED WITH THIS COMMERCIAL TRANSACTION, IDENTIFIED IN THE SECURITY AGREEMENT REFERENCE ABOVE. ------ AFFIDAVIT OF TRUTHS AND POWER OF ATTORNEY IN FACT HAS BEEN NOTICED TO SECRETARY OF STATE, DEPARTMENT OF TREASURY, IRS, PROBATE, AND COUNTY. ADJUSTMENT OF THIS FILING IS IN ACCORD WITH HOUSE JOINT RESOLUTION HJR 192 OF JUNE 5TH 1933 AND UCC1- 103 AND 10-104. SECURED PARTY ACCEPTS DEBTOR SIGNATURE IN ACCORD WITH UCC1-201(39), 3-401.

| 5. Check only if applicable and check only one box: Collateral is ☑ held in a Trust (see UCC1Ad, item 17 and Instructions) | | being administered by a Decedent's Personal Representative |
|---|---|---|
| 6a. Check only if applicable and check only one box: | | 6b. Check only if applicable and check only one box: |
| Public-Finance Transaction ☐ | Manufactured-Home Transaction ☐    A Debtor is a Transmitting Utility ☐ | Agricultural Lien ☐    Non-UCC Filing ☐ |
| 7. ALTERNATIVE DESIGNATION (if applicable): | Lessee/Lessor ☐    Consignee/Consignor ☐    Seller/Buyer ☐ | ☑ Bailee/Bailor    Licensee/Licensor ☐ |

8. OPTIONAL FILER REFERENCE DATA:

---

**FILING OFFICE COPY** — UCC FINANCING STATEMENT (Form UCC1) (Rev. 04/20/11)

## UCC FINANCING STATEMENT **AMENDMENT ADDENDUM**

FOLLOW INSTRUCTIONS

11. INITIAL FINANCING STATEMENT FILE NUMBER: Same as item 1a on Amendment form
**2024385925-4**

12. NAME OF PARTY AUTHORIZING THIS AMENDMENT: Same as item 9 on Amendment form

12a. ORGANIZATION'S NAME
**KEVIN LEWIS WALKER ESTATE**

OR | 12b. INDIVIDUAL'S SURNAME

FIRST PERSONAL NAME

ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX

13. Name of DEBTOR on related financing statement (Name of a current Debtor of record required for indexing purposes only in some filing offices - see Instruction item 13): Provide only one Debtor name (13a or 13b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); see Instructions if name does not fit

13a. ORGANIZATION NAME

OR | 13b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX

14. ADDITIONAL SPACE FOR ITEM 8 (Collateral):
**EXPRESS MAIL # EI 949 909 944 US, AND NOTICE TENDERED/SENT TO INTERNAL REVENUE SERVICE VIA EXPRESS MAIL # EI 949 909 989 US. ALL SECURITIES, AND ASSETS ARE ACCEPTED FOR VALUE AND RETURNED FOR VALUE WITH HONOR. SAID REGISTRATION IS TO SECURE THE RIGHTS TO TITLE(S) AND INTEREST IN THE COLLATERAL. ADJUSTMENT IS PURVIEW OF PUBLIC HJR-192, PUBLIC POLICY 73-10, 31 USC 3123, UCC 3-311, 3-419, 3-104, 3-603, 1-104, 9-105. ISSUED WITH 1099-OID (ORIGINAL ISSUE DISCOUNT), 1099-A, AND ALSO A 1099-C.**

15. This FINANCING STATEMENT AMENDMENT:
☐ covers timber to be cut   ☐ covers as-extracted collateral   ☐ is filed as a fixture filing

16. Name and address of a RECORD OWNER of real estate described in item 17 (if Debtor does not have a record interest):

17. Description of real estate:

18. MISCELLANEOUS:

FILING OFFICE COPY — UCC FINANCING STATEMENT AMENDMENT ADDENDUM (Form UCC3Ad) (Rev. 04/20/11)

-Exhibit D-

████████████████

████████████████

████████████████

## UCC FINANCING STATEMENT AMENDMENT

FOLLOW INSTRUCTIONS

| A. NAME & PHONE OF CONTACT AT FILER (optional) | Filed in the Office of | Filing Number |
|---|---|---|
| Kevin Lewis Walker  310-923-8521 | | 2024402433-7 |

**A. NAME & PHONE OF CONTACT AT FILER** (optional)
Kevin Lewis Walker  310-923-8521

**B. E-MAIL CONTACT AT FILER** (optional)
kevinlwalker@me.com

**C. SEND ACKNOWLEDGMENT TO:** (Name and Address)

KEVIN LEWIS WALKER
c/o 41593 Winchester Road, Suite 200
Temecula, CA 92590, USA

| Filed in the Office of | Filing Number |
|---|---|
| F.H.Aguilar | 2024402433-7 |
| | Initial Filing Number |
| | 2024385925-4 |
| Secretary of State | Filed On |
| State Of Nevada | April 30, 2024 09:00 PM |
| | Number of Pages |
| | 2 |

| 1a. INITIAL FINANCING STATEMENT FILE NUMBER | 1b. ☐ This FINANCING STATEMENT AMENDMENT is to be filed [for record] |
|---|---|
| **2024385925-4** | (or recorded) in the REAL ESTATE RECORDS Filer: attach Amendment Addendum(Form UCC3Ad) and provide Debtor's name in item 13 |

2. ☐ **TERMINATION:** Effectiveness of the Financing Statement identified above is terminated with respect to the security interest(s) of Secured Party authorizing this Termination Statement

3. ☐ **ASSIGNMENT** (full or partial): Provide name of Assignee in item 7a or 7b, and address of Assignee in item 7c and name of Assignor in item 9
For partial assignment, complete items 7 and 9 and also indicate affected collateral in item 8

4. ☐ **CONTINUATION:** Effectiveness of the Financing Statement identified above with respect to the security interest(s) of Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law

5. ☐ **PARTY INFORMATION CHANGE:**

Check one of these two boxes:                      AND Check one of these three boxes to:

☐ This Change affects ☐ Debtor or ☐ Secured Party of record      ☐ CHANGE name and/or address: Complete item 6a or 6b; and item 7a or 7b and item 7c    ☐ ADD name: Complete item 7a or 7b, and item 7c    ☐ DELETE name: Give record name to be deleted in item 6a or 6b

6. CURRENT RECORD INFORMATION:  Complete for Party Information Change - provide only one name (6a or 6b)

| 6a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| OR | | | |
| 6b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |

7. CHANGED OR ADDED INFORMATION: Complete for Assignment or Party Information Change - provide only one name (7a or 7b) ( USE exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name)

| 7a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| OR | | | |
| 7b. INDIVIDUAL'S SURNAME | | | |
| INDIVIDUAL'S FIRST PERSONAL NAME | | | |
| INDIVIDUAL'S ADDITIONAL NAME(S)/INITIAL(S) | | | SUFFIX |

| 7c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| | | | | |

8. ☑ **COLLATERAL CHANGE:** Also check one of these four boxes: ☑ ADD collateral    ☐ DELETE collateral    ☐ RESTATE covered collateral    ☐ ASSIGN collateral

Indicate collateral:

**THIS IS AN AMENDMENT TO THE ORIGINAL ENTRY TO THE SECURED PARTY IN THE COMMERCIAL TO UCC- 1 FILE NO. 2024385925-4 AND BIRTH CERTIFICATE STATE FILE NUMBER 104-87-279345 AND THROUGH PRIVATE OFFSET ACCOUNT NUMBER F06271216 AS HEREIN REGISTERED TO CORRECT THE FILING AS TO ACCEPTANCE FOR VALUE/LIEN ON THE COLLATERAL AT $647,200.00 USD WITH YEARLY INTEREST RATE OF 6.250%, NOTE # 000+1365377+9+1-3 DATED JULY 15, 2022, AND DEED OF TRUST/SECURITY INSTRUMENT # 000+1365377+24+1+1-15 DATED JULY 15, 2022. SAID REGISTRATION IS TO SECURE THE RIGHTS TO TITLE(S) AND INTEREST IN THE COLLATERAL. ADJUSTMENT IS PURVIEW OF PUBLIC HJR-192, PUBLIC**

9. NAME OF SECURED PARTY OF RECORD AUTHORIZING THIS AMENDMENT: Provide only one name (9a or 9b) (name of Assignor, if this is an Assignment)
If this is an Amendment authorized by a DEBTOR, check here ☐ and provide name of authorizing Debtor

| 9a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| **KEVIN LEWIS WALKER ESTATE** | | | |
| OR | | | |
| 9b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |

10. OPTIONAL FILER REFERENCE DATA:

**FILING OFFICE COPY** — UCC FINANCING STATEMENT AMENDMENT (Form UCC3) (Rev. 04/20/11)

FOLLOW INSTRUCTIONS

**11. INITIAL FINANCING STATEMENT FILE NUMBER:** Same as item 1a on Amendment form

**2024385925-4**

**12. NAME OF PARTY AUTHORIZING THIS AMENDMENT:** Same as item 9 on Amendment form

12a. ORGANIZATION'S NAME

**KEVIN LEWIS WALKER ESTATE**

OR | 12b. INDIVIDUAL'S SURNAME

FIRST PERSONAL NAME

ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX

**13. Name of DEBTOR on related financing statement** (Name of a current Debtor of record required for indexing purposes only in some filing offices - see Instruction item 13): Provide only one Debtor name (13a or 13b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); see Instructions if name does not fit

13a. ORGANIZATION NAME

OR | 13b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX

**14. ADDITIONAL SPACE FOR ITEM 8 (Collateral):**

**POLICY 73-10, 31 USC 3123, UCC 3-311,3-419, 3-104, 3-603, 1-104. ISSUED WITH OID.**

**15. This FINANCING STATEMENT AMENDMENT:**
covers timber to be cut     covers as-extracted collateral     is filed as a fixture filing

**16. Name and address of a RECORD OWNER of real estate described in item 17** (if Debtor does not have a record interest):

**17. Description of real estate:**

**18. MISCELLANEOUS:**

-Exhibit E-

# UCC FINANCING STATEMENT AMENDMENT

FOLLOW INSTRUCTIONS

| A. NAME & PHONE OF CONTACT AT FILER (optional) |
|---|
| Kevin Lewis Walker  310-923-8521 |

**B. E-MAIL CONTACT AT FILER (optional)**
kevinlwalker@me.com

**C. SEND ACKNOWLEDGMENT TO:  (Name and Address)**
KEVIN LEWIS WALKER
c/o 41593 Winchester Road, Suite 200
Temecula, CA 92590, USA

| Filed in the Office of | Filing Number |
|---|---|
| [signature] F.H. Aguilar | 2024411182-7 |
| | Initial Filing Number |
| | 2024385925-4 |
| Secretary of State | Filed On |
| State Of Nevada | June 15, 2024 05:57 AM |
| | Number of Pages |
| | 2 |

| 1a. INITIAL FINANCING STATEMENT FILE NUMBER | 1b. | This FINANCING STATEMENT AMENDMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS |
|---|---|---|
| **2024385925-4** | | Filer: attach Amendment Addendum(Form UCC3Ad) and provide Debtor's name in item 13 |

2. **TERMINATION:** Effectiveness of the Financing Statement identified above is terminated with respect to the security interest(s) of Secured Party authorizing this Termination Statement

3. **ASSIGNMENT** (full or partial ): Provide name of Assignee in item 7a or 7b, and address of Assignee in item 7c and name of Assignor in item 9
For partial assignment, complete items 7 and 9 and also indicate affected collateral in item 8

4. **CONTINUATION:** Effectiveness of the Financing Statement identified above with respect to the security interest(s) of Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law

5. **PARTY INFORMATION CHANGE:**

Check one of these two boxes:

This Change affects ☐ Debtor or ☐ Secured Party of record

AND Check one of these three boxes to:

☐ CHANGE name and/or address: Complete item 6a or 6b; and item 7a or 7b and item 7c
☐ ADD name: Complete item 7a or 7b, and item 7c
☐ DELETE name: Give record name to be deleted in item 6a or 6b

6. **CURRENT RECORD INFORMATION:**  Complete for Party Information Change - provide only one name (6a or 6b)

| 6a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| OR 6b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |

7. **CHANGED OR ADDED INFORMATION:** Complete for Assignment or Party Information Change - provide only one name (7a or 7b) ( USE exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name)

| 7a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| OR 7b. INDIVIDUAL'S SURNAME | | | |
| INDIVIDUAL'S FIRST PERSONAL NAME | | | |
| INDIVIDUAL'S ADDITIONAL NAME(S)/INITIAL(S) | | | SUFFIX |

| 7c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|

8. ☑ **COLLATERAL CHANGE:**  Also check one of these four boxes: ☑ ADD collateral  ☐ DELETE collateral  ☐ RESTATE covered collateral  ☐ ASSIGN collateral

Indicate collateral:

**THIS IS AN AMENDMENT TO THE ORIGINAL ENTRY TO THE SECURED PARTY IN THE COMMERCIAL TO UCC- 1 FILE NO. 2024385925-4 AND BIRTH CERTIFICATE STATE FILE NUMBER 104-87-279345 AND THROUGH PRIVATE OFFSET ACCOUNT NUMBER F06271216 AS HEREIN REGISTERED TO CORRECT THE FILING AS TO ACCEPTANCE FOR VALUE/LIEN ON THE COLLATERAL AT SEVEN HUNDRED THOUSAND U.S. DOLLARS ($700,000.00 USD), PRIVATE BILL OF EXCHANGE INSTRUMENT, MONEY ORDER, TENDERED IN GOOD FAITH TO AGENT(S)/FIDUCIARY(IES) OF PHH MORTGAGE SERVICES VIA REGISTERED MAIL # RF 661 591 339 US FOR FULL SETTLEMENT AND SATISFACTION, WITH COPY OF LETTER OF CREDIT AND PREAUTHORIZED USE OF CREDIT BY WAY OF PRIVATE POST REGISTERED ACCOUNT # RF 661 448 023 US AND TWO HUNDRED BILLION DOLLAR ($200,000,000,000.00)**

9. **NAME OF SECURED PARTY OF RECORD AUTHORIZING THIS AMENDMENT:** Provide only one name (9a or 9b) (name of Assignor, if this is an Assignment)
If this is an Amendment authorized by a DEBTOR, check here ☐ and provide name of authorizing Debtor

| 9a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| OR **KEVIN LEWIS WALKER ESTATE** | | | |
| 9b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |

10. OPTIONAL FILER REFERENCE DATA:

**FILING OFFICE COPY** — UCC FINANCING STATEMENT AMENDMENT (Form UCC3) (Rev. 04/20/11)

## UCC FINANCING STATEMENT **AMENDMENT ADDENDUM**
FOLLOW INSTRUCTIONS

11. INITIAL FINANCING STATEMENT FILE NUMBER: Same as item 1a on Amendment form
**2024385925-4**

12. NAME OF PARTY AUTHORIZING THIS AMENDMENT: Same as item 9 on Amendment form

12a. ORGANIZATION'S NAME
**KEVIN LEWIS WALKER ESTATE**

OR

12b. INDIVIDUAL'S SURNAME

FIRST PERSONAL NAME

ADDITIONAL NAME(S)/INITIAL(S)  |  SUFFIX

13. Name of DEBTOR on related financing statement (Name of a current Debtor of record required for indexing purposes only in some filing offices - see Instruction item 13): Provide only one Debtor name (13a or 13b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); see Instructions if name does not fit

13a. ORGANIZATION NAME

OR

13b. INDIVIDUAL'S SURNAME  |  FIRST PERSONAL NAME  |  ADDITIONAL NAME(S)/INITIAL(S)  |  SUFFIX

14. ADDITIONAL SPACE FOR ITEM 8 (Collateral):
**PRIVATE POST REGISTERED BOND # RF 661 448 567 US. ORIGINAL LETTER OF CREDIT DEPOSITED TO U.S. TREASURY PRIVATE POST REGISTERED ACCOUNT # RF 661 448 023 US, BY WAY OF REGISTERED MAIL # RF 661 590 299 US. FORM(S) 1099-OID TENDERED TO IRS BY WAY OF REGISTERED MAIL # RF 661 590 325 US. ALL BILLS, SECURITIES, AND/OR ASSETS ARE ACCEPTED FOR VALUE AND RETURNED FOR VALUE WITH HONOR. SAID REGISTRATION IS TO SECURE THE RIGHTS TO TITLE(S) AND INTEREST IN THE COLLATERAL. ADJUSTMENT IS PURVIEW OF PUBLIC HJR-192, PUBLIC LAW 73-10, BILLS OF EXCHANGE ACT, USC TITLE 26, 31 USC 3123, UCC 3-311,3-419, 3-104, 3-603, 3-402, 9-105, 1-104. ISSUED WITH 1099-A AND 1099-OID.**

15. This FINANCING STATEMENT AMENDMENT:
covers timber to be cut        covers as-extracted collateral        is filed as a fixture filing

16. Name and address of a RECORD OWNER of real estate described in item 17 (if Debtor does not have a record interest):

17. Description of real estate:

18. MISCELLANEOUS:

-Exhibit F-

RECORDING REQUESTED BY:

**DocStar Services, LLC.**

MAIL TAX STATEMENTS AND
WHEN RECORDED MAIL TO:

Memory Starburst Trust
31990 Pasos Place
Temecula, CA 92591

---

APN:    957-570-005
File No.:  30291 KH

This Document has been recorded as an
Accommodation only, it has not been reviewed as
to its accuracy or its effect on title

THE UNDERSIGNED GRANTOR(S) DECLARE(S):

T.R.A.: 013-109

SPACE ABOVE THIS LINE IS FOR RECORDER'S USE

"The conveyance transfers to a revocable trust by the grantor or from a revocable trust to a beneficiary, R & T 11911."

# GRANT DEED

DOCUMENTARY TRANSFER TAX IS $ ____0.00____  CITY TAX IS $ ____0.00____

_____ Computed on full value of property conveyed, or
_____ Computed on full value less liens and encumbrances remaining at time of sale.
_____ Unincorporated area  ✔ City of Temecula

For valuable consideration, receipt of which is hereby acknowledged,

Trustees Kevin Walker and Donnabelle Mortel, of the Memory Starburst Trust, dated June 23, 2021

hereby GRANT(S) to

Sameis Dragon, LLC, Trustee of the Memory Starburst Trust, dated February 7, 2022

the following described property situated in the ____City of Temecula____, County of ____Riverside____, State of ____California____:

Lot 5 of Tract No. 23209, in the City of Temecula, County of Riverside, State of California, on file in Book 320, Pages 79 through 97 Records of Riverside County, California.

Commonly known as: 31990 Pasos Place, Temecula, CA 92591

MAIL TAX STATEMENTS AS DIRECTED ABOVE

Page 1 of 2

Memory Starburst Trust, dated June 23, 2021

Dated: December 1, 2022

Kevin Walker, Trustee

Donnabelle Mortel, Trustee

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

STATE OF ___California___ )
                                       ) §
COUNTY OF ___Riverside___ )

On December 1, 2022 before me, ___Guadalupe Roussard___, Notary Public, personally appeared Kevin Walker and Donnabelle Mortel **************************************************

who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s) or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature ___Guadalupe Roussard___

GUADALUPE ROUSSARD
Notary Public - California
Riverside County
Commission # 2347338
My Comm. Expires Jan 19, 2025

# ILLEGIBLE NOTARY SEAL DECLARATION

Government Code 27361.7

I certify under penalty of perjury under the laws of the State of California that the notary seal on the document to which this statement is attached reads as follows:

Name of Notary        **GUADALUPE PLOUSSARD**

Name of County        **RIVERSIDE**

Date of Commission Expires        JANUARY 19, 2025

Notary Identification Number        **2342338**

Patricia Alvarado, agent for DocStar Services, LLC.
Signature of person (firm names if any) making verification

Date   12/2/2022

Location        TEMECULA, CALIFORNIA
                        (City)
                        State of California

-Exhibit G-

Self-Executing Contract Security Agreement — Express Mail #EI988807156US — Dated: 02/08/2025

**From Claimants/Plaintiffs:** Kevin: Walker, *sui juris, In Propria Persona.*
*Executor, Authorized Representative,* **Secured Party, Master Beneficiary.**
™KEVIN WALKER© ESTATE, ™DONNABELLE MORTEL© ESTATE,
™KEVIN WALKER© IRR TRUST, ™WG EXPRESS TRUST©

*** NOTICE TO AGENT IS NOTICE TO PRINCIPAL ***
*** NOTICE TO PRINCIPAL IS NOTICE TO AGENT ***

c/o 31990 Pasos Place
Temecula, California [92591]

*** SELF-EXECUTING CONTRACT AND SECURITY AGREEMENT ***

non-domestic *without* the United States

| **To/Defendant(s)/Respondent(s):** Barry-Lee: O'Connor | **To/Defendant(s)/Respondent(s):** Naji Doumit and Mary Doumit |
|---|---|
| C/o BARRY LEE O'CONNOR | C/o NAJI DOUMIT, MARINAJ PROPERTIES LLC |
| 3691 Adams Street | 1130 South Tamarisk Drive |
| Riverside, California [92504] | Anaheim, California [92807] |
| Express Mail #EI988807156US | Registered Mail #RF775821012US |

<u>RE: Title and Ownership of: 31990 Pasos Place, Temecula, California</u>

# AFFIDAVIT and Plain Statement of Facts

### NOTICE OF CONDITIONAL ACCEPTANCE AND NOTICE OF *CLAIM, FRAUD, EXTORTION, COERCION, SLANDER OF TITLE, RACKETEERING, CONSPIRACY, DEED AND TITLE FRAUD, INJURY AND DAMAGE*

| Kevin: Walker, ™**KEVIN WALKER©** **ESTATE,** ™**DONNABELLE MORTEL© ESTATE,** ™**KEVIN WALKER© IRR TRUST,** ™**WG EXPRESS TRUST©,** *Claimant(s)/Plaintiff(s),* | **CASE NO.:** |
|---|---|
| | 1.  **CONDITIONAL ACCEPTANCE** |
| | 2.  **FRAUD** |
| | 3.  **THEFT, EMBEZZLEMENT, AND FRAUDULENT MISAPPLICATION OF FUNDS AND ASSETS** |
| *vs.* | 4.  **FRAUD, FORGERY, AND UNAUTHORIZED USE OF IDENTITY** |
| Naji: Doumit, Mary: Doumit, Daniel: Doumit, Barry-Lee: O'Connor, **NAJI DOUMIT, MARY DOUMIT, DANIEL DOUMIT, MARINAJ PROPERTIES LLC, FOCUS ESTATES INC, BARRY LEE O'CONNOR, BARRY LEE O'CONNOR & ASSOCIATES,** *Does 1-100 Inclusive,* *Defendant(s)/Respondent(s).* | 5.  **MONOPOLIZATION OF TRADE AND COMMERCE, AND UNFAIR BUSINESS PRACTICES** |
| | 6.  **DEPRIVATION OF RIGHTS UNDER COLOR OF LAW** |
| | 7.  **RECEIVING EXTORTION PROCEEDS** |
| | 8.  **FALSE PRETENSES AND FRAUD** |
| | 9.  **EXTORTION** |
| | 10. **RACKETEERING** |
| | 11. **BANK FRAUD** |
| | 12. **FRAUDULENT TRANSPORTATION AND TRANSFER OF STOLEN GOODS AND SECURITIES** |
| | 13. **UNLAWFUL INTERFERENCE, INTIMIDATION, EXTORTION, AND EMOTIONAL DISTRESS** |
| | 14. **CONSIDERED AND STIPULATED ONE HUNDRED MILLION DOLLAR ($100,000,000.00) JUDGEMENT AND LIEN.** |

**COMES NOW**, Plaintiffs ™KEVIN WALKER© ESTATE, ™DONNABELLE MORTEL© ESTATE, ™KEVIN WALKER© IRR TRUST, ™WG EXPRESS TRUST© (hereinafter "Claimants" and/or "Plaintiffs"), by and through their Attorney-in-Fact, Kevin: Walker who is proceeding *sui juris, In Propria Persona*, and by

Self-Executing Contract Security Agreement — Express Mail #EI988807156US — Dated: 02/08/2025

1  *Special Limited Appearance*. Kevin is a **natural *freeborn*** Sovereign and state
2  Citizen of California **the republic** in its **De'jure** capacity as one of the several states
3  of the Union 1789. This incidentally makes him a **national** of the republic as per the
4  **De'Jure Constitution for the United States 1777/1789.**
5  Claimants/Plaintiffs, acting through their Attorney-in-Fact, assert their ***unalienable***
6  right to **contract**, as secured by **Article I, Section 10** of the **Constitution**, which
7  states: "No State shall... pass any Law impairing the Obligation of **Contracts.**" and
8  thus which *prohibits* states from impairing the obligation of **contracts**. This clause
9  **unequivocally** prohibits states from impairing the obligation of contracts, including
10 but not limited to, a trust and contract agreement as an *'Attorney-In-Fact,'* and any
11 private contract existing between Plaintiffs and Defendants. A copy of the
12 'Affidavit: Power of Attorney In Fact,' is attached hereto as **Exhibit I** and
13 incorporated herein by reference. Plaintiffs further rely on their ***unalienable and***
14 ***inherent*** rights under the **Constitution** and the **common law** — rights that **predate**
15 the formation of the state and remain safeguarded by due process of law.

16 I.                **Constitutional Basis:**

17 Claimants/Plaintiffs assert that their private rights are secured and protected under
18 the **Constitution, common law**, and **exclusive equity**, which govern their ability to
19 freely contract and protect their property and interests..
20 Claimants/Plaintiffs respectfully assert and affirm:
21  •   "The individual may stand upon his constitutional rights as a citizen. He is entitled
22      to carry on his **private** business in his own way. **His power to contract is *unlimited*.**
23      He owes no such duty [to submit his books and papers for an examination] to the
24      State, since he receives nothing therefrom, beyond the protection of his life and
25      property. His rights are such as existed by the law of the land [Common Law] long
26      antecedent to the organization of the State, and can only be taken from him by due
27      process of law, and in accordance with the Constitution. Among his rights are a
28      refusal to incriminate himself, and the immunity of himself and his property from

Self-Executing Contract Security Agreement — Express Mail #EI988807156US — Dated: 02/08/2025

arrest or seizure except under a warrant of the law. He owes nothing to the public so long as he does not trespass upon their rights." (*Hale v. Henkel*, 201 U.S. 43, 47 [1905]).

- "The claim and exercise of a constitutional right **cannot** be converted into a crime."—Miller v. U.S., 230 F 2d 486, 489.

- "Where **rights secured by** the Constitution are involved, **there can be no rule making or legislation** which would abrogate them." —Miranda v. Arizona, 384 U.S.

- "There can be no sanction or penalty imposed upon one because of this exercise of constitutional **rights**." —Sherar v. Cullen, 481 F. 945.

- "A law repugnant to the Constitution is **void**." — *Marbury v. Madison*, 5 U.S. (1 Cranch) 137, 177 (1803).

- "It is not the duty of the citizen to surrender his rights, liberties, and immunities under the guise of police power or any other governmental power."— *Miranda v. Arizona*, 384 U.S. 436, 491 (1966).

- "An unconstitutional act is not law; it confers no rights; it imposes no duties; affords no protection; it creates no office; it is, in legal contemplation, as inoperative as though it had never been passed."— *Norton v. Shelby County*, 118 U.S. 425, 442 (1886).

- "No one is bound to obey an unconstitutional law, and no courts are bound to enforce it."— *16 Am. Jur. 2d, Sec. 177, Late Am. Jur. 2d, Sec. 256.*

- "Sovereignty itself remains with the people, by whom and for whom all government exists and acts."— *Yick Wo v. Hopkins*, 118 U.S. 356, 370 (1886).

## II.  <u>**Supremacy Clause**</u>

Claimants/Plaintiffs respectfully assert and affirm that:

- **The Supremacy Clause** of the Constitution **of the** <u>U</u>nited <u>S</u>tates (**Article VI, Clause 2) establishes** that **the Constitution**, federal laws made **pursuant to it**, and treaties **made under its authority**, constitute the "**supreme Law of the Land**", and thus **take priority over any conflicting state laws.**   It provides

NOTICE OF CONDITIONAL ACCEPTANCE AND NOTICE OF *CLAIM, FRAUD, EXTORTION, COERCION, SLANDER OF TITLE, RACKETEERING, CONSPIRACY, DEED AND TITLE FRAUD, INJURY AND DAMAGE*

1   that state courts are bound by, and state constitutions subordinate to, the

2   supreme law.  However, federal statutes and treaties must be within the

3   parameters of the Constitution; **that is, they must be pursuant to** the federal

4   government's **enumerated powers**, and **not violate other constitutional**

5   **limits on federal power …** As a constitutional provision identifying the

6   supremacy of federal law, the Supremacy Clause assumes the underlying

7   priority of federal authority, **albeit only when that authority is expressed in**

8   **the Constitution itself; no matter what** the federal or state governments

9   **might wish to do**, they **must** stay within the boundaries of the **Constitution.**

## III. DESCRIPTION OF AFFECTED *PRIVATE* TRUST PROPERTY

This action affects title to the private Trust property (herein referred to as "private property" and/or "subject property") situated in the county of Riverside, California, commonly described as a '31990 Pasos Place, Temecula, California,' and described as follows: Lot 5 of Tract No. 23209, in the City of Temecula, California, County of Riverside, on file in Book 320, Pages 79 through 97 records of Riverside County, California,' hereinafter referred to as the "Property," and **all** bonds, securities, Federal Reserve Notes, assets, tangible and intangible, registered and unregistered, and more particularly described in the <u>Authentic</u> **UCC1 filing and NOTICE #**2024385925-4 and #2024385935-1, **and UCC3 filing and NOTICE #**2024402433-7 and 2024411182-7, all Filed in the Office of Secretary of State State Of Nevada. Attached hereto as **Exhibits A, B, C, and D** respectively, and incorporated herein by reference.

This action also affected any titles, investments, interests, principal amounts, **credits**, funds, assets, bonds, Federal Reserve Notes, notes, bills of exchange, entitlements, negotiable instruments, or similar collateralized, hypothecated, and/ or securitized items in any manner tied to Plaintiffs' signature, promise to pay, order to pay, endorsement, credits, authorization, or comparable actions (collectively referred to hereinafter as "Assets").

# IV. <span style="text-align:center">__STANDING__</span>

1. Claimants/Plaintiffs are **undisputedly** the Real Party(ies) in Interest, holder(s) in due course, Creditor(s), and hold allodial title to **any _and_ all** assets, registered or unregistered, tangible or intangible, in accordance with contract law, principles, **common law**, **exlcusive equity**, the right to equitable subrogation, and the U.C.C. (Uniform Commercial Code). This is further evidenced by the following UCC filings, all duly filed in the Office of the Secretary of State, State of Nevada: **UCC1 filing #2024385925-4** and **#2024385935-1, and UCC3 filing** #2024402433-7 and 2024411182-7 (Exhibits A, B, C, and D), and in accordance with UCC §§ 3-302, 9-105, and 9-509.

2. **Claimants'/Plaintiffs' standing** is further affirmed and **evidenced** by the GRANT DEED recorded in Official Records County of Riverside, DOC #2024-0291980, APN: 957-570-005, File No.: 37238 KH, where the private trust property is titled to 'WG **Private Irrevocable** Trust, dated Febraury 7, 2022'. A copy of said 'GRANT DEED,' is attached hereto as **Exhibit E** and incorporated herein by reference.

3. Claimants/Plaintiffs maintain **exclusive and sole standing** in relation to said assets and their interests, as duly recorded and affirmed by these filing.

4. Claimants/Plaintiffs alone possess(es) _exclusive equity._

5. You/Respondent(s)/Defendant(s) do **NOT** have **any** valid interest or standing.

6. You/Respondent(s)/Defendant(s) do **NOT** have a valid claim to the 'Property' (31990 Pasos Place, Temecula, California,' and described as follows: Lot 5 of Tract No. 23209, in the City of Temecula, California, County of Riverside, on file in Book 320, Pages 79 through 97 records of Riverside County, California), or any of the respective Assets, registered and unregistered, tangible and intangible.

Self-Executing Contract Security Agreement — Express Mail #EI988807156US — Dated: 02/08/2025

7. You/Respondent(s)/Defendant(s) do **NOT** possess any valid interest or standing concerning DEED OF TRUST #000+1365377+24+1+1-15, or NOTE #000+1365377+9+1-3 DATED JULY 15, 2022.

## V.      ** Notice of Administrative Process **

   This **VERIFIED Affidavit, NOTICE, and SELF-EXECUTING CONTRACT SECURITY AGREEMENT** concerns You/Defendant(s)/Respondent(s), Naji: Doumit, Mary: Doumit, Daniel: Doumit, Barry-Lee: O'Connor, NAJI DOUMIT, MARINAJ PROPERTIES LLC, FOCUS ESTATES INC, BARRY LEE O'CONNOR, BARRY LEE O'CONNOR & ASSOCIATES, *Does 1-100 Inclusive,* and their blatant bad faith acts of fraud, theft, embezzlement, larceny, and fraudulent misapplication of funds and assets, forgery, and unauthorized use of identity, monopolization of trade and commerce, unfair business practices, deprivation of rights under the color of law, receiving extortion proceeds, false pretenses, extortion, racketeering, bank fraud, fraudulent transportation and transfer of stolen goods and securities, unlawful interference, intimidation, emotional distress, and injury and damage to Claimant(s)/Plaintiff(s) and/or Affiant.

   As with any administrative process, You/Defendant(s)/Respondent(s), may controvert the statements and/or claims made by Affiants by executing and delivering a verified response point by point, in affidavit form, s**worn and attested to under penalty of perjury**, signed by You/Naji: Doumit, Mary: Doumit, Daniel: Doumit, Barry-Lee: O'Connor, NAJI DOUMIT, MARINAJ PROPERTIES LLC, FOCUS ESTATES INC, BARRY LEE O'CONNOR, BARRY LEE O'CONNOR & ASSOCIATES, *Does 1-100 Inclusive,* or other designated officer of the corporation with evidence in support by Certified, Express, or Registered Mail. **Answers by any other means are considered a non-response and will be treated as a non-response.**

## VI.      *Some* Relevant U.C.C. Sections and Application

1. **U.C.C. § 1-308 – Reservation of Rights:**

   This section ensures that acceptance of an offer under duress or coercion does

-6 of 33-

NOTICE OF CONDITIONAL ACCEPTANCE AND NOTICE OF CLAIM, FRAUD, EXTORTION, COERCION, SLANDER OF TITLE, RACKETEERING, CONSPIRACY, DEED AND TITLE FRAUD, INJURY AND DAMAGE

Self-Executing Contract Security Agreement — Express Mail #EI988807156US — Dated: 02/08/2025

1  not waive any rights or defenses. By invoking U.C.C. § 1-308, Claimant(s)/

2  Plaintiff(s) asserts that any compliance with your offer is made with *explicit*

3  *reservation of rights,* **preserving all legal remedies.**

4  **2.   U.C.C. § 2-204 – Formation in General:**

5  This section establishes that a contract can be formed in any manner sufficient

6  to show agreement, including conduct. By issuing the citation (an implied offer

7  to contract), You/Dedenfant(s)/Respondent(s), have initiated a contractual

8  relationship, which has been conditionally accepted with **new terms herein.**

9  **3.   U.C.C. § 2-206 – Offer and Acceptance in Formation of Contract:**

10  Under this section, an offer can be accepted in any reasonable manner. By

11  conditionally accepting the citation and dispatching this notice via USPS

12  Certified, Registered, and/or Express mail, Claimant(s)/Plaintiff(s) has/have

13  created a binding contract agreement and obligation which You/Defendant(s)/

14  Respondent(s) are contractually bound and obligated to.

15  **4.   U.C.C. § 2-202 – Final Written Expression:**

16  This provision ensures that the terms of this conditional acceptance supplement

17  the original terms of the citation. By including these conditions, the issuing

18  authority is bound to provide proof of their validity, failing which the

19  conditional acceptance will be expressly stipulated as the **final** agreement.

20  **5.   U.C.C. § 1-103 – Supplementary General Principles of Law Applicable:**

21  This section allows common law principles to supplement the UCC. Under the

22  doctrine of **equity** and **fair dealing,** failure to provide the requested proof

23  constitutes bad faith and silent acquiescence, tacit agreement, and tacit

24  procuration to all of the the **fact and terms stipulated** in this Affidavit Notice

25  and Self-Executing Contract and Security Agreement.

26  # VII.                    <u>Legal and Procedural Basis</u>

27  **1.  Mailbox/Postal Rule:**

28  Under the mailbox rule, this notice of conditional acceptance is effective and

Self-Executing Contract Security Agreement — Express Mail #EI988807156US — Dated: 02/08/2025

1    considered **accepted** by You/Defendant(s)/Respondent(s) upon dispatch via

2    Registered Mail, and/or Express Mail, and/or Certified Mail. The agreement

3    becomes binding when the notice **is sent**, ***not*** when received. This binds the

4    issuing authority to the terms outlined in this notice unless rebutted within the

5    specified timeframe.

6   **2. Offer and Acceptance:**

7    Your citation constitutes an offer under contract law. This notice self-executing

8    Contract and Security Agreement conditionally accepts your contract OFFER

9    and supplements its terms under U.C.C. § 2-202. Failure to fulfill the new and

10    final terms and conditions within the specified **three (3) day** timeframe

11    constitutes **silent acquiescence, tacit agreement, and tacit procuration**.

12   **3. Consent to Service by Electronic and Postal Means:**

13    By the doctrine of silent acquiescence and tacit agreement, You/Defendant(s)/

14    Respondent(s) have consented to service of notices, pleadings, and

15    communications via email, and/or USPS Registered Mail, Express Mail, or

16    Certified Mail. Your failure to rebut or object to this service method within the

17    specified timeframe constitutes unequivocal acceptance of service through these

18    means.

19   VIII.       **<u>Plain Statement of Facts</u>**

20       **KNOW ALL MEN BY THESE PRESENT**, that I, **Kevin: Walker**,

21   proceeding *sui juris, In Propia Persona*, by *Special Limited Appearance*, a

22   man upon the land, a follower of the Almighty Supreme Creator, first and

23   foremost and the laws of man when they are not in conflict (Leviticus 18:3, 4)

24   Pursuant to Matthew 5:33 – 37 and James 5:12, let my yea mean yea and my

25   nay be nay, as supported by Federal Public Law 97-280, 96 Stat.1211, depose

26   and say that I, **Kevin: Walker** over 18 years of age, being competent to testify

27   and having **first hand knowledge** of the **facts** herein **declare (or certify**,

28   **verify, affirm, or state**) under penalty of perjury under the laws of the **United**

Self-Executing Contract Security Agreement — Express Mail #EI988807156US — Dated: 02/08/2025

1    **States of America** that the following is true and correct, to the best of my
2    understanding and belief, and in good faith:

3    1. I, Kevin: Walker *proceeding sui juris, In Propria Persona*, by **Special Limited**
4    **Appearance**, herby state again for the record that I explicitly **reserve all my**
5    **rights and waive absolutely none.** See U.C.C. § 1-308.

6    2. I, Kevin: Walker, *proceeding sui juris, In Propria Persona*, by **Special Limited**
7    **Appearance**, herby invoke *equity and fairness.*

8    3. Consistent with the **eternal tradition of natural common law, unless I have**
9    **harmed or violated someone or their property, I have committed no crime**; and
10    I am therefore **not** subject to any penalty. I act in accordance with the following
11    **U.S. Supreme Court case:** "The individual may stand upon his **constitutional**
12    **right**s as a citizen. He is entitled to carry on his **private** business in his own way.
13    **His power to contract is underlined.** He owes no such duty [to submit his books
14    and papers for an examination] to the State, since he receives nothing therefrom,
15    beyond the protection of his life and property. His rights are such as existed by
16    the law of the land [Common Law] **long antecedent to the organization of the**
17    **State**, and can only be taken from him by due process of law, and in accordance
18    with the Constitution. Among his **rights** are a **refusal to incriminate himself**,
19    and **the immunity of himself and his property from arrest or seizure except**
20    **under a warrant of the law.** He owes nothing to the public so long as he does
21    not trespass upon their rights." **Hale v. Henkel**, 201 U.S. 43 at 47 (1905).

22    4. **I reserve my natural common law right not to be compelled to perform under**
23    **any contract that I did not enter into knowingly, voluntarily, and**
24    **intentionally.** And furthermore, I do **not** accept the liability associated with the
25    compelled and pretended "benefit" of any hidden or unrevealed contract or
26    commercial agreement. As such, the hidden or unrevealed contracts that
27    supposedly create obligations to perform, for persons of subject status, are
28    inapplicable to me, and are null and void. If I have participated in any of the

Self-Executing Contract Security Agreement — Express Mail #EI988807156US — Dated: 02/08/2025

1  supposed "benefits" associated with these hidden contracts, I have done so under

2  duress, for lack of any other practical alternative. I may have received such

3  "benefits" but I have not accepted them in a manner that binds me to anything.

4  5. On **12/05/2022**, GRANT DEED, DOC #2022-0490841, APN: 957-570-005, File No.:

5  30291 KH, was recorded in Official Records County of Riverside. A copy of said

6  'GRANT DEED,' is attached hereto as **Exhibit F** and incorporated herein by

7  reference.

8  6. On **09/27/2024**, GRANT DEED, DOC #2024-0291980, APN: 957-570-005, File No.:

9  37238 KH, was recorded in Official Records County of Riverside, where the

10  private trust property is titled to '<u>WG **Private Irrevocable** Trust, dated Febraury

11  7, 2022</u>' (**Exhibit E**).

12  7. On **01/17/2025**, <u>**fraudulent**</u> 'TRUSTEE'S DEED UPON SALE' (DOC #

13  2025-0017386, APN: 957-570-005, TS# 176672) was filed and is therefore **void *ab***

14  ***initio***, as the individual executing the *purported* transfer or sale lacked legal or

15  lawful title and authority to do so. A copy of said **fraudulent** and **void *ab initio***

16  'TRUSTEE'S DEED UPON SALE' is attached hereto as **Exhibit G** and

17  incorporated herein by reference

18  8. No lawful transfer or assignment of title has been executed or perfected since the

19  recording of Grant Deed No. [insert number].

20  9. Any deed, including but not limited to a Trustee's Deed of Sale, presently in the

21  possession of You/Respondent(s)/Defendant(s) constitutes a product of fraud

22  and is therefore null and void *ab initio*, having no legal force or effect.

23  10. **It remains undisputed that,** You/Defendant(s)/Respondent(s), Naji: Doumit,

24  Mary: Doumit, Daniel: Doumit, Barry-Lee: O'Connor, NAJI DOUMIT, MARINAJ

25  PROPERTIES LLC, FOCUS ESTATES INC, BARRY LEE O'CONNOR, BARRY

26  LEE O'CONNOR & ASSOCIATES, *Does 1-100 Inclusive* do **NOT** have a valid

27  claim against Claimant(s)/Plaintiff(s).

28  //

NOTICE OF CONDITIONAL ACCEPTANCE AND NOTICE OF *CLAIM, FRAUD, EXTORTION, COERCION, SLANDER OF TITLE, RACKETEERING, CONSPIRACY, DEED AND TITLE FRAUD, INJURY AND DAMAGE*

Self-Executing Contract Security Agreement — Express Mail #EI988807156US — Dated: 02/08/2025

11. You/Defendant(s)/Respondent(s), Naji: Doumit, Mary: Doumit, Daniel: Doumit, Barry-Lee: O'Connor, NAJI DOUMIT, MARINAJ PROPERTIES LLC, FOCUS ESTATES INC, BARRY LEE O'CONNOR, BARRY LEE O'CONNOR & ASSOCIATES, *Does 1-100 Inclusive*, or who you represent **is/are** the **DEBTOR(s)** in this matter.

12. You/Defendant(s)/Respondent(s), Naji: Doumit, Mary: Doumit, Daniel: Doumit, Barry-Lee: O'Connor, NAJI DOUMIT, MARINAJ PROPERTIES LLC, FOCUS ESTATES INC, BARRY LEE O'CONNOR, BARRY LEE O'CONNOR & ASSOCIATES, *Does 1-100 Inclusive*, or who you represent is **NOT** the CREDITOR, or an ASSIGNEE of the CREDITOR, in this matter.

13. Affiant and/or Claimant(s)/Plaintiff(s) is/are **NOT** the DEBTOR(s) in this matter.

14. You/Defendant(s)/Respondent(s), Naji: Doumit, Mary: Doumit, Daniel: Doumit, Barry-Lee: O'Connor, NAJI DOUMIT, MARINAJ PROPERTIES LLC, FOCUS ESTATES INC, BARRY LEE O'CONNOR, BARRY LEE O'CONNOR & ASSOCIATES, *Does 1-100 Inclusive*, or who you represent are **NOT** the **Real Party in Interest** in this matter.

## *CONDITIONALLY ACCEPTED* upon proof

15. All statements, claims, offer, terms presented in your **fraudulent, coercive, extortionate,** OFFER titled '3/90 DAY NOTICE TO QUIT' (**Exhibit H**) is *CONDITIONALLY ACCEPTED* **upon proof** of the following **from You/Defendant(s)/Respondent(s):**

   1. **Upon Proof from You/Defendant(s)/Respondent(s)** that GRANT DEED, DOC #2022-0490841, APN: 957-570-005, File No.: 30291 KH, is **NOT** recorded in Official Records County of Riverside.

   2. **Upon Proof from You/Defendant(s)/Respondent(s)** that GRANT DEED, DOC #2024-0291980, APN: 957-570-005, File No.: 37238 KH, is **NOT** recorded in Official Records County of Riverside.

Self-Executing Contract Security Agreement — Express Mail #EI988807156US — Dated: 02/08/2025

3. **Upon Proof from You/Defendant(s)/Respondent(s)** that UCC1 Filing #2024385925-4 is **NOT** duly filed in the Office of the Secretary of State, State of Nevada.

4. **Upon Proof from You/Defendant(s)/Respondent(s)** that UCC1 Filing #2024385935-1 is **NOT** duly filed in the Office of the Secretary of State, State of Nevada.

5. **Upon Proof from You/Defendant(s)/Respondent(s)** that UCC3 Filing #2024402433-7 is **NOT** duly filed in the Office of the Secretary of State, State of Nevada.

6. **Upon Proof from You/Defendant(s)/Respondent(s)** that UCC3 Filing #2024411182-7 is **NOT** duly filed in the Office of the Secretary of State, State of Nevada.

7. **Upon Proof from You/Defendant(s)/Respondent(s)** that ' **fraudulent** 'TRUSTEE'S DEED UPON SALE' (DOC # 2025-0017386,  APN: 957-570-005, TS# 176672 in your possession is **NOT** fraudulent and void *ab initio*.

8. **Upon Proof from You/Defendant(s)/Respondent(s)** demonstrating that it was **NOT** your duty to investigate and ascertain the true titleholder of the private trust property.

9. **Upon Proof of claim from You/Defendant(s)/Respondent(s).**

//

Executed "*without* the United States" in compliance with **28 USC § 1746.**

# **FURTHER AFFIANT SAYETH NOT.**

//

## IX.     Foundational 'Case Law' on Standing, Mortgage Fraud, Foreclosure, Corporate Overreach

Plaintiffs referenced the following case law summary highlights key legal principles on jurisdiction, standing, and procedural requirements in financial and mortgage-related cases. Courts consistently void judgments rendered without proper jurisdiction and

NOTICE OF CONDITIONAL ACCEPTANCE AND NOTICE OF CLAIM, FRAUD, EXTORTION, COERCION, SLANDER OF TITLE, RACKETEERING, CONSPIRACY, DEED AND TITLE FRAUD, INJURY AND DAMAGE

Self-Executing Contract Security Agreement — Express Mail #EI988807156US — Dated: 02/08/2025

1   emphasize the need for a party to demonstrate legal <u>standing</u>. Fraudulent lending

2   practices, including violations of federal regulations, have led to dismissals with prejudice.

3   Corporate overreach by banks is curtailed through rulings that prohibit lending credit and

4   ultra vires contracts. Evidentiary standards stress the <u>sufficiency of affidavits</u> and the

5   **duty** of full and complete disclosure of information to prevent fraud. Contract **principles**

6   underscore the nullification of agreements lacking proper consideration,.

7   ## A. Jurisdiction and Standing in Court

8   Courts have consistently held that judgments rendered without subject matter

9   jurisdiction are void from inception, and parties must have **standing** to invoke a

10  court's jurisdiction. Notable cases emphasize that plaintiffs must demonstrate

11  ownership of notes and mortgages at the time of filing to proceed with foreclosure

12  actions. Failure to do so results in jurisdictional dismissal.

13  1.  **Patton v. Diemer**, 35 Ohio St. 3d 68; 518 N.E.2d 941 (1988): "A judgment

14      rendered by a court lacking subject matter jurisdiction is **void ab initio**.

15      Consequently, the authority to vacate a void judgment is not derived from Ohio

16      R. Civ. P. 60(B), but rather constitutes an inherent power possessed by Ohio

17      courts. I see no evidence to the contrary that this would apply to ALL courts."

18  2.  **Lebanon Correctional Institution v. Court of Common Pleas**, 35 Ohio St.2d 176

19      (1973): "A party lacks **standing** to invoke the jurisdiction of a court unless he

20      has, in an individual or a representative capacity, some **real interest** in the

21      subject matter of the action."

22  3.  **Wells Fargo Bank v. Byrd**, 178 Ohio App.3d 285, 2008-Ohio-4603, 897 N.E.2d

23      722 (2008): "If plaintiff has offered no evidence that it owned the note and

24      mortgage when the complaint was filed, it would not be entitled to judgment as

25      a matter of law."

26  4.  **Indymac Bank v. Boyd**, 880 N.Y.S.2d 224 (2009): "To establish a prima facie case in an

27      action to foreclose a mortgage, the plaintiff must establish the existence of the mortgage

28      and the mortgage note. It is the law's policy to allow only an aggrieved person to bring

Self-Executing Contract Security Agreement — Express Mail #EI988807156US — Dated: 02/08/2025

1   a lawsuit . . . A want of 'standing to sue,' in other words, is just another way of saying
2   that this particular plaintiff is not involved in a genuine controversy, and a simple
3   syllogism takes us from there to a 'jurisdictional' dismissal."

4   **5. Indymac Bank v. Bethley**, 880 N.Y.S.2d 873 (2009): "The Court is concerned that
5   there may be fraud on the part of plaintiff or at least malfeasance. Plaintiff
6   INDYMAC (Deutsche) must have '**standing**' to bring this action."

7   **B. Fraud and Misrepresentation in Mortgage Cases**

8   Several cases illustrate fraudulent practices by lenders, including violations of the
9   Federal Truth in Lending Act and withholding vital loan information. Courts have
10  dismissed cases with prejudice where fraud on the court was evident.

11  • **Wells Fargo, Litton Loan v. Farmer**, 867 N.Y.S.2d 21 (2008): "Wells Fargo does
12    not own the mortgage loan… Therefore, the matter is dismissed with
13    prejudice."

14  • **Wells Fargo v. Reyes**, 867 N.Y.S.2d 21 (2008): "Dismissed with prejudice,
15    Fraud on Court & Sanctions. Wells Fargo never owned the Mortgage."

16  • **Deutsche Bank v. Peabody**, 866 N.Y.S.2d 91 (2008): "EquiFirst, when making
17    the loan, violated Regulation Z of the Federal Truth in Lending Act 15 USC
18    §1601 and the Fair Debt Collections Practices Act 15 USC §1692; 'intentionally
19    created fraud in the factum' and withheld from plaintiff 'vital information
20    concerning said debt and all of the matrix involved in making the loan.'"

21  **C. Corporate and Banking Overreach**

22  Decisions highlight that banks **cannot** lend their credit or guarantee debts, as these
23  actions are ultra vires and not legally binding. These rulings reinforce the
24  limitations on corporate and banking activities.

25  • **Zinc Carbonate Co. v. First National Bank**, 103 Wis. 125, 79 NW 229
26    (1899): "The doctrine of ultra vires is a most powerful weapon to private
27    corporations within their legitimate spheres and punish them for

28

violations of their corporate charters, and it probably is not invoked too often."

- **Howard & Foster Co. vs. Citizens National Bank**, 133 S.C. 202, 130 S.E. 758 (1926): "It has been settled beyond controversy that a national bank, under Federal law, being limited in its power and capacity, cannot lend its credit by nor guarantee the debt of another. All such contracts being entered into by its officers are ultra vires and not binding upon the corporation."

- **American Express Co. v. Citizens State Bank**, 181 Wis. 172, 194 NW 427 (1923): "Neither, as included in its powers not incidental to them, is it a part of a bank's business to lend its credit."

## D. Procedural Requirements and Evidentiary Standards

The requirement for real party-in-interest prosecution is emphasized, along with rulings that affidavits alone can establish a prima facie case. Courts have ruled that silence in the face of a legal duty to respond can constitute fraud.

- **Federal Rule of Civil Procedure 17(a)(1)**: "[A]n action must be prosecuted in the name of the real party in interest."

- **In re Jacobson**, 402 B.R. 359, 365-66 (Bankr. W.D. Wash. 2009): Emphasizes that actions must be filed by the real party in interest.

- **United States v. Kis**, 658 F.2d 526 (7th Cir. 1981): "Indeed, no more than (affidavits) is necessary to make the prima facie case." Cert. denied, S. Ct. (1982).

- **U.S. v. Tweel**, 550 F.2d 297 (1977): "Silence can only be equated with fraud where there is a legal or moral duty to speak or when an inquiry left unanswered would be intentionally misleading."

## E. Contract and Consideration Principles

If any part of a contract's consideration is illegal, the entire promise becomes void. Courts have also recognized the right to rescind contracts induced by false representations, even if made innocently.

Self-Executing Contract Security Agreement — Express Mail #EI988807156US — Dated: 02/08/2025

1    • **Menominee River Co. v. Augustus Spies L & C Co.**, 147 Wis. 559 at p. 572;

2    132 NW 1118 (1912): "If any part of the consideration for a promise be illegal,

3    or if there are several considerations for an un-severable promise one of

4    which is illegal, the promise, whether written or oral, is wholly void, as it is

5    impossible to say what part or which one of the considerations induced the

6    promise."

7    //

8    ## X.    LEGAL STANDARDS, MAXIMS, AND PRECEDENT

9    In support of this Affidavit and Notice and Self-Executing Contract and Security

10   Agreement Affiant cites the following established legal standards, legal maxims,

11   precedent, and principles:

12   • Where rights **secured by** the Constitution are involved, **there can be no rule**

13   **making or legislation** which would abrogate them." — Miranda v. Arizona, 384

14   U.S.

15   • "The state **cannot** diminish Rights of the **people**." — Hurtado vs. California, 110

16   US 516.

17   • "When enforcing mere statutes, judges of all courts do not act judicially (and

18   thus are not protected by "qualified" or "limited immunity," - SEE: Owen v.

19   City, 445 U.S. 662; Bothke v. Terry, 713 F2d 1404) - - "but merely act as an

20   extension as an agent for the involved agency -- but only in a "ministerial" and

21   not a "discretionary capacity..." Thompson v. Smith, 154 S.E. 579, 583; Keller v.

22   P.E., 261 US 428; F.R.C. v. G.E., 281, U.S. 464.

23   • "Public officials are not immune from suit when they transcend their lawful authority

24   by invading constitutional rights." — AFLCIO v. Woodward, 406 F2d 137 t.

25   • "Immunity **fosters neglect and breeds irresponsibility** while liability promotes

26   care and caution, which caution and care is owed by the government to its

27   people." (Civil Rights) **Rabon vs Rowen Memorial Hospital, Inc.** 269 N.S. 1, 13,

28   152 SE 1 d 485, 493.

Self-Executing Contract Security Agreement — Express Mail #EI988807156US — Dated: 02/08/2025

1  •  "Judges not only can be sued over their official acts, but could be held **liable for**
2    **injunctive and declaratory relief and attorney's fees**." **Lezama v. Justice Court**,
3    A025829.

4  •  "Ignorance of the law does not excuse misconduct in anyone, least of all in a
5    sworn officer of the law." **In re McCowan** (1917), 177 C. 93, 170 P. 1100.

6  •  "All are presumed to know the law." **San Francisco Gas Co. v. Brickwedel**
7    (1882), 62 C. 641; **Dore v. Southern Pacific Co.** (1912), 163 C. 182, 124 P. 817;
8    **People v. Flanagan** (1924), 65 C.A. 268, 223 P. 1014; **Lincoln v. Superior Court**
9    (1928), 95 C.A. 35, 271 P. 1107; **San Francisco Realty Co. v. Linnard** (1929), 98
10   C.A. 33, 276 P. 368.

11  •  "It is one of the fundamental maxims of the common law that ignorance of the
12   law excuses no one." **Daniels v. Dean** (1905), 2 C.A. 421, 84 P. 332.

13  •  "the people, not the States, are sovereign." —Chisholm v. Georgia, 2 Dall. 419, 2
14   U.S. 419, 1 L.Ed. 440 (1793).

15  •  ALL **ARE EQUAL UNDER THE LAW.** — "No one is above the law".

16  •  **IN COMMERCE FOR ANY MATTER TO BE RESOLVED MUST BE**
17   **EXPRESSED.** — "To lie is to go against the mind."

18  •  **IN COMMERCE TRUTH IS SOVEREIGN.** — Truth is sovereign -- and the
19   Sovereign tells only the truth.

20  •  **TRUTH IS EXPRESSED IN THE FORM OF AN AFFIDAVIT.**

21  •  **AN** UNREBUTTED **AFFIDAVIT STANDS AS TRUTH IN COMMERCE.** —
22   "He who does not deny, admits."

23  •  **AN UNREBUTTED AFFIDAVIT BECOMES THE JUDGEMENT IN**
24   **COMMERCE.** — "There is nothing left to resolve.

25  •  **WORKMAN IS WORTHY OF HIS HIRE.** — "It is against equity for
26   freemen not to have the free disposal of their own property."

27  •  **HE WHO LEAVES THE BATTLEFIELD FIRST** LOSES BY DEFAULT.
28   — "He who does not repel a wrong when he can occasions it."

Self-Executing Contract Security Agreement — Express Mail #EI988807156US — Dated: 02/08/2025

## XI. <u>RESPONSE DEADLINE: REQUIRED WITHIN THREE (3) DAYS:</u>

A response and/or compensation and/or restitution payment must be received within a deadline of **three (3) days.** At the "**Deadline**" is defined as 5:00 p.m. on the third (3rd) day after your receipt of this affidavit. "**Failure to respond**" is defined as a blank denial, unsupported denial, inapposite denial, such as, "not applicable" or equivalent, statements of counsel and other declarations by third parties that lack first-hand knowledge of the facts, and/or responses lacking verification, all such responses being legally insufficient to controvert the verified statements herewith.  See *Sieb's Hatcheries, Inc* and *Beasley, Supra.*  Failure to respond can result in **your acceptance of personal liability** external to qualified immunity and waiver of any decision rights of remedy.

## XII. <u>FAILURE TO RESPOND AND/OR PERFORM, REMEDY, AND SETTLEMENT</u>

If You/Defendant(s)/Respondent(s) fail to respond and perform **within three (3) days** of receiving this Affidavit Notice and Self- Executing Contract and SecurityAgreement and CONDITIONAL ACCEPTANCE, with **<u>verified</u> evidence** of the above accompanied by an affidavit, **sworn under the penalty of perjury, as required by law**, You/Defendant(s)/Respondent(s), Naji: Doumit, Mary: Doumit, Daniel: Doumit, Barry-Lee: O'Connor, NAJI DOUMIT, MARINAJ PROPERTIES LLC, FOCUS ESTATES INC, BARRY LEE O'CONNOR, BARRY LEE O'CONNOR & ASSOCIATES, *Does 1-100 Inclusive*, You/Defendant(s)/Respondent(s) *individually and collectively* **fully agree** that you must **act in good faith and** accordance with the Law, cease all conspiracy, fraud, identity theft, embezzlement, deprivation under the color of law, extortion, embezzlement, bank fraud, harassment, conspiracy to deprive, and other violations of the law, **and** pay the below mentioned **Five Hundred Thousand Dollar ($500,000.00)** Restitution and Settlement payment, including costs and fees associated with handling these matters, and the unauthorized use of the KEVIN WALKER and DONNABELLE

MORTEL Copyright and Trademark. Also, if applicable, releasing all **special deposit funds, currency,** and/or Credits due to Affiant and/or Complainant(s)/ Plaintiff(s).

Furthermore, You/Defendant(s)/Respondent(s) must Record a 'QUITCLAIM DEED' transferring any purported interest to Claimant(s)/Plaintiff(s) and/or tender a 'Rescission of Trustee's Deed of Sale'.

# XIII.   Five Hundred Thousand ($500,000.00 USD) Restitution Settlement Payment *REQUIRED*

Furthermore, if You/Defendant(s)/Respondent(s) fail to respond and perform **within three (3) days** from the date of receipt of this communication by providing **verified evidence and proof** of the facts and conditions set forth herein, accompanied by affidavits sworn under penalty of perjury as required by law, You/ Defendant(s)/Respondent(s), Naji: Doumit, Mary: Doumit, Daniel: Doumit, Barry-Lee: O'Connor, NAJI DOUMIT, MARINAJ PROPERTIES LLC, FOCUS ESTATES INC, BARRY LEE O'CONNOR, BARRY LEE O'CONNOR & ASSOCIATES, *Does 1-100 Inclusive*, hereby agree that, within three (3) days of receipt of this contract offer, You/Defendant(s)/Respondent(s) shall issue restitution payment in the total sum certain of **Five Hundred Thousand U.S. Dollars ($500,000.00 USD),** which **shall** become **immediately** due and payable to Claimant(s)/Plaintiff(s).

# XIV.   One Hundred Million Dollar  ($100,000,000.00 USD) Default Judgement and Lien

If You/Defendant(s)/Respondent(s), Naji: Doumit, Mary: Doumit, Daniel: Doumit, Barry-Lee: O'Connor, NAJI DOUMIT, MARINAJ PROPERTIES LLC, FOCUS ESTATES INC, BARRY LEE O'CONNOR, BARRY LEE O'CONNOR & ASSOCIATES, *Does 1-100 Inclusive,* fail to respond and perform **within three (3) days** from the date of receipt of this communication, **as contractually required,** You/Defendant(s)/Respondent(s) hereby individually and collectively, fully agree, that the entire amount evidenced and itemized in Invoice

Self-Executing Contract Security Agreement — Express Mail #EI988807156US — Dated: 02/08/2025

1  #MIRINAJDISHONOR25, totaling **One Hundred Million dollars ($100,000,000.00),**

2  **shall** become **immediately** due and payable in full.

3      **Furthermore,** if You/Respondent(s)/Defendant(s), Naji: Doumit, Mary:

4  Doumit, Daniel: Doumit, Barry-Lee: O'Connor, NAJI DOUMIT, MARINAJ

5  PROPERTIES LLC, FOCUS ESTATES INC, BARRY LEE O'CONNOR, BARRY LEE

6  O'CONNOR & ASSOCIATES, *Does 1-100 Inclusive* fail to respond and perform

7  **within three (3) days** from the date of receipt of this communication, You/

8  Defendant(s)/Respondent(s), **individually and collectively, admit the statements**

9  **and claims** by TACIT PROCURATION, and completely agree that you/they

10  individually and collectively are guilty of fraud, theft, embezzlement, larceny, and

11  fraudulent misapplication of funds and assets, forgery, and unauthorized use of

12  identity, monopolization of trade and commerce, unfair business practices,

13  deprivation of rights under the color of law, receiving extortion proceeds, false

14  pretenses, extortion, racketeering, bank fraud, fraudulent transportation and

15  transfer of stolen goods and securities, unlawful interference, intimidation,

16  emotional distress, willful violation of public policy and the Constitution, injury

17  and damage to Affiant.

18 # XV.    JUDGEMENT AND COMMERCIAL LIEN
19 # AUTHORIZATION

20      Moreover, if You/Defendant(s)/Respondent(s), Naji: Doumit, Mary: Doumit,

21  Daniel: Doumit, Barry-Lee: O'Connor, NAJI DOUMIT, MARINAJ PROPERTIES LLC,

22  FOCUS ESTATES INC, BARRY LEE O'CONNOR, BARRY LEE O'CONNOR &

23  ASSOCIATES, *Does 1-100 Inclusive,* fail to respond **within three (3) days** from the date of

24  receipt of this communication, you/they **individually and collectively, fully and**

25  **unequivocally Decree, Accept,** fully Authorize (in accord with UCC section 9**), indorse,**

26  **support, and advocate for a** judgement, **and/or** SUMMARY JUDGEMENT, **and/or**

27  commercial lien **of One Hundred Million Dollars ($100,000,000.00) against** You/

28  Defendant(s)/Respondent(s), Naji: Doumit, Mary: Doumit, Daniel: Doumit, Barry-Lee:

Self-Executing Contract Security Agreement — Express Mail #EI988807156US — Dated: 02/08/2025

1  O'Connor, NAJI DOUMIT, MARINAJ PROPERTIES LLC, FOCUS ESTATES INC, BARRY

2  LEE O'CONNOR, BARRY LEE O'CONNOR & ASSOCIATES, *Does 1-100 Inclusive*, in favor

3  of, Claimant(s)/Plaintiff(s), and/or their lawfully designated ASSIGNEE(S).

4      **Finally,** If You/Respondent(s)/Defendant(s), **fail to respond within three (3) days**

5  from the date of receipt of this communication, **You/Defendant(s)/Respondent(s)**

6  *individually and collectively,* EXPRESSLY, FULLY, and unequivocally <u>Authorize,</u>

7  indorse, support and advocate for Claimant(s)/Plaintiff(s), and/or their lawfully

8  designated ASSIGNEE(S) to formally notify the Department of Treasury, and Internal

9  Revenue Service, and the respective Congress Representative, U.S. Attorney General, and/

10  or any person, individual, legal fiction, and/or person, or *ens legis* Affiant deems necessary,

11  including but not limited to submitting the requisite form(s) 1099-A, 1099-OID, 1099-C,

12  1096, 1040, 1041, 1041-V, 1040-V, 3949-A, with the One Hundred Million Dollars

13  ($100,000,000.00 USD) as the **income to You/Defendant(s)/Respondent(s) and lost**

14  **revenue and/or income to** Affiant, and/or Claimant(s)/Plaintiff(s), and/or their lawfully

15  designated ASSIGNEE(S).

16  **XVI.    SUMMARY JUDGEMENT, U.C.C. 3-505 PRESUMED DISHONOR**

17      Said income is <u>to be assessed and claimed as income</u> by/to You/Defendant(s)/

18  Respondent(s), **and/or** by filing a lawsuit followed by a DEMAND or similar for

19  SUMMARY JUDGEMENT as a matter of law, in accordance with California Code of

20  Civil Procedure § 437c(c) and **Federal Rule** of Civil Procedure 56(a), and/or executing an

21  **Affidavit Certificate of Non-Response, Dishonor, Judgement, and** Lien Authorization,

22  in accordance with **U.C.C. § 3-505,** and/or issue an ORDER TO PAY or BILL OF

23  EXCHANGE to the U.S. Treasury and IRS, said sum certain of  One Hundred Million

24  ($100,000,000.00), for <u>immediate</u> credit to Affiant, and/or Claimant(s)/Plaintiff(s), and/or

25  their lawfully designated ASSIGNEE(S), with this Self-Executing Contract and Security

26  Agreement servings as *prima facie* evidence of You/Respondent(s)/Defendant(s)'s

27  <u>Verified</u> INDEBTEDNESS to Affiant, and/or  Claimant(s)/Plaintiff(s), and/or their

28  lawfully designated ASSIGNEE(S).

Self-Executing Contract Security Agreement — Express Mail #EI988807156US — Dated: 02/08/2025

1    Should it be deemed necessary, the **Claimant(s)/Plaintiff(s) are** _fully Authorized_

2 (in accord with U.C.C § 9-509) to file a UCC commercial LIEN **and/or UCC1 Financing**

3 **Statement** to perfect interest and/or secure full satisfaction of the adjudged sum of **One**

4 **Hundred Million Dollars ($100,000,000.00).**

5 # XVII.          ESTOPPEL BY ACQUIESCENCE:

6    If the addressee(s) or an intended recipient of this notice fail to respond addressing

7 each point, on a point by point basis, they **individually and collectively accept** _all_ **of the**

8 **statements, declaration, stipulations, facts, and claims as TRUTH and fact by TACIT**

9 **PROCURATION,** all issues are deemed settled _RES JUDICATA, STARE DECISIS_ and by

10 _COLLATERAL ESTOPPEL._ You may **not** argue, controvert, or otherwise protest the

11 finality of the administrative findings in any subsequent process, whether administrative

12 or judicial.  (See Black's Law Dictionary 6th Ed. for any terms you do not _"understand"_).

13    **Your failure to completely answer and respond will result in your agreeing not to**

14 **argue, controvert or otherwise protest the finality of the administrative findings in any**

15 **process, whether administrative or judicial, as certified by Notary or Witness Acceptor**

16 **in an Affidavit Certificate of Non Response and/or Judgement, or similar.**

17    Should YOU **fail to** _respond, provide partial, unsworn, or incomplete answers,_

18 such are not acceptable to me or to any court of law. See, _Sieb's Hatcheries, Inc. v. Lindley,_

19 13 F.R.D. 113 (1952)., "Defendant(s) made no request for an extension of time in which to

20 answer the request for admission of facts and filed only an unsworn response within the

21 time permitted," thus, under the specific provisions of Ark. and _Fed. R. Civ. P._ 36, the facts

22 in question were **deemed admitted as true.  Failure to answer is well established in the**

23 court. _Beasley v. U. S.,_ 81 F. Supp. 518 (1948)., "I, therefore, hold that the requests **will be**

24 **considered as having been admitted."**  Also as previously referenced, "Statements of **fact**

25 contained in affidavits which are **not** rebutted by the opposing party's **affidavit or**

26 **pleadings** _may_ be accepted as **true** by the trial court." --Winsett v. Donaldson, 244 N.W.2d

27 355 (Mich. 1976).

28 //

Self-Executing Contract Security Agreement — Express Mail #EI988807156US — Dated: 02/08/2025

Invoice #MIRINAJDISHONOR25

# <u>INVOICE</u> and/or <u>TRUE BILL</u>

Dear Valued Defendant(s), Respondent(s), Customer(s), Fiduciary(ies), Agent(s), and/or DEBTOR(S):

It has come to OUR attention that you are **deemed guilty of multiple felony crimes, violations of U.S. Code, U.C.C, the Constitution, and the law.** You have or currently still are **threatening, extorting, depriving, coercing, damaging, injuring, and causing irreparable physical, mental, emotional, and financial harm** to Claimants/Plaintiffs, ™KEVIN WALKER© ESTATE, ™DONNABELLE MORTEL© ESTATE, and its/their beneficiary(ies), and their Fiduciary(ies), Trustee(s), Executor(s), Agent(s), and Representatives. You remain in default, dishonor, and have an outstanding past due balance due immediately, to wit:

| | | |
|---|---|---:|
| 1. | 18 U.S. Code § 1341 - Frauds and swindle : | $1,000,000.00 |
| 2. | 18 U.S. Code § 4 - Misprision of felony | $1,000,000.00 |
| 3. | Professional and personal fees and costs associated with preparing documents for this matter: | $1,000,000.00 |
| 4. | 15 U.S. Code § 2 - Monopolizing trade a felony; penalty: | $1,000,000.00 |
| 5. | 18 U.S. Code § 241 - Conspiracy against rights: | $1,000,000.00 |
| 6. | 18 U.S. Code § 242 - Deprivation of rights under color of law: | $1,000,000.00 |
| 7. | 18 U.S. Code § 1344 - Bank fraud: (fine and/or up to 30 years imprisonment) | $1,000,000.00 |
| 8. | 15 U.S. Code § 1122 - Liability of United States and States, and instrumentalities and officials thereof: | pending |
| 9. | 15 U.S. Code § 1 - Trusts, etc., in restraint of trade illegal; penalty (fine and/or up to 10 years imprisonment): | $1,000,000.00 |
| 10. | 18 U.S. Code § 1951 - Interference with commerce by threats or violence (fine and/or up to 20 years imprisonment): | $30,000,000.00 |
| 11. | Title 18 U.S. Code § 112 - Protection of foreign officials, official guests, and internationally protected persons: | $1,000,000.00 |
| 12. | 18 U.S. Code § 878 - Threats and extortion against foreign officials, official guests, or internationally protected persons (fine and/or up to 20 years imprisonment): | $1,000,000.00 |
| 13. | 18 U.S. Code § 880 - Receiving the proceeds of extortion (fine and/or up to 3 years imprisonment): | $10,000,000.00 |
| 15. | Fraud, conspiracy, obstruction, identity theft, extortion, bad faith actions, treason, monopolization of trade and commerce, bank fraud, threats, coercion, identity theft, mental trauma, emotional anguish and trauma. embezzlement, larceny, felony crimes, loss of time and thus enjoyable life, deprivation of rights under the color of law harassment, Waring against the Constitution, injury and damage: | $50,000,000.00 |

| | |
|---:|---:|
| **Total Due:** | **$100,000,000.00 USD** |
| **Good Faith Discount:** | **$99,500,000.00 USD** |
| Total Due by 02/12/2025: | $500,000.00 USD |
| Total Due after 02/12/2025: | $100,000,000.00 USD |

-23 of 33-

# EXHIBITS/ATTACHMENTS:

1. **Exhibit A:** UCC1 filing #2024385925-4.

2. **Exhibit B:** UCC1 filing #2024385935-1.

3. **Exhibit C:** UCC3 filing and NOTICE #2024402433-7.

4. **Exhibit D:** UCC3 filing and NOTICE #2024411182-7.

5. **Exhibit E:** GRANT DEED recorded in Official Records County of Riverside, DOC #2024-0291980, APN: 957-570-005, File No.: 37238 KH, where the private trust property is titled to 'WG **Private Irrevocable** Trust, dated Febrauary 7, 2022'

6. **Exhibit F:** GRANT DEED, DOC #2022-0490841, APN: 957-570-005, File No.: 30291 KH, recorded in Official Records County of Riverside.

7. **Exhibit G: fraudulent** 'TRUSTEE'S DEED UPON SALE' (DOC # 2025-0017386, APN: 957-570-005, TS# 176672) was filed and is therefore **void** *ab initio*

8. **Exhibit H:** OFFER titled '3/90 DAY NOTICE TO QUIT'

9. **Exhibit I:** 'Affidavit: Power of Attorney In Fact'

10. **Exhibit J:** Trademark and Copyright Contract Agreement for ™KEVIN WALKER©.

11. **Exhibit K:** Trademark and Copyright Contract Agreement for ™DONNABELLE MORTEL©.

//

# WORDS DEFINED GLOSSARY OF TERMS:

As used in this Affidavit, the following words and terms are as defined in this section, non-obstante:

1. **Attorney:** Strictly, one who is designated to transact business for another; a legal agent. — Also termed attorney-in-fact; private attorney. 2. A person who practices law; LAWYER. Also termed (in sense 2) attorney-at-law; public attorney. A person who is appointed by another and has authority to act on behalf of another. *See also* POWER OF ATTORNEY. See, Black's Law Dictionary

8th Edition, pages 392-393, Oxford Dictionary or Law, 5th Edition, page 38, American Bar Association's website.

2. **Attorney-in-fact:** A private attorney authorized by another to act in his place and stead, either for some particular purpose, as to a particular act, or for the transaction of business in general, not of a legal character. This authority is conferred by an instrument in writing, called a "letter of attorney," or more commonly a "power of attorney." A person to whom the authority of another, who is called the constituent , is by him lawfully delegated. The term is employed to designate persons who are under special agency, or a special letter of attorney, so that they are appointed in *factum*, for the deed, or special act to be performed; but in a more extended sense it includes all other agents employed in any business, or to do any act or acts in pais for another. Bacon, Abr. Attorney; Story, Ag. § 25. All persons who are capable of acting for themselves, and even those who are disqualified from acting in their own capacity, if they have sufficient understanding, as infants of proper age, and femes coverts, may act as attorney of other. The person named in a power of attorney to act on your behalf is commonly referred to as your "agent" or "attorney-in-fact." With a valid power of attorney, your agent can take any action permitted in the document. — See Bouvier's Law Dictionary, volumes 1,2, and 3, page 282, Blacks Law Dictionary 1, 2nd, 8th, pages 105, 103, and 392 respectively, and the American Bar Association's website on 'Power of Attorney' and 'Attorney-In-Fact'

3. financial institution:  a person, an individual, a private banker, a business engaged in vehicle sales, including automobile, airplane, and boat sales, persons involved in real estate closings and settlements, the United States Postal Service, a commercial bank or trust company, any credit union, an agency of the United States Government or of a State or local government carrying out a duty or power of a business described in this paragraph, a broker or dealer in securities or commodities, a currency

exchange, or a business engaged in the exchange of currency, funds, or value that substitutes for currency or funds, financial agency, a loan or finance company, an issuer, redeemer, or cashier of travelers' checks, checks, money orders, or similar instruments, an operator of a credit card system, an insurance company, a licensed sender of money or any other person who engages as a business in the transmission of currency, funds, or value that substitutes for currency, including any person who engages as a business in an informal money transfer system or any network of people who engage as a business in facilitating the transfer of money domestically or internationally outside of the conventional financial institutions system. Ref, 31 U.S. Code § 5312 - Definitions and application.

4.   **individual:** As a noun, this term denotes a single **person** as distinguished from a group or class, and also, very commonly, a private or natural person as distinguished from a partnership, corporation, or association; but it is said that this restrictive signification is not necessarily inherent in the word, and that it **may**, in proper cases, include **artificial persons.**   As an adjective: Existing as an indivisible entity. Of or relating to a single person or thing, as opposed to a group.— See Black's Law Dictionary 4th, 7th, and 8th Edition pages 913, 777,  and 2263 respectively.

5.   **person:** Term may include artificial beings, as corporations. The term means an individual, corporation, business trust, estate, trust, partnership, limited liability company, association, joint venture, government, governmental subdivision, agency, or instrumentality, public corporation, or any other legal or commercial entity. The term "person" shall be construed to mean and include an individual, a trust, estate, partnership, association, company or corporation.   **The term "person" means a natural person or an organization. -Artificial persons.** Such as are created and devised by law for the purposes of society and government, called "corporations" or bodies politic." **-Natural persons.** Such as are formed by nature, as distinguished from artificial persons, or corporations. **-Private person.** An individual who is not the incumbent of an office. Persons are divided by law into natural and **artificial.** Natural persons are such as the God of nature formed us; **artificial** are such as are created and devised

by **human laws**, for the purposes of society and government, which are called "corporations" or "bodies politic." — See Uniform Commercial Code (UCC) § 1-201, Black's Law Dictionary 1st, 2nd, and 4th edition pages 892, 895, and 1299, respectively, 27 Code of Federal Regulations (CFR) § 72.11 - Meaning of terms, and 26 United States Code (U.S. Code) § 7701 - Definitions.

6. **bank**: a **person** engaged in the business of banking and includes a savings bank, savings and loan association, credit union, and **trust company**.   The terms "banks", "national bank", "national banking association", "member bank", "board", "district", and "reserve bank" shall have the meanings assigned to them in section 221 of this title.   An institution, of great value in the commercial world, empowered to receive deposits of money, to make loans. and to issue its promissory notes, (designed to circulate as money, and commonly called "bank-notes" or "bank-bills" ) or to perform any one or more of these functions. The term "bank" is usually restricted in its application to an incorporated body; while a **private individual** making it his business to conduct banking operations is denominated a "banker." Banks in a commercial sense are of three kinds, to wit; (1) Of deposit; (2) of discount; (3) of circulation.   Strictly speaking, the term "bank" implies a place for the deposit of money, as that is the most obvious purpose of such an institution. — See, UCC 1-201, 4-105, 12 U.S. Code § 221a, Black's Law Dictionary 1st, 2nd, 4th, 7th, and 8th, pages 117-118, 116-117, 183-184, 139-140, and 437-439.

7. **discharge:** To cancel or unloose the obligation of a contract; to make an agreement or contract null and inoperative. Its principal species are rescission, release, accord and satisfaction, performance, judgement, composition, bankruptcy, merger. As applied to demands claims, right of action, incumbrances, etc., to discharge the debt or claim is to extinguish it, to annul its obligatory force, to satisfy it. And here also the term is generic; thus a dent , a mortgage. As a noun, the word means the act or instrument by which the binding force of a contract is terminated, irrespective of whether the contract is carried out to the full extent contemplated (in which case the discharge is the result of performance) or is broken off before complete execution. See, Blacks Law Dictionary 1st, page.

8. **pay:** To *discharge* a debt; to deliver to a creditor the value of a debt, either in money or in goods, for his acceptance. To pay is to deliver to a creditor the value of a debt, either in money

1  or In goods, for his acceptance, by which the debt is discharged. See Blacks Law Dictionary
2  1st, 2nd, and 3rd edition, pages 880, 883, and 1339 respectively.

3  9.  **payment:** The performance of a duty, promise, or obligation, or discharge of a debt or liability.
4  by the delivery of money or other value. Also the money or thing so delivered. Performance of
5  an obligation by the delivery of money or some other valuable thing accepted in partial or full
6  discharge of the obligation. [Cases: Payment 1. C.J.S. Payment § 2.] 2. The money or other
7  valuable thing so delivered in satisfaction of an obligation. See Blacks Law Dictionary 1st and
8  8th edition, pages 880-811 and 3576-3577, respectively.

9  10.  **may:** An auxiliary verb qualifying the meaning of another verb by expressing ability,
10  competency, liberty, permission, probability or contingency. — Regardless of the
11  instrument, however, whether constitution, statute, deed, contract or whatnot, **courts**
12  **not infrequently construe "may" as "shall" or "must".**— See Black's :aw Dictionary,
13  4th Edition page 1131.

14  11.  **extortion:** The term "**extortion**" means the obtaining of property from another, **with**
15  **his consent, induced by wrongful use of actual or threatened force, violence, or fear,**
16  **or under** color of official right.— See 18 U.S. Code § 1951 - Interference with
17  commerce by threats or violence.

18  12.  **national:** "foreign government", "foreign official", "internationally protected person",
19  "international organization", "national of the United States", "official guest," and/or
20  "non-citizen national." **They all have the same meaning.** See Title 18 U.S. Code § 112
21  - Protection of foreign officials, official guests, and internationally protected persons.

22  13.  **United States:** For the purposes of this Affidavit, the terms "United States" and "U.S."
23  *mean only the Federal Legislative Democracy of the District of Columbia,* Puerto Rico, U.S.
24  Virgin Islands, Guam, American Samoa, and any other Territory within the "United
25  States," which entity has its origin and jurisdiction from Article 1, Section 8, Clause
26  17-18 and Article IV, Section 3, Clause 2 of the Constitution for the United States of
27  America. *The terms "United States" and "U.S." are NOT to be construed to mean or include*
28  *the sovereign, united 50 states of America.*

Self-Executing Contract Security Agreement — Express Mail #EI988807156US — Dated: 02/08/2025

14. **fraud:** deceitful practice or Willful device, resorted to with intent to deprive another of his right, or in some manner to do him an injury.  As distinguished from negligence, it is always positive, intentional. as applied to contracts is the cause of an error bearing on material part of the contract, created or continued by artifice, with design to obtain some unjust advantage to the one party, or to cause an inconvenience or loss to the other. in the sense of court of equity, properly includes all acts, omissions, and concealments which involved a breach of legal or equitable duty, trust, or confidence justly reposed, and are injurious to another, or by which an undue and unconscientious advantage is taken of another. <u>See Black's Law Dictionary, 1st and 2nd Edition, pages 521-522 and 517 respectively.</u>

15. **color:** appearance, semblance. or simulacrum, as distinguished from that which is real. A prima facie or apparent right. Hence, a deceptive appearance; a plausible, assumed exterior, concealing a lack of reality; a a disguise or pretext. <u>See, Black's Law Dictionary 1st Edition, page 222.</u>

16. **colorable:** That which is in appearance only, and not in reality, what it purports to be. <u>See, Black's Law Dictionary 1st Edition, page 2223</u>

//

# P R O O F   O F   S E R V I C E

STATE OF CALIFORNIA            )

                              )    ss.

COUNTY OF RIVERSIDE            )

I competent, over the age of eighteen years, and not a party to the within action.  My mailing address is the Walkernova Group, **care of:** 30650 Rancho California Road suite #406-251, Temecula, California [92591].  On February 10, 2025, I served the within documents:

1.     NOTICE OF CONDITIONAL ACCEPTANCE AND NOTICE OF *CLAIM, FRAUD, EXTORTION, COERCION, SLANDER OF TITLE, RACKETEERING, CONSPIRACY, DEED AND TITLE FRAUD, INJURY AND DAMAGE.*

-29 of 33-

NOTICE OF CONDITIONAL ACCEPTANCE AND NOTICE OF CLAIM, FRAUD, EXTORTION, COERCION, SLANDER OF TITLE, RACKETEERING, CONSPIRACY, DEED AND TITLE FRAUD, INJURY AND DAMAGE

# - Exhibit E-

Self-Executing Contract Security Agreement — Express Mail #EI988807156US — Dated: 02/08/2025

**2.**                              **Exhibit A through K.**

**By United States Mail.**  I enclosed the documents in a sealed envelope or package addressed to the persons at the addresses listed below by placing the envelope for collection and mailing, following our ordinary business practices.  I am readily familiar with this business's practice for collecting and processing correspondence for mailing.  On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepared. I am a resident or employed in the county where the mailing occurred.  The envelope or package was placed in the mail in Riverside County, California, and sent via Registered Mail with a form 3811.

> Bary Lee O'Connor
> C/o BARRY LEE O'CONNOR
> 3691 Adams Street
> Riverside, California [92504]
> Express Mail #EI988807156US

> Naji Doumit, Mary Doumit
> C/o NAJI DOUMIT, MIRAJ PROPERTIES LLC
> 1130 South Tamarisk Drive
> Anaheim, California  [92807]
> **Registered Mail** #RF775821012US

On February 8, 2025, I served the within documents **by Electronic Service.** Based on a court order and/or an <u>agreement of the parties</u> to accept service by electronic transmission, I caused the documents to be sent to the persons at the electronic notification addresses listed below.

> Bary Lee O'Connor
> C/o BARRY LEE O'CONNOR
> 3691 Adams Street
> Riverside, California [92504]
> <u>udlaw2@aol.com</u>

> Naji Doumit, Mary Doumit
> C/o NAJI DOUMIT, MIRAJ PROPERTIES LLC
> 1130 South Tamarisk Drive
> Anaheim, California  [92807]
> <u>louisatoui3@yahoo.com</u>
> <u>udlaw2@aol.com</u>

NOTICE OF CONDITIONAL ACCEPTANCE AND NOTICE OF CLAIM, FRAUD, EXTORTION, COERCION, SLANDER OF TITLE, RACKETEERING, CONSPIRACY, DEED AND TITLE FRAUD, INJURY AND DAMAGE

Self-Executing Contract Security Agreement — Express Mail #EI988807156US — Dated: 02/08/2025

1    I declare under penalty of perjury under the laws of the State of California
2    that the above is true and correct. Executed on February 8, 2025 in Riverside
3    County, California.

4                                          _____*/s/Corey Walker/*_____
                                                  Corey Walker

5    //

6    ## COMMERCIAL OATH AND VERIFICATION:

7    County of Riverside                    )
8                                           )          Commercial Oath and Verification
9    The State of California                )

10   I, <u>KEVIN WALKER</u>, under my unlimited liability and Commercial Oath proceeding
11   in good faith being of sound mind states that the facts contained herein are true,
12   correct, complete and not misleading to the best of Affiant's knowledge and belief
13   under penalty of International Commercial Law and state this to be HIS Affidavit of
14   Truth regarding same signed and sealed this <u>8TH</u> day of <u>FEBRUARY</u> in the year of
15   Our Lord two thousand and twenty five:

16                 proceeding sui juris, In Propria Persona, by *Special Limited Appearance*,
                   **All rights reserved without prejudice or recourse, UCC § 1-308, 3-402.**
17

18                 By: _____
19                       Kevin Walker, *Authorized Representative*,
                        *Attorney-In-Fact, Secured Party,Executor*, national, *private bank(er)*

20   //

21   ## COMMERCIAL OATH AND VERIFICATION:

22   County of Riverside                    )
23                                          )          Commercial Oath and Verification
24   The State of California                )

25   I, <u>DONNABELLE MORTEL</u>, under my unlimited liability and Commercial Oath
26   proceeding in good faith being of sound mind states that the facts contained herein
27   are true, correct, complete and not misleading to the best of Affiant's knowledge
28   and belief under penalty of International Commercial Law and state this to be HIS

NOTICE OF CONDITIONAL ACCEPTANCE AND NOTICE OF CLAIM, FRAUD, EXTORTION, COERCION, SLANDER OF TITLE, RACKETEERING, CONSPIRACY, DEED AND TITLE FRAUD, INJURY AND DAMAGE

1  Affidavit of Truth regarding same signed and sealed this <u>8TH</u> day of <u>FEBRUARY</u> in

2  the year of Our Lord two thousand and twenty five:

3          proceeding sui juris, In Propria Persona, by *Special Limited Appearance,*

4      **All rights reserved without prejudice or recourse, UCC § 1-308, 3-402.**

5      By:_____

6          Donnabelle Mortel, *Authorized Representative,*

7          *Attorney-In-Fact, Secured Party,Executor,* national, *private bank(er)*

8  //

9  Let this document stand as truth before the Almighty Supreme Creator and let it be

10  established before men according as the scriptures saith:  *"But if they will not listen,*

11  *take one or two others along, so that every matter may be established by the testimony of two*

12  *or three witnesses." Matthew 18:16. "In the mouth of two or three witnesses, shall every*

13  *word be established" 2 Corinthians 13:1.*

14              *Sui juris, By Special Limited Appearance,*

15      By:_____

16              Steven MacArthur-Brooks *(WITNESS)*

17              *Sui juris, By Special Limited Appearance,*

18      By:_____

19              Corey Walker  (WITNESS)

20  //

21  //

22  //

23  //

24  //

25              <u>**NOTICE:**</u>

26  Using a notary on this document does *not* constitute any adhesion, *nor does it alter*

27  *my status in any manner.* The purpose for notary is verification and identification

28  only and not for entrance into any foreign jurisdiction.

Self-Executing Contract Security Agreement — Express Mail #EI988807156US — Dated: 02/08/2025

# **ACKNOWLEDGEMENT:**

| | | |
|---|---|---|
| State of California | ) | |
| | ) ss. | |
| County of Riverside | ) | |

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

On this 8th day of February, 2025, before me,   Joyti Patel , a Notary Public, personally appeared Kevin Walker, who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _Joyti Patel_____ (Seal)

JOYTI PATEL
Notary Public - California
Riverside County
Commission # 2407742
My Comm. Expires Jul 8, 2026

NOTICE OF CONDITIONAL ACCEPTANCE AND NOTICE OF CLAIM, FRAUD, EXTORTION, COERCION, SLANDER OF TITLE, RACKETEERING, CONSPIRACY, DEED AND TITLE FRAUD, INJURY AND DAMAGE

-Exhibit H-

Self-Executing Contract Security Agreement — Registered Mail #RF775822865US — Dated: 02/14/2025

1  **From Claimants/Plaintiffs:** Kevin: Walker, *sui juris, In Propria Persona*.
   *Executor, Authorized Representative,* **Secured Party, Master Beneficiary**.

2  ™KEVIN WALKER© ESTATE, ™DONNABELLE MORTEL.© ESTATE,
   ™KEVIN WALKER© IRR TRUST, ™WG EXPRESS TRUST©          *** NOTICE TO AGENT IS NOTICE TO PRINCIPAL ***

3  c/o 31990 Pasos Place                                                         *** NOTICE TO PRINCIPAL IS NOTICE TO AGENT ***
   Temecula, California [92591]                                    *** SELF-EXECUTING CONTRACT AND SECURITY AGREEMENT ***

4  non-domestic *without* the United States
   team@walkernovagroup.com

5  **To/Defendant(s)/Respondent(s):** Barry-Lee: O'Connor      **To/Defendant(s)/Respondent(s):** Naji Doumit and Mary Doumit
   C/o BARRY LEE O'CONNOR                                              C/o NAJI DOUMIT, MARINAJ PROPERTIES LLC

6  3691 Adams Street                                                               1130 South Tamarisk Drive
   Riverside, California [92504]                                            Anaheim, California [92807]

7  Registered Mail #RF775822865US                                  Registered Mail #RF775822874US

8  **RE: Title and Ownership of: 31990 Pasos Place, Temecula, California**

9  # AFFIDAVIT and Plain Statement of Facts

   NOTICE OF DEFAULT AND NOTICE OF *CLAIM, FRAUD, EXTORTION, COERCION, SLANDER OF*
10 *TITLE, RACKETEERING, CONSPIRACY, DEED AND TITLE FRAUD, INJURY AND DAMAGE*

11 Kevin: Walker, ™KEVIN WALKER©            **CASE NO.:**
   ESTATE, ™DONNABELLE
12 MORTEL© ESTATE, ™KEVIN                       1.  **NOTICE OF DEFAULT**
   WALKER© IRR TRUST, ™WG                        2.  **FRAUD**
13 EXPRESS TRUST©,                                        3.  **THEFT, EMBEZZLEMENT, AND FRAUDULENT**
                                                                            **MISAPPLICATION OF FUNDS AND ASSETS**
14            *Claimant(s)/Plaintiff(s),*              4.  **FRAUD, FORGERY, AND UNAUTHORIZED USE**
                                                                            **OF IDENTITY**
15       *vs.*                                                    5.  **MONOPOLIZATION OF TRADE AND**
                                                                            **COMMERCE, AND UNFAIR BUSINESS**
   Naji: Doumit, Mary: Doumit, Daniel:          **PRACTICES**
16 Doumit, Barry-Lee: O'Connor, NAJI           6.  **DEPRIVATION OF RIGHTS UNDER COLOR OF**
   DOUMIT, MARY DOUMIT, DANIEL             **LAW**
17 DOUMIT, MARINAJ PROPERTIES               7.  **RECEIVING EXTORTION PROCEEDS**
                                                                            8.  **FALSE PRETENSES AND FRAUD**
   LLC, FOCUS ESTATES INC, BARRY         9.  **EXTORTION**
18 LEE O'CONNOR, BARRY LEE                      10. **RACKETEERING**
   O'CONNOR & ASSOCIATES, *Does*          11. **BANK FRAUD**
19                                                                  12. **FRAUDULENT TRANSPORTATION AND**
   *1-100 Inclusive,*                                        **TRANSFER OF STOLEN GOODS AND**
20            *Defendant(s)/Respondent(s).*       **SECURITIES**
                                                                            13. **UNLAWFUL INTERFERENCE, INTIMIDATION,**
21                                                                       **EXTORTION, AND EMOTIONAL DISTRESS**
                                                                            14. **CONSIDERED AND STIPULATED ONE**
22                                                                       **HUNDRED MILLION DOLLAR ($100,000,000.00)**
                                                                            **JUDGEMENT AND LIEN.**
23

24 **COMES NOW**, Plaintiffs ™KEVIN WALKER© ESTATE, ™DONNABELLE

25 MORTEL© ESTATE, ™KEVIN WALKER© IRR TRUST, ™WG EXPRESS TRUST©

26 (hereinafter "Claimants" and/or "Plaintiffs"), by and through their Attorney-in-

27 Fact, Kevin: Walker who is proceeding *sui juris, In Propria Persona,* and by

28 *Special Limited Appearance*. Kevin is a **natural** *freeborn* Sovereign and state

-1 of 34-

NOTICE OF DEFAULT AND NOTICE OF *CLAIM, FRAUD, EXTORTION, COERCION, SLANDER OF TITLE, RACKETEERING, CONSPIRACY, DEED AND TITLE FRAUD, INJURY AND DAMAGE*

1  Citizen of California **the republic** in its **De'jure** capacity as one of the several states

2  of the Union 1789. This incidentally makes him a **national** of the republic as per the

3  **De'Jure Constitution for the United States 1777/1789.**

4  Claimants/Plaintiffs, acting through their Attorney-in-Fact, assert their ***unalienable***

5  right to **contract**, as secured by **Article I, Section 10** of the **Constitution**, which

6  states: "No State shall... pass any Law impairing the Obligation of **Contracts.**" and

7  thus which ***prohibits*** states from impairing the obligation of **contracts**. This clause

8  **unequivocally** prohibits states from impairing the obligation of contracts, including

9  but not limited to, a trust and contract agreement as an '*Attorney-In-Fact*,' and any

10  private contract existing between Plaintiffs and Defendants. A copy of the

11  'Affidavit: Power of Attorney In Fact,' is attached hereto as **Exhibit I** and

12  incorporated herein by reference. Plaintiffs further rely on their ***unalienable and***

13  ***inherent*** rights under the **Constitution** and the **common law** — rights that **predate**

14  the formation of the state and remain safeguarded by due process of law.

15  I.                         <u>**Constitutional Basis:**</u>

16  Claimants/Plaintiffs assert that their private rights are secured and protected under

17  the **Constitution, common law**, and **exclusive equity**, which govern their ability to

18  freely contract and protect their property and interests..

19  Claimants/Plaintiffs respectfully assert and affirm:

20  •      "The individual may stand upon his constitutional rights as a citizen. He is entitled

21          to carry on his **private** business in his own way. **His power to contract is** <u>***unlimited***</u>.

22          He owes no such duty [to submit his books and papers for an examination] to the

23          State, since he receives nothing therefrom, beyond the protection of his life and

24          property. His rights are such as existed by the law of the land [Common Law] long

25          antecedent to the organization of the State, and can only be taken from him by due

26          process of law, and in accordance with the Constitution. Among his rights are a

27          refusal to incriminate himself, and the immunity of himself and his property from

28          arrest or seizure except under a warrant of the law. He owes nothing to the public

Self-Executing Contract Security Agreement — Registered Mail #RF775822865US — Dated: 02/14/2025

1    so long as he does not trespass upon their rights." (*Hale v. Henkel*, 201 U.S. 43, 47

2    [1905]).

3    • "The claim and exercise of a constitutional right **cannot** be converted into a

4    crime." — Miller v. U.S., 230 F 2d 486, 489.

5    • "Where rights **secured by** the Constitution are involved, **there can be no rule**

6    **making or legislation** which would abrogate them." —Miranda v. Arizona, 384 U.S.

7    • "There can be no sanction or penalty imposed upon one because of this exercise of

8    constitutional rights." —Sherar v. Cullen, 481 F. 945.

9    • "A law repugnant to the Constitution is **void**." — *Marbury v. Madison*, 5 U.S. (1

10    Cranch) 137, 177 (1803).

11    • "It is not the duty of the citizen to surrender his rights, liberties, and immunities

12    under the guise of police power or any other governmental power." — *Miranda v.*

13    *Arizona*, 384 U.S. 436, 491 (1966).

14    • "An unconstitutional act is not law; it confers no rights; it imposes no duties; affords

15    no protection; it creates no office; it is, in legal contemplation, as inoperative as

16    though it had never been passed." — *Norton v. Shelby County*, 118 U.S. 425, 442

17    (1886).

18    • "No one is bound to obey an unconstitutional law, and no courts are bound to

19    enforce it." — *16 Am. Jur. 2d, Sec. 177, Late Am. Jur. 2d, Sec. 256.*

20    • "Sovereignty itself remains with the people, by whom and for whom all

21    government exists and acts." — *Yick Wo v. Hopkins*, 118 U.S. 356, 370 (1886).

## II.                          <u>Supremacy Clause</u>

23    Claimants/Plaintiffs respectfully assert and affirm that:

24    • **The Supremacy Clause** of the Constitution **of the <u>U</u>nited <u>S</u>tates (Article VI,**

25    **Clause 2) establishes** that **the Constitution**, federal laws made **pursuant to**

26    **it,** and treaties **made under its authority,** constitute the "**supreme Law of the**

27    **Land**", and thus **take priority over any conflicting state laws.** It provides

28    that state courts are bound by, and state constitutions subordinate to, the

1   supreme law.  However, federal statutes and treaties must be within the
2   parameters of the Constitution; **that is, they must be pursuant to** the federal
3   government's **enumerated powers**, and **not violate other constitutional**
4   **limits on federal power ...** As a constitutional provision identifying the
5   supremacy of federal law, the Supremacy Clause assumes the underlying
6   priority of federal authority, **albeit only when that authority is expressed in**
7   **the Constitution itself; no matter what** the federal or state governments
8   **might wish to do,** they **must** stay within the boundaries of the **Constitution.**

9   ## III. DESCRIPTION OF AFFECTED *PRIVATE* TRUST PROPERTY

10  This action affects title to the private Trust property (herein referred to as
11  "private property" and/or "subject property") situated in the county of
12  Riverside, California, commonly described as a '31990 Pasos Place, Temecula,
13  California,' and described as follows: Lot 5 of Tract No. 23209, in the City of
14  Temecula, California, County of Riverside, on file in Book 320, Pages 79
15  through 97 records of Riverside County, California,' hereinafter referred to as
16  the "Property," and **all** bonds, securities, Federal Reserve Notes, assets,
17  tangible and intangible, registered and unregistered, and more particularly
18  described in the Authentic **UCC1 filing and NOTICE #2024385925-4 and**
19  **#2024385935-1, and UCC3 filing and NOTICE** #2024402433-7 and
20  2024411182-7, all Filed in the Office of Secretary of State State Of Nevada.
21  Attached hereto as **Exhibits A, B, C, and D** respectively, and incorporated
22  herein by reference.
23  This action also affected any titles, investments, interests, principal amounts,
24  **credits**, funds, assets, bonds, Federal Reserve Notes, notes, bills of exchange,
25  entitlements, negotiable instruments, or similar collateralized, hypothecated,
26  and/or securitized items in any manner tied to Plaintiffs' signature, promise
27  to pay, order to pay, endorsement, credits, authorization, or comparable
28  actions (collectively referred to hereinafter as "Assets").

Self-Executing Contract Security Agreement — Registered Mail #RF775822865US — Dated: 02/14/2025

## IV. <span style="text-align:center">STANDING</span>

1. Claimants/Plaintiffs are **undisputedly** the Real Party(ies) in Interest, holder(s) in due course, Creditor(s), and hold allodial title to **any _and_ all** assets, registered or unregistered, tangible or intangible, in accordance with contract law, principles, **common law**, **exlcusive equity**, the right to equitable subrogation, and the U.C.C. (Uniform Commercial Code). This is further evidenced by the following UCC filings, all duly filed in the Office of the Secretary of State, State of Nevada: **UCC1 filing #2024385925-4** and **#2024385935-1, and UCC3 filing** #2024402433-7 and 2024411182-7 (Exhibits A, B, C, and D), and in accordance with UCC §§ 3-302, 9-105, and 9-509.

2. **Claimants'/Plaintiffs' standing** is further affirmed and **evidenced** by the GRANT DEED recorded in Official Records County of Riverside, DOC #2024-0291980, APN: 957-570-005, File No.: 37238 KH, where the private trust property is titled to 'WG **Private Irrevocable** Trust, dated Febraury 7, 2022'. A copy of said 'GRANT DEED,' is attached hereto as **Exhibit E** and incorporated herein by reference.

3. Claimants/Plaintiffs maintain **exclusive and sole standing** in relation to said assets and their interests, as duly recorded and affirmed by these filing.

4. Claimants/Plaintiffs alone possess(es) _exclusive equity._

5. You/Respondent(s)/Defendant(s) do **NOT** have **any** valid interest or standing.

6. You/Respondent(s)/Defendant(s) do **NOT** have a valid claim to the '**Property**' (31990 Pasos Place, Temecula, California,' and described as follows: Lot 5 of Tract No. 23209, in the City of Temecula, California, County of Riverside, on file in Book 320, Pages 79 through 97 records of Riverside County, California), or any of the respective Assets, registered and unregistered, tangible and intangible.

1   7.  You/Respondent(s)/Defendant(s) do **NOT** possess any valid interest or

2      standing concerning DEED OF TRUST #000+1365377+24+1+1-15, or NOTE

3      #000+1365377+9+1-3 DATED JULY 15, 2022.

4   # V.      ** Notice of Administrative Process **

5      This <u>VERIFIED</u> **Affidavit, NOTICE, and SELF-EXECUTING CONTRACT**

6  **SECURITY AGREEMENT** concerns You/Defendant(s)/Respondent(s), Naji:

7  Doumit, Mary: Doumit, Daniel: Doumit, Barry-Lee: O'Connor, NAJI DOUMIT,

8  MARINAJ PROPERTIES LLC, FOCUS ESTATES INC, BARRY LEE O'CONNOR,

9  BARRY LEE O'CONNOR & ASSOCIATES, *Does 1-100 Inclusive,* and their blatant

10  <u>bad faith</u> acts of fraud, theft, embezzlement, larceny, and fraudulent misapplication

11  of funds and assets, forgery, and unauthorized use of identity, monopolization of

12  trade and commerce, unfair business practices, deprivation of rights under the color

13  of law, receiving extortion proceeds, false pretenses, extortion, racketeering, bank

14  fraud, fraudulent transportation and transfer of stolen goods and securities,

15  unlawful interference, intimidation, emotional distress, and injury and damage to

16  Claimant(s)/Plaintiff(s) and/or Affiant.

17      As with any administrative process, You/Defendant(s)/Respondent(s), may

18  controvert the statements and/or claims made by Affiants by executing and

19  delivering a verified response point by point, in affidavit form, **sworn and attested**

20  **to under penalty of perjury**, signed by You/Naji: Doumit, Mary: Doumit, Daniel:

21  Doumit, Barry-Lee: O'Connor, NAJI DOUMIT, MARINAJ PROPERTIES LLC,

22  FOCUS ESTATES INC, BARRY LEE O'CONNOR, BARRY LEE O'CONNOR &

23  ASSOCIATES, *Does 1-100 Inclusive,* or other designated officer of the corporation

24  with evidence in support by Certified, Express, or Registered Mail. **Answers by any**

25  **other means are considered a non-response and will be treated as a non-response.**

26  # VI.      <u>NOTICE OF DEFAULT</u>

27  This notice serves as formal **NOTICE OF DEFAULT**, concerning the OFFER and

28  CONTRACT titled, '<u>3/90 DAY NOTICE TO QUIT</u>' (<u>Exhibit H</u>). This communication

Self-Executing Contract Security Agreement — Registered Mail #RF775822865US — Dated: 02/14/2025

1   shall serve as a formal **NOTICE OF DEFAULT** of the aforementioned coerced and

2   extorted offer, which was conditionally accepted contingent upon proof of the

3   conditions set forth herein, governed by the principles of contract law, legal

4   maxims, common law, and the **Uniform Commercial Code (UCC)**, including but

5   not limited to **UCC §§ 1-103, 2-202, 2-204, 2-206**, and the **mailbox/postal rule.**

6          The undersigned, Kevin: Walker, herein referred to as Affiant. Affiant is

7   the Agent, Attorney-In-Fact, **holder in due course**, and **Secured Party** and

8   Creditor of and for Claimant(s)/Plaintiff(s). Affiant hereby states that he is of

9   legal age and competent to state on belief and first hand personal knowledge

10  that the facts set forth herein as duly noted below are true, correct, complete,

11  and presented in **good faith,** regarding the **coerced and extorted** commercial

12  contract OFFER and CONTRACT titled, '3/90 DAY NOTICE TO

13  QUIT' (Exhibit H), pertaining to the **private trust property**.

# VII.    *Some* Relevant U.C.C. Sections and Application

15  **1.   U.C.C. § 1-308 – Reservation of Rights:**

16       This section ensures that acceptance of an offer under duress or coercion does

17       not waive any rights or defenses. By invoking U.C.C. § 1-308, Claimant(s)/

18       Plaintiff(s) asserts that any compliance with your offer is made with *explicit*

19       *reservation of rights*, **preserving all legal remedies.**

20  **2.   U.C.C. § 2-204 – Formation in General:**

21       This section establishes that a contract can be formed in any manner sufficient

22       to show agreement, including conduct. By issuing the citation (an implied offer

23       to contract), You/Dedenfant(s)/Respondent(s), have initiated a contractual

24       relationship, which has been conditionally accepted with **new terms herein**.

25  **3.   U.C.C. § 2-206 – Offer and Acceptance in Formation of Contract:**

26       Under this section, an offer can be accepted in any reasonable manner. By

27       conditionally accepting the citation and dispatching this notice via USPS

28       Certified, Registered, and/or Express mail, Claimant(s)/Plaintiff(s) has/have

created a binding contract agreement and obligation which You/Defendant(s)/Respondent(s) are contractually bound and obligated to.

**4. U.C.C. § 2-202 – Final Written Expression:**

This provision ensures that the terms of this conditional acceptance supplement the original terms of the citation. By including these conditions, the issuing authority is bound to provide proof of their validity, failing which the conditional acceptance will be expressly stipulated as the **final** agreement.

**5. U.C.C. § 1-103 – Supplementary General Principles of Law Applicable:**

This section allows common law principles to supplement the UCC. Under the doctrine of **equity** and **fair dealing**, failure to provide the requested proof constitutes bad faith and silent acquiescence, tacit agreement, and tacit procuration to all of the the **fact and terms stipulated** in this Affidavit Notice and Self-Executing Contract and Security Agreement.

# VIII.               <u>Legal and Procedural Basis</u>

**1. Mailbox/Postal Rule:**

Under the mailbox rule, this notice of conditional acceptance is effective and considered **accepted** by You/Defendant(s)/Respondent(s) upon dispatch via Registered Mail, and/or Express Mail, and/or Certified Mail. The agreement becomes binding when the notice **is sent**, *not* when received. This binds the issuing authority to the terms outlined in this notice unless rebutted within the specified timeframe.

**2. Offer and Acceptance:**

Your citation constitutes an offer under contract law. This notice self-executing Contract and Security Agreement conditionally accepts your contract OFFER and supplements its terms under U.C.C. § 2-202. Failure to fulfill the new and final terms and conditions within the specified **three (3) day** timeframe constitutes **silent acquiescence, tacit agreement, and tacit procuration**.

**3. Consent to Service by Electronic and Postal Means:**

Self-Executing Contract Security Agreement — Registered Mail #RF775822865US — Dated: 02/14/2025

1  By the doctrine of silent acquiescence and tacit agreement, You/Defendant(s)/
2  Respondent(s) have consented to service of notices, pleadings, and
3  communications via email, and/or USPS Registered Mail, Express Mail, or
4  Certified Mail. Your failure to rebut or object to this service method within the
5  specified timeframe constitutes unequivocal acceptance of service through these
6  means.

7  IX.          **Plain Statement of Facts**

8  **KNOW ALL MEN BY THESE PRESENT**, that I, **Kevin: Walker,**
9  proceeding *sui juris, In Propia Persona*, by *Special Limited Appearance*, a
10  man upon the land, a follower of the Almighty Supreme Creator, first and
11  foremost and the laws of man when they are not in conflict (Leviticus 18:3, 4)
12  Pursuant to Matthew 5:33 – 37 and James 5:12, let my yea mean yea and my
13  nay be nay, as supported by Federal Public Law 97-280, 96 Stat.1211, depose
14  and say that I, **Kevin: Walker** over 18 years of age, being competent to testify
15  and having **first hand knowledge** of the **facts** herein **declare (or certify,**
16  **verify, affirm, or state**) under penalty of perjury under the laws of the **United**
17  **States of America** that the following is true and correct, to the best of my
18  understanding and belief, and in good faith:

1. I, Kevin: Walker *proceeding sui juris, In Propria Persona*, by *Special Limited*
   *Appearance*, herby state again for the record that I explicitly **reserve all my**
   **rights and waive absolutely none.** See U.C.C. § 1-308.

2. I, Kevin: Walker, *proceeding sui juris, In Propria Persona*, by *Special Limited*
   *Appearance*, herby invoke *equity and fairness.*

3. Consistent with the **eternal tradition of natural common law, unless I have**
   **harmed or violated someone or their property, I have committed no crime;** and
   I am therefore **not** subject to any penalty. I act in accordance with the following
   **U.S. Supreme Court case:**   "The individual may stand upon his **constitutional**
   **rights** as a <u>c</u>itizen. He is entitled to carry on his **private** business in his own way.

Self-Executing Contract Security Agreement — Registered Mail #RF775822865US — Dated: 02/14/2025

His power to contract is <u>unlimited.</u> He owes no such duty [to submit his books and papers for an examination] to the State, since he receives nothing therefrom, beyond the protection of his life and property. His rights are such as existed by the law of the land [Common Law] **long antecedent to the organization of the State**, and can only be taken from him by due process of law, and in accordance with the Constitution. Among his **rights** are a **refusal to incriminate himself**, and **the immunity of himself and his property from arrest or seizure except under a warrant of the law.** He owes nothing to the public so long as he does not trespass upon their rights." **Hale v. Henkel**, 201 U.S. 43 at 47 (1905).

4. **I reserve my natural common law right not to be compelled to perform under any contract that I did not enter into knowingly, voluntarily, and intentionally**. And furthermore, I do **not** accept the liability associated with the compelled and pretended "benefit" of any hidden or unrevealed contract or commercial agreement. As such, the hidden or unrevealed contracts that supposedly create obligations to perform, for persons of subject status, are inapplicable to me, and are null and void. If I have participated in any of the supposed "benefits" associated with these hidden contracts, I have done so under duress, for lack of any other practical alternative. I may have received such "benefits" but I have not accepted them in a manner that binds me to anything.

5. On **12/05/2022**, GRANT DEED, DOC #2022-0490841, APN: 957-570-005, File No.: 30291 KH, was recorded in Official Records County of Riverside. A copy of said 'GRANT DEED,' is attached hereto as **Exhibit F** and incorporated herein by reference.

6. On **09/27/2024**, GRANT DEED, DOC #2024-0291980, APN: 957-570-005, File No.: 37238 KH, was recorded in Official Records County of Riverside, where the private trust property is titled to '<u>WG **Private Irrevocable** Trust, dated Febraury 7, 2022</u>' (**Exhibit E**).

Self-Executing Contract Security Agreement — Registered Mail #RF775822865US — Dated: 02/14/2025

7. On **01/17/2025,** __fraudulent__ 'TRUSTEE'S DEED UPON SALE' (DOC # 2025-0017386, APN: 957-570-005, TS# 176672) was filed and is therefore **void** *ab initio*, as the individual executing the *purported* transfer or sale lacked legal or lawful title and authority to do so. A copy of said **fraudulent** and **void** *ab initio* 'TRUSTEE'S DEED UPON SALE' is attached hereto as **Exhibit G** and incorporated herein by reference

8. No lawful transfer or assignment of title has been executed or perfected since the recording of Grant Deed No. [insert number].

9. Any deed, including but not limited to a Trustee's Deed of Sale, presently in the possession of You/Respondent(s)/Defendant(s) constitutes a product of fraud and is therefore null and void *ab initio,* having no legal force or effect.

10. **It remains undisputed that,** You/Defendant(s)/Respondent(s), Naji: Doumit, Mary: Doumit, Daniel: Doumit, Barry-Lee: O'Connor, NAJI DOUMIT, MARINAJ PROPERTIES LLC, FOCUS ESTATES INC, BARRY LEE O'CONNOR, BARRY LEE O'CONNOR & ASSOCIATES, *Does 1-100 Inclusive* do **NOT** have a valid claim against Claimant(s)/Plaintiff(s).

11. You/Defendant(s)/Respondent(s), Naji: Doumit, Mary: Doumit, Daniel: Doumit, Barry-Lee: O'Connor, NAJI DOUMIT, MARINAJ PROPERTIES LLC, FOCUS ESTATES INC, BARRY LEE O'CONNOR, BARRY LEE O'CONNOR & ASSOCIATES, *Does 1-100 Inclusive*, or who you represent **is/are** the **DEBTOR(s)** in this matter.

12. You/Defendant(s)/Respondent(s), Naji: Doumit, Mary: Doumit, Daniel: Doumit, Barry-Lee: O'Connor, NAJI DOUMIT, MARINAJ PROPERTIES LLC, FOCUS ESTATES INC, BARRY LEE O'CONNOR, BARRY LEE O'CONNOR & ASSOCIATES, *Does 1-100 Inclusive*, or who you represent is **NOT** the CREDITOR, or an ASSIGNEE of the CREDITOR, in this matter.

13. Affiant and/or Claimant(s)/Plaintiff(s) is/are **NOT** the DEBTOR(s) in this matter.

Self-Executing Contract Security Agreement — Registered Mail #RF775822865US — Dated: 02/14/2025

14. You/Defendant(s)/Respondent(s), Naji: Doumit, Mary: Doumit, Daniel: Doumit, Barry-Lee: O'Connor, NAJI DOUMIT, MARINAJ PROPERTIES LLC, FOCUS ESTATES INC, BARRY LEE O'CONNOR, BARRY LEE O'CONNOR & ASSOCIATES, *Does 1-100 Inclusive*, or who you represent are **NOT** the **Real Party in Interest** in this matter.

## *CONDITIONALLY ACCEPTED* **upon proof**

15. All statements, claims, offer, terms presented in your **fraudulent, coercive, extortionate,** OFFER titled '3/90 DAY NOTICE TO QUIT' (**Exhibit H**) is *CONDITIONALLY ACCEPTED* **upon proof** of the following **from You/Defendant(s)/Respondent(s):**

1. **Upon Proof from You/Defendant(s)/Respondent(s) that GRANT DEED, DOC #2022-0490841, APN: 957-570-005, File No.: 30291 KH, is NOT** recorded in Official Records County of Riverside.

2. **Upon Proof from You/Defendant(s)/Respondent(s) that GRANT DEED, DOC #2024-0291980, APN: 957-570-005, File No.: 37238 KH, is NOT** recorded in Official Records County of Riverside.

3. **Upon Proof from You/Defendant(s)/Respondent(s) that UCC1 Filing #2024385925-4 is NOT** duly filed in the Office of the Secretary of State, State of Nevada.

4. **Upon Proof from You/Defendant(s)/Respondent(s) that UCC1 Filing #2024385935-1 is NOT** duly filed in the Office of the Secretary of State, State of Nevada.

5. **Upon Proof from You/Defendant(s)/Respondent(s) that UCC3 Filing #2024402433-7 is NOT** duly filed in the Office of the Secretary of State, State of Nevada.

6. **Upon Proof from You/Defendant(s)/Respondent(s) that UCC3 Filing #2024411182-7 is NOT** duly filed in the Office of the Secretary of State, State of Nevada.

NOTICE OF DEFAULT AND NOTICE OF CLAIM, FRAUD, EXTORTION, COERCION, SLANDER OF TITLE, RACKETEERING, CONSPIRACY, DEED AND TITLE FRAUD, INJURY AND DAMAGE

Self-Executing Contract Security Agreement — Registered Mail #RF775822865US — Dated: 02/14/2025

7. **Upon Proof from You/Defendant(s)/Respondent(s)** that ' **fraudulent** 'TRUSTEE'S DEED UPON SALE' (DOC # 2025-0017386, APN: 957-570-005, TS# 176672 in your possession is **NOT** fraudulent and void *ab initio*.

8. **Upon Proof from You/Defendant(s)/Respondent(s)** demonstrating that it was **NOT** your duty to investigate and ascertain the true titleholder of the private trust property.

9. **Upon Proof of claim from You/Defendant(s)/Respondent(s).**

//

Executed "*without* the United States" in compliance with **28 USC § 1746**.

# **FURTHER AFFIANT SAYETH NOT.**

//

## IX.    Foundational 'Case Law' on Standing, Mortgage Fraud, Foreclosure, Corporate Overreach

Plaintiffs referenced the following case law summary highlights key legal principles on jurisdiction, standing, and procedural requirements in financial and mortgage-related cases. Courts consistently void judgments rendered without proper jurisdiction and emphasize the need for a party to demonstrate legal **standing**. Fraudulent lending practices, including violations of federal regulations, have led to dismissals with prejudice. Corporate overreach by banks is curtailed through rulings that prohibit lending credit and ultra vires contracts. Evidentiary standards stress the **sufficiency of affidavits** and the **duty** of full and complete disclosure of information to prevent fraud. Contract **principles** underscore the nullification of agreements lacking proper consideration,.

## A. Jurisdiction and Standing in Court

Courts have consistently held that judgments rendered without subject matter jurisdiction are void from inception, and parties must have **standing** to invoke a court's jurisdiction. Notable cases emphasize that plaintiffs must demonstrate ownership of notes and mortgages at the time of filing to proceed with foreclosure actions. Failure to do so results in jurisdictional dismissal.

Self-Executing Contract Security Agreement — Registered Mail #RF775822865US — Dated: 02/14/2025

1. **Patton v. Diemer**, 35 Ohio St. 3d 68; 518 N.E.2d 941 (1988): "A judgment rendered by a court lacking subject matter jurisdiction is **void ab initio**. Consequently, the authority to vacate a void judgment is not derived from Ohio R. Civ. P. 60(B), but rather constitutes an inherent power possessed by Ohio courts. I see no evidence to the contrary that this would apply to ALL courts."

2. **Lebanon Correctional Institution v. Court of Common Pleas**, 35 Ohio St.2d 176 (1973): "A party lacks **standing** to invoke the jurisdiction of a court unless he has, in an individual or a representative capacity, some **real interest** in the subject matter of the action."

3. **Wells Fargo Bank v. Byrd**, 178 Ohio App.3d 285, 2008-Ohio-4603, 897 N.E.2d 722 (2008): "If plaintiff has offered no evidence that it owned the note and mortgage when the complaint was filed, it would not be entitled to judgment as a matter of law."

4. **Indymac Bank v. Boyd**, 880 N.Y.S.2d 224 (2009): "To establish a prima facie case in an action to foreclose a mortgage, the plaintiff must establish the existence of the mortgage and the mortgage note. It is the law's policy to allow only an aggrieved person to bring a lawsuit . . . A want of 'standing to sue,' in other words, is just another way of saying that this particular plaintiff is not involved in a genuine controversy, and a simple syllogism takes us from there to a 'jurisdictional' dismissal."

5. **Indymac Bank v. Bethley**, 880 N.Y.S.2d 873 (2009): "The Court is concerned that there may be fraud on the part of plaintiff or at least malfeasance. Plaintiff INDYMAC (Deutsche) must have '**standing**' to bring this action."

## B. Fraud and Misrepresentation in Mortgage Cases

Several cases illustrate fraudulent practices by lenders, including violations of the Federal Truth in Lending Act and withholding vital loan information. Courts have dismissed cases with prejudice where fraud on the court was evident.

Self-Executing Contract Security Agreement — Registered Mail #RF775822865US — Dated: 02/14/2025

- **Wells Fargo, Litton Loan v. Farmer,** 867 N.Y.S.2d 21 (2008): "Wells Fargo does not own the mortgage loan… Therefore, the matter is dismissed with prejudice."
- **Wells Fargo v. Reyes,** 867 N.Y.S.2d 21 (2008): "Dismissed with prejudice, Fraud on Court & Sanctions. Wells Fargo never owned the Mortgage."
- **Deutsche Bank v. Peabody,** 866 N.Y.S.2d 91 (2008): "EquiFirst, when making the loan, violated Regulation Z of the Federal Truth in Lending Act 15 USC §1601 and the Fair Debt Collections Practices Act 15 USC §1692; 'intentionally created fraud in the factum' and withheld from plaintiff 'vital information concerning said debt and all of the matrix involved in making the loan.'"

## C. Corporate and Banking Overreach

Decisions highlight that banks **cannot** lend their credit or guarantee debts, as these actions are ultra vires and not legally binding. These rulings reinforce the limitations on corporate and banking activities.

- **Zinc Carbonate Co. v. First National Bank,** 103 Wis. 125, 79 NW 229 (1899): "The doctrine of ultra vires is a most powerful weapon to private corporations within their legitimate spheres and punish them for violations of their corporate charters, and it probably is not invoked too often."
- **Howard & Foster Co. vs. Citizens National Bank,** 133 S.C. 202, 130 S.E. 758 (1926): "It has been settled beyond controversy that a national bank, under Federal law, being limited in its power and capacity, cannot lend its credit by nor guarantee the debt of another. All such contracts being entered into by its officers are ultra vires and not binding upon the corporation."
- **American Express Co. v. Citizens State Bank,** 181 Wis. 172, 194 NW 427 (1923): "Neither, as included in its powers not incidental to them, is it a part of a bank's business to lend its credit."

## D. Procedural Requirements and Evidentiary Standards

NOTICE OF DEFAULT AND NOTICE OF CLAIM, FRAUD, EXTORTION, COERCION, SLANDER OF TITLE, RACKETEERING, CONSPIRACY, DEED AND TITLE FRAUD, INJURY AND DAMAGE

Self-Executing Contract Security Agreement — Registered Mail #RF775822865US — Dated: 02/14/2025

The requirement for real party-in-interest prosecution is emphasized, along with rulings that affidavits alone can establish a prima facie case. Courts have ruled that silence in the face of a legal duty to respond can constitute fraud.

- **Federal Rule of Civil Procedure 17(a)(1)**: "[A]n action must be prosecuted in the name of the real party in interest."
- **In re Jacobson**, 402 B.R. 359, 365-66 (Bankr. W.D. Wash. 2009): Emphasizes that actions must be filed by the real party in interest.
- **United States v. Kis**, 658 F.2d 526 (7th Cir. 1981): "Indeed, no more than (affidavits) is necessary to make the prima facie case." Cert. denied, S. Ct. (1982).
- **U.S. v. Tweel**, 550 F.2d 297 (1977): "Silence can only be equated with fraud where there is a legal or moral duty to speak or when an inquiry left unanswered would be intentionally misleading."

## E. Contract and Consideration Principles

If any part of a contract's consideration is illegal, the entire promise becomes void. Courts have also recognized the right to rescind contracts induced by false representations, even if made innocently.

- **Menominee River Co. v. Augustus Spies L & C Co.**, 147 Wis. 559 at p. 572; 132 NW 1118 (1912): "If any part of the consideration for a promise be illegal, or if there are several considerations for an un-severable promise one of which is illegal, the promise, whether written or oral, is wholly void, as it is impossible to say what part or which one of the considerations induced the promise."

//

## X.   LEGAL STANDARDS, MAXIMS, AND PRECEDENT

In support of this Affidavit and Notice and Self-Executing Contract and Security Agreement Affiant cites the following established legal standards, legal maxims, precedent, and principles:

Self-Executing Contract Security Agreement — Registered Mail #RF775822865US — Dated: 02/14/2025

- Where **rights secured by** the Constitution are involved, **there can be no rule making or legislation** which would abrogate them." —Miranda v. Arizona, 384 U.S.

- "The state **cannot** diminish Rights of the **people.**" —Hurtado vs. California, 110 US 516.

- "When enforcing mere statutes, judges of all courts do not act judicially (and thus are not protected by "qualified" or "limited immunity," - SEE: Owen v. City, 445 U.S. 662; Bothke v. Terry, 713 F2d 1404) - - "but merely act as an extension as an agent for the involved agency -- but only in a "ministerial" and not a "discretionary capacity..." Thompson v. Smith, 154 S.E. 579, 583; Keller v. P.E., 261 US 428; F.R.C. v. G.E., 281, U.S. 464.

- "Public officials are not immune from suit when they transcend their lawful authority by invading constitutional rights."—AFLCIO v. Woodward, 406 F2d 137 t.

- "Immunity **fosters neglect and breeds irresponsibility** while liability promotes care and caution, which caution and care is owed by the government to its people." (Civil Rights) **Rabon vs Rowen Memorial Hospital, Inc.** 269 N.S. 1, 13, 152 SE 1 d 485, 493.

- "Judges not only can be sued over their official acts, but could be held **liable for injunctive and declaratory relief and attorney's fees.**" **Lezama v. Justice Court,** A025829.

- "Ignorance of the law does not excuse misconduct in anyone, least of all in a sworn officer of the law." **In re McCowan** (1917), 177 C. 93, 170 P. 1100.

- "All are presumed to know the law." **San Francisco Gas Co. v. Brickwedel** (1882), 62 C. 641; **Dore v. Southern Pacific Co.** (1912), 163 C. 182, 124 P. 817; **People v. Flanagan** (1924), 65 C.A. 268, 223 P. 1014; **Lincoln v. Superior Court** (1928), 95 C.A. 35, 271 P. 1107; **San Francisco Realty Co. v. Linnard** (1929), 98 C.A. 33, 276 P. 368.

- "It is one of the fundamental maxims of the common law that ignorance of the law excuses no one." **Daniels v. Dean** (1905), 2 C.A. 421, 84 P. 332.

Self-Executing Contract Security Agreement — Registered Mail #RF775822865US — Dated: 02/14/2025

- "the people, not the States, are sovereign." — Chisholm v. Georgia, 2 Dall. 419, 2 U.S. 419, 1 L.Ed. 440 (1793).
- ALL ARE EQUAL UNDER THE LAW. — "No one is above the law".
- IN COMMERCE FOR ANY MATTER TO BE RESOLVED MUST BE EXPRESSED. — "To lie is to go against the mind."
- IN COMMERCE TRUTH IS SOVEREIGN. — Truth is sovereign -- and the Sovereign tells only the truth.
- TRUTH IS EXPRESSED IN THE FORM OF AN AFFIDAVIT.
- AN UNREBUTTED AFFIDAVIT STANDS AS TRUTH IN COMMERCE. — "He who does not deny, admits."
- AN UNREBUTTED AFFIDAVIT BECOMES THE JUDGEMENT IN COMMERCE. — "There is nothing left to resolve.
- WORKMAN IS WORTHY OF HIS HIRE. — "It is against equity for freemen not to have the free disposal of their own property."
- HE WHO LEAVES THE BATTLEFIELD FIRST LOSES BY DEFAULT. — "He who does not repel a wrong when he can occasions it."

## XI. <u>RESPONSE DEADLINE: REQUIRED WITHIN THREE (3) DAYS:</u>

A response and/or compensation and/or restitution payment must be received within a deadline of **three (3) days.** At the "**Deadline**" is defined as 5:00 p.m. on the third (3rd) day after your receipt of this affidavit. "**Failure to respond**" is defined as a blank denial, unsupported denial, inapposite denial, such as, "not applicable" or equivalent, statements of counsel and other declarations by third parties that lack first-hand knowledge of the facts, and/or responses lacking verification, all such responses being legally insufficient to controvert the verified statements herewith. See *Sieb's Hatcheries, Inc* and *Beasley, Supra.* Failure to respond can result in **your acceptance of personal liability** external to qualified immunity and waiver of any decision rights of remedy.

//

Self-Executing Contract Security Agreement — Registered Mail #RF775822865US — Dated: 02/14/2025

## XII.    FAILURE TO RESPOND AND/OR PERFORM, REMEDY, AND SETTLEMENT

If You/Defendant(s)/Respondent(s) fail to respond and perform **within three (3) days** of receiving this Affidavit Notice and Self- Executing Contract and Security Agreement and CONDITIONAL ACCEPTANCE, with **verified** evidence of the above accompanied by an affidavit, **sworn under the penalty of perjury, as required by law**, You/Defendant(s)/Respondent(s), Naji: Doumit, Mary: Doumit, Daniel: Doumit, Barry-Lee: O'Connor, NAJI DOUMIT, MARINAJ PROPERTIES LLC, FOCUS ESTATES INC, BARRY LEE O'CONNOR, BARRY LEE O'CONNOR & ASSOCIATES, *Does 1-100 Inclusive*, You/Defendant(s)/Respondent(s) *individually and collectively* **fully agree** that you must **act in good faith and** accordance with the Law, cease all conspiracy, fraud, identity theft, embezzlement, deprivation under the color of law, extortion, embezzlement, bank fraud, harassment, conspiracy to deprive, and other violations of the law, **and** pay the below mentioned **Five Hundred Thousand Dollar ($500,000.00)** Restitution and Settlement payment, including costs and fees associated with handling these matters, and the unauthorized use of the KEVIN WALKER and DONNABELLE MORTEL Copyright and Trademark. Also, if applicable, releasing all **special deposit funds, currency**, and/or Credits due to Affiant and/or Complainant(s)/Plaintiff(s).

Furthermore, You/Defendant(s)/Respondent(s) must Record a 'QUITCLAIM DEED' transferring any purported interest to Claimant(s)/Plaintiff(s) and/or tender a 'Rescission of Trustee's Deed of Sale'.

## XIII.    Five Hundred Thousand ($500,000.00 USD) Restitution Settlement Payment *REQUIRED*

Furthermore, if You/Defendant(s)/Respondent(s) fail to respond and perform **within three (3) days** from the date of receipt of this communication by providing **verified evidence and proof** of the facts and conditions set forth herein,

Self-Executing Contract Security Agreement — Registered Mail #RF775822865US — Dated: 02/14/2025

1  accompanied by affidavits sworn under penalty of perjury as required by law, You/

2  Defendant(s)/Respondent(s), Naji: Doumit, Mary: Doumit, Daniel: Doumit, Barry-

3  Lee: O'Connor, NAJI DOUMIT, MARINAJ PROPERTIES LLC, FOCUS ESTATES

4  INC, BARRY LEE O'CONNOR, BARRY LEE O'CONNOR & ASSOCIATES, *Does*

5  *1-100 Inclusive,* hereby agree that, within three (3) days of receipt of this contract

6  offer, You/Defendant(s)/Respondent(s) shall issue restitution payment in the total

7  sum certain of **Five Hundred Thousand U.S. Dollars ($500,000.00 USD),** which

8  **shall** become **immediately** due and payable to Claimant(s)/Plaintiff(s).

9  # XIV.    One Hundred Million Dollar  ($100,000,000.00

10 # USD) Default Judgement and Lien

11      If You/Defendant(s)/Respondent(s), Naji: Doumit, Mary: Doumit, Daniel:

12 Doumit, Barry-Lee: O'Connor, NAJI DOUMIT, MARINAJ PROPERTIES LLC,

13 FOCUS ESTATES INC, BARRY LEE O'CONNOR, BARRY LEE O'CONNOR &

14 ASSOCIATES, *Does 1-100 Inclusive,* fail to respond and perform **within three (3)**

15 **days** from the date of receipt of this communication, **as contractually required,**

16 You/Defendant(s)/Respondent(s) hereby individually and collectively, fully agree,

17 that the entire amount evidenced and itemized in Invoice

18 #MIRINAJDISHONOR25, totaling **One Hundred Million dollars ($100,000,000.00),**

19 **shall** become **immediately** due and payable in full.

20      **Furthermore,** if You/Respondent(s)/Defendant(s), Naji: Doumit, Mary:

21 Doumit, Daniel: Doumit, Barry-Lee: O'Connor, NAJI DOUMIT, MARINAJ

22 PROPERTIES LLC, FOCUS ESTATES INC, BARRY LEE O'CONNOR, BARRY LEE

23 O'CONNOR & ASSOCIATES, *Does 1-100 Inclusive* fail to respond and perform

24 **within three (3) days** from the date of receipt of this communication, You/

25 Defendant(s)/Respondent(s), **individually and collectively, admit the statements**

26 **and claims** by TACIT PROCURATION, and completely agree that you/they

27 individually and collectively are guilty of fraud, theft, embezzlement, larceny, and

28 fraudulent misapplication of funds and assets, forgery, and unauthorized use of

Self-Executing Contract Security Agreement — Registered Mail #RF775822865US — Dated: 02/14/2025

1  identity, monopolization of trade and commerce, unfair business practices,

2  deprivation of rights under the color of law, receiving extortion proceeds, false

3  pretenses, extortion, racketeering, bank fraud, fraudulent transportation and

4  transfer of stolen goods and securities, unlawful interference, intimidation,

5  emotional distress, willful violation of public policy and the Constitution, injury

6  and damage to Affiant.

7  ## XV.　　JUDGEMENT AND COMMERCIAL LIEN

8  ## AUTHORIZATION

9  　　Moreover, if You/Defendant(s)/Respondent(s), Naji: Doumit, Mary: Doumit,

10  Daniel: Doumit, Barry-Lee: O'Connor, NAJI DOUMIT, MARINAJ PROPERTIES

11  LLC, FOCUS ESTATES INC, BARRY LEE O'CONNOR, BARRY LEE O'CONNOR &

12  ASSOCIATES, *Does 1-100 Inclusive,* fail to respond **within three (3) days** from the

13  date of receipt of this communication, you/they **individually and collectively,**

14  **fully and unequivocally Decree, Accept,** __fully Authorize__ (in accord with UCC

15  section 9), **indorse, support, and advocate for a judgement, and/or** SUMMARY

16  JUDGEMENT, **and/or commercial lien of One Hundred Million Dollars**

17  **($100,000,000.00) against**  You/Defendant(s)/Respondent(s), Naji: Doumit, Mary:

18  Doumit, Daniel: Doumit, Barry-Lee: O'Connor, NAJI DOUMIT, MARINAJ

19  PROPERTIES LLC, FOCUS ESTATES INC, BARRY LEE O'CONNOR, BARRY LEE

20  O'CONNOR & ASSOCIATES, *Does 1-100 Inclusive*, in favor of, Claimant(s)/

21  Plaintiff(s), and/or their lawfully designated ASSIGNEE(S).

22  　　**Finally,** If You/Respondent(s)/Defendant(s), **fail to respond within three (3)**

23  **days** from the date of receipt of this communication, **You/Defendant(s)/**

24  **Respondent(s)** *individually and collectively*, EXPRESSLY, FULLY, and

25  **unequivocally** __Authorize__, **indorse, support and advocate for** Claimant(s)/

26  Plaintiff(s), and/or their lawfully designated ASSIGNEE(S) to formally notify the

27  Department of Treasury, and Internal Revenue Service, and the respective Congress

28  Representative, U.S. Attorney General, and/or any person, individual, legal fiction,

Self-Executing Contract Security Agreement — Registered Mail #RF775822865US — Dated: 02/14/2025

1  and/or person, or *ens legis* Affiant deems necessary, including but not limited to

2  submitting the requisite form(s) 1099-A, 1099-OID, 1099-C, 1096, 1040, 1041, 1041-V,

3  1040-V, 3949-A, with the **One Hundred Million Dollars ($100,000,000.00 USD)** as

4  the **income to You/Defendant(s)/Respondent(s) and lost revenue and/or income**

5  **to** Affiant, and/or Claimant(s)/Plaintiff(s), and/or their lawfully designated

6  ASSIGNEE(S).

## XVI.    SUMMARY JUDGEMENT, U.C.C. 3-505 PRESUMED
## DISHONOR

9  Said income is **to be assessed and claimed as income** by/to You/

10  Defendant(s)/Respondent(s), **and/or** by **filing a lawsuit** followed by a DEMAND

11  or similar for SUMMARY JUDGEMENT as **a matter of law**, in accordance with

12  **California Code of Civil Procedure § 437c(c)** and **Federal Rule of Civil Procedure**

13  **56(a)**, and/or executing an **Affidavit Certificate of Non-Response, Dishonor,**

14  **Judgement, and Lien Authorization**, in accordance with **U.C.C. § 3-505**, and/or

15  issue an ORDER TO PAY or BILL OF EXCHANGE to the U.S. Treasury and IRS,

16  said sum certain of **One Hundred Million ($100,000,000.00)**, for **immediate** credit

17  **to** Affiant, and/or Claimant(s)/Plaintiff(s), and/or their lawfully designated

18  ASSIGNEE(S), with this Self-Executing Contract and Security Agreement servings

19  as *prima facie* **evidence** of You/Respondent(s)/Defendant(s)'s **Verified**

20  **INDEBTEDNESS** to Affiant, and/or  Claimant(s)/Plaintiff(s), and/or their

21  lawfully designated ASSIGNEE(S).

22  Should it be deemed necessary, the **Claimant(s)/Plaintiff(s) are fully**

23  **Authorized (**in accord with U.C.C § 9-509) to file a UCC commercial LIEN **and/or**

24  **UCC1 Financing Statement** to perfect interest and/or secure full satisfaction of the

25  adjudged sum of **One Hundred Million Dollars ($100,000,000.00)**.

## XVII.               ESTOPPEL BY ACQUIESCENCE:

27  If the addressee(s) or an intended recipient of this notice fail to respond

28  addressing **each point, on a point by point basis**, they **individually and**

Self-Executing Contract Security Agreement — Registered Mail #RF775822865US — Dated: 02/14/2025

1   **collectively accept <u>all</u> of the statements, declaration, stipulations, facts, and**

2   **claims as TRUTH and fact by TACIT PROCURATION,** all issues are deemed

3   settled *RES JUDICATA, STARE DECISIS* and by *COLLATERAL ESTOPPEL*. You

4   may **not** argue, controvert, or otherwise protest the finality of the administrative

5   findings in any subsequent process, whether administrative or judicial.  (See Black's

6   Law Dictionary 6th Ed. for any terms you do not *"understand"*).

7       **Your failure to completely answer and respond will result in your agreeing**

8   **not to argue, controvert or otherwise protest the finality of the administrative**

9   **findings in any process, whether administrative or judicial, as certified by**

10  **Notary or Witness Acceptor in an Affidavit Certificate of Non Response and/or**

11  **Judgement, or similar.**

12      Should YOU **fail to** <u>respond, provide partial, unsworn, or incomplete</u>

13  <u>answers,</u> **such are not acceptable to me or to any court of law.**  See, *Sieb's*

14  *Hatcheries, Inc. v. Lindley,* 13 F.R.D. 113 (1952).**,** "Defendant(s) made no request for

15  an extension of time in which to answer the request for admission of facts and filed

16  only an unsworn response within the time permitted," thus, under the specific

17  provisions of Ark. and *Fed. R. Civ. P.* 36, the facts in question were **deemed**

18  **admitted as true.  Failure to answer is well established in the court.**  *Beasley v. U.*

19  *S.,* 81 F. Supp. 518 (1948).**,** "I, therefore, hold that the requests **will be considered as**

20  **having been admitted.**"  Also as previously referenced, "Statements of **fact**

21  contained in affidavits which are **not** rebutted by the opposing party's **affidavit or**

22  **pleadings** <u>may</u> be accepted as **true** by the trial court." --Winsett v. Donaldson, 244

23  N.W.2d 355 (Mich. 1976).

24  //

25  //

26  //

27  //

28  //

Self-Executing Contract Security Agreement — Registered Mail #RF775822865US — Dated: 02/14/2025

Invoice #MIRINAJDISHONOR25

# **INVOICE and/or TRUE BILL**

Dear Valued Defendant(s), Respondent(s), Customer(s), Fiduciary(ies), Agent(s), and/or DEBTOR(S):

    It has come to OUR attention that you are **deemed guilty** of **multiple felony crimes, violations of U.S. Code, U.C.C, the Constitution, and the law.** You have or currently still are **threatening, extorting, depriving, coercing, damaging, injuring, and causing irreparable physical, mental, emotional, and financial harm** to Claimants/Plaintiffs, ™KEVIN WALKER© ESTATE, ™DONNABELLE MORTEL© ESTATE, and its/their beneficiary(ies), and their Fiduciary(ies), Trustee(s), Executor(s), Agent(s), and Representatives. You remain in default, dishonor, and have an outstanding past due balance due immediately, to wit:

| | | |
|---|---|---:|
| 1. | 18 U.S. Code § 1341 - Frauds and swindle : | $1,000,000.00 |
| 2. | 18 U.S. Code § 4 - Misprision of felony | $1,000,000.00 |
| 3. | Professional and personal fees and costs associated with preparing documents for this matter: | $1,000,000.00 |
| 4. | 15 U.S. Code § 2 - Monopolizing trade a felony; penalty: | $1,000,000.00 |
| 5. | 18 U.S. Code § 241 - Conspiracy against rights: | $1,000,000.00 |
| 6. | 18 U.S. Code § 242 - Deprivation of rights under color of law: | $1,000,000.00 |
| 7. | 18 U.S. Code § 1344 - Bank fraud: (fine and/or up to 30 years imprisonment) | $1,000,000.00 |
| 8. | 15 U.S. Code § 1122 - Liability of United States and States, and instrumentalities and officials thereof: | pending |
| 9. | 15 U.S. Code § 1 - Trusts, etc., in restraint of trade illegal; penalty (fine and/or up to 10 years imprisonment): | $1,000,000.00 |
| 10. | 18 U.S. Code § 1951 - Interference with commerce by threats or violence (fine and/or up to 20 years imprisonment): | $30,000,000.00 |
| 11. | Title 18 U.S. Code § 112 - Protection of foreign officials, official guests, and internationally protected persons: | $1,000,000.00 |
| 12. | 18 U.S. Code § 878 - Threats and extortion against foreign officials, official guests, or internationally protected persons (fine and/or up to 20 years imprisonment): | $1,000,000.00 |
| 13. | 18 U.S. Code § 880 - Receiving the proceeds of extortion (fine and/or up to 3 years imprisonment): | $10,000,000.00 |
| 15. | Fraud, conspiracy, obstruction, identity theft, extortion, bad faith actions, treason, monopolization of trade and commerce, bank fraud, threats, coercion, identity theft, mental trauma, emotional anguish and trauma. embezzlement, larceny, felony crimes, loss of time and thus enjoyable life, deprivation of rights under the color of law harassment, Waring against the Constitution, injury and damage: | $50,000,000.00 |

|  |  |
|---:|---:|
| **Total Due:** | **$100,000,000.00 USD** |
| **Good Faith Discount:** | **$99,500,000.00 USD** |
| **Total Due by 02/14/2025:** | **$500,000.00  USD** |
| **Total Due after 02/14/2025:** | **$100,000,000.00  USD** |

NOTICE OF DEFAULT AND NOTICE OF *CLAIM, FRAUD, EXTORTION, COERCION, SLANDER OF TITLE, RACKETEERING, CONSPIRACY, DEED AND TITLE FRAUD, INJURY AND DAMAGE*

Self-Executing Contract Security Agreement — Registered Mail #RF775822865US — Dated: 02/14/2025

# <u>EXHIBITS/ATTACHMENTS:</u>

1. **Exhibit A:** UCC1 filing #2024385925-4.

2. **Exhibit B:** UCC1 filing #2024385935-1.

3. **Exhibit C:** UCC3 filing and NOTICE #2024402433-7.

4. **Exhibit D:** UCC3 filing and NOTICE #2024411182-7.

5. **Exhibit E:** GRANT DEED recorded in Official Records County of Riverside, DOC #2024-0291980, APN: 957-570-005, File No.: 37238 KH, where the private trust property is titled to '<u>WG **Private Irrevocable** Trust, dated Febraury 7, 2022</u>'

6. **Exhibit F:** GRANT DEED, DOC #2022-0490841, APN: 957-570-005, File No.: 30291 KH, recorded in Official Records County of Riverside.

7. **Exhibit G:** <u>**fraudulent**</u> 'TRUSTEE'S DEED UPON SALE' (DOC # 2025-0017386, APN: 957-570-005, TS# 176672) was filed and is therefore **void** *ab initio*

8. **Exhibit H:** OFFER titled '<u>3/90 DAY NOTICE TO QUIT</u>'

9. **Exhibit I:** 'Affidavit: Power of Attorney In Fact'

10. **Exhibit J:** Trademark and Copyright Contract Agreement for ™KEVIN WALKER©.

11. **Exhibit K:** Trademark and Copyright Contract Agreement for ™DONNABELLE MORTEL©.

12. **Exhibit L:** Self-Executing Contract Security Agreement #EI988807156US — Dated: 02/08/2025 (**AFFIDAVIT and Plain Statement of Facts:** NOTICE OF CONDITIONAL ACCEPTANCE AND NOTICE OF *CLAIM, FRAUD, EXTORTION, COERCION, SLANDER OF TITLE, RACKETEERING, CONSPIRACY, DEED AND TITLE FRAUD, INJURY AND DAMAGE,* #EI988807156US).

//
//
//
//

NOTICE OF DEFAULT AND NOTICE OF *CLAIM, FRAUD, EXTORTION, COERCION, SLANDER OF TITLE, RACKETEERING, CONSPIRACY, DEED AND TITLE FRAUD, INJURY AND DAMAGE*

# **WORDS DEFINED GLOSSARY OF TERMS:**

As used in this Affidavit, the following words and terms are as defined in this section, non-obstante:

1. **Attorney:** Strictly, one who is designated to transact business for another; a legal agent. — Also termed attorney-in-fact; private attorney. 2. A person who practices law; LAWYER. Also termed (in sense 2) attorney-at-law; public attorney. A person who is appointed by another and has authority to act on behalf of another. *See also* POWER OF ATTORNEY. See, Black's Law Dictionary 8th Edition, pages 392-393, Oxford Dictionary or Law, 5th Edition, page 38, American Bar Association's website.

2. **Attorney-in-fact:** A private attorney authorized by another to act in his place and stead, either for some particular purpose, as to do a particular act, or for the transaction of business in general, not of a legal character. This authority is conferred by an instrument in writing, called a "letter of attorney," or more commonly a "power of attorney." A person to whom the authority of another, who is called the constituent , is by him lawfully delegated. The term is employed to designate persons who are under special agency, or a special letter of attorney, so that they are appointed in *factum*, for the deed, or special act to be performed; but in a more extended sense it includes all other agents employed in any business, or to do any act or acts in pais for another. Bacon, Abr. Attorney; Story, Ag. § 25. All persons who are capable of acting for themselves, and even those who are disqualified from acting in their own capacity, if they have sufficient understanding, as infants of proper age, and femes coverts, may act as attorney of other. The person named in a power of attorney to act on your behalf is commonly referred to as your "agent" or "attorney-in-fact." With a valid power of attorney, your agent can take any action permitted in the document. — See Bouvier's Law Dictionary, volumes 1,2, and 3, page 282, Blacks Law Dictionary 1, 2nd, 8th, pages 105, 103, and 392

Self-Executing Contract Security Agreement — Registered Mail #RF775822865US — Dated: 02/14/2025

1   respectively, and the American Bar Association's website on 'Power of
2   Attorney' and 'Attorney-In-Fact'

3   3.   **financial institution:**  a <u>person</u>, an <u>individual</u>, a **private banker**, a business engaged
4       in vehicle sales, including automobile, airplane, and boat sales, persons involved in
5       real estate closings and settlements, the United States Postal Service, a commercial
6       bank or trust company, any credit union, an agency of the United States Government
7       or of a State or local government carrying out a duty or power of a business described
8       in this paragraph, a broker or dealer in securities or commodities, a currency
9       exchange, or a business engaged in the exchange of currency, funds, or value that
10      substitutes for currency or funds, financial agency, a loan or finance company, an
11      issuer, redeemer, or cashier of travelers' checks, checks, money orders, or similar
12      instruments, an operator of a credit card system, an insurance company, a licensed
13      sender of money or any other person who engages as a business in the transmission of
14      currency, funds, or value that substitutes for currency, including any person who
15      engages as a business in an informal money transfer system or any network of people
16      who engage as a business in facilitating the transfer of money domestically or
17      internationally outside of the conventional financial institutions system. Ref<u>, 31 U.S.</u>
18      <u>Code § 5312 - Definitions and application.</u>

19  4.   **individual:** As a noun, this term denotes a single **person** as distinguished from a
20      group or class, and also, very commonly, a private or natural person as distinguished
21      from a partnership, corporation, or association; but it is said that this restrictive
22      signification is not necessarily inherent in the word, and that it **may**, in proper cases,
23      include **artificial persons.**   As an adjective: Existing as an indivisible entity. Of or
24      relating to a single person or thing, as opposed to a group.— <u>See Black's Law</u>
25      <u>Dictionary 4th, 7th, and 8th Edition pages 913, 777,  and 2263 respectively.</u>

26  5.   **person:** Term may include artificial beings, as corporations. The term means an individual,
27      corporation, business trust, estate, trust, partnership, limited liability company, association,
28      joint venture, government, governmental subdivision, agency, or instrumentality, public

corporation, or any other legal or commercial entity. The term "person" shall be construed to mean and include an individual, a trust, estate, partnership, association, company or corporation. **The term "person" means a natural person or an organization. -Artificial persons.** Such as are created and devised by law for the purposes of society and government, called "corporations" or bodies politic." **-Natural persons.** Such as are formed by nature, as distinguished from artificial persons, or corporations. **-Private person.** An individual who is not the incumbent of an office. Persons are divided by law into natural and **artificial.** Natural persons are such as the God of nature formed us; **artificial** are such as are created and devised by **human laws,** for the purposes of society and government, which are called "corporations" or "bodies politic." — <u>See Uniform Commercial Code (UCC) § 1-201, Black's Law Dictionary 1st, 2nd, and 4th edition pages 892, 895, and 1299, respectively, 27 Code of Federal Regulations (CFR) § 72.11 - Meaning of terms, and 26 United States Code (U.S. Code) § 7701 - Definitions.</u>

6.  **bank:** a **person** engaged in the business of banking and includes a savings bank, savings and loan association, credit union, and **trust company.** The terms "banks", "national bank", "national banking association", "member bank", "board", "district", and "reserve bank" shall have the meanings assigned to them in section 221 of this title. An institution, of great value in the commercial world, empowered to receive deposits of money, to make loans. and to issue its promissory notes, (designed to circulate as money, and commonly called "bank-notes" or "bank-bills" ) or to perform any one or more of these functions. The term "bank" is usually restricted in its application to an incorporated body; while a **private individual** making it his business to conduct banking operations is denominated a "banker." Banks in a commercial sense are of three kinds, to wit; (1) Of deposit; (2) of discount; (3) of circulation. Strictly speaking, the term "bank" implies a place for the deposit of money, as that is the most obvious purpose of such an institution. — <u>See, UCC 1-201, 4-105, 12 U.S. Code § 221a, Black's Law Dictionary 1st, 2nd, 4th, 7th, and 8th, pages 117-118, 116-117, 183-184, 139-140, and 437-439.</u>

7.  **discharge:** To cancel or unloose the obligation of a contract; to make an agreement or contract null and inoperative. Its principal species are rescission, release, accord and satisfaction, performance, judgement, composition, bankruptcy, merger. As applied to demands claims,

1  right of action, incumbrances, etc., to discharge the debt or claim is to extinguish it, to annul
2  its obligatory force, to satisfy it. And here also the term is generic; thus a dent , a mortgage. As
3  a noun, the word means the act or instrument by which the binding force of a contract is
4  terminated, irrespective of whether the contract is carried out to the full extent contemplated
5  (in which case the discharge is the result of performance) or is broken off before complete
6  execution. See, Blacks Law Dictionary 1st, page.

7  8.  **pay:** To *discharge* a debt; to deliver to a creditor the value of a debt, either in money or in
8  goods, for his acceptance. To pay is to deliver to a creditor the value of a debt, either in money
9  or In goods, for his acceptance, by which the debt is discharged. See Blacks Law Dictionary
10  1st, 2nd, and 3rd edition, pages 880, 883, and 1339 respectively.

11  9.  **payment:** The performance of a duty, promise, or obligation, or discharge of a debt or liability.
12  by the delivery of money or other value. Also the money or thing so delivered. Performance of
13  an obligation by the delivery of money or some other valuable thing accepted in partial or full
14  discharge of the obligation. [Cases: Payment 1. C.J.S. Payment § 2.] 2. The money or other
15  valuable thing so delivered in satisfaction of an obligation. See Blacks Law Dictionary 1st and
16  8th edition, pages 880-811 and 3576-3577, respectively.

17  10.  **may:** An auxiliary verb qualifying the meaning of another verb by expressing ability,
18  competency, liberty, permission, probability or contingency. — Regardless of the
19  instrument, however, whether constitution, statute, deed, contract or whatnot, **courts
20  <u>not</u> infrequently construe "may" as "shall" or "must".** — <u>See Black's :aw Dictionary,
21  4th Edition page 1131.</u>

22  11.  **extortion:** The term "**extortion**" means the obtaining of property from another, **with
23  his consent, induced by wrongful use of actual or threatened force, violence, or fear,
24  or under color of official right.** — <u>See 18 U.S. Code § 1951 - Interference with
25  commerce by threats or violence.</u>

26  12.  **national:** "foreign government", "foreign official", "internationally protected
27  person", "international organization", "national of the United States", "official
28  guest," and/or "non-citizen national." **They all have the same meaning.** <u>See</u>

Self-Executing Contract Security Agreement — Registered Mail #RF775822865US — Dated: 02/14/2025

1    **Title 18 U.S. Code § 112** - Protection of foreign officials, official guests, and
2    internationally protected persons.

3    13. **United States:** For the purposes of this Affidavit, the terms "United States" and "U.S."
4    *mean only the Federal Legislative Democracy of the District of Columbia,* Puerto Rico, U.S.
5    Virgin Islands, Guam, American Samoa, and any other Territory within the "United
6    States," which entity has its origin and jurisdiction from Article 1, Section 8, Clause
7    17-18 and Article IV, Section 3, Clause 2 of the Constitution for the United States of
8    America. *The terms "United States" and "U.S." are NOT to be construed to mean or include*
9    *the sovereign, united 50 states of America.*

10   14. **fraud:** deceitful practice or Willful device, resorted to with intent to deprive another of
11   his right, or in some manner to do him an injury.   As distinguished from negligence, it
12   is always positive, intentional. as applied to contracts is the cause of an error bearing
13   on material part of the contract, created or continued by artifice, with design to obtain
14   some unjust advantage to the one party, or to cause an inconvenience or loss to the
15   other. in the sense of court of equity, properly includes all acts, omissions, and
16   concealments which involved a breach of legal or equitable duty, trust, or confidence
17   justly reposed, and are injurious to another, or by which an undue and
18   unconscientious advantage is taken of another. See Black's Law Dictionary, 1st and
19   2nd Edition, pages 521-522 and 517 respectively.

20   15. **color:** appearance, semblance. or simulacrum, as distinguished from that which
21   is real. A prima facie or apparent right. Hence, a deceptive appearance; a
22   plausible, assumed exterior, concealing a lack of reality; a a disguise or pretext.
23   See, Black's Law Dictionary 1st Edition, page 222.

24   16. **colorable:** That which is in appearance only, and not in reality, what it purports
25   to be. See, Black's Law Dictionary 1st Edition, page 2223

26   //
27   //
28   //

Self-Executing Contract Security Agreement — Registered Mail #RF775822865US — Dated: 02/14/2025

# P R O O F   O F   S E R V I C E

STATE OF CALIFORNIA                    )

                                       )       ss.

COUNTY OF RIVERSIDE                    )

I competent, over the age of eighteen years, and not a party to the within action. My mailing address is the Walkernova Group, **care of:** 30650 Rancho California Road suite #406-251, Temecula, California [92591]. On February 14, 2025, I served the within documents:

**1.**    NOTICE OF DEFAULT AND NOTICE OF *CLAIM, FRAUD, EXTORTION, COERCION, SLANDER OF TITLE, RACKETEERING, CONSPIRACY, DEED AND TITLE FRAUD, INJURY AND DAMAGE.*

**2.**                    **Exhibit A through L.**

**By United States Mail.** I enclosed the documents in a sealed envelope or package addressed to the persons at the addresses listed below by placing the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepared. I am a resident or employed in the county where the mailing occurred. The envelope or package was placed in the mail in Riverside County, California, and sent via Registered Mail with a form 3811.

Bary Lee O'Connor
C/o BARRY LEE O'CONNOR
3691 Adams Street
Riverside, California [92504]
Express Mail #RF775822865US

Naji Doumit, Mary Doumit
C/o NAJI DOUMIT, MIRAJ PROPERTIES LLC
1130 South Tamarisk Drive
Anaheim, California [92807]
**Registered Mail** #RF775822874US

NOTICE OF DEFAULT AND NOTICE OF *CLAIM, FRAUD, EXTORTION, COERCION, SLANDER OF TITLE, RACKETEERING, CONSPIRACY, DEED AND TITLE FRAUD, INJURY AND DAMAGE*

Self-Executing Contract Security Agreement — Registered Mail #RF775822865US — Dated: 02/14/2025

1    On February 14, 2025, I served the within documents **by Electronic Service.**

2  Based on a court order and/or an <u>**agreement of the parties**</u> to accept service by

3  electronic transmission, I caused the documents to be sent to the persons at the

4  electronic notification addresses listed below.

5        Bary Lee O'Connor
        C/o BARRY LEE O'CONNOR
6        3691 Adams Street
        Riverside, California [92504]
7        udlaw2@aol.com

8
        Naji Doumit, Mary Doumit
9        C/o NAJI DOUMIT, MIRAJ PROPERTIES LLC
        1130 South Tamarisk Drive
10       Anaheim, California  [92807]
        louisatoui3@yahoo.com
11       udlaw2@aol.com

12    I declare under penalty of perjury under the laws of the State of California

13  that the above is true and correct.  Executed on February 14, 2025 in Riverside

14  County, California.

15                              _/s/Corey Walker/_
                              Corey Walker

16  //

17  //

18  //

19  //

20  ## COMMERCIAL OATH AND VERIFICATION:

21  County of Riverside            )

22                                  )        Commercial Oath and Verification

23  The State of California        )

24  I, <u>KEVIN WALKER</u>, under my unlimited liability and Commercial Oath proceeding

25  in good faith being of sound mind states that the facts contained herein are true,

26  correct, complete and not misleading to the best of Affiant's knowledge and belief

27  under penalty of International Commercial Law and state this to be HIS Affidavit of

28  Truth regarding same signed and sealed this <u>8TH</u> day of <u>FEBRUARY</u> in the year of

NOTICE OF DEFAULT AND NOTICE OF CLAIM, FRAUD, EXTORTION, COERCION, SLANDER OF TITLE, RACKETEERING, CONSPIRACY, DEED AND TITLE FRAUD, INJURY AND DAMAGE

Self-Executing Contract Security Agreement — Registered Mail #RF775822865US — Dated: 02/14/2025

1  Our Lord two thousand and twenty five:

2        proceeding sui juris, In Propria Persona, by *Special Limited Appearance,*
3        **All rights reserved without prejudice or recourse, UCC § 1-308, 3-402.**

4        By: _____

5             Kevin Walker, *Authorized Representative,*
              *Attorney-In-Fact, Secured Party,Executor,* national, *private bank(er)*

6  //

7  //

8  Let this document stand as truth before the Almighty Supreme Creator and let it be

9  established before men according as the scriptures saith: *"But if they will not listen,*

10 *take one or two others along, so that every matter may be established by the testimony of two*

11 *or three witnesses." Matthew 18:16. "In the mouth of two or three witnesses, shall every*

12 *word be established" 2 Corinthians 13:1.*

13        *Sui juris,* By *Special Limited* Appearance,

14        By: _____
                Donnabelle Mortel *(WITNESS)*

15

16        *Sui juris,* By *Special Limited* Appearance,

17        By: _____
                Corey Walker  (WITNESS)

18

19 //

20 //

21 //

22 //

23 //

24 //

25                    **NOTICE:**

26 Using a notary on this document does **not** constitute any adhesion, **nor does it alter**

27 **my status in any manner.** The purpose for notary is verification and identification

28 only and not for entrance into any foreign jurisdiction.

NOTICE OF DEFAULT AND NOTICE OF CLAIM, FRAUD, EXTORTION, COERCION, SLANDER OF TITLE, RACKETEERING, CONSPIRACY, DEED AND TITLE FRAUD, INJURY AND DAMAGE

Self-Executing Contract Security Agreement — Registered Mail #RF775822865US — Dated: 02/14/2025

# ACKNOWLEDGEMENT:

State of California                )

                                   ) ss.

County of Riverside                )

> A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

On this 14th day of February, 2025, before me,   Joyti Patel  , a Notary Public, personally appeared Kevin Walker, who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.


WITNESS my hand and official seal.


Signature _Joyti Patel_ (Seal)

> JOYTI PATEL
> Notary Public - California
> Riverside County
> Commission # 2407742
> My Comm. Expires Jul 8, 2026

NOTICE OF DEFAULT AND NOTICE OF CLAIM, FRAUD, EXTORTION, COERCION, SLANDER OF TITLE, RACKETEERING, CONSPIRACY, DEED AND TITLE FRAUD, INJURY AND DAMAGE

-Exhibit I-

Self-Executing Contract Security Agreement — Registered Mail #RF775823755US — Dated: 03/14/2025

**From Claimants/Plaintiffs:** Kevin: Walker, *sui juris, In Propria Persona.*
*Executor, Authorized Representative,* **Secured Party, Master Beneficiary.**
™KEVIN WALKER© ESTATE, ™DONNABELLE MORTEL© ESTATE,
™KEVIN WALKER© IRR TRUST, ™WG EXPRESS TRUST©
*** NOTICE TO AGENT IS NOTICE TO PRINCIPAL ***
*** NOTICE TO PRINCIPAL IS NOTICE TO AGENT ***
c/o 31990 Pasos Place
Temecula, California [92591]
non-domestic *without* the United States
*** SELF-EXECUTING CONTRACT AND SECURITY AGREEMENT ***
team@walkernovagroup.com

| **To/Defendant(s)/Respondent(s):** Barry-Lee: O'Connor | **To/Defendant(s)/Respondent(s):** Naji Doumit and Mary Doumit |
|---|---|
| C/o BARRY LEE O'CONNOR | C/o NAJI DOUMIT, MARINAJ PROPERTIES LLC |
| 3691 Adams Street | 1130 South Tamarisk Drive |
| Riverside, California [92504] | Anaheim, California [92807] |
| Registered Mail #RF775823755US | Registered Mail #RF775823764US |

RE: Title and Ownership of: 31990 Pasos Place, Temecula, California

# AFFIDAVIT and Plain Statement of Facts

NOTICE OF DEFAULT AND OPPORTUNITY TO CURE, AND NOTICE OF *CLAIM, FRAUD, EXTORTION, COERCION, SLANDER OF TITLE, RACKETEERING, CONSPIRACY, DEED AND TITLE FRAUD, INJURY AND DAMAGE*

| Kevin: Walker, ™KEVIN WALKER© ESTATE, ™DONNABELLE MORTEL© ESTATE, ™KEVIN WALKER© IRR TRUST, ™WG EXPRESS TRUST©, *Claimant(s)/Plaintiff(s),*<br><br>*vs.*<br><br>Naji: Doumit, Mary: Doumit, Daniel: Doumit, Barry-Lee: O'Connor, NAJI DOUMIT, MARY DOUMIT, DANIEL DOUMIT, MARINAJ PROPERTIES LLC, FOCUS ESTATES INC, BARRY LEE O'CONNOR, BARRY LEE O'CONNOR & ASSOCIATES, *Does 1-100 Inclusive,* *Defendant(s)/Respondent(s).* | **CASE NO.:**<br><br>1. **NOTICE OF DEFAULT** *AND* **OPPORTUNITY TO CURE**<br>2. **FRAUD**<br>3. **THEFT, EMBEZZLEMENT, AND FRAUDULENT MISAPPLICATION OF FUNDS AND ASSETS**<br>4. **FRAUD, FORGERY, AND UNAUTHORIZED USE OF IDENTITY**<br>5. **MONOPOLIZATION OF TRADE AND COMMERCE, AND UNFAIR BUSINESS PRACTICES**<br>6. **DEPRIVATION OF RIGHTS UNDER COLOR OF LAW**<br>7. **RECEIVING EXTORTION PROCEEDS**<br>8. **FALSE PRETENSES AND FRAUD**<br>9. **EXTORTION**<br>10. **RACKETEERING**<br>11. **BANK FRAUD**<br>12. **FRAUDULENT TRANSPORTATION AND TRANSFER OF STOLEN GOODS AND SECURITIES**<br>13. **UNLAWFUL INTERFERENCE, INTIMIDATION, EXTORTION, AND EMOTIONAL DISTRESS**<br>14. **CONSIDERED AND STIPULATED ONE HUNDRED MILLION DOLLAR ($100,000,000.00) JUDGEMENT AND LIEN.** |

**COMES NOW**, Plaintiffs ™KEVIN WALKER© ESTATE, ™DONNABELLE MORTEL© ESTATE, ™KEVIN WALKER© IRR TRUST, ™WG EXPRESS TRUST© (hereinafter "Claimants" and/or "Plaintiffs"), by and through their Attorney-in-Fact, **Kevin: Walker** who is proceeding *sui juris*, **In Propria Persona**, and by

1  *Special Limited Appearance*. Kevin is a **natural** *freeborn* Sovereign and state

2  Citizen of California **the republic** in its **De'jure** capacity as one of the several states

3  of the Union 1789. This incidentally makes him a **national** of the republic as per the

4  **De'Jure Constitution for the United States 1777/1789.**

5  Claimants/Plaintiffs, acting through their Attorney-in-Fact, assert their ***unalienable***

6  right to <u>**contract**</u>, as secured by **Article I, Section 10** of the **Constitution**, which

7  states: "No State shall... pass any Law impairing the Obligation of <u>**Contracts.**</u>" and

8  thus which ***prohibits*** states from impairing the obligation of **contracts**. This clause

9  **unequivocally** prohibits states from impairing the obligation of contracts, including

10  but not limited to, a trust and contract agreement as an '*Attorney-In-Fact,*' and any

11  private contract existing between Plaintiffs and Defendants. A copy of the

12  'Affidavit: Power of Attorney In Fact,' is attached hereto as **Exhibit I** and

13  incorporated herein by reference. Plaintiffs further rely on their ***unalienable and***

14  ***inherent*** rights under the **Constitution** and the **common law** — rights that **predate**

15  the formation of the state and remain safeguarded by due process of law.

16  I.                          <u>**Constitutional Basis:**</u>

17  Claimants/Plaintiffs assert that their private rights are secured and protected under

18  the **Constitution, common law**, and **exclusive equity**, which govern their ability to

19  freely contract and protect their property and interests..

20  Claimants/Plaintiffs respectfully assert and affirm:

21  • "The individual may stand upon his constitutional rights as a citizen. He is entitled

22  to carry on his **private** business in his own way. **His power to contract is** <u>***unlimited***</u>.

23  He owes no such duty [to submit his books and papers for an examination] to the

24  State, since he receives nothing therefrom, beyond the protection of his life and

25  property. His rights are such as existed by the law of the land [Common Law] long

26  antecedent to the organization of the State, and can only be taken from him by due

27  process of law, and in accordance with the Constitution. Among his rights are a

28  refusal to incriminate himself, and the immunity of himself and his property from

Self-Executing Contract Security Agreement — Registered Mail #RF775823755US — Dated: 03/14/2025

arrest or seizure except under a warrant of the law. He owes nothing to the public so long as he does not trespass upon their rights." (*Hale v. Henkel*, 201 U.S. 43, 47 [1905]).

- "The claim and exercise of a constitutional right **cannot** be converted into a crime."—Miller v. U.S., 230 F 2d 486, 489.

- "Where **rights secured by** the Constitution are involved, **there can be no rule making or legislation** which would abrogate them." —Miranda v. Arizona, 384 U.S.

- "There can be no sanction or penalty imposed upon one because of this exercise of constitutional rights." —Sherar v. Cullen, 481 F. 945.

- "A law repugnant to the Constitution is **void**." — *Marbury v. Madison*, 5 U.S. (1 Cranch) 137, 177 (1803).

- "It is not the duty of the citizen to surrender his rights, liberties, and immunities under the guise of police power or any other governmental power."— *Miranda v. Arizona*, 384 U.S. 436, 491 (1966).

- "An unconstitutional act is not law; it confers no rights; it imposes no duties; affords no protection; it creates no office; it is, in legal contemplation, as inoperative as though it had never been passed."— *Norton v. Shelby County*, 118 U.S. 425, 442 (1886).

- "No one is bound to obey an unconstitutional law, and no courts are bound to enforce it."— *16 Am. Jur. 2d, Sec. 177, Late Am. Jur. 2d, Sec. 256.*

- "Sovereignty itself remains with the people, by whom and for whom all government exists and acts." — *Yick Wo v. Hopkins*, 118 U.S. 356, 370 (1886).

# II.                    <u>Supremacy Clause</u>

Claimants/Plaintiffs respectfully assert and affirm that:

- **The Supremacy Clause** of the Constitution **of the U**nited **S**tates (**Article VI, Clause 2**) **establishes** that **the Constitution,** federal laws made **pursuant to it,** and treaties **made under its authority,** constitute the "**supreme Law of the Land**", and thus **take priority over any conflicting state laws.** It provides

NOTICE OF DEFAULT AND OPPORTUNITY TO CURE, AND NOTICE OF CLAIM, FRAUD, EXTORTION, COERCION, SLANDER OF TITLE, RACKETEERING, CONSPIRACY, DEED AND TITLE FRAUD, INJURY AND DAMAGE

Self-Executing Contract Security Agreement — Registered Mail #RF775823755US — Dated: 03/14/2025

1  that state courts are bound by, and state constitutions subordinate to, the
2  supreme law.  However, federal statutes and treaties must be within the
3  parameters of the Constitution; **that is, they must be pursuant to** the federal
4  government's **enumerated powers**, and **not violate other constitutional**
5  **limits on federal power** ... As a constitutional provision identifying the
6  supremacy of federal law, the Supremacy Clause assumes the underlying
7  priority of federal authority, **albeit only when that authority is expressed in**
8  **the Constitution itself; no matter what** the federal or state governments
9  **might wish to do**, they **must** stay within the boundaries of the **Constitution.**

10  ## III. <u>DESCRIPTION OF AFFECTED *PRIVATE* TRUST PROPERTY</u>

11  This action affects title to the private Trust property (herein referred to as
12  "private property" and/or "subject property") situated in the county of
13  Riverside, California, commonly described as a '31990 Pasos Place, Temecula,
14  California,' and described as follows: Lot 5 of Tract No. 23209, in the City of
15  Temecula, California, County of Riverside, on file in Book 320, Pages 79
16  through 97 records of Riverside County, California,' hereinafter referred to as
17  the "Property," and **all** bonds, securities, Federal Reserve Notes, assets,
18  tangible and intangible, registered and unregistered, and more particularly
19  described in the <u>Authentic</u> **UCC1 filing and NOTICE #**~~2024385925-4~~ and
20  **#**~~2024385935-1~~**, and UCC3 filing and NOTICE #**2024402433-7 and
21  2024411182-7, all Filed in the Office of Secretary of State State Of Nevada.
22  Attached hereto as **Exhibits A, B, C, and D** respectively, and incorporated
23  herein by reference.

24  This action also affected any titles, investments, interests, principal
25  amounts, **credits**, funds, assets, bonds, Federal Reserve Notes, notes,
26  bills of exchange, entitlements, negotiable instruments, or similar
27  collateralized, hypothecated, and/or securitized items in any manner
28  tied to Plaintiffs' signature, promise to pay, order to pay, endorsement,

1  credits, authorization, or comparable actions (collectively referred to

2  hereinafter as "Assets").

## IV.                     <u>STANDING</u>

1.  Claimants/Plaintiffs are **<u>undisputedly</u>** the Real Party(ies) in Interest, holder(s) in due course, Creditor(s), and hold allodial tittle to **any <u>and</u> all** assets, registered or unregistered, tangible or intangible, in accordance with contract law, principles, **common law, exlcusive equity**, the right to equitable subrogation, and the U.C.C. (Uniform Commercial Code). This is further evidenced by the following UCC filings, all duly filed in the Office of the Secretary of State, State of Nevada: **UCC1 filing #2024385925-4** and **#2024385935-1, and UCC3 filing** #2024402433-7 and 2024411182-7 (Exhibits A, B, C, and D), and in accordance with UCC §§ 3-302, 9-105, and 9-509.

2.  **Claimants'/Plaintiffs' standing** is further affirmed and **evidenced** by the GRANT DEED recorded in Official Records County of Riverside, DOC #2024-0291980, APN: 957-570-005, File No.: 37238 KH, where the private trust property is titled to '<u>WG **Private Irrevocable** Trust, dated Febraury 7, 2022'</u>. A copy of said 'GRANT DEED,' is attached hereto as **Exhibit E** and incorporated herein by reference.

3.  Claimants/Plaintiffs maintain **exclusive and sole standing** in relation to said assets and their interests, as duly recorded and affirmed by these filing.

4.  Claimants/Plaintiffs alone possess(es) *<u>exclusive equity.</u>*

5.  You/Respondent(s)/Defendant(s) do **<u>NOT</u>** have **any** valid interest or standing.

6.  You/Respondent(s)/Defendant(s) do **<u>NOT</u>** have a valid claim to the **'Property'** (31990 Pasos Place, Temecula, California,' and described as follows: Lot 5 of Tract No. 23209, in the City of Temecula, California, County of Riverside, on file in Book 320, Pages 79 through 97 records of Riverside County,

California), or any of the respective Assets, registered and unregistered, tangible and intangible.

7. You/Respondent(s)/Defendant(s) do **NOT** possess any valid interest or standing concerning DEED OF TRUST #000+1365377+24+1+1-15, or NOTE #000+1365377+9+1-3 DATED JULY 15, 2022.

# V. ** <u>Notice of Administrative Process</u> **

This <u>VERIFIED</u> Affidavit, NOTICE, and SELF-EXECUTING CONTRACT SECURITY AGREEMENT concerns You/Defendant(s)/Respondent(s), Naji: Doumit, Mary: Doumit, Daniel: Doumit, Barry-Lee: O'Connor, NAJI DOUMIT, MARINAJ PROPERTIES LLC, FOCUS ESTATES INC, BARRY LEE O'CONNOR, BARRY LEE O'CONNOR & ASSOCIATES, *Does 1-100 Inclusive*, and their blatant <u>bad faith</u> acts of fraud, theft, embezzlement, larceny, and fraudulent misapplication of funds and assets, forgery, and unauthorized use of identity, monopolization of trade and commerce, unfair business practices, deprivation of rights under the color of law, receiving extortion proceeds, false pretenses, extortion, racketeering, bank fraud, fraudulent transportation and transfer of stolen goods and securities, unlawful interference, intimidation, emotional distress, and injury and damage to Claimant(s)/Plaintiff(s) and/or Affiant.

As with any administrative process, You/Defendant(s)/Respondent(s), may controvert the statements and/or claims made by Affiants by executing and delivering a verified response point by point, in affidavit form, **sworn and attested to under penalty of perjury**, signed by You/Naji: Doumit, Mary: Doumit, Daniel: Doumit, Barry-Lee: O'Connor, NAJI DOUMIT, MARINAJ PROPERTIES LLC, FOCUS ESTATES INC, BARRY LEE O'CONNOR, BARRY LEE O'CONNOR & ASSOCIATES, *Does 1-100 Inclusive*, or other designated officer of the corporation with evidence in support by Certified, Express, or Registered Mail. **Answers by any other means are considered a non-response and will be treated as a non-response.**

Self-Executing Contract Security Agreement — Registered Mail #RF775823755US — Dated: 03/14/2025

## VI.  <u>NOTICE OF DEFAULT and OPPORTUNITY TO CURE</u>

This notice serves as formal **NOTICE OF DEFAULT AND OPPORTUNITY TO CURE**, concerning the OFFER and CONTRACT titled, '<u>3/90 DAY NOTICE TO QUIT' (Exhibit H)</u>. This communication shall serve as a formal **NOTICE OF DEFAULT** of the aforementioned coerced and extorted offer, which was conditionally accepted contingent upon proof of the conditions set forth herein, governed by the principles of contract law, legal maxims, common law, and the **Uniform Commercial Code (UCC)**, including but not limited to **UCC §§ 1-103, 2-202, 2-204, 2-206**, and the **mailbox/postal rule.**

The undersigned, Kevin: Walker, herein referred to as Affiant. Affiant is the Agent, Attorney-In-Fact, **holder in due course**, and **Secured Party** and Creditor of and for Claimant(s)/Plaintiff(s). Affiant hereby states that he is of legal age and competent to state on belief and first hand personal knowledge that the facts set forth herein as duly noted below are true, correct, complete, and presented in **good faith,** regarding the **coerced and extorted** commercial contract OFFER and CONTRACT titled, '<u>3/90 DAY NOTICE TO QUIT' (Exhibit H)</u>, pertaining to the **private trust property**.

## VII.    <u>*Some* Relevant U.C.C. Sections and Application</u>

1. **U.C.C. § 1-308 – Reservation of Rights:**

    This section ensures that acceptance of an offer under duress or coercion does not waive any rights or defenses. By invoking U.C.C. § 1-308, Claimant(s)/ Plaintiff(s) asserts that any compliance with your offer is made with *explicit reservation of rights*, **preserving <u>all</u> legal remedies**.

2. **U.C.C. § 2-204 – Formation in General:**

    This section establishes that a contract can be formed in any manner sufficient to show agreement, including conduct. By issuing the citation (an implied offer to contract), You/Dedenfant(s)/Respondent(s), have initiated a contractual relationship, which has been conditionally accepted with **<u>new terms herein</u>**.

-7 of 35-

NOTICE OF DEFAULT AND OPPORTUNITY TO CURE, AND NOTICE OF CLAIM, FRAUD, EXTORTION, COERCION, SLANDER OF TITLE, RACKETEERING, CONSPIRACY, DEED AND TITLE FRAUD, INJURY AND DAMAGE

Self-Executing Contract Security Agreement — Registered Mail #RF775823755US — Dated: 03/14/2025

3. **U.C.C. § 2-206 – Offer and Acceptance in Formation of Contract:**
Under this section, an offer can be accepted in any reasonable manner. By conditionally accepting the citation and dispatching this notice via USPS Certified, Registered, and/or Express mail, Claimant(s)/Plaintiff(s) has/have created a binding contract agreement and obligation which You/Defendant(s)/Respondent(s) are contractually bound and obligated to.

4. **U.C.C. § 2-202 – Final Written Expression:**
This provision ensures that the terms of this conditional acceptance supplement the original terms of the citation. By including these conditions, the issuing authority is bound to provide proof of their validity, failing which the conditional acceptance will be expressly stipulated as the **final** agreement.

5. **U.C.C. § 1-103 – Supplementary General Principles of Law Applicable:**
This section allows common law principles to supplement the UCC. Under the doctrine of **equity** and **fair dealing,** failure to provide the requested proof constitutes bad faith and silent acquiescence, tacit agreement, and tacit procuration to all of the the **fact and terms stipulated** in this Affidavit Notice and Self-Executing Contract and Security Agreement.

6. **U.C.C. § 3-505 – Evidence of Dishonor:** Under this section, when a party fails to provide timely and sufficient proof of their claim, they are deemed to be in **dishonor**. By failing to rebut the claims made in the conditional acceptance, You/Defendant(s)/Respondent(s) are **in default and dishonor**, legally admitting to all facts, terms, and conditions set forth in this Affidavit Notice and Self-Executing Contract and Security Agreement.

7. **U.C.C. § 3-302 – Holder in Due Course:** This provision establishes that a **Holder in Due Course** takes an instrument free of most defenses and claims. As Claimant(s)/Plaintiff(s) have received no lawful rebuttal, and no evidence to dispute their standing as **Holder(s) in Due Course**, all rights, claims, and interests in the

obligation are **secured and enforceable**, barring any defenses from You/Defendant(s)/Respondent(s).

8. **U.C.C. § 3-306 – Claims to an Instrument:** This section states that a claim against a negotiable instrument must be **lawfully substantiated** to be enforceable. As You/Defendant(s)/Respondent(s) have failed to present **lawful proof of claim**, no enforceable right exists to challenge the standing, claims, or interests of the Claimant(s)/Plaintiff(s). All objections are now **waived** through silent acquiescence.

9. **U.C.C. § 9-509 – Persons Entitled to File a Financing Statement:** Under this provision, a **Secured Party** has the right to file a financing statement when a valid security interest exists. By failing to rebut the terms stipulated in this agreement, You/Defendant(s)/Respondent(s) have **expressly consented to the filing of a UCC-1 Financing Statement**, securing the interest of the Claimant(s)/Plaintiff(s) against all assets, accounts, and collateral associated with the dishonored obligation.

# VIII.           <u>Legal and Procedural Basis</u>

1. **Mailbox/Postal Rule:**

   Under the mailbox rule, this notice of conditional acceptance is effective and considered **accepted** by You/Defendant(s)/Respondent(s) upon dispatch via Registered Mail, and/or Express Mail, and/or Certified Mail. The agreement becomes binding when the notice **is sent**, *not* when received. This binds the issuing authority to the terms outlined in this notice unless rebutted within the specified timeframe.

2. **Offer and Acceptance:**

   Your citation constitutes an offer under contract law. This notice self-executing Contract and Security Agreement conditionally accepts your contract OFFER and supplements its terms under U.C.C. § 2-202. Failure to fulfill the new and final terms and conditions within the specified **three (3)**

**day** timeframe constitutes **silent acquiescence, tacit agreement, and tacit procuration**.

**3. Consent to Service by Electronic and Postal Means:**

By the doctrine of silent acquiescence and tacit agreement, You/Defendant(s)/Respondent(s) have consented to service of notices, pleadings, and communications via email, and/or USPS Registered Mail, Express Mail, or Certified Mail. Your failure to rebut or object to this service method within the specified timeframe constitutes unequivocal acceptance of service through these means.

## IX.    <u>Plain Statement of Facts</u>

**KNOW ALL MEN BY THESE PRESENT**, that I, **Kevin: Walker**, proceeding *sui juris, In Propia Persona*, by *Special Limited Appearance*, a man upon the land, a follower of the Almighty Supreme Creator, first and foremost and the laws of man when they are not in conflict (Leviticus 18:3, 4) Pursuant to Matthew 5:33 – 37 and James 5:12, let my yea mean yea and my nay be nay, as supported by Federal Public Law 97-280, 96 Stat.1211, depose and say that I, **Kevin: Walker** over 18 years of age, being competent to testify and having **first hand knowledge** of the **facts** herein **declare (or certify, verify, affirm, or state**) under penalty of perjury under the laws of the **United States of America** that the following is true and correct, to the best of my understanding and belief, and in good faith:

1. I, Kevin: Walker *proceeding sui juris, In Propria Persona*, by *Special Limited Appearance*, herby state again for the record that I explicitly **reserve all my rights and waive absolutely none.** See U.C.C. § 1-308.

2. I, Kevin: Walker, *proceeding sui juris, In Propria Persona*, by *Special Limited Appearance*, herby invoke *equity and fairness*.

3. Consistent with the **eternal tradition of natural common law, unless I have harmed or violated someone or their property, I have committed no crime;** and

Self-Executing Contract Security Agreement — Registered Mail #RF775823755US — Dated: 03/14/2025

1   I am therefore **not** subject to any penalty. I act in accordance with the following

2   **U.S. Supreme Court case:**   "The individual may stand upon his **constitutional**

3   **rights** as a citizen. He is entitled to carry on his **private** business in his own way.

4   **His power to contract is** <u>**unlimited.**</u> He owes no such duty [to submit his books

5   and papers for an examination] to the State, since he receives nothing therefrom,

6   beyond the protection of his life and property. His rights are such as existed by

7   the law of the land [Common Law] **long antecedent to the organization of the**

8   **State**, and can only be taken from him by due process of law, and in accordance

9   with the Constitution. Among his **rights** are a **refusal to incriminate himself**,

10  and **the immunity of himself and his property from arrest or seizure except**

11  **under a warrant of the law.** He owes nothing to the public so long as he does

12  not trespass upon their rights." **Hale v. Henkel**, 201 U.S. 43 at 47 (1905).

13  4. **I reserve my natural common law right not to be compelled to perform under**

14  **any contract that I did not enter into knowingly, voluntarily, and**

15  **intentionally**. And furthermore, I do **not** accept the liability associated with the

16  compelled and pretended "benefit" of any hidden or unrevealed contract or

17  commercial agreement. As such, the hidden or unrevealed contracts that

18  supposedly create obligations to perform, for persons of subject status, are

19  inapplicable to me, and are null and void. If I have participated in any of the

20  supposed "benefits" associated with these hidden contracts, I have done so under

21  duress, for lack of any other practical alternative. I may have received such

22  "benefits" but I have not accepted them in a manner that binds me to anything.

23  5. On **12/05/2022**, GRANT DEED, DOC #2022-0490841, APN: 957-570-005,

24  File No.: 30291 KH, was recorded in Official Records County of Riverside.

25  A copy of said 'GRANT DEED,' is attached hereto as **Exhibit F** and

26  incorporated herein by reference.

27  6. On **09/27/2024**, GRANT DEED, DOC #2024-0291980, APN: 957-570-005, File No.:

28  37238 KH, was recorded in Official Records County of Riverside, where the

Self-Executing Contract Security Agreement — Registered Mail #RF775823755US — Dated: 03/14/2025

1   private trust property is titled to 'WG **Private Irrevocable** Trust, dated Febraury

2   7, 2022' (**Exhibit E**).

3  7. On 01/17/2025, <u>fraudulent</u> 'TRUSTEE'S DEED UPON SALE' (DOC # 2025-0017386,

4     APN: 957-570-005, TS# 176672) was filed and is therefore **void** *ab initio*, as the

5     individual executing the *purported* transfer or sale lacked legal or lawful title and

6     authority to do so. A copy of said **fraudulent** and **void** *ab initio* 'TRUSTEE'S DEED

7     UPON SALE' is attached hereto as **Exhibit G** and incorporated herein by reference

8  8. No lawful transfer or assignment of title has been executed or perfected since the

9     recording of Grant Deed No. [insert number].

10  9. **Any deed, including but not limited to a Trustee's Deed of Sale,**

11     presently in the possession of You/Respondent(s)/Defendant(s)

12     constitutes a product of **fraud** and is therefore **null** and **void** *ab initio,*

13     having no legal force or effect.

14  10. **It remains undisputed that,** You/Defendant(s)/Respondent(s), Naji: Doumit,

15     Mary: Doumit, Daniel: Doumit, Barry-Lee: O'Connor, NAJI DOUMIT, MARINAJ

16     PROPERTIES LLC, FOCUS ESTATES INC, BARRY LEE O'CONNOR, BARRY

17     LEE O'CONNOR & ASSOCIATES, *Does 1-100 Inclusive* do **NOT** have a valid

18     claim against Claimant(s)/Plaintiff(s).

19  11. You/Defendant(s)/Respondent(s), Naji: Doumit, Mary: Doumit, Daniel:

20     Doumit, Barry-Lee: O'Connor, NAJI DOUMIT, MARINAJ PROPERTIES LLC,

21     FOCUS ESTATES INC, BARRY LEE O'CONNOR, BARRY LEE O'CONNOR &

22     ASSOCIATES, *Does 1-100 Inclusive*, or who you represent **is/are** the **DEBTOR(s)**

23     in this matter.

24  12. You/Defendant(s)/Respondent(s), Naji: Doumit, Mary: Doumit, Daniel:

25     Doumit, Barry-Lee: O'Connor, NAJI DOUMIT, MARINAJ PROPERTIES LLC,

26     FOCUS ESTATES INC, BARRY LEE O'CONNOR, BARRY LEE O'CONNOR &

27     ASSOCIATES, *Does 1-100 Inclusive*, or who you represent is **NOT** the

28     CREDITOR, or an ASSIGNEE of the CREDITOR, in this matter.

Self-Executing Contract Security Agreement — Registered Mail #RF775823755US — Dated: 03/14/2025

1   13. Affiant and/or Claimant(s)/Plaintiff(s) is/are **NOT** the DEBTOR(s) in this

2   matter.

3   14. You/Defendant(s)/Respondent(s), Naji: Doumit, Mary: Doumit, Daniel:

4   Doumit, Barry-Lee: O'Connor, NAJI DOUMIT, MARINAJ PROPERTIES LLC,

5   FOCUS ESTATES INC, BARRY LEE O'CONNOR, BARRY LEE O'CONNOR &

6   ASSOCIATES, *Does 1-100 Inclusive*, or who you represent are **NOT** the **Real**

7   **Party in Interest** in this matter.

8   ## *CONDITIONAL ACCEPTANCE* upon proof

9   15. All statements, claims, offer, terms presented in your **fraudulent, coercive,**

10   **extortionate,** OFFER titled '3/90 DAY NOTICE TO QUIT' (**Exhibit H**) are

11   *CONDITIONALLY ACCEPTED* (creating a binding counter-offer with

12   new terms) **upon proof** of the following **from You/Defendant(s)/**

13   **Respondent(s):**

14   1. **Upon Proof from You/Defendant(s)/Respondent(s)** that GRANT DEED,

15   DOC #2022-0490841, APN: 957-570-005, File No.: 30291 KH, is **NOT** recorded

16   in Official Records County of Riverside.

17   2. **Upon Proof from You/Defendant(s)/Respondent(s)** that GRANT DEED,

18   DOC #2024-0291980, APN: 957-570-005, File No.: 37238 KH, is **NOT** recorded

19   in Official Records County of Riverside.

20   3. **Upon Proof from You/Defendant(s)/Respondent(s)** that UCC1 Filing

21   #2024385925-4 is **NOT** duly filed in the Office of the Secretary of State, State

22   of Nevada.

23   4. **Upon Proof from You/Defendant(s)/Respondent(s)** that UCC1 Filing

24   #2024385935-1 is **NOT** duly filed in the Office of the Secretary of State, State

25   of Nevada.

26   5. **Upon Proof from You/Defendant(s)/Respondent(s)** that UCC3 Filing

27   #2024402433-7 is **NOT** duly filed in the Office of the Secretary of State, State

28   of Nevada.

NOTICE OF DEFAULT AND OPPORTUNITY TO CURE, AND NOTICE OF CLAIM, FRAUD, EXTORTION, COERCION, SLANDER OF TITLE, RACKETEERING, CONSPIRACY, DEED AND TITLE FRAUD, INJURY AND DAMAGE

Self-Executing Contract Security Agreement — Registered Mail #RF775823755US — Dated: 03/14/2025

6. **Upon Proof from You/Defendant(s)/Respondent(s)** that UCC3 Filing #2024411182-7 is **NOT** duly filed in the Office of the Secretary of State, State of Nevada.

7. **Upon Proof from You/Defendant(s)/Respondent(s)** that ' **fraudulent** 'TRUSTEE'S DEED UPON SALE' (DOC # 2025-0017386, APN: 957-570-005, TS# 176672 in your possession is **NOT** fraudulent and void *ab initio*.

8. **Upon Proof from You/Defendant(s)/Respondent(s)** demonstrating that it was **NOT** your duty to investigate and ascertain the true titleholder of the private trust property.

9. **Upon Proof of claim from You/Defendant(s)/Respondent(s).**

//

Executed "*without* the United States" in compliance with **28 USC § 1746.**

# FURTHER AFFIANT SAYETH NOT.

//

## IX.    Foundational 'Case Law' on Standing, Mortgage Fraud, Foreclosure, Corporate Overreach

Plaintiffs referenced the following case law summary highlights key legal principles on jurisdiction, standing, and procedural requirements in financial and mortgage-related cases. Courts consistently void judgments rendered without proper jurisdiction and emphasize the need for a party to demonstrate legal **standing**. Fraudulent lending practices, including violations of federal regulations, have led to dismissals with prejudice. Corporate overreach by banks is curtailed through rulings that prohibit lending credit and ultra vires contracts. Evidentiary standards stress the **sufficiency of affidavits** and the **duty** of full and complete disclosure of information to prevent fraud. Contract **principles** underscore the nullification of agreements lacking proper consideration,.

## A. Jurisdiction and Standing in Court

Courts have consistently held that judgments rendered without subject matter jurisdiction are void from inception, and parties must have **standing** to invoke a

court's jurisdiction. Notable cases emphasize that plaintiffs must demonstrate ownership of notes and mortgages at the time of filing to proceed with foreclosure actions. Failure to do so results in jurisdictional dismissal.

1. **Patton v. Diemer**, 35 Ohio St. 3d 68; 518 N.E.2d 941 (1988): "A judgment rendered by a court lacking subject matter jurisdiction is **void ab initio**. Consequently, the authority to vacate a void judgment is not derived from Ohio R. Civ. P. 60(B), but rather constitutes an inherent power possessed by Ohio courts. I see no evidence to the contrary that this would apply to ALL courts."

2. **Lebanon Correctional Institution v. Court of Common Pleas**, 35 Ohio St.2d 176 (1973): "A party lacks **standing** to invoke the jurisdiction of a court unless he has, in an individual or a representative capacity, some **real interest** in the subject matter of the action."

3. **Wells Fargo Bank v. Byrd**, 178 Ohio App.3d 285, 2008-Ohio-4603, 897 N.E.2d 722 (2008): "If plaintiff has offered no evidence that it owned the note and mortgage when the complaint was filed, it would not be entitled to judgment as a matter of law."

4. **Indymac Bank v. Boyd**, 880 N.Y.S.2d 224 (2009): "To establish a prima facie case in an action to foreclose a mortgage, the plaintiff must establish the existence of the mortgage and the mortgage note. It is the law's policy to allow only an aggrieved person to bring a lawsuit . . . A want of 'standing to sue,' in other words, is just another way of saying that this particular plaintiff is not involved in a genuine controversy, and a simple syllogism takes us from there to a 'jurisdictional' dismissal."

5. **Indymac Bank v. Bethley**, 880 N.Y.S.2d 873 (2009): "The Court is concerned that there may be fraud on the part of plaintiff or at least malfeasance. Plaintiff INDYMAC (Deutsche) must have '**standing**' to bring this action."

## B. Fraud and Misrepresentation in Mortgage Cases

Self-Executing Contract Security Agreement — Registered Mail #RF775823755US — Dated: 03/14/2025

Several cases illustrate fraudulent practices by lenders, including violations of the Federal Truth in Lending Act and withholding vital loan information. Courts have dismissed cases with prejudice where fraud on the court was evident.

- **Wells Fargo, Litton Loan v. Farmer**, 867 N.Y.S.2d 21 (2008): "Wells Fargo does not own the mortgage loan… Therefore, the matter is dismissed with prejudice."

- **Wells Fargo v. Reyes**, 867 N.Y.S.2d 21 (2008): "Dismissed with prejudice, Fraud on Court & Sanctions. Wells Fargo never owned the Mortgage."

- **Deutsche Bank v. Peabody**, 866 N.Y.S.2d 91 (2008): "EquiFirst, when making the loan, violated Regulation Z of the Federal Truth in Lending Act 15 USC §1601 and the Fair Debt Collections Practices Act 15 USC §1692; 'intentionally created **fraud in the factum**' and withheld from plaintiff 'vital information concerning said debt and all of the matrix involved in making the loan.'"

## C. Corporate and Banking Overreach

Decisions highlight that banks **cannot** lend their credit or guarantee debts, as these actions are ultra vires and not legally binding. These rulings reinforce the limitations on corporate and banking activities.

- **Zinc Carbonate Co. v. First National Bank**, 103 Wis. 125, 79 NW 229 (1899): "The doctrine of ultra vires is a most powerful weapon to private corporations within their legitimate spheres and punish them for violations of their corporate charters, and it probably is not invoked too often."

- **Howard & Foster Co. vs. Citizens National Bank**, 133 S.C. 202, 130 S.E. 758 (1926): "It has been settled beyond controversy that a national bank, under Federal law, being limited in its power and capacity, cannot lend its credit by nor guarantee the debt of another. All such contracts being entered into by its officers are ultra vires and not binding upon the corporation."

NOTICE OF DEFAULT AND OPPORTUNITY TO CURE, AND NOTICE OF CLAIM, FRAUD, EXTORTION, COERCION, SLANDER OF TITLE, RACKETEERING, CONSPIRACY, DEED AND TITLE FRAUD, INJURY AND DAMAGE

Self-Executing Contract Security Agreement — Registered Mail #RF775823755US — Dated: 03/14/2025

- **American Express Co. v. Citizens State Bank**, 181 Wis. 172, 194 NW 427 (1923): "Neither, as included in its powers not incidental to them, is it a part of a bank's business to lend its credit."

## D. Procedural Requirements and Evidentiary Standards

The requirement for real party-in-interest prosecution is emphasized, along with rulings that affidavits alone can establish a prima facie case. Courts have ruled that silence in the face of a legal duty to respond can constitute fraud.

- **Federal Rule of Civil Procedure 17(a)(1)**: "[A]n action must be prosecuted in the name of the real party in interest."
- **In re Jacobson**, 402 B.R. 359, 365-66 (Bankr. W.D. Wash. 2009): Emphasizes that actions must be filed by the real party in interest.
- **United States v. Kis**, 658 F.2d 526 (7th Cir. 1981): "Indeed, no more than (affidavits) is necessary to make the prima facie case." Cert. denied, S. Ct. (1982).
- **U.S. v. Tweel**, 550 F.2d 297 (1977): "Silence can only be equated with fraud where there is a legal or moral duty to speak or when an inquiry left unanswered would be intentionally misleading."

## E. Contract and Consideration Principles

If any part of a contract's consideration is illegal, the entire promise becomes void. Courts have also recognized the right to rescind contracts induced by false representations, even if made innocently.

- **Menominee River Co. v. Augustus Spies L & C Co.**, 147 Wis. 559 at p. 572; 132 NW 1118 (1912): "If any part of the consideration for a promise be illegal, or if there are several considerations for an un-severable promise one of which is illegal, the promise, whether written or oral, is wholly void, as it is impossible to say what part or which one of the considerations induced the promise."

# X.    LEGAL STANDARDS, MAXIMS, AND PRECEDENT

In support of this Affidavit and Notice and Self-Executing Contract and Security Agreement Affiant cites the following established legal standards, legal maxims, precedent, and principles:

- Where rights **secured by** the Constitution are involved, **there can be no rule making or legislation** which would abrogate them." — Miranda v. Arizona, 384 U.S.

- "The state **cannot** diminish Rights of the **people.**" — Hurtado vs. California, 110 US 516.

- "When enforcing mere statutes, judges of all courts do not act judicially (and thus are not protected by "qualified" or "limited immunity," - SEE: Owen v. City, 445 U.S. 662; Bothke v. Terry, 713 F2d 1404) - - "but merely act as an extension as an agent for the involved agency -- but only in a "ministerial" and not a "discretionary capacity..." Thompson v. Smith, 154 S.E. 579, 583; Keller v. P.E., 261 US 428; F.R.C. v. G.E., 281, U.S. 464.

- "Public officials are not immune from suit when they transcend their lawful authority by invading constitutional rights." — AFLCIO v. Woodward, 406 F2d 137 t.

- "Immunity **fosters neglect and breeds irresponsibility** while liability promotes care and caution, which caution and care is owed by the government to its people." (Civil Rights) **Rabon vs Rowen Memorial Hospital, Inc.** 269 N.S. 1, 13, 152 SE 1 d 485, 493.

- "Judges not only can be sued over their official acts, but could be held **liable for injunctive and declaratory relief and attorney's fees**." **Lezama v. Justice Court**, A025829.

- "Ignorance of the law does not excuse misconduct in anyone, least of all in a sworn officer of the law." **In re McCowan** (1917), 177 C. 93, 170 P. 1100.

- "All are presumed to know the law." **San Francisco Gas Co. v. Brickwedel** (1882), 62 C. 641; **Dore v. Southern Pacific Co.** (1912), 163 C. 182, 124 P. 817; **People v. Flanagan**

Self-Executing Contract Security Agreement — Registered Mail #RF775823755US — Dated: 03/14/2025

1  (1924), 65 C.A. 268, 223 P. 1014; **Lincoln v. Superior Court** (1928), 95 C.A. 35, 271 P.

2  1107; **San Francisco Realty Co. v. Linnard** (1929), 98 C.A. 33, 276 P. 368.

3  •  "It is one of the fundamental maxims of the common law that ignorance of the

4  law excuses no one." **Daniels v. Dean** (1905), 2 C.A. 421, 84 P. 332.

5  •  "the people, not the States, are sovereign."—Chisholm v. Georgia, 2 Dall. 419, 2

6  U.S. 419, 1 L.Ed. 440 (1793).

7  •  ALL **ARE EQUAL UNDER THE LAW.** — "No one is above the law".

8  •  **IN COMMERCE FOR ANY MATTER TO BE RESOLVED MUST BE**

9  **EXPRESSED.** — "To lie is to go against the mind."

10 •  **IN COMMERCE TRUTH IS SOVEREIGN.** — Truth is sovereign -- and the

11  Sovereign tells only the truth.

12 •  **TRUTH IS EXPRESSED IN THE FORM OF AN AFFIDAVIT.**

13 •  **AN** UNREBUTTED **AFFIDAVIT STANDS AS TRUTH IN COMMERCE.** —

14  "He who does not deny, admits."

15 •  **AN UNREBUTTED AFFIDAVIT BECOMES THE JUDGEMENT IN**

16  **COMMERCE.** — "There is nothing left to resolve.

17 •  **WORKMAN IS WORTHY OF HIS HIRE.** — "It is against equity for

18  freemen not to have the free disposal of their own property."

19 •  **HE WHO LEAVES THE BATTLEFIELD FIRST** LOSES BY DEFAULT.

20  — "He who does not repel a wrong when he can occasions it."

21 **XI.  RESPONSE DEADLINE: REQUIRED WITHIN THREE (3) DAYS:**

22      A response and/or compensation and/or restitution payment must be

23  received within a deadline of **three (3) days.** At the "**Deadline**" is defined as 5:00

24  p.m. on the third (3rd) day after your receipt of this affidavit. "**Failure to respond**"

25  is defined as a blank denial, unsupported denial, inapposite denial, such as, "not

26  applicable" or equivalent, statements of counsel and other declarations by third

27  parties that lack first-hand knowledge of the facts, and/or responses lacking

28  verification, all such responses being legally insufficient to controvert the verified

Self-Executing Contract Security Agreement — Registered Mail #RF775823755US — Dated: 03/14/2025

statements herewith. See *Sieb's Hatcheries, Inc* and *Beasley, Supra.* Failure to
respond can result in **your acceptance of personal liability** external to qualified
immunity and waiver of any decision rights of remedy.

## XII.    FAILURE TO RESPOND AND/OR PERFORM, REMEDY, AND SETTLEMENT

If You/Defendant(s)/Respondent(s) fail to respond and perform **within
three (3) days** of receiving this Affidavit Notice and Self- Executing Contract and
SecurityAgreement and CONDITIONAL ACCEPTANCE, with **verified** evidence of
the above accompanied by an affidavit, **sworn under the penalty of perjury, as
required by law**, You/Defendant(s)/Respondent(s), Naji: Doumit, Mary: Doumit,
Daniel: Doumit, Barry-Lee: O'Connor, NAJI DOUMIT, MARINAJ PROPERTIES
LLC, FOCUS ESTATES INC, BARRY LEE O'CONNOR, BARRY LEE O'CONNOR &
ASSOCIATES, *Does 1-100 Inclusive*, You/Defendant(s)/Respondent(s) *individually
and collectively* **fully agree** that you must **act in good faith and** accordance with
the Law, cease all conspiracy, fraud, identity theft, embezzlement, deprivation
under the color of law, extortion, embezzlement, bank fraud, harassment,
conspiracy to deprive, and other violations of the law, **and** pay the below
mentioned **Five Hundred Thousand Dollar ($500,000.00)** Restitution and
Settlement payment, including costs and fees associated with handling these
matters, and the unauthorized use of the KEVIN WALKER and DONNABELLE
MORTEL Copyright and Trademark. Also, if applicable, releasing all **special
deposit funds, currency**, and/or Credits due to Affiant and/or Complainant(s)/
Plaintiff(s).

Furthermore, You/Defendant(s)/Respondent(s) must Record a 'QUITCLAIM
DEED' transferring any purported interest to Claimant(s)/Plaintiff(s) and/or
tender a 'Rescission of Trustee's Deed of Sale'.

## XIII.    Five Hundred Thousand ($500,000.00 USD) Restitution Settlement Payment *REQUIRED*

NOTICE OF DEFAULT AND OPPORTUNITY TO CURE, AND NOTICE OF CLAIM, FRAUD, EXTORTION, COERCION, SLANDER OF TITLE, RACKETEERING, CONSPIRACY, DEED AND TITLE FRAUD, INJURY AND DAMAGE

Self-Executing Contract Security Agreement — Registered Mail #RF775823755US — Dated: 03/14/2025

1    Furthermore, if You/Defendant(s)/Respondent(s) fail to respond and
2 perform **within three (3) days** from the date of receipt of this communication by
3 providing <u>**verified** **evidence and proof**</u> of the facts and conditions set forth herein,
4 accompanied by affidavits sworn under penalty of perjury as required by law, You/
5 Defendant(s)/Respondent(s), Naji: Doumit, Mary: Doumit, Daniel: Doumit, Barry-
6 Lee: O'Connor, NAJI DOUMIT, MARINAJ PROPERTIES LLC, FOCUS ESTATES
7 INC, BARRY LEE O'CONNOR, BARRY LEE O'CONNOR & ASSOCIATES, *Does*
8 *1-100 Inclusive*, hereby agree that, within three (3) days of receipt of this contract
9 offer, You/Defendant(s)/Respondent(s) shall issue restitution payment in the total
10 sum certain of **Five Hundred Thousand U.S. Dollars ($500,000.00 USD),** which
11 **shall** become **immediately** due and payable to Claimant(s)/Plaintiff(s).

12 ## XIV.    <u>One Hundred Million Dollar  ($100,000,000.00</u>
13 ## <u>USD) Default Judgement and Lien</u>

14    If You/Defendant(s)/Respondent(s), Naji: Doumit, Mary: Doumit, Daniel:
15 Doumit, Barry-Lee: O'Connor, NAJI DOUMIT, MARINAJ PROPERTIES LLC,
16 FOCUS ESTATES INC, BARRY LEE O'CONNOR, BARRY LEE O'CONNOR &
17 ASSOCIATES, *Does 1-100 Inclusive,* fail to respond and perform **within three (3)**
18 **days** from the date of receipt of this communication, **as <u>contractually required</u>,**
19 You/Defendant(s)/Respondent(s) hereby individually and collectively, fully agree,
20 that the entire amount evidenced and itemized in Invoice
21 #MIRINAJDISHONOR25, totaling **One Hundred Million dollars ($100,000,000.00),**
22 **shall** become **immediately** due and payable in full.

23    **Furthermore,** if You/Respondent(s)/Defendant(s), Naji: Doumit, Mary:
24 Doumit, Daniel: Doumit, Barry-Lee: O'Connor, NAJI DOUMIT, MARINAJ
25 PROPERTIES LLC, FOCUS ESTATES INC, BARRY LEE O'CONNOR, BARRY LEE
26 O'CONNOR & ASSOCIATES, *Does 1-100 Inclusive* fail to respond and perform
27 **within three (3) days** from the date of receipt of this communication, You/
28 Defendant(s)/Respondent(s), <u>**individually and collectively,**</u> **admit the statements**

NOTICE OF DEFAULT AND OPPORTUNITY TO CURE, AND NOTICE OF CLAIM, FRAUD, EXTORTION, COERCION, SLANDER OF TITLE, RACKETEERING, CONSPIRACY, DEED AND TITLE FRAUD, INJURY AND DAMAGE

Self-Executing Contract Security Agreement — Registered Mail #RF775823755US — Dated: 03/14/2025

1  **and claims** by TACIT PROCURATION, and completely agree that you/they

2  individually and collectively are guilty of fraud, theft, embezzlement, larceny, and

3  fraudulent misapplication of funds and assets, forgery, and unauthorized use of

4  identity, monopolization of trade and commerce, unfair business practices,

5  deprivation of rights under the color of law, receiving extortion proceeds, false

6  pretenses, extortion, racketeering, bank fraud, fraudulent transportation and

7  transfer of stolen goods and securities, unlawful interference, intimidation,

8  emotional distress, willful violation of public policy and the Constitution, injury

9  and damage to Affiant.

10  11

# XV.   JUDGEMENT AND COMMERCIAL LIEN AUTHORIZATION

12      Moreover, if You/Defendant(s)/Respondent(s), Naji: Doumit, Mary: Doumit,

13  Daniel: Doumit, Barry-Lee: O'Connor, NAJI DOUMIT, MARINAJ PROPERTIES

14  LLC, FOCUS ESTATES INC, BARRY LEE O'CONNOR, BARRY LEE O'CONNOR &

15  ASSOCIATES, *Does 1-100 Inclusive,* fail to respond **within three (3) days** from the

16  date of receipt of this communication, you/they **individually and collectively,**

17  **fully and unequivocally Decree, Accept,** <u>fully Authorize (</u>in accord with UCC

18  section 9)**, indorse, support, and advocate for a** judgement, **and/or** SUMMARY

19  JUDGEMENT, **and/or** commercial lien **of One Hundred Million Dollars**

20  **($100,000,000.00) against** You/Defendant(s)/Respondent(s), Naji: Doumit, Mary:

21  Doumit, Daniel: Doumit, Barry-Lee: O'Connor, NAJI DOUMIT, MARINAJ

22  PROPERTIES LLC, FOCUS ESTATES INC, BARRY LEE O'CONNOR, BARRY LEE

23  O'CONNOR & ASSOCIATES, *Does 1-100 Inclusive*, in favor of, Claimant(s)/

24  Plaintiff(s), and/or their lawfully designated ASSIGNEE(S).

25      **Finally,** If You/Respondent(s)/Defendant(s), **fail to respond within three (3)**

26  **days** from the date of receipt of this communication, **You/Defendant(s)/**

27  **Respondent(s)** *individually and collectively*, EXPRESSLY, FULLY, and

28  unequivocally <u>Authorize</u>, indorse, support and advocate for Claimant(s)/

Self-Executing Contract Security Agreement — Registered Mail #RF775823755US — Dated: 03/14/2025

1  Plaintiff(s), and/or their lawfully designated ASSIGNEE(S) to formally notify the

2  Department of Treasury, and Internal Revenue Service, and the respective Congress

3  Representative, U.S. Attorney General, and/or any person, individual, legal fiction,

4  and/or person, or *ens legis* Affiant deems necessary, including but not limited to

5  submitting the requisite form(s) 1099-A, 1099-OID, 1099-C, 1096, 1040, 1041, 1041-V,

6  1040-V, 3949-A, with the **One Hundred Million Dollars ($100,000,000.00 USD)** as

7  the **income to You/Defendant(s)/Respondent(s) and lost revenue and/or income**

8  **to** Affiant, and/or Claimant(s)/Plaintiff(s), and/or their lawfully designated

9  ASSIGNEE(S).

10 # XVI.    SUMMARY JUDGEMENT, U.C.C. 3-505 PRESUMED

11 # DISHONOR

12       Said income is **to be assessed and claimed as income** by/to You/

13 Defendant(s)/Respondent(s), **and/or** by **filing a lawsuit** followed by a DEMAND

14 or similar for SUMMARY JUDGEMENT as a **matter of law**, in accordance with

15 **California Code of Civil Procedure § 437c(c)** and **Federal Rule of Civil Procedure**

16 **56(a)**, and/or executing an **Affidavit Certificate of Non-Response, Dishonor,**

17 **Judgement, and Lien Authorization**, in accordance with **U.C.C. § 3-505**, and/or

18 issue an ORDER TO PAY or BILL OF EXCHANGE to the U.S. Treasury and IRS,

19 said sum certain of **One Hundred Million ($100,000,000.00)**, for **immediate credit**

20 **to** Affiant, and/or Claimant(s)/Plaintiff(s), and/or their lawfully designated

21 ASSIGNEE(S), with this Self-Executing Contract and Security Agreement servings

22 as *prima facie* **evidence** of You/Respondent(s)/Defendant(s)'s **Verified**

23 INDEBTEDNESS to Affiant, and/or Claimant(s)/Plaintiff(s), and/or their

24 lawfully designated ASSIGNEE(S).

25       Should it be deemed necessary, the **Claimant(s)/Plaintiff(s) are fully**

26 **Authorized (**in accord with U.C.C § 9-509) to file a UCC commercial LIEN **and/or**

27 **UCC1 Financing Statement** to perfect interest and/or secure full satisfaction of the

28 adjudged sum of **One Hundred Million Dollars ($100,000,000.00)**.

Self-Executing Contract Security Agreement — Registered Mail #RF775823755US — Dated: 03/14/2025

1  ## XVII.          ESTOPPEL BY ACQUIESCENCE:

2      If the addressee(s) or an intended recipient of this notice fail to respond

3  addressing **each point, on a point by point basis,** they **individually and**

4  **collectively accept <u>all</u> of the statements, declaration, stipulations, facts, and**

5  **claims as TRUTH** and fact by **TACIT PROCURATION,** all issues are deemed

6  settled *RES JUDICATA, STARE DECISIS* and by *COLLATERAL ESTOPPEL.* You

7  may **not** argue, controvert, or otherwise protest the finality of the administrative

8  findings in any subsequent process, whether administrative or judicial. (See Black's

9  Law Dictionary 6th Ed. for any terms you do not *"understand"*).

10      **Your failure to completely answer and respond will result in your agreeing**

11  **not to argue, controvert or otherwise protest the finality of the administrative**

12  **findings in any process, whether administrative or judicial, as certified by**

13  **Notary or Witness Acceptor in an Affidavit Certificate of Non Response and/or**

14  **Judgement, or similar.**

15      Should YOU **fail** to <u>respond, provide partial, unsworn, or incomplete</u>

16  <u>answers,</u> **such are not acceptable to me or to any court of law**. See, *Sieb's*

17  *Hatcheries, Inc. v. Lindley,* 13 F.R.D. 113 (1952)., "Defendant(s) made no request for

18  an extension of time in which to answer the request for admission of facts and filed

19  only an unsworn response within the time permitted," thus, under the specific

20  provisions of Ark. and *Fed. R. Civ. P.* 36, the facts in question were **deemed**

21  **admitted as true. Failure to answer is well established in the court.** *Beasley v. U.*

22  *S.,* 81 F. Supp. 518 (1948)., "I, therefore, hold that the requests **will be considered as**

23  **having been admitted.**" Also as previously referenced, "Statements of **fact**

24  contained in affidavits which are **not** rebutted by the opposing party's **affidavit or**

25  **pleadings <u>may</u>** be accepted as **true** by the trial court." --Winsett v. Donaldson, 244

26  N.W.2d 355 (Mich. 1976).

27  //

28  //

Self-Executing Contract Security Agreement — Registered Mail #RF775823755US — Dated: 03/14/2025

**Invoice #MIRINAJDISHONOR25**

# INVOICE and/or <u>TRUE BILL</u>

Dear Valued Defendant(s), Respondent(s), Customer(s), Fiduciary(ies), Agent(s), and/or DEBTOR(S):

It has come to OUR attention that you are **deemed guilty of multiple felony crimes, violations of U.S. Code, U.C.C, the Constitution, and the law.** You have or currently still are **threatening, extorting, depriving, coercing, damaging, injuring, and causing irreparable physical, mental, emotional, and financial harm** to Claimants/Plaintiffs, ™KEVIN WALKER© ESTATE, ™DONNABELLE MORTEL© ESTATE, and its/their beneficiary(ies), and their Fiduciary(ies), Trustee(s), Executor(s), Agent(s), and Representatives. You remain in default, dishonor, and have an outstanding past due balance due immediately, to wit:

| | | |
|---|---|---|
| 1. | 18 U.S. Code § 1341 - Frauds and swindle : | $1,000,000.00 |
| 2. | 18 U.S. Code § 4 - Misprision of felony | $1,000,000.00 |
| 3. | Professional and personal fees and costs associated with preparing documents for this matter: | $1,000,000.00 |
| 4. | 15 U.S. Code § 2 - Monopolizing trade a felony; penalty: | $1,000,000.00 |
| 5. | 18 U.S. Code § 241 - Conspiracy against rights: | $1,000,000.00 |
| 6. | 18 U.S. Code § 242 - Deprivation of rights under color of law: | $1,000,000.00 |
| 7. | 18 U.S. Code § 1344 - Bank fraud: (fine and/or up to 30 years imprisonment) | $1,000,000.00 |
| 8. | 15 U.S. Code § 1122 - Liability of United States and States, and instrumentalities and officials thereof: | pending |
| 9. | 15 U.S. Code § 1 - Trusts, etc., in restraint of trade illegal; penalty (fine and/or up to 10 years imprisonment): | $1,000,000.00 |
| 10. | 18 U.S. Code § 1951 - Interference with commerce by threats or violence (fine and/or up to 20 years imprisonment): | $30,000,000.00 |
| 11. | Title 18 U.S. Code § 112 - Protection of foreign officials, official guests, and internationally protected persons: | $1,000,000.00 |
| 12. | 18 U.S. Code § 878 - Threats and extortion against foreign officials, official guests, or internationally protected persons (fine and/or up to 20 years imprisonment): | $1,000,000.00 |
| 13. | 18 U.S. Code § 880 - Receiving the proceeds of extortion (fine and/or up to 3 years imprisonment): | $10,000,000.00 |
| 15. | Fraud, conspiracy, obstruction, identity theft, extortion, bad faith actions, treason, monopolization of trade and commerce, bank fraud, threats, coercion, identity theft, mental trauma, emotional anguish and trauma. embezzlement, larceny, felony crimes, loss of time and thus enjoyable  life, deprivation of rights under the color of law harassment, Waring against the Constitution,  injury and damage: | $50,000,000.00 |

| | |
|---|---|
| **Total Due:** | **$100,000,000.00 USD** |
| **Good Faith Discount:** | **$99,500,000.00 USD** |
| **Total Due by 03/18/2025:** | **$500,000.00  USD** |
| **Total Due after 03/18/2025:** | **$100,000,000.00  USD** |

NOTICE OF DEFAULT AND OPPORTUNITY TO CURE, AND NOTICE OF CLAIM, FRAUD, EXTORTION, COERCION, SLANDER OF TITLE, RACKETEERING, CONSPIRACY, DEED AND TITLE FRAUD, INJURY AND DAMAGE

Self-Executing Contract Security Agreement — Registered Mail #RF775823755US — Dated: 03/14/2025

# EXHIBITS/ATTACHMENTS:

1. **Exhibit A:** UCC1 filing #2024385925-4.

2.**Exhibit B:** UCC1 filing #2024385935-1.

3. **Exhibit C:** UCC3 filing and NOTICE #2024402433-7.

4.**Exhibit D:** UCC3 filing and NOTICE #2024411182-7.

5. **Exhibit E:** GRANT DEED recorded in Official Records County of Riverside, DOC #2024-0291980, APN: 957-570-005, File No.: 37238 KH, where the private trust property is titled to 'WG **Private Irrevocable** Trust, dated Febraury 7, 2022'

6. **Exhibit F:** GRANT DEED, DOC #2022-0490841, APN: 957-570-005, File No.: 30291 KH, recorded in Official Records County of Riverside.

7. **Exhibit G: fraudulent** 'TRUSTEE'S DEED UPON SALE' (DOC # 2025-0017386, APN: 957-570-005, TS# 176672) was filed and is therefore **void *ab initio***

8. **Exhibit H:** OFFER titled '3/90 DAY NOTICE TO QUIT'

9.**Exhibit I:** 'Affidavit: Power of Attorney In Fact'

10.**Exhibit J:** Trademark and Copyright Contract Agreement for ™KEVIN WALKER©.

11. **Exhibit K:** Trademark and Copyright Contract Agreement for ™DONNABELLE MORTEL©.

12. **Exhibit L:** Self-Executing Contract Security Agreement #EI988807156US — Dated: 02/08/2025 (**AFFIDAVIT and Plain Statement of Facts:** NOTICE OF CONDITIONAL ACCEPTANCE AND NOTICE OF *CLAIM, FRAUD, EXTORTION, COERCION, SLANDER OF TITLE, RACKETEERING, CONSPIRACY, DEED AND TITLE FRAUD, INJURY AND DAMAGE.*

13. Exhibit M: Self-Executing Contract Security Agreement #RF775822865US — Dated: 02/14/2025 (**AFFIDAVIT and Plain Statement of Facts:** NOTICE OF DEFAULT AND NOTICE OF *CLAIM, FRAUD, EXTORTION, COERCION, SLANDER OF TITLE, RACKETEERING, CONSPIRACY, DEED AND TITLE FRAUD, INJURY AND DAMAGE.*

Self-Executing Contract Security Agreement — Registered Mail #RF775823755US — Dated: 03/14/2025

# **WORDS DEFINED GLOSSARY OF TERMS:**

As used in this Affidavit, the following words and terms are as defined in this section, non-obstante:

1. **Attorney:** Strictly, one who is designated to transact business for another; a legal agent. — Also termed attorney-in-fact; private attorney. 2. A person who practices law; LAWYER. Also termed (in sense 2) attorney-at-law; public attorney. A person who is appointed by another and has authority to act on behalf of another. *See also* POWER OF ATTORNEY. See, Black's Law Dictionary 8th Edition, pages 392-393, Oxford Dictionary or Law, 5th Edition, page 38, American Bar Association's website.

2. **Attorney-in-fact:** A private attorney authorized by another to act in his place and stead, either for some particular purpose, as to do a particular act, or for the transaction of business in general, not of a legal character. This authority is conferred by an instrument in writing, called a "letter of attorney," or more commonly a "power of attorney." A person to whom the authority of another, who is called the constituent , is by him lawfully delegated. The term is employed to designate persons who are under special agency, or a special letter of attorney, so that they are appointed in *factum*, for the deed, or special act to be performed; but in a more extended sense it includes all other agents employed in any business, or to do any act or acts in pais for another. Bacon, Abr. Attorney; Story, Ag. § 25. All persons who are capable of acting for themselves, and even those who are disqualified from acting in their own capacity, if they have sufficient understanding, as infants of proper age, and femes coverts, may act as attorney of other. The person named in a power of attorney to act on your behalf is commonly referred to as your "agent" or "attorney-in-fact." With a valid power of attorney, your agent can take any action permitted in the document. — See Bouvier's Law Dictionary, volumes 1,2, and 3, page 282, Blacks Law Dictionary 1, 2nd, 8th, pages 105, 103, and 392

NOTICE OF DEFAULT AND OPPORTUNITY TO CURE, AND NOTICE OF CLAIM, FRAUD, EXTORTION, COERCION, SLANDER OF TITLE, RACKETEERING, CONSPIRACY, DEED AND TITLE FRAUD, INJURY AND DAMAGE

Self-Executing Contract Security Agreement — Registered Mail #RF775823755US — Dated: 03/14/2025

1    respectively, and the American Bar Association's website on 'Power of
2    Attorney' and 'Attorney-In-Fact'

3    3.    **financial institution:** a <u>person</u>, an <u>individual</u>, a <u>private banker</u>, a business engaged
4    in vehicle sales, including automobile, airplane, and boat sales, persons involved in
5    real estate closings and settlements, the United States Postal Service, a commercial
6    bank or trust company, any credit union, an agency of the United States Government
7    or of a State or local government carrying out a duty or power of a business described
8    in this paragraph, a broker or dealer in securities or commodities, a currency
9    exchange, or a business engaged in the exchange of currency, funds, or value that
10   substitutes for currency or funds, financial agency, a loan or finance company, an
11   issuer, redeemer, or cashier of travelers' checks, checks, money orders, or similar
12   instruments, an operator of a credit card system, an insurance company, a licensed
13   sender of money or any other person who engages as a business in the transmission of
14   currency, funds, or value that substitutes for currency, including any person who
15   engages as a business in an informal money transfer system or any network of people
16   who engage as a business in facilitating the transfer of money domestically or
17   internationally outside of the conventional financial institutions system. Ref<u>, 31 U.S.
18   Code § 5312 - Definitions and application.</u>

19   4.    **individual:** As a noun, this term denotes a single **person** as distinguished from a
20   group or class, and also, very commonly, a private or natural person as distinguished
21   from a partnership, corporation, or association; but it is said that this restrictive
22   signification is not necessarily inherent in the word, and that it **may**, in proper cases,
23   include **artificial persons.**   As an adjective: Existing as an indivisible entity. Of or
24   relating to a single person or thing, as opposed to a group.— <u>See Black's Law
25   Dictionary 4th, 7th, and 8th Edition pages 913, 777, and 2263 respectively.</u>

26   5.    **person:** Term may include artificial beings, as corporations. The term means an individual,
27   corporation, business trust, estate, trust, partnership, limited liability company, association,
28   joint venture, government, governmental subdivision, agency, or instrumentality, public

corporation, or any other legal or commercial entity. The term "person" shall be construed to mean and include an individual, a trust, estate, partnership, association, company or corporation. **The term "person" means a natural person or an organization. -Artificial persons.** Such as are created and devised by law for the purposes of society and government, called "corporations" or bodies politic." **-Natural persons.** Such as are formed by nature, as distinguished from artificial persons, or corporations. **-Private person.** An individual who is not the incumbent of an office. Persons are divided by law into natural and **artificial.** Natural persons are such as the God of nature formed us; **artificial** are such as are created and devised by **human laws,** for the purposes of society and government, which are called "corporations" or "bodies politic." — See Uniform Commercial Code (UCC) § 1-201, Black's Law Dictionary 1st, 2nd, and 4th edition pages 892, 895, and 1299, respectively, 27 Code of Federal Regulations (CFR) § 72.11 - Meaning of terms, and 26 United States Code (U.S. Code) § 7701 - Definitions.

6. **bank:** a **person** engaged in the business of banking and includes a savings bank, savings and loan association, credit union, and **trust company.** The terms "banks", "national bank", "national banking association", "member bank", "board", "district", and "reserve bank" shall have the meanings assigned to them in section 221 of this title. An institution, of great value in the commercial world, empowered to receive deposits of money, to make loans. and to issue its promissory notes, (designed to circulate as money, and commonly called "bank-notes" or "bank-bills" ) or to perform any one or more of these functions. The term "bank" is usually restricted in its application to an incorporated body; while a **private individual** making it his business to conduct banking operations is denominated a "banker." Banks in a commercial sense are of three kinds, to wit; (1) Of deposit; (2) of discount; (3) of circulation. Strictly speaking, the term "bank" implies a place for the deposit of money, as that is the most obvious purpose of such an institution. — See, UCC 1-201, 4-105, 12 U.S. Code § 221a, Black's Law Dictionary 1st, 2nd, 4th, 7th, and 8th, pages 117-118, 116-117, 183-184, 139-140, and 437-439.

7. **discharge:** To cancel or unloose the obligation of a contract; to make an agreement or contract null and inoperative. Its principal species are rescission, release, accord and satisfaction, performance, judgement, composition, bankruptcy, merger. As applied to demands claims,

Self-Executing Contract Security Agreement — Registered Mail #RF775823755US — Dated: 03/14/2025

right of action, incumbrances, etc., to discharge the debt or claim is to extinguish it, to annul its obligatory force, to satisfy it. And here also the term is generic; thus a dent , a mortgage. As a noun, the word means the act or instrument by which the binding force of a contract is terminated, irrespective of whether the contract is carried out to the full extent contemplated (in which case the discharge is the result of performance) or is broken off before complete execution. See, Blacks Law Dictionary 1st, page.

8.  **pay:** To *discharge* a debt; to deliver to a creditor the value of a debt, either in money or in goods, for his acceptance. To pay is to deliver to a creditor the value of a debt, either in money or In goods, for his acceptance, by which the debt is discharged. See Blacks Law Dictionary 1st, 2nd, and 3rd edition, pages 880, 883, and 1339 respectively.

9.  **payment:** The performance of a duty, promise, or obligation, or discharge of a debt or liability. by the delivery of money or other value. Also the money or thing so delivered. Performance of an obligation by the delivery of money or some other valuable thing accepted in partial or full discharge of the obligation. [Cases: Payment 1. C.J.S. Payment § 2.] 2. The money or other valuable thing so delivered in satisfaction of an obligation. See Blacks Law Dictionary 1st and 8th edition, pages 880-811 and 3576-3577, respectively.

10. **may:** An auxiliary verb qualifying the meaning of another verb by expressing ability, competency, liberty, permission, probability or contingency. — Regardless of the instrument, however, whether constitution, statute, deed, contract or whatnot, **courts** <u>not</u> **infrequently construe "may" as "shall" or "must".** — <u>See Black's :aw Dictionary, 4th Edition page 1131.</u>

11. **extortion:** The term **"extortion"** means the obtaining of property from another, **with his consent, induced by wrongful use of actual or threatened force, violence, or fear, or under** color **of official right.** — <u>See 18 U.S. Code § 1951 - Interference with commerce by threats or violence.</u>

12. **national:** "foreign government", "foreign official", "internationally protected person", "international organization", "national of the United States", "official guest," and/or "non-citizen national." **They all have the same meaning.** <u>See</u>

Self-Executing Contract Security Agreement — Registered Mail #RF775823755US — Dated: 03/14/2025

1  Title 18 U.S. Code § 112   - Protection of foreign officials, official guests, and
2  internationally protected persons.

3  13. **United States:** For the purposes of this Affidavit, the terms "United States" and "U.S."
4  *mean only the Federal Legislative Democracy of the District of Columbia,* Puerto Rico, U.S.
5  Virgin Islands, Guam, American Samoa, and any other Territory within the "United
6  States," which entity has its origin and jurisdiction from Article 1, Section 8, Clause
7  17-18 and Article IV, Section 3, Clause 2 of the Constitution for the United States of
8  America. *The terms "United States" and "U.S." are NOT to be construed to mean or include*
9  *the sovereign, united 50 states of America.*

10 14. **fraud:** deceitful practice or Willful device, resorted to with intent to deprive another of
11 his right, or in some manner to do him an injury.   As distinguished from negligence, it
12 is always positive, intentional. as applied to contracts is the cause of an error bearing
13 on material part of the contract, created or continued by artifice, with design to obtain
14 some unjust advantage to the one party, or to cause an inconvenience or loss to the
15 other. in the sense of court of equity, properly includes all acts, omissions, and
16 concealments which involved a breach of legal or equitable duty, trust, or confidence
17 justly reposed, and are injurious to another, or by which an undue and
18 unconscientious advantage is taken of another. See Black's Law Dictionary, 1st and
19 2nd Edition, pages 521-522 and 517 respectively.

20 15. **color:** appearance, semblance. or simulacrum, as distinguished from that which
21 is real. A prima facie or apparent right. Hence, a deceptive appearance; a
22 plausible, assumed exterior, concealing a lack of reality; a a disguise or pretext.
23 See, Black's Law Dictionary 1st Edition, page 222.

24 16. **colorable:** That which is in appearance only, and not in reality, what it purports
25 to be. See, Black's Law Dictionary 1st Edition, page 2223

26 //

27 //

28 //

Self-Executing Contract Security Agreement — Registered Mail #RF775823755US — Dated: 03/14/2025

# P R O O F   O F   S E R V I C E

STATE OF CALIFORNIA            )

                                    )        ss.

COUNTY OF RIVERSIDE            )

      I competent, over the age of eighteen years, and not a party to the within action. My mailing address is the Walkernova Group, **care of:** 30650 Rancho California Road suite #406-251, Temecula, California [92591]. On March 14, 2025, I served the within documents:

1. NOTICE OF DEFAULT AND OPPORTUNITY TO CURE, AND NOTICE OF *CLAIM, FRAUD, EXTORTION, COERCION, SLANDER OF TITLE, RACKETEERING, CONSPIRACY, DEED AND TITLE FRAUD, INJURY AND DAMAGE.*

2.                    **Exhibit A through M.**

**By United States Mail.** I enclosed the documents in a sealed envelope or package addressed to the persons at the addresses listed below by placing the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepared. I am a resident or employed in the county where the mailing occurred. The envelope or package was placed in the mail in Riverside County, California, and sent via Registered Mail with a form 3811.

      Bary Lee O'Connor
      C/o BARRY LEE O'CONNOR
      3691 Adams Street
      Riverside, California [92504]
      Express Mail #RF775823755US

      Naji Doumit, Mary Doumit
      C/o NAJI DOUMIT, MIRAJ PROPERTIES LLC
      1130 South Tamarisk Drive

NOTICE OF DEFAULT AND OPPORTUNITY TO CURE, AND NOTICE OF CLAIM, FRAUD, EXTORTION, COERCION, SLANDER OF TITLE, RACKETEERING, CONSPIRACY, DEED AND TITLE FRAUD, INJURY AND DAMAGE

Self-Executing Contract Security Agreement — Registered Mail #RF775823755US — Dated: 03/14/2025

1    Anaheim, California [92807]
**Registered Mail** #RF775823764US

2    On March 14, 2025, I served the within documents **by Electronic Service.**

3    Based on a court order and/or an **agreement of the parties** to accept service by

4    electronic transmission, I caused the documents to be sent to the persons at the

5    electronic notification addresses listed below.

6    Bary Lee O'Connor
C/o BARRY LEE O'CONNOR
7    3691 Adams Street
Riverside, California [92504]
8    udlaw2@aol.com

9    Naji Doumit, Mary Doumit
C/o NAJI DOUMIT, MIRAJ PROPERTIES LLC
10    1130 South Tamarisk Drive
Anaheim, California [92807]
11    louisatoui3@yahoo.com
udlaw2@aol.com
12    najidoumit@gmail.com

13    I declare under penalty of perjury under the laws of the State of California

14    that the above is true and correct.  Executed on March 14, 2025 in Riverside County,

15    California.

16    _____ **/s/Corey Walker/** _____
Corey Walker

17    //

18    //

19    //

20    //

21    ## <u>COMMERCIAL OATH AND VERIFICATION:</u>

22    County of Riverside                    )

23                                   )         Commercial Oath and Verification

24    The State of California          )

25    I, <u>KEVIN WALKER</u>, under my unlimited liability and Commercial Oath proceeding

26    in good faith being of sound mind states that the facts contained herein are true,

27    correct, complete and not misleading to the best of Affiant's knowledge and belief

28    under penalty of International Commercial Law and state this to be HIS Affidavit of

-33 of 35-

Self-Executing Contract Security Agreement — Registered Mail #RF775823755US — Dated: 03/14/2025

1  Truth regarding same signed and sealed this <u>14TH</u> day of <u>MARCH</u> in the year of

2  Our Lord two thousand and twenty five:

3  proceeding sui juris, In Propria Persona, by *Special Limited Appearance,*
   **All rights reserved without prejudice or recourse, UCC § 1-308, 3-402.**

4

5  By: _____

6  Kevin Walker, *Authorized Representative,*
   *Attorney-In-Fact, Secured Party,Executor,* national, *private bank(er)*

7  //

8  //

9  Let this document stand as truth before the Almighty Supreme Creator and let it be

10  established before men according as the scriptures saith: *"But if they will not listen,*

11  *take one or two others along, so that every matter may be established by the testimony of two*

12  *or three witnesses." Matthew 18:16. "In the mouth of two or three witnesses, shall every*

13  *word be established" 2 Corinthians 13:1.*

14  *Sui juris, By Special Limited* Appearance,

15  By: _____

16  Donnabelle Mortel *(WITNESS)*

17  *Sui juris, By Special Limited* Appearance,

18  By: Corey DeShad Walker ucc 1-308

19  Corey Walker  (WITNESS)

20  //

21  //

22  //

23  //

24  //

25  <u>**NOTICE:**</u>

26  Using a notary on this document does *not* constitute any adhesion, *nor does it alter*

27  *my status in any manner.* The purpose for notary is verification and identification

28  only and not for entrance into any foreign jurisdiction.

Self-Executing Contract Security Agreement — Registered Mail #RF775823755US — Dated: 03/14/2025

1

# JURAT:

2  State of California                                    )

   )  ss.

3  County of Riverside                                   )

   A notary public or other officer completing this
   certificate verifies only the identity of the
   individual who signed the document to which this
   certificate is attached, and not the truthfulness,
   accuracy or validity of that document.

4  Subscribed and sworn to (or affirmed) before me on this 14th day of March,  2025, by Kevin Walker, proved

5  to me on  the basis of satisfactory evidence to be the person(s) who appeared before me.

6

7  ___Joyti Patel,_____  Notary public
                print

8  ___Joytipatel_____  Seal:

JOYTI PATEL
Notary Public - California
Riverside County
Commission # 2407742
My Comm. Expires Jul 8, 2026

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

NOTICE OF DEFAULT AND OPPORTUNITY TO CURE, AND NOTICE OF CLAIM, FRAUD, EXTORTION, COERCION, SLANDER OF TITLE, RACKETEERING, CONSPIRACY, DEED AND TITLE FRAUD, INJURY AND DAMAGE

-Exhibit J-

Self-Executing Contract Security Agreement — Registered Mail #RF775824288US — Dated: 03/22/2025

1  **From Claimants/Plaintiffs:** Kevin: Walker, *sui juris, In Propria Persona*.
*Executor, Authorized Representative, Secured Party, Master Beneficiary.*

2  ™KEVIN WALKER© ESTATE, ™DONNABELLE MORTEL© ESTATE,

3  ™KEVIN WALKER© IRR TRUST, ™WG EXPRESS TRUST©    \*\*\* NOTICE TO AGENT IS NOTICE TO PRINCIPAL \*\*\*
\*\*\* NOTICE TO PRINCIPAL IS NOTICE TO AGENT \*\*\*
c/o 30650 Rancho California Road #406-251

4  Temecula, California [92591]    \*\*\* SELF-EXECUTING CONTRACT AND SECURITY AGREEMENT \*\*\*
non-domestic *without* the United States

5  team@walkernovagroup.com

6  **To/Defendant(s)/Respondent(s):** Barry-Lee: O'Connor    **To/Defendant(s)/Respondent(s):** Naji Doumit and Mary Doumit
C/o BARRY LEE O'CONNOR    C/o NAJI DOUMIT, MARINAJ PROPERTIES LLC
3691 Adams Street    1130 South Tamarisk Drive

7  Riverside, California [92504]    Anaheim, California  [92807]
Registered Mail #RF775824288US    Registered Mail #RF775824291US

8  RE: Title and Ownership of: 31990 Pasos Place, Temecula, California

9  # AFFIDAVIT and Plain Statement of Facts

10 ## AFFIDAVIT CERTIFICATE of DISHONOR, NON-RESPONSE, DEFAULT, and JUDGEMENT, and LIEN AUTHORIZATION.

11 Kevin: Walker, ™KEVIN WALKER©    **CASE NO.:**

12 ESTATE, ™DONNABELLE
MORTEL© ESTATE, ™KEVIN    1.  **AFFIDAVIT CERTIFICATE OF DISHONOR, NON-RESPONSE, AND DEFAULT**

13 WALKER© IRR TRUST, ™WG    2.  **FRAUD**
EXPRESS TRUST©,    3.  **THEFT, EMBEZZLEMENT, AND FRAUDULENT**

14     *Claimant(s)/Plaintiff(s),*    **MISAPPLICATION OF FUNDS AND ASSETS**
4.  **FRAUD, FORGERY, AND UNAUTHORIZED USE**

15     *vs.*    **OF IDENTITY**
5.  **MONOPOLIZATION OF TRADE AND**

16 Naji: Doumit, Mary: Doumit, Daniel:    **COMMERCE, AND UNFAIR BUSINESS**
Doumit, Barry-Lee: O'Connor, NAJI    **PRACTICES**

17 DOUMIT, MARY DOUMIT, DANIEL    6.  **DEPRIVATION OF RIGHTS UNDER COLOR OF**
DOUMIT, MARINAJ PROPERTIES    **LAW**

18 LLC, FOCUS ESTATES INC, BARRY    7.  **RECEIVING EXTORTION PROCEEDS**
8.  **FALSE PRETENSES AND FRAUD**

19 LEE O'CONNOR, BARRY LEE    9.  **EXTORTION**
O'CONNOR & ASSOCIATES, *Does*    10. **RACKETEERING**

20 *1-100 Inclusive,*    11. **BANK FRAUD**
12. **FRAUDULENT TRANSPORTATION AND**

21     *Defendant(s)/Respondent(s).*    **TRANSFER OF STOLEN GOODS AND**
**SECURITIES**

22     13. **UNLAWFUL INTERFERENCE, INTIMIDATION,**
**EXTORTION, AND EMOTIONAL DISTRESS**

23     14. *CONSIDERED AND STIPULATED* **ONE HUNDRED**
**MILLION DOLLAR ($100,000,000.00) JUDGEMENT**

24     **AND LIEN.**

25 ## AFFIDAVIT CERTIFICATE of DISHONOR, NON-RESPONSE, DEFAULT,

26 ## JUDGEMENT, and LIEN AUTHORIZATION.

27 KNOW ALL MEN BY THESE PRESENTS, that on this day, before me, a

28 Notary Public, personally came by ***Special Limited Appearance***, *sui juris*, *In Propria*

AFFIDAVIT CERTIFICATE of DISHONOR, NON-RESPONSE, DEFAULT, JUDGEMENT, and LIEN AUTHORIZATION

Self-Executing Contract Security Agreement — Registered Mail #RF775824288US — Dated: 03/22/2025

1   *Persona*, Kevin: Walker, a **living soul**, **natural**, **freeborn Sovereign**, state Citizen of
2   California and **the republic** in its **De'jure** capacity as one of the several states of the
3   Union 1789. This incidentally makes him a **national** American of the republic as per
4   the **De'Jure Constitution for the united states 1777/1789.**

5        Kevin, proceeding *sui juris, In Propria Persona*, by *Special Limited*
6   *Appearance*, and is herein referred to as '**Affiant**,' is over 18 years of age, competent
7   to testify and has first hand knowledge of the facts herein. Affiant declared (or
8   certified, verified, affirmed, or stated) under penalty of perjury under the laws of
9   the United States of America that the following is true and correct, to the best of
10  Affiants's understanding and belief, and in good faith:

11  1.  As of **March 22, 2025**, Affiant has **not** received a valid, point for point, written response
12      to the document(s) mailed to the person(s) named below. The document(s) mailed and
13      the mail and delivery date(s) was are:

14  (1) **Document: <u>AFFIDAVIT and Plain Statement of Facts:</u>** NOTICE OF
15      CONDITIONAL ACCEPTANCE AND NOTICE OF *CLAIM, FRAUD,*
16      *EXTORTION, COERCION, SLANDER OF TITLE, RACKETEERING,*
17      *CONSPIRACY, DEED AND TITLE FRAUD, INJURY AND DAMAGE.*

18  **<u>To/Defendant(s)/Respondent(s):</u>** Barry-Lee: O'Connor
    C/o BARRY LEE O'CONNOR
19  3691 Adams Street
    Riverside, California [92504]
20  Express Mail #EI988807156US

    **<u>To/Defendant(s)/Respondent(s):</u>** Naji Doumit and
    Mary Doumit
    C/o NAJI DOUMIT, MARINAJ PROPERTIES LLC
    1130 South Tamarisk Drive
    Anaheim, California  [92807]
    Registered Mail #RF775821012US

21  (2) **Document: <u>AFFIDAVIT and Plain Statement of Facts:</u>** NOTICE OF
22      DEFAULT AND NOTICE OF *CLAIM, FRAUD, EXTORTION, COERCION,*
23      *SLANDER OF TITLE, RACKETEERING, CONSPIRACY, DEED AND TITLE*
24      *FRAUD, INJURY AND DAMAGE.*

25  **<u>To/Defendant(s)/Respondent(s):</u>** Barry-Lee: O'Connor
    C/o BARRY LEE O'CONNOR
26  3691 Adams Street
    Riverside, California [92504]
27  Registered Mail #RF775822865US

    **<u>To/Defendant(s)/Respondent(s):</u>** Naji Doumit and
    Mary Doumit
    C/o NAJI DOUMIT, MARINAJ PROPERTIES LLC
    1130 South Tamarisk Drive
    Anaheim, California  [92807]
    Registered Mail #RF775822874US

28

AFFIDAVIT CERTIFICATE of DISHONOR, NON-RESPONSE, DEFAULT, JUDGEMENT, and LIEN AUTHORIZATION

Self-Executing Contract Security Agreement — Registered Mail #RF775824288US — Dated: 03/22/2025

1  (3) **Document: <u>AFFIDAVIT and Plain Statement of Facts:</u>** NOTICE OF

2     DEFAULT AND OPPORTUNITY TO CURE, AND NOTICE OF *CLAIM,*

3     *FRAUD, EXTORTION, COERCION, SLANDER OF TITLE, RACKETEERING,*

4     *CONSPIRACY, DEED AND TITLE FRAUD, INJURY AND DAMAGE.*

5  **To/Defendant(s)/Respondent(s):** Barry-Lee: O'Connor     **To/Defendant(s)/Respondent(s):** Naji Doumit and
   C/o BARRY LEE O'CONNOR                                     Mary Doumit
6  3691 Adams Street                                         C/o NAJI DOUMIT, MARINAJ PROPERTIES LLC
   Riverside, California [92504]                             1130 South Tamarisk Drive
7  Registered Mail #RF775823755US                            Anaheim, California [92807]
                                                             Registered Mail #RF775823764US

8

9  2. As of **March 22, 2025,** Affiant is **not** in possession of a response from

10    respondent(s) addressing each point on the affidavits sent, **sworn under the**

11    **penalty of perjury, as required** by contract law, principles, and legal maxims.

12 3. Respondent(s) ["}<u>individually and collectively admit</u> the statements and claims

13    by **TACIT PROCURATION, <u>all issues</u> are deemed settled RES JUDICATA,**

14    **STARE DECISIS and by COLLATERAL ESTOPPEL["].**

15 4. Respondent(s), individually and collectively, admit to the statements and claims

16    by **TACIT PROCURATION,** fully agreeing that they are deemed guilty of fraud,

17    racketeering, identity theft, treason, breach of trust and fiduciary duties,

18    extortion, coercion, deprivation of rights under the color of law, conspiracy to

19    deprive of rights under the color of law, monopolization of trade and commerce,

20    forced peonage, obstruction of enforcement, extortion of a national/

21    internationally protected person, false imprisonment, torture, creating trusts in

22    restraint of trade, dereliction of fiduciary duties, bank fraud, breach of trust,

23    treason, tax evasion, bad faith actions, dishonor, injury, and damage to Affiant

24    and/or Complainant(s)/Plaintiff(s).

25 5. Furthermore, Respondent(s) individually and collectively fully agree that this

26    **Affidavit and all previously submitted Affidavits** constitute **prima facie**

27    **evidence** of these violations and serve as proof of claim. As established in **United**

28    **States v. Kis, 658 F.2d 526 (7th Cir. 1981):**

AFFIDAVIT CERTIFICATE of DISHONOR, NON-RESPONSE, DEFAULT, <u>JUDGEMENT</u>, and LIEN AUTHORIZATION

1    "Appellee had the burden of first proving its prima facie case and could do

2    so by affidavit or other evidence."

3  6.  Accordingly, Respondents' failure to rebut constitutes **conclusive admission and**

4    **agreement** to all claims asserted herein

5  7. You/Defendant(s)/Respondent(s) individually and collectively, fully agree that

6    INVOICE and/or TRUE BILL #MIRINAJDISHONOR25 accurately represents

7    their indebtedness of to Affiant, and/or Complainant(s)/Plaintiff(s).

8  8. You/Respondent(s)/Defendant(s) individually and collectively, fully agree that

9    You or who you/they represent <u>is/are the DEBTOR(S)</u> **in this matter.**

10  9. You/Defendant(s)/Respondent(s) individually and collectively, fully agree that You and/

11    or who you represent <u>has/have been paid in full</u> for the "contract" in question.

12  10. You/Defendant(s)/Respondent(s) individually and collectively, fully agree that You/

13    Defendant(s)/Respondent(s) is/are <u>not</u> the CREDITOR, or an ASSIGNEE of the

14    CREDITOR, in this matter.

15  11. Consistent with the **eternal tradition of natural common law, unless I have**

16    **harmed or violated someone or their property, I have committed no crime**; and

17    I am therefore **<u>not</u>** subject to any penalty. I act in accordance with the following

18    <u>**U.S. Supreme Court case:**</u>  "The individual may stand upon his **constitutional**

19    **rights** as a citizen. He is entitled to carry on his **private** business in his own way.

20    **His power to contract is <u>unlimited.</u>** He owes no such duty [to submit his books

21    and papers for an examination] to the State, since he receives nothing therefrom,

22    beyond the protection of his life and property. His rights are such as existed by

23    the law of the land [Common Law] **long antecedent to the organization of the**

24    **State**, and can only be taken from him by due process of law, and in accordance

25    with the Constitution. Among his **rights** are a **refusal to incriminate himself,**

26    and **the immunity of himself and his property from arrest or seizure except**

27    **under a warrant of the law.** He owes nothing to the public so long as he does not

28    trespass upon their rights." — **Hale v. Henkel**, 201 U.S. 43 at 47 (1905).

# NO QUALIFIED OR LIMITED IMMUNITY

12. "When enforcing mere statutes, judges of all courts do not act judicially (and thus are not protected by "qualified" or "limited immunity," - SEE: Owen v. City, 445 U.S. 662; Bothke v. Terry, 713 F2d 1404) - - "but merely act as an extension as an agent for the involved agency -- but only in a "ministerial" and not a "discretionary capacity..." Thompson v. Smith, 154 S.E. 579, 583; Keller v. P.E., 261 US 428; F.R.C. v. G.E., 281, U.S. 464.

13. "Public officials are not immune from suit when they transcend their lawful authority by invading constitutional rights." — AFLCIO v. Woodward, 406 F2d 137 t.

14. "Immunity **fosters neglect and breeds irresponsibility** while liability promotes care and caution, which caution and care is owed by the government to its people." (Civil Rights) **Rabon vs Rowen Memorial Hospital, Inc.** 269 N.S. 1, 13, 152 SE 1 d 485, 493.

15. "Judges not only can be sued over their official acts, but could be held **liable for injunctive and declaratory relief and attorney's fees**." **Lezama v. Justice Court,** A025829.

16. "Ignorance of the law does not excuse misconduct in anyone, least of all in a sworn officer of the law." **In re McCowan** (1917), 177 C. 93, 170 P. 1100.

17. "All are presumed to know the law." **San Francisco Gas Co. v. Brickwedel** (1882), 62 C. 641; **Dore v. Southern Pacific Co.** (1912), 163 C. 182, 124 P. 817; **People v. Flanagan** (1924), 65 C.A. 268, 223 P. 1014; **Lincoln v. Superior Court** (1928), 95 C.A. 35, 271 P. 1107; **San Francisco Realty Co. v. Linnard** (1929), 98 C.A. 33, 276 P. 368.

18. "It is one of the fundamental maxims of the common law that ignorance of the law excuses no one." **Daniels v. Dean** (1905), 2 C.A. 421, 84 P. 332.

19. "the people, not the States, are sovereign." — Chisholm v. Georgia, 2 Dall. 419, 2 U.S. 419, 1 L.Ed. 440 (1793).

20.  **ALL ARE EQUAL UNDER THE LAW.** (God's Law - Moral and Natural Law). Exodus 21:23-25; Lev. 24: 17-21; Deut. 1; 17, 19:21; Mat. 22:36-40; Luke 10:17; Col. 3:25. "No one is above the law".

21. **IN COMMERCE FOR ANY MATTER TO BE RESOLVED MUST BE EXPRESSED.** (Heb. 4:16; Phil. 4:6; Eph. 6:19-21). -- **Legal maxim:** "To lie is to go against the mind."

22. **IN COMMERCE TRUTH IS SOVEREIGN.** (Exodus 20:16; Ps. 117:2; John 8:32; II Cor. 13:8 ) Truth is sovereign -- and the Sovereign tells only the truth.

23. **TRUTH IS EXPRESSED IN THE FORM OF AN AFFIDAVIT.** (Lev. 5:4-5; Lev. 6:3-5; Lev. 19:11-13: Num. 30:2; Mat. 5:33; James 5: 12).

24. **AN UNREBUTTED AFFIDAVIT STANDS AS TRUTH IN COMMERCE.** (12 Pet. 1:25; Heb. 6:13-15;). "He who does not deny, admits."

25. **AN UNREBUTTED AFFIDAVIT BECOMES THE JUDGEMENT IN COMMERCE.** (Heb. 6:16-17;). "There is nothing left to resolve.

26. **WORKMAN IS WORTHY OF HIS HIRE.** The first of these is expressed in Exodus 20:15; Lev. 19:13; Mat. 10:10; Luke 10"7; II Tim. 2:6. **Legal maxim:** "It is against equity for freemen not to have the free disposal of their own property."

27. **HE WHO LEAVES THE BATTLEFIELD FIRST LOSES BY DEFAULT.** (Book of Job; Mat. 10:22) -- **Legal maxim:** "He who does not repel a wrong when he can occasions it.")

Executed "*without* the United States" in compliance with **28 USC § 1746.**

# **FURTHER AFFIANT SAYETH NOT.**

//

//

# I.      *Some* Relevant U.C.C. Sections and Application

1.  **U.C.C. § 1-308 – Reservation of Rights:**

This section ensures that acceptance of an offer under duress or coercion does not waive any rights or defenses. By invoking U.C.C. § 1-308, Claimant(s)/ Complainant(s)/Plaintiff(s).  asserts that any compliance with your offer is made with *explicit reservation of rights*, preserving all legal remedies.

Self-Executing Contract Security Agreement — Registered Mail #RF775824288US — Dated: 03/22/2025

1  **2.  U.C.C. § 2-204 – Formation in General:**

2   This section establishes that a contract can be formed in any manner sufficient

3   to show agreement, including conduct. By issuing the citation (an implied offer

4   to contract), You/Defendant(s)/Respondent(s), have initiated a contractual

5   relationship, which has been conditionally accepted with **<u>new terms herein</u>**.

6  **3.  U.C.C. § 2-206 – Offer and Acceptance in Formation of Contract:**

7   Under this section, an offer can be accepted in any reasonable manner. By

8   conditionally accepting the citation and dispatching this notice via USPS Certified,

9   Registered, and/or Express mail, Claimant(s)/Complainant(s)/Plaintiff(s) has/have

10   created a binding contract agreement and obligation which You/Defendant(s)/

11   Respondent(s) are contractually bound and obligated to.

12  **4.  U.C.C. § 2-202 – Final Written Expression:**

13   This provision ensures that the terms of this conditional acceptance

14   supplement the original terms of the citation. By including these

15   conditions, the issuing authority is bound to provide proof of their

16   validity, failing which the conditional acceptance will be expressly

17   stipulated as the **final** agreement.

18  **5.  U.C.C. § 1-103 – Supplementary General Principles of Law Applicable:**

19   This section allows common law principles to supplement the UCC.

20   Under the doctrine of **equity** and **fair dealing**, failure to provide the

21   requested proof constitutes bad faith and silent acquiescence, tacit

22   agreement, and tacit procuration to all of the the **fact and terms stipulated** in

23   this Affidavit Notice and Self-Executing Contract and Security Agreement.

24  **6.  U.C.C. § 3-505 – Evidence of Dishonor**

25   Under **U.C.C. § 3-505**, an *unrebutted* **Affidavit of Default, Dishonor, and Non-**

26   **Response** creates a **presumption of dishonor** against the defaulting party.

27   **Subsection (a)** states that certain documents are admissible as evidence and

28   create a **presumption of dishonor**, including:

AFFIDAVIT CERTIFICATE of DISHONOR, NON-RESPONSE, DEFAULT, JUDGEMENT, and LIEN AUTHORIZATION

1. A **document regular in form** that certifies dishonor, such as a **notarized affidavit**.

2. A **writing or stamp** from a relevant authority confirming non-acceptance or non-payment.

3. A **record from a financial institution or other official entity** proving dishonor.

- **Subsection (b)** confirms that a **protest of dishonor may be made by a notary public or other authorized official**, further **strengthening the validity and enforceability of the affidavit as prima facie evidence of dishonor**.

**Application:**

By failing to lawfully rebut or respond, **Defendant(s)/Respondent(s) are presumed in dishonor**, and Plaintiffs' claims are **legally established as true and enforceable**. The *unrebutted* **affidavit serves as self-executing proof** that Respondents/Defendants have defaulted and **must now perform according to the binding contract agreement and security instrument**.

II.        **Legal and Procedural Basis**

1. **Mailbox/Postal Rule:**

   Under the mailbox rule, this notice of conditional acceptance is effective and considered **accepted** by You/Defendant(s)/Respondent(s) upon dispatch via the respective Registered, Certified, and/or Express mail number. The agreement becomes **binding** when the notice **is sent**, not when received. This binds the issuing authority to the terms outlined in this notice unless rebutted within the specified timeframe.

2. **Offer and Acceptance:**

   Your citation constitutes an offer under contract law. This notice self-executing Contract and Security Agreement conditionally accepts your contract OFFER and supplements its terms under U.C.C. § 2-202. Failure to

fulfill the new and final terms and conditions within the specified **three (3) day** timeframe constitutes **silent acquiescence, tacit agreement, and tacit procuration**.

**3. Consent to Service by Electronic and Postal Means:**

By the doctrine of silent acquiescence and tacit agreement, You/Defendant(s)/ Respondent(s) have consented to service of notices, pleadings, and communications via email, and/or USPS Registered Mail, Express Mail, or Certified Mail. Your failure to rebut or object to this service method within the specified timeframe constitutes unequivocal acceptance of service through these means.

## III.     <u>Legal Basis for Proof of Delivery via Registered Mail</u>

Under well-established legal precedent, documents sent via **Registered Mail with return receipt requested (Form 3811)** are presumed **delivered upon mailing,** providing strong evidentiary proof of service. Courts have consistently upheld this principle, reinforcing the **Mailbox Rule**, which states that a properly mailed document is presumed received by the addressee unless convincingly rebutted.

**Key Legal Precedents Supporting Proof of Delivery**

1. **U.S. v. Bowen, 414 F.2d 1268 (3rd Cir. 1969)** – The court held that when **Registered Mail is sent with return receipt requested** and the receipt is signed, it constitutes **prima facie evidence of delivery**, meaning the burden shifts to the recipient to prove non-receipt.

2. **Hagner v. United States, 285 U.S. 427 (1932)** – The Supreme Court ruled that mailing a document via **Registered Mail creates a strong presumption of receipt** by the intended party, further solidifying the evidentiary weight of proper mailing.

3. **NLRB v. Local Union No. 103, 434 U.S. 335 (1978)** – The Court established that a **return receipt provides sufficient proof of service** unless rebutted with clear and convincing evidence to the contrary.

4. **Federal Rules of Evidence (FRE) Rule 301** – Under this rule, a presumption exists that a properly mailed document is **received by the intended recipient**, shifting the burden of proof to the recipient to disprove delivery.

5. **39 U.S.C. § 3009** – Governs the legality and evidentiary weight of **Registered Mail,** affirming that mailing with proof of delivery (e.g., Form 3811) is **legally sufficient evidence of receipt.**

6. **26 U.S.C. § 7502** – This statute explicitly states that the **date of mailing is deemed the date of filing or receipt** when Registered Mail is used, providing strong evidentiary support for the **timely delivery and legal effect** of mailed documents.

## Application of the Mailbox Rule

The **Mailbox Rule** dictates that once a document is properly addressed, stamped, and deposited with the postal service, **it is presumed delivered and received by the addressee.** Courts have repeatedly upheld this principle, ensuring that a party cannot **simply deny receipt** to evade legal responsibility. When **Registered Mail with return receipt requested** is used, the proof of mailing is further **reinforced by the signed receipt**, making rebuttal even more difficult

## IV.    <u>Legal Presumption of Delivery and Evidentiary Weight</u>

Based on established case law and statutory authority, **Registered Mail with return receipt requested (Form 3811)** serves as **prima facie evidence of delivery** and creates a strong presumption of receipt by the intended party. Under **U.S. v. Bowen, Hagner v. United States, and NLRB v. Local Union No. 103**, this presumption stands unless rebutted by clear and convincing evidence. Furthermore, **26 U.S.C. § 7502** affirms that the date of mailing via **Registered Mail** is deemed the date of filing or receipt, solidifying its evidentiary value. **Federal Rules of Evidence Rule 301** shifts the burden to the recipient to prove non-receipt, while **39 U.S.C. § 3009** reinforces the legal sufficiency of proof of delivery through postal records. Accordingly, any challenge to the delivery or receipt of documents sent via **Registered Mail with return receipt** must meet a high evidentiary threshold,

ensuring that mailed documents are legally recognized as served and received. **Judgement of $100,000,000.00 *Considered*, AGREED TO and Authorized BY PLAINTIFFS.**

1.  As **considered**, agreed, and stipulated by Plaintiff in the *unrebutted* verified commercial affidavits, and self-executing contract and security agreement (Exhibits E, F, G, and H), Plaintiff **fully authorizes, endorses, supports,** and advocates for the entry of a UCC commercial judgement and lien in the amount of **One Hundred Million and 00/100 Dollars ($100,000,000.00) against Plaintiff, in favor of Defendants,** as also **evidenced** by INVOICE/TRUE BILL #MIRINAJDISHONOR25 which is a part of **Exhibit H**. INVOICE/TRUE BILL #MIRINAJDISHONOR25 is attached hereto as **Exhibit M** and incorporated herein by reference.

2.  As **considered**, agreed, and stipulated by Plaintiff in the *unrebutted* verified commercial affidavits, and self-executing contract and security agreement (Exhibits E, F, G, and H), should it be **deemed** necessary, the Defendants are **fully Authorized** to initiate the filing of a lien, and the seizing of property to secure satisfaction of the **ADJUDGED, DECREED, AND AUTHORIZED** sum total due to **Affiant,** and/or Defendants of, **One Hundred Million and 00/100 Dollars ($100,000,000.00).**

3.  Plaintiff has **not** submitted any **evidence** to contradict or rebut the statements made in the affidavits. As a result, the facts set forth in the affidavits are deemed true and uncontested. Even then non-applicable California Evidence Code § 664 and related case law support the presumption that official duties have been regularly performed, and unrebutted affidavits stand as Truth.

4.  Plaintiff may not argue, controvert, or otherwise protest the finality of the administrative findings established through the unrebutted affidavits. As per established legal principles, once an affidavit is submitted and not rebutted, its

1 content is accepted as true, and Defendants are barred from contesting these
2 findings in subsequent processes, whether administrative or judicial.
3 5. **All are equal under the law** (Aequitas est quasi aequalitas), and **ignorance**
4 **of the law is no excuse** (Ignorantia juris non excusat).

## V.    DEFENDANTS' ACTIONS AS ACTS OF WAR AGAINST THE THE PEOPLE AND THE CONSTITUTION

7 The defendants' conduct constitutes an **outright war against the Constitution**
8 of the United States, its *principles,* and the **rule of law.** By their *bad faith* and
9 deplorable actions, the defendants have demonstrated *willful and intentional*
10 disregard and contempt for the **supreme law of the land**, as set forth in
11 **Article VI, Clause 2 of the Constitution**, which declares that the
12 Constitution, federal laws, and treaties are the supreme law of the land,
13 binding upon all states, courts, and officers.

14 **A. Violations of Constitutional Protections**

15 The defendants have intentionally and systematically engaged in acts that
16 directly violate the protections guaranteed to the plaintiffs and the people under
17 the Constitution, including but not limited to:

18 **1. Violation of the Plaintiffs' Unalienable Rights**: The defendants have
19 deprived the plaintiffs of life, liberty, and property without due process of
20 law, as guaranteed under the Fifth and Fourteenth Amendments.

21 **2. Subversion of the Rule of Law**: Through their actions, the defendants have
22 undermined the separation of powers and checks and balances established
23 by the Constitution. They have disregarded the judiciary's duty to uphold the
24 Constitution by attempting to operate outside the confines of lawful
25 authority, rendering themselves effectively unaccountable.

26 **3. Treasonous Conduct**: Pursuant to Article III, Section 3, treason against the
27 United States is defined as levying war against them or adhering to their
28 enemies, giving them aid and comfort. The defendants' conduct in subverting

1  the constitutional order, depriving citizens of their lawful rights, and
2  unlawfully exercising power without jurisdiction constitutes a form of
3  domestic treason against the Constitution and the people it protects.

4  ## B. Acts of Aggression and Tyranny

5  The defendants' actions amount to a usurpation of authority and a direct attack
6  on the sovereignty of the people, who are the true source of all government
7  power under the Constitution. As stated in the Declaration of Independence,
8  whenever any form of government becomes destructive of the unalienable rights
9  of the people, it is the right of the people to alter or abolish it. The defendants,
10  through their actions, have positioned themselves as adversaries to this
11  principle, attempting to replace the rule of law with arbitrary and unlawful
12  dictates.

13  ## C. Weaponizing Authority to Oppress

14  The defendants' intentional misuse of their authority to act against the interests
15  of the Constitution and its Citizens is a clear manifestation of tyranny. Rather
16  than serving their constitutional mandate to protect and defend the
17  Constitution, they have actively waged war on it by:

18  • **Suppressing lawful claims and evidence presented by the plaintiffs** to
19      protect their property and rights.

20  • **Engaging in acts of fraud, coercion, and racketeering** that strip plaintiffs of
21      their constitutional protections.

22  • **Dismissing the jurisdictional authority of constitutional mandates,** including but
23      not limited to rights to due process and equal protection under the law.

24  The defendants' actions are not merely breaches of law; they are acts of ***insurrection***
25  ***and rebellion* against the very foundation of the nation's constitutional**
26  **framework.** Such acts must not go unchallenged, as they jeopardize the
27  constitutional order, the rights of the people, and the rule of law that ensures justice
28  and equality. Plaintiffs call upon the court and relevant authorities to enforce the

Self-Executing Contract Security Agreement — Registered Mail #RF775824288US — Dated: 03/22/2025

Constitution, compel accountability, and halt the defendants' treasonous war
against the supreme law of the land.

## VI. 'Bare Statutes' as *Confirmation* of Guilt and the Necessity of Prosecution by an Enforcer

Plaintiffs' incorporation of "bare statutes" does **NOT** exonerate Defendants; rather,
it serves as evidence of Defendants' guilt, which they have already ***undisputedly***
admitted through their actions and lack of rebuttal to any affidavits, which they
have a duty to respond to. The invocation of bare statutes merely underscores the
necessity for Plaintiffs to compel a formal enforcer, such as a District Attorney or
Attorney General, to prosecute the criminal violations. This requirement for
enforcement does **NOT** negate the Defendants' culpability but, instead, affirms the
gravity of their admitted violations.

In this matter, Plaintiffs have thoroughly detailed the Defendants' willful and
intentional breaches of multiple federal statutes under Title 18, and Plaintiff's
**private right(s) of action**. These ***blatant*** and ***willful*** violations have been clearly
articulated in this NOTICE, AFFIDAVIT, AND CONTRACT SECURITY
AGREEMENT. Defendants' actions constitute **treasonous** conduct against the
**Constitution and the American people**. Their behavior, alongside that of their
counsel, reflects an attitude of being above the law, further solidifying their guilt.
Plaintiffs maintain that the Defendants' reliance on procedural defenses or
technicalities does not absolve them of their criminal conduct. Instead, their actions
are an unequivocal admission of guilt that necessitates legal action by the
appropriate prosecutorial authority. Plaintiffs reserve all rights to compel such
enforcement to ensure that the Defendants are held fully accountable for their
crimes.

## VII. RESPONSE DEADLINE: REQUIRED WITHIN THREE (3) DAYS:

A response and/or compensation and/or restitution payment must be
received within a deadline of **three (3) days.** At the "**Deadline**" is defined as

AFFIDAVIT CERTIFICATE of DISHONOR, NON-RESPONSE, DEFAULT, JUDGEMENT, and LIEN AUTHORIZATION

1  5:00 p.m. on the third (3rd) day after your receipt of this affidavit. "**Failure to**

2  **respond**" is defined as a blank denial, unsupported denial, inapposite denial,

3  such as, "not applicable" or equivalent, statements of counsel and other

4  declarations by third parties that lack first-hand knowledge of the facts, and/

5  or responses lacking verification, all such responses being legally insufficient

6  to controvert the verified statements herewith.  See *Sieb's Hatcheries, Inc* and

7  *Beasley, Supra.*  Failure to respond can result in **your acceptance of personal**

8  **liability** external to qualified immunity and waiver of any decision rights of

9  remedy.

10  ## VIII. <u>FAILURE TO RESPOND AND/OR PERFORM, REMEDY, AND</u>

11  <u>SETTLEMENT</u>

12  If You/Defendant(s)/Respondent(s), Naji: Doumit, Mary: Doumit, Daniel: Doumit, Barry-

13  Lee: O'Connor, NAJI DOUMIT, MARY DOUMIT, DANIEL DOUMIT, MARINAJ

14  PROPERTIES LLC, FOCUS ESTATES INC, BARRY LEE O'CONNOR, BARRY LEE

15  O'CONNOR & ASSOCIATES, *Does 1-100 Inclusive,* fail to **respond and perform within**

16  **three (3) days** of receiving this **Affidavit Notice and Self-Executing Contract and Security**

17  **Agreement** and *CONDITIONAL* ACCEPTANCE, with **verified evidence** accompanied by

18  **an affidavit sworn under penalty of perjury**, as required by law, then:

19  **1. You/Defendant(s)/Respondent(s), individually and collectively, fully agree** and

20     acknowledge that you are **bound by law to act in good faith** and must:

21      • **Cease all** acts of **conspiracy, fraud, identity theft, embezzlement,**

22        **deprivation under color of law, extortion, bank fraud, harassment,**

23        **conspiracy to deprive, and any other violations of law.**

24      • **Immediately pay** the sum of **Five Hundred Thousand Dollars**

25        **($500,000.00) in lawfully recognized currency, such as gold and silver**

26        **coin, as authorized under Article I, Section 10, Clause 1 of the U.S.**

27        **Constitution, as Restitution and Settlement,** including all **costs and**

28        **fees** associated with handling these matters, and damages for the

1        **unauthorized use of the COREY WALKER Copyright and**

2        **Trademark.**

3       • **Release all special deposit funds, currency, and/or credits** due to Affiant

4         and/or **Claimant(s)/Plaintiff(s).**

5 2. **You/Defendant(s)/Respondent(s) must immediately record a 'QUITCLAIM**

6     **DEED'** transferring any **purported interest** to **Claimant(s)/Plaintiff(s)** and/or

7     tender a **'Rescission of Trustee's Deed of Sale.'**

8 Failure to comply constitutes **tacit admission** and **binding legal agreement** under

9 **commercial and common law,** enforceable as *a matter of law* and record

10 **IX.**   <u>**Three Hundred Million Dollars ($500,000,000.00) Restitution**</u>

11               <u>**Settlement Payment *REQUIRED***</u>

12 Furthermore, if You/Defendant(s)/Respondent(s), Naji: Doumit, Mary: Doumit, Daniel:

13 Doumit, Barry-Lee: O'Connor, NAJI DOUMIT, MARY DOUMIT, DANIEL DOUMIT,

14 MARINAJ PROPERTIES LLC, FOCUS ESTATES INC, BARRY LEE O'CONNOR, BARRY

15 LEE O'CONNOR & ASSOCIATES, *Does 1-100 Inclusive,* fail to **respond and perform**

16 **within three (3) days** from the date of receipt of this communication by providing **verified**

17 **evidence and proof** of the facts and conditions set forth herein, accompanied by **affidavits**

18 **sworn under penalty of perjury,** as required by law, then:

19 **1.** **You/Defendant(s)/Respondent(s), individually and collectively, expressly**

20     **agree** that within **three (3) days** of receipt of this **contract offer,** You/

21     Defendant(s)/Respondent(s) shall:

22       • **Issue restitution payment in the total sum certain of Five Hundred**

23         **Thousand U.S. Dollars ($500,000.00 USD).**

24       • **Acknowledge that said amount becomes immediately due and payable to**

25         **Claimant(s)/Plaintiff(s).**

26 Failure to comply constitutes **tacit acquiescence, full acceptance of all claims as**

27 **true,** and a **binding legal agreement** enforceable under **commercial and common**

28 **law.**

AFFIDAVIT CERTIFICATE of DISHONOR, NON-RESPONSE, DEFAULT, JUDGEMENT, and LIEN AUTHORIZATION

Self-Executing Contract Security Agreement — Registered Mail #RF775824288US — Dated: 03/22/2025

# X.    <u>One Trillion Dollar  ($1,000,000,000,000.00) Default Judgement and Lien</u>

If You/Defendant(s)/Respondent(s), Naji: Doumit, Mary: Doumit, Daniel: Doumit, Barry-Lee: O'Connor, NAJI DOUMIT, MARY DOUMIT, DANIEL DOUMIT, MARINAJ PROPERTIES LLC, FOCUS ESTATES INC, BARRY LEE O'CONNOR, BARRY LEE O'CONNOR & ASSOCIATES, *Does 1-100 Inclusive*, fail to **respond and perform within three (3) days** from the date of receipt of this communication, as **contractually required**, then You/Defendant(s)/Respondent(s), **individually and collectively**, fully agree and accept that:

1. **The entire amount itemized in Invoice #MIRINAJDISHONOR25, totaling One Hundred Million Dollars ($100,000,000.00), in lawfully recognized currency, such as gold and silver coin, as authorized under Article I, Section 10, Clause 1 of the U.S. Constitution,** *shall* **become** *immediately* **due and payable in full.**

2. **By failing to respond and perform within the required timeframe, You/ Defendant(s)/Respondent(s), individually and collectively, expressly admit to all statements and claims by TACIT PROCURATION,** and fully agree that You/Defendant(s)/Respondent(s) are:

   - **Guilty of fraud, theft, embezzlement, larceny, and fraudulent misapplication of funds and assets**
   - **Engaged in forgery and unauthorized use of identity**
   - **Monopolizing trade and commerce, engaging in unfair business practices**
   - **Depriving Affiant of rights under the color of law**
   - **Receiving extortion proceeds, engaging in false pretenses, extortion, and racketeering**
   - **Committing bank fraud and fraudulent transportation and transfer of stolen goods and securities**
   - **Unlawfully interfering, intimidating, and inflicting emotional distress**

AFFIDAVIT CERTIFICATE of DISHONOR, NON-RESPONSE, DEFAULT, JUDGEMENT, and LIEN AUTHORIZATION

- **Willfully violating public policy and the Constitution**
- **Directly responsible for injury and damage to Affiant**

3. **Failure to respond constitutes binding contractual agreement and irrevocable admission of guilt under commercial and common law, enforceable as a matter of law and record.**

# XI.     <u>JUDGEMENT AND COMMERCIAL LIEN AUTHORIZATION</u>

If You/Defendant(s)/Respondent(s), Naji: Doumit, Mary: Doumit, Daniel: Doumit, Barry-Lee: O'Connor, NAJI DOUMIT, MARY DOUMIT, DANIEL DOUMIT, MARINAJ PROPERTIES LLC, FOCUS ESTATES INC, BARRY LEE O'CONNOR, BARRY LEE O'CONNOR & ASSOCIATES, *Does 1-100 Inclusive,* fail to respond within **three (3) days** from the date of receipt of this communication, then you/ they, **individually and collectively,** shall be deemed to have:

1. **Fully and unequivocally decreed, accepted, authorized (pursuant to UCC Article 9), endorsed, supported, and advocated for** a **judgment, summary judgment, and/or commercial lien** in the amount of **One Hundred Million Dollars ($100,000,000.00), in lawfully recognized currency, such as gold and silver coin, as authorized under Article I, Section 10, Clause 1 of the U.S. Constitution,** against **You/Defendant(s)/Respondent(s)** in favor of **Claimant(s)/Plaintiff(s) and/or their lawfully designated ASSIGNEE(S).**

2. **Expressly, fully, and unequivocally authorized, endorsed, supported, and advocated for** Claimant(s)/Plaintiff(s), and/or their lawfully designated ASSIGNEE(S) to formally notify:
   - **The U.S. Department of the Treasury**
   - **The Internal Revenue Service (IRS)**
   - **The respective Congressional Representative**
   - **The U.S. Attorney General**

- **Any other individual, legal fiction, or entity Affiant deems necessary**

3. **Consented to the submission of requisite IRS tax forms**, including but not limited to **Forms 1099-A, 1099-OID, 1099-C, 1096, 1040, 1041, 1041-V, 1040-V, and 3949-A**, documenting:

   - **One Hundred Million Dollars ($100,000,000.00 USD) as income to You/ Defendant(s)/Respondent(s).**
   - **The same amount as lost revenue and/or income to Affiant, Claimant(s)/Plaintiff(s), and/or their lawfully designated ASSIGNEE(S).**

Failure to respond constitutes **tacit agreement** and **binding acceptance** of these terms as a matter of law and commerce.

# XII.    <u>SUMMARY JUDGEMENT, U.C.C. 3-505 *PRESUMED* DISHONOR</u>

It is further agreed that said income *shall* be **assessed and claimed** as income by You/Defendant(s)/Respondent(s) through one or more of the following legal enforcement mechanisms:

1. **Filing a lawsuit** followed by a **DEMAND for Summary Judgment** as a matter of law, in accordance with **California Code of Civil Procedure § 437c(c)** and **Federal Rule of Civil Procedure 56(a)**.

2. **Executing an Affidavit Certificate of Non-Response, Dishonor, Judgment, and Lien Authorization**, pursuant to U.C.C. § 3-505.

3. **Issuing an ORDER TO PAY or BILL OF EXCHANGE to the U.S. Treasury and IRS** in the sum certain of **One Hundred Million Dollars ($100,000,000.00)** for immediate credit to **Affiant, Claimant(s)/Plaintiff(s), and/or their lawfully designated ASSIGNEE(S).**

This **Self-Executing Contract and Security Agreement** serves as **prima facie evidence** of You/Defendant(s)/Respondent(s)'s **Verified INDEBTEDNESS** to **Affiant, Claimant(s)/Plaintiff(s), and/or their lawfully designated ASSIGNEE(S).**

1  Should it be deemed necessary, **Claimant(s)/Plaintiff(s)** are fully **authorized** under

2  **U.C.C. § 9-509** to file a **UCC Commercial Lien and/or UCC-1 Financing Statement**

3  to **perfect their security interest** and secure full satisfaction of the adjudged sum of

4  **One Hundred Million Dollars ($100,000,000.00)**

5  \*\*\* <u>SELF-EXECUTING CONTRACT</u> AND <u>SECURITY AGREEMENT</u>\*\*\* :

6       Again for the record, this <u>contract</u>, <u>received</u> and <u>accepted</u> **per the** <u>mailbox</u>

7  <u>rule</u>, **is self-executing and serves as a** SECURITY AGREEMENT, **and establishes**

8  **a lien, Authorized by You/They/the DEBTOR(S).** <u>Acceptance</u> **of this** <u>contract</u> **is**

9  **deemed to occur at the moment it is dispatched via mail, in accordance with the**

10  <u>mailbox rule</u> **established in common law. Under this rule, an** acceptance **becomes**

11  **effective and binding** once it is properly addressed, stamped, and placed in the

12  control of the postal service, as supported by **Adams v. Lindsell (1818) 106 ER 250.**

13  **Furthermore,** as a <u>self-executing agreement</u>, **this** <u>contract</u> creates <u>**immediate and**</u>

14  <u>**enforceable obligations**</u> without the need for further action, functioning also as a

15  SECURITY AGREEMENT under **Article 9 of the Uniform Commercial Code**

16  **(UCC).**

17  \*\*\* <u>SELF-EXECUTING CONTRACT</u> AND <u>SECURITY AGREEMENT</u>\*\*\* :

18  XIII.          <u>ESTOPPEL BY ACQUIESCENCE:</u>

19  If You/Defendant(s)/Respondent(s), Naji: Doumit, Mary: Doumit, Daniel: Doumit, Barry-

20  Lee: O'Connor, NAJI DOUMIT, MARY DOUMIT, DANIEL DOUMIT, MARINAJ

21  PROPERTIES LLC, FOCUS ESTATES INC, BARRY LEE O'CONNOR, BARRY LEE

22  O'CONNOR & ASSOCIATES, *Does 1-100 Inclusive*, **fail to respond** by addressing **each**

23  **point, on a point-by-point basis**, You/Defendant(s)/Respondent(s) **individually and**

24  **collectively:**

25  **1. Accept all** statements, declarations, stipulations, facts, **and** claims as **Truth and**

26     **Fact** by **TACIT PROCURATION.**

27  **2. Acknowledge that all issues are deemed settled under** *RES JUDICATA,*

28     *STARE DECISIS*, **and COLLATERAL ESTOPPEL.**

Self-Executing Contract Security Agreement — Registered Mail #RF775824288US — Dated: 03/22/2025

3. **Waive any right to argue, controvert, or otherwise protest the finality of these administrative findings in any subsequent process, whether administrative or judicial.**

4. **Are** permanently barred **from raising any future objections to the findings herein.**

(For any terms you do not "understand," refer to **Black's Law Dictionary, 6th Ed.**). Furthermore, **failure to fully respond** will constitute **express agreement** that You/Defendant(s)/Respondent(s) **shall not argue, controvert, or protest** the finality of these findings **in any administrative or judicial process**, as certified by **Notary or Witness Acceptor** in an **Affidavit Certificate of Non-Response and/or Judgment** or similar binding instrument.

Should **You/Defendant(s)/Respondent(s)** fail to respond, provide **partial, unsworn, or incomplete answers,** such responses are **not acceptable** and shall have no legal effect. The Courts have consistently upheld that **failure to properly respond results in admissions of fact,** as seen in:

- **Sieb's Hatcheries, Inc. v. Lindley, 13 F.R.D. 113 (1952):**
  *"Defendant(s) made no request for an extension of time in which to answer the request for admission of facts and filed only an unsworn response within the time permitted,"* thus, under the specific provisions of Ark. and Fed. R. Civ. P. 36, the facts in question were deemed admitted as true.

- **Beasley v. U.S., 81 F. Supp. 518 (1948):**
  *"I, therefore, hold that the requests will be considered as having been admitted."*

- **Winsett v. Donaldson, 244 N.W.2d 355 (Mich. 1976):**
  *"Statements of fact contained in affidavits which are not rebutted by the opposing party's affidavit or pleadings may be accepted as true by the trial court."*

Failure to fully comply within the required timeframe constitutes **absolute admission, binding legal agreement, and final settlement of all claims as a matter of law and commerce.**

AFFIDAVIT CERTIFICATE of DISHONOR, NON-RESPONSE, DEFAULT, JUDGEMENT, and LIEN AUTHORIZATION

Self-Executing Contract Security Agreement — Registered Mail #RF775824288US — Dated: 03/22/2025

Invoice #MIRINAJDISHONOR25

# <u>INVOICE</u> and/or <u>TRUE BILL</u>

**Dear Valued Defendant(s), Respondent(s), Customer(s), Fiduciary(ies), Agent(s), and/or DEBTOR(S):**

It has come to OUR attention that you are **deemed guilty of multiple felony crimes, violations of U.S. Code, U.C.C, the Constitution, and the law.** You have or currently still are **threatening, extorting, depriving, coercing, damaging, injuring, and causing irreparable physical, mental, emotional, and financial harm to** ™KEVIN WALKER© ESTATE, ™WG EXPRESS TRUST©, ™KEVIN WALKER© IRR TRUST and its/their beneficiary(ies), and their Fiduciary(ies), Trustee(s), Executor(s), Agent(s), and Representatives. **You remain in default, dishonor, and have an outstanding past due balance due immediately, to wit:**

| | | |
|---|---|---|
| 1. | 18 U.S. Code § 1341 - Frauds and swindle : | *$10,000,000.00* |
| 2. | 18 U.S. Code § 4 - Misprision of felony | *$1,000,000.00* |
| 3. | Professional and personal fees and costs associated with preparing documents for this matter: | $100,000,000.00 |
| 4. | 15 U.S. Code § 2 - Monopolizing trade a felony; penalty: | $200,000,000.00 |
| 5. | 18 U.S. Code § 241 - Conspiracy against rights: | $9,000,000,000.00 |
| 6. | 18 U.S. Code § 242 - Deprivation of rights under color of law: | $9,000,000,000.00 |
| 7. | 18 U.S. Code § 1344 - Bank fraud: (fine and/or up to 30 years imprisonment) | $100,000,000.00 |
| 8. | 15 U.S. Code § 1122 - Liability of United States and States, and instrumentalities and officials thereof: | $100,000,000,000.00 |
| 9. | 15 U.S. Code § 1 - Trusts, etc., in restraint of trade illegal; penalty (fine and/or up to 10 years imprisonment): | $900,000,000.00 |
| 10. | 18 U.S. Code § 1951 - Interference with commerce by threats or violence (fine and/or up to 20 years imprisonment): | $3,000,000,000.00 |
| 11. | Title 18 U.S. Code § 112 - Protection of foreign officials, official guests, and internationally protected persons: | $11,000,000.00 |
| 12. | 18 U.S. Code § 878 - Threats and extortion against foreign officials, official guests, or internationally protected persons (fine and/or up to 20 years imprisonment): | $500,000,000.00 |
| 13. | 18 U.S. Code § 880 - Receiving the proceeds of extortion (fine and/or up to 3 years imprisonment): | $100,000,000.00 |
| 14. | Use of ™KEVIN LEWIS WALKER©:                    x 3 | $3,000,000.00 |
| 15. | Fraud, conspiracy, obstruction, identity theft, extortion, bad faith actions, treason, monopolization of trade and commerce, bank fraud, threats, coercion, identity theft, mental trauma, emotional anguish and trauma. embezzlement, larceny, felony crimes, loss of time and thus enjoyable life, deprivation of rights under the color of law harassment, Waring against the Constitution, injury and damage: | $777,075,000,000.00 |

| | |
|---|---|
| **Total Due:** | **$1,000,000,000,000.00 USD** |
| **Good Faith Discount:** | **$999,700,000,000.00 USD** |
| **Total Due by 03/26/2025:** | **$300,000,000.00 USD** |
| **Total Due after 03/26/2025:** | **$1,000,000,000,000.00 USD** |

AFFIDAVIT CERTIFICATE of DISHONOR, NON-RESPONSE, DEFAULT, JUDGEMENT, and LIEN AUTHORIZATION

# EXHIBITS/ATTACHMENTS:

1. **Exhibit A:** UCC1 filing #2024385925-4.

2. **Exhibit B:** UCC1 filing #2024385935-1.

3. **Exhibit C:** UCC3 filing and NOTICE #2024402433-7.

4. **Exhibit D:** UCC3 filing and NOTICE #2024411182-7.

5. **Exhibit E:** GRANT DEED recorded in Official Records County of Riverside, DOC #2024-0291980, APN: 957-570-005, File No.: 37238 KH, where the private trust property is titled to 'WG **Private Irrevocable** Trust, dated Febraury 7, 2022'

6. **Exhibit F:** GRANT DEED, DOC #2022-0490841, APN: 957-570-005, File No.: 30291 KH, recorded in Official Records County of Riverside.

7. **Exhibit G: fraudulent** 'TRUSTEE'S DEED UPON SALE' (DOC # 2025-0017386, APN: 957-570-005, TS# 176672) was filed and is therefore **void *ab initio***

8. **Exhibit H:** OFFER titled '3/90 DAY NOTICE TO QUIT'

9. **Exhibit I:** 'Affidavit: Power of Attorney In Fact'

10. **Exhibit J:** Trademark and Copyright Contract Agreement for ™KEVIN WALKER©.

11. **Exhibit K:** Trademark and Copyright Contract Agreement for ™DONNABELLE MORTEL©.

12. **Exhibit L:** Self-Executing Contract Security Agreement #EI988807156US — Dated: 02/08/2025 (**AFFIDAVIT and Plain Statement of Facts:** NOTICE OF CONDITIONAL ACCEPTANCE AND NOTICE OF *CLAIM, FRAUD, EXTORTION, COERCION, SLANDER OF TITLE, RACKETEERING, CONSPIRACY, DEED AND TITLE FRAUD, INJURY AND DAMAGE.*

13. **Exhibit M:** Self-Executing Contract Security Agreement #RF775822865US — Dated: 02/14/2025 (**AFFIDAVIT and Plain Statement of Facts:** NOTICE OF DEFAULT AND NOTICE OF *CLAIM, FRAUD, EXTORTION, COERCION, SLANDER OF TITLE, RACKETEERING, CONSPIRACY, DEED AND TITLE FRAUD, INJURY AND DAMAGE.*

AFFIDAVIT CERTIFICATE of DISHONOR, NON-RESPONSE, DEFAULT, JUDGEMENT, and LIEN AUTHORIZATION

14. **Exhibit M:** Self-Executing Contract Security Agreement #RF775823755US —

Dated: 03/14/2025 (**AFFIDAVIT and Plain Statement of Facts:** NOTICE OF

DEFAULT AND OPPORTUNITY TO CURE AND NOTICE OF *CLAIM, FRAUD,*

*EXTORTION, COERCION, SLANDER OF TITLE, RACKETEERING,*

*CONSPIRACY, DEED AND TITLE FRAUD, INJURY AND DAMAGE*

# WORDS DEFINED GLOSSARY OF TERMS:

As used in this Affidavit, the following words and terms are as defined in this section, non-obstante:

1. automobile: a passenger vehicle that does not transport persons for hire. This includes station wagons, sedans, vans, and sport utility vehicles. **See, California Vehicle Code (CVC) §465**.

2. commercial vehicle: A "commercial vehicle" is a vehicle which is used or maintained for the transportation of persons for hire, compensation, or profit or designed, used, or maintained primarily for the transportation of property (for example, trucks and pickups). **See CVC §260.**

3. motor vehicle: The term "motor vehicle" means every description of carriage or other contrivance propelled or drawn by mechanical power **and** used for **commercial purposes** on the highways in the transportation of passengers, passengers and property, or property or cargo. **See 18 U.S. Code § 31 - Definitions.**

4. financial institution:  a **person**, an **individual,** a **private banker,** a business engaged in vehicle sales, including automobile, airplane, and boat sales, persons involved in real estate closings and settlements, the United States Postal Service, a commercial bank or trust company, any credit union, an agency of the United States Government or of a State or local government carrying out a duty or power of a business described in this paragraph, a broker or dealer in securities or commodities, a currency exchange, or a business engaged in the exchange of currency, funds, or value that substitutes for currency or funds, financial agency, a loan or finance company, an issuer, redeemer, or cashier of travelers' checks, checks, money orders, or similar instruments, an operator of a credit card system, an insurance company, a licensed sender of money or any other person who engages as a business in the transmission of currency, funds, or value that substitutes for currency, including any person who engages as a business in an informal money transfer system or any network of people who engage as a

1   business in facilitating the transfer of money domestically or internationally outside of the

2   conventional financial institutions system. Ref. 31 U.S. Code § 5312 - Definitions and application.

3   5.   **individual:** As a noun, this term denotes a single **person** as distinguished from a group or class, and

4   also, very commonly, a private or natural person as distinguished from a partnership, corporation, or

5   association; but it is said that this restrictive signification is not necessarily inherent in the word, and

6   that it **may**, in proper cases, include **artificial persons**.  As an adjective: Existing as an indivisible entity.

7   Of or relating to a single person or thing, as opposed to a group.— See Black's Law Dictionary 4th, 7th,

8   and 8th Edition pages 913, 777,  and 2263 respectively.

9   6.   **person:** Term may include artificial beings, as corporations. The term means an individual, corporation,

10   business trust, estate, trust, partnership, limited liability company, association, joint venture,

11   government, governmental subdivision, agency, or instrumentality, public corporation, or any other

12   legal or commercial entity. The term "person" shall be construed to mean and include an individual, a

13   trust, estate, partnership, association, company or corporation.  **The term "person" means a natural**

14   **person or an organization. -Artificial persons.** Such as are created and devised by law for the purposes

15   of society and government, called "corporations" or bodies politic." **-Natural persons.** Such as are

16   formed by nature, as distinguished from artificial persons, or corporations. **-Private person.** An

17   individual who is not the incumbent of an office. Persons are divided by law into natural and **artificial.**

18   Natural persons are such as the God of nature formed us; **artificial** are such as are created and devised

19   by **human laws**, for the purposes of society and government, which are called "corporations" or "bodies

20   politic." — See Uniform Commercial Code (UCC) § 1-201, Black's Law Dictionary 1st, 2nd, and 4th

21   edition pages 892, 895, and 1299, respectively, 27 Code of Federal Regulations (CFR) § 72.11 - Meaning

22   of terms, and 26 United States Code (U.S. Code) § 7701 - Definitions.

23   7.   **bank:** a **person** engaged in the business of banking and includes a savings bank, savings and loan

24   association, credit union, and **trust company.**  The terms "banks", "national bank", "national banking

25   association", "member bank", "board", "district", and "reserve bank" shall have the meanings assigned

26   to them in section 221 of this title.  An institution, of great value in the commercial world, empowered

27   to receive deposits of money, to make loans. and to issue its promissory notes, (designed to circulate as

28   money, and commonly called "bank-notes" or "bank-bills" ) or to perform any one or more of these

1    functions. The term "bank" is usually restricted in its application to an incorporated body; while a

2    **private individual** making it his business to conduct banking operations is denominated a "banker."

3    Banks in a commercial sense are of three kinds, to wit; (1) Of deposit; (2) of discount; (3) of circulation.

4    Strictly speaking, the term "bank" implies a place for the deposit of money, as that is the most obvious

5    purpose of such an institution. — See, UCC 1-201, 4-105, 12 U.S. Code § 221a, Black's Law Dictionary

6    1st, 2nd, 4th, 7th, and 8th, pages 117-118, 116-117, 183-184, 139-140, and 437-439.

7    8.    **discharge:** To cancel or unloose the obligation of a contract; to make an agreement or contract

8    null and inoperative. Its principal species are rescission, release, accord and satisfaction,

9    performance, judgement, composition, bankruptcy, merger. As applied to demands claims,

10    right of action, incumbrances, etc., to discharge the debt or claim is to extinguish it, to annul

11    its obligatory force, to satisfy it. And here also the term is generic; thus a dent , a mortgage. As

12    a noun, the word means the act or instrument by which the binding force of a contract is

13    terminated, irrespective of whether the contract is carried out to the full extent contemplated

14    (in which case the discharge is the result of performance) or is broken off before complete

15    execution. See, Blacks Law Dictionary 1st, page

16    9.    **pay:** To discharge a debt; to deliver to a creditor the value of a debt, either in money or in goods, for his

17    acceptance. To pay is to deliver to a creditor the value of a debt, either in money or In goods, for his

18    acceptance, by which the debt is discharged. See Blacks Law Dictionary 1st, 2nd, and 3rd edition, pages

19    880, 883, and 1339 respectively.

20    10.    **payment:** The performance of a duty, promise, or obligation, or discharge of a debt or liability. by the delivery of

21    money or other value. Also the money or thing so delivered. Performance of an obligation by the delivery of money

22    or some other valuable thing accepted in partial or full discharge of the obligation. [Cases: Payment 1. C.J.S.

23    Payment § 2.] 2. The money or other valuable thing so delivered in satisfaction of an obligation. See Blacks Law

24    Dictionary 1st and 8th edition, pages 880-811 and 3576-3577, respectively.

25    11.    **driver:** The term "driver" (i.e: "driver's license") means One **employed** in conducting a coach, carriage,

26    wagon, or other vehicle, with horses, mules, or other animals.

27    12.    **may:** An auxiliary verb qualifying the meaning of another verb by expressing ability, competency,

28    liberty, permission, probability or contingency. — Regardless of the instrument, however, whether

AFFIDAVIT CERTIFICATE of DISHONOR, NON-RESPONSE, DEFAULT, JUDGEMENT, and LIEN AUTHORIZATION

1  constitution, statute, deed, contract or whatnot, **courts <u>not</u> infrequently construe "may" as "shall" or
2  "must".** — <u>See Black's :aw Dictionary, 4th Edition page 1131.</u>

3  13.  **extortion:** The term "**extortion**" means the obtaining of property from another, **with his consent,**
4      **induced by wrongful use of actual or threatened force, violence, or fear, or under** color **of official**
5      **right.** — <u>See 18 U.S. Code § 1951 - Interference with commerce by threats or violence.</u>

6  14.  **national:** "foreign government", "foreign official", "internationally protected person", "international
7      organization", "national of the United States", "official guest," and/or "non-citizen national." **They all**
8      **have the same meaning.** <u>See Title 18 U.S. Code § 112  - Protection of foreign officials, official guests, and</u>
9      <u>internationally protected persons.</u>

10  15.  **United States:** For the purposes of this Affidavit, the terms "<u>U</u>nited <u>S</u>tates" and "U.S." *mean*
11      *only the Federal Legislative Democracy of the District of Columbia,* Puerto Rico, U.S. Virgin Islands,
12      Guam, American Samoa, and any other Territory within the "United States," which entity has
13      its origin and jurisdiction from Article 1, Section 8, Clause 17-18 and Article IV, Section 3,
14      Clause 2 of the Constitution for the United States of America. *The terms "United States" and*
15      *"U.S." are NOT to be construed to mean or include the sovereign, <u>u</u>nited 50 <u>s</u>tates of America.*

16  16.  **fraud:** deceitful practice or Willful device, resorted to with intent to deprive another of his right, or in
17      some manner to do him an injury.   As distinguished from negligence, it is always positive, intentional.
18      as applied to contracts is the cause of an error bearing on material part of the contract, created or
19      continued by artifice, with design to obtain some unjust advantage to the one party, or to cause an
20      inconvenience or loss to the other. in the sense of court of equity, properly includes all acts, omissions,
21      and concealments which involved a breach of legal or equitable duty, trust, or confidence justly
22      reposed, and are injurious to another, or by which an undue and unconscientious advantage is taken of
23      another. <u>See Black's Law Dictionary, 1st and 2nd Edition, pages 521-522 and 517 respectively.</u>

24  17.  color: appearance, semblance. or simulacrum, as distinguished from that which is real. A prima facie or
25      apparent right. Hence, a deceptive appearance; a plausible, assumed exterior, concealing a lack of
26      reality; a a disguise or pretext. <u>See, Black's Law Dictionary 1st Edition, page 222.</u>

27  18.  **colorable:** That which is in appearance only, and not in reality, what it purports to be. <u>See, Black's Law</u>
28      <u>Dictionary 1st Edition, page 2223.</u>

Self-Executing Contract Security Agreement — Registered Mail #RF775824288US — Dated: 03/22/2025

# P R O O F   O F   S E R V I C E

STATE OF CALIFORNIA                    )
                                       )    **ss.**
COUNTY OF RIVERSIDE                    )

I competent, over the age of eighteen years, and not a party to the within action.  My mailing address is the Walkernova Group, **care of:** 30650 Rancho California Road suite #406-251, Temecula, California [92591].  On March 24, 2025, I served the within documents:

1.      **AFFIDAVIT CERTIFICATE of DISHONOR, NON-RESPONSE, DEFAULT, JUDGEMENT, and LIEN AUTHORIZATION.**

2.                              **Exhibit A through M.**

**By United States Mail.**  I enclosed the documents in a sealed envelope or package addressed to the persons at the addresses listed below by placing the envelope for collection and mailing, following our ordinary business practices.  I am readily familiar with this business's practice for collecting and processing correspondence for mailing.  On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepared. I am a resident or employed in the county where the mailing occurred.  The envelope or package was placed in the mail in Riverside County, California, and sent via Registered Mail with a form 3811.

Naji Doemt, Mary Doumit, Daniel Doemt
C/o NAJI DOUMIT, MARINAJ PROPERTIES, FOCUS ESTATES INC
1130 South Tamarisk Drive
Anaheim, California [92807]
Registered Mail #RF775824291US

Barry-Lee: O'Connor
C/o BARRY LEE O'CONNOR, BARRY LEE O'CONNOR & ASSOCIATES
3691 Adams Street
Riverside, California [92504]
Registered Mail #RF775824288US

AFFIDAVIT CERTIFICATE of DISHONOR, NON-RESPONSE, DEFAULT, JUDGEMENT, and LIEN AUTHORIZATION

Self-Executing Contract Security Agreement — Registered Mail #RF775824288US — Dated: 03/22/2025

**By Electronic Service.** Based on a court order and/or an <u>agreement of the parties</u> to accept service by electronic transmission, I caused the documents to be sent to the persons at the electronic notification addresses listed below.

Naji Doemt, Mary Doumit, Daniel Doemt
C/o NAJI DOUMIT, MARINAJ PROPERTIES, FOCUS ESTATES INC
1130 South Tamarisk Drive
Anaheim, California [92807]
<u>udlaw2@aol.com</u>

Barry-Lee: O'Connor
C/o BARRY LEE O'CONNOR, BARRY LEE O'CONNOR & ASSOCIATES
3691 Adams Street
Riverside, California [92504]
<u>udlaw2@aol.com</u>

I declare under penalty of perjury under the laws of the State of California that the above is true and correct. Executed on March 22, 2025 in Riverside County, California.

_____*/s/Corey Walker/*_____
Corey Walker

## COMMERCIAL OATH AND VERIFICATION:

County of Riverside             )
                                )          Commercial Oath and Verification
The State of California         )

I, <u>KEVIN WALKER</u>, under my unlimited liability and Commercial Oath proceeding in good faith being of sound mind states that the facts contained herein are true, correct, complete and not misleading to the best of Affiant's knowledge and belief under penalty of International Commercial Law and state this to be HIS Affidavit of Truth regarding same signed and sealed this <u>22ND</u> day of <u>MARCH</u> in the year of Our Lord two thousand and twenty five:

proceeding *sui juris, In Propria Persona*, by *Special Limited Appearance*,
**All rights reserved without prejudice or recourse, UCC § 1-308, 3-402.**

By: _____

Kevin Walker, *Attorney In Fact, Secured Party,*
*Executor*, national, *private bank(er)* EIN # 9x-xxxxxxx

AFFIDAVIT CERTIFICATE of DISHONOR, NON-RESPONSE, DEFAULT, JUDGEMENT and LIEN AUTHORIZATION

Self-Executing Contract Security Agreement — Registered Mail #RF775824288US — Dated: 03/22/2025

1  Let this document stand as truth before the Almighty Supreme Creator and let it be

2  established before men according as the scriptures saith: *"But if they will not listen,*

3  *take one or two others along, so that every matter may be established by the testimony of two*

4  *or three witnesses." Matthew 18:16. "In the mouth of two or three witnesses, shall every*

5  *word be established" 2 Corinthians 13:1.*

6                                                          *Sui juris, By Special Limited Appearance,*

7  By:_____

8                                          Donnabelle Mortel *(WITNESS)*

9                                                          *Sui juris, By Special Limited Appearance,*

10  By:_____

11                                          Corey Walker  *(WITNESS)*

12                                          **NOTICE:**

13  Using a notary on this document does *not* constitute any adhesion, *nor does it alter my*

14  *status in any manner.* The purpose for notary is verification and identification **only** and

15  **not** for entrance into **any** foreign jurisdiction.

16                                          **JURAT:**

17

18  State of Riverside              )
                                             ) ss.
19  County of California          )

20  Subscribed and ~~sworn~~ to (or affirmed) before me on this 27th day of February, 2025 by Kevin Walker proved

21  to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

22

23  Joyti Patel, _____ Notary public
              print

24  Joytilatel _____ Seal:

25

26

27

28

-30 of 30-

AFFIDAVIT CERTIFICATE of DISHONOR, NON-RESPONSE, DEFAULT, JUDGEMENT, and LIEN AUTHORIZATION

-Exhibit K-

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Barry Lee O'Conner
C/o BARRY LEE O'CONNOR & ASSOCIATES
3691 Adams Street
Riverside, California [92504]

9590 9402 8731 3310 3737 31

2. EI 988 807 156 US

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _____    ☐ Agent
                             ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:         ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053        Domestic Return Receipt

-Exhibit L-

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Barry Lee O'Connor, Agent(s)
% BARRY LEE O'CONNOR
3691 Adams Street
Riverside, California [92504]

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖
9590 9402 8731 3310 3700 68

2. Article Number (Transfer from service label)
RF 775 822 865 US

PS Form 3811, July 2020 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☐ Agent
                    ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
                                2/18/25

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

-Exhibit M-

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Naji, Mary, Daniel Demsit
c/o Focus Estates & Marina)
1130 South Tamarisk Drive
Anaheim, California [92807]

9590 9402 8731 3310 3700 75

2. Article Number (Transfer from service label)

RF 775 822 874 US

PS Form **3811**, July 2020 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X ☐ Agent
☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Barry
c/o BARRY LEE O'CONNOR
3691 Adams Street
Riverside, California [92504]

9590 9402 8731 3310 3744 31

2. Article Number (Transfer from service label)

RF 775 823 755 US

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _Lusy/Pin_    ☑ Agent    ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

KELSEY    3/17/2025

D. Is delivery address different from item 1?    ☐ Yes
   If YES, enter delivery address below:    ☒ No

3. Service Type
- ☐ Adult Signature
- ☐ Adult Signature Restricted Delivery
- ☐ Certified Mail®
- ☐ Certified Mail Restricted Delivery
- ☐ Collect on Delivery
- ☐ Collect on Delivery Restricted Delivery
- ☐ Insured Mail
- ☐ Insured Mail Restricted Delivery (over $500)
- ☐ Priority Mail Express®
- ☐ Registered Mail™
- ☐ Registered Mail Restricted Delivery
- ☐ Signature Confirmation™
- ☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053    Domestic Return Receipt

-Exhibit N-

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Barry, Naji, Mary, Daniel
% BARRY LEE O'CONNOR
3691 Adams Street
Riverside, California [92504]

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖
9590 9402 8731 3310 3744 62

2. Article Number (Transfer from service label)
RF 775 824 288 US

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X
☐ Agent
☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:   ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053    Domestic Return Receipt

-Exhibit O-

WG Express Trust

# Certification of Trust

The undersigned, after first being duly sworn and upon their oath, states as follows:

1.  This Certificate of Trust refers to KEVIN WALKER and KEVIN WALKER ESTATE and KEVIN WALKER IRR TRUST, Trustee, or their successors in trust, under the **WG EXPRESS TRUST**, dated **January 1, 2024**.

2.  The Trust was formed on **January 1, 2024** and is in existence as of today.

3.  The initial Trustees of the Trust are:
    **KEVIN WALKER and KEVIN WALKER ESTATE and KEVIN WALKER IRR TRUST**

4.  The present Trustees of the Trust are:
    **KEVIN WALKER and KEVIN WALKER ESTATE and KEVIN WALKER IRR TRUST**

5.  The Successor Trustee is:
    **WALKERNOVA FAMILY IRREVOCABLE EXPRESS**

6.  Title to the property in this trust shall be taken as "**WG Express, trustee of the WG Private Irrevocable Trust, dated February 7, 2022**"

7.  The Trust is private, non-statutory, and **irrevocable**. There have been no amendments limiting the powers of the Trustee over the trust property.

8.  Each Trustee shall have full authority and power to **act independently and without the consent of any other Trustee** to open bank accounts; lend and/or borrow funds; convey property owned by the Trust; sell, lease, or encumber Trust property; engage in commerce and/or business transactions; make special deposits; and issue debt instruments, bonds, drafts, orders, bills of exchange, checks, money orders, draws, extensions of credit, and letters of credit, as well as to otherwise dispose of Trust property.

9.  No person or entity paying money to, or delivering property to, any Trustee shall be required to ensure the proper application of such funds or property. All persons relying on this Certificate regarding the Trustee(s) and their powers over Trust property shall be held harmless from any resulting loss or liability arising from such reliance.

10. A copy of this Certificate of Trust shall be considered as valid and effective as the original.

**All rights reserved without prejudice or recourse, UCC § 1-308, 3-402**

Dated: January 1, 2024

KEVIN WALKER, Trustee
**By: Kevin Walker**, *Authorized Representative.*

## NOTICE:

Using a notary on this document does *not* constitute any adhesion, *nor does it alter my status in any manner*. The purpose for notary is verification and identification only and not for entrance into any foreign jurisdiction.

**WG Express Trust**

# ACKNOWLEDGEMENT:

State of California                              )

                                                ) ss.

County of Riverside                 )

> A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

On this 1st day of January, 2024, before me,  Joyti Patel , a Notary Public, personally appeared Kevin Walker, who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _Joyti Patel_____ (Seal)

> JOYTI PATEL
> Notary Public · California
> Riverside County
> Commission # 2407742
> My Comm. Expires Jul 8, 2026

-Exhibit P-

CERTIFIED MAIL # 70220410 000174267708

# **TRUTH AFFIDAVIT**

### IN THE NATURE OF SUPPLEMENTAL
### RULES FOR ADMINISTRATIVE AND MARITIME CLAIMS RULES C(6)
Grant of Exclusive power of attorney to conduct all
tax, business, and legal affairs of principal person.

**Date:** December 3, 2023

## **POWER OF ATTORNEY IN FACT**

I, KEVIN WALKER, WALKER, KEVIN, KEVIN LEWIS WALKER, WALKER, KEVIN L., WALKER, KEVIN LEWIS, or any derivative thereof, **DEBTOR/ENS LEGIS/BANK/ FINANCIAL INSTITUTION/ARTIFICIAL ENTITY/CORPORATE FICTION**, c/o 5250 Lankershim Blvd Suite 500, North Hollywood, California, do hereby appoint **Kevin: Walker**, **a Living Soul, as Agent with Power of Attorney in Fact**, Non-domestic, c/o 30650 Rancho California Road suite # 406-251, Temecula, California, to take exclusive charge of, manage, and conduct all of my tax, business and legal affairs, and for such purpose to act for me in my name and place, without limitation on the powers necessary to carry out this exclusive purpose of attorney in fact as authorized:

    **(a)** To take possession of, hold, and manage my real estate and all other property;

    **(b)** To receive money or property paid or delivered to me from any source;

    **(c)** To deposit funds in, make withdrawals from, or sign checks or drafts against any account standing in my name individually or jointly in any bank or other depository, to cash coupons, bonds, or certificates of deposits, to endorse checks, notes or other documents in my name; to have access to, and place items in or remove them from, any safety deposit box standing in my name individually or jointly, and otherwise to conduct bank transactions or business for me in my name;

    **(d)** To pay my just debts and expenses, including reasonable expenses incurred by my Attorney In Fact **Kevin: Walker**, in exercising this **exclusive** power of attorney.

    **(e)** To retain any investments, invest, and to invest in stocks, bonds, or other securities, or in real estate or other property;

CERTIFIED MAIL # 70220410 000174267708

**(f)** To give general and special proxies or exercise rights of conversion or rights with respect to shares or securities, to deposit shares or securities with, or transfer them to protective committees or similar bodies, to join in any reorganization and pay assessments or subscriptions called for in connection with shares or securities;

**(g)** To sell, exchange, lease, give options, and make contracts concerning real estate or other property for such considerations and on such terms as my Attorney In Fact Kevin: Walker, may consider prudent;

**(h)** To improve or develop real estate, to construct, alter, or repair building structures and appurtenances or real estate; to settle boundary lines, easements, and other rights with respect to real estate; to plant, cultivate, harvest, and sell or otherwise dispose of crops and timber, and do all things necessary or appropriate to good husbandry.

**(i)** To provide for the use, maintenance, repair, security, or storage of my tangible property;

**(j)** To purchase and maintain such policies of insurance against liability, fire, casualty, or other risks as my attorney in fact Kevin: Walker may consider prudent;

The Agent/**Living Soul**, **Kevin: Walker**, is hereby authorized by law to act for and in control of the **DEBTOR/ENS LEGIS/BANK/FINANCIAL INSTITUTION/ARTIFICIAL ENTITY/ CORPORATE FICTION**, or any derivative thereof. In addition, through the exclusive power of attorney, to contract for all business and legal affairs of the principal person: WALKER, KEVIN, **DEBTOR/ENS LEGIS/BANK/FINANCIAL INSTITUTION/ARTIFICIAL ENTITY/ CORPORATE FICTION**. The term "exclusive" shall be construed to mean that while these powers of attorney are in force, only my attorney in fact may obligate me in these matters, and I forfeit the capacity to obligate myself with regard to the same. This grant of Exclusive Power is <u>Irrevocable</u> during the lifetime of the Agent/**Living Soul, Kevin: Walker**.

Executed and sealed by the voluntary act of my own hand, this **11th day of December, 2023**. I am.

Acceptance:

_____

KEVIN L. WALKER, GRANTOR

-Page 2 of 4-

TRUTH AFFIDAVIT: POWER OF ATTORNEY IN FACT

CERTIFIED MAIL # 70220410 000174267708

1   Executed *without* the UNITED STATES, I declare under penalty of perjury under the laws of the united

2   states of America that the foregoing is true and correct. Without Prejudice, UCC § 1-308.

3

4                 I, the above named **<u>exclusive</u> A**ttorney In Fact, do hereby

              Accept the fiduciary interest of the herein-named

5                 **DEBTOR/ENS LEGIS/BANK/FINANCIAL**

6                 **INSTITUTION/ARTIFICIAL ENTITY/CORPORATE**

              **FICTION** and will execute the herein-granted powers-of-

7                 attorney with due diligence.

8

9                 proceeding sui juris, by *special limited appearance*,
**All rights reserved without prejudice or recourse, UCC § 1-308, 3-402.**

10

      By: _____

11         **Kevin Walker**, *Authorized Representative, Executor, Attorney In Fact,*
*Secured Party, Executor,* national, *private bank(er)* EIN # 9x-xxxxxxx

12

13

14   Let this document stand as truth before the Almighty Supreme Creator and let it be established before men
according as the scriptures saith:  *"But if they will not listen, take one or two others along, so that every*

15   *matter may be established by the testimony of two or three witnesses." Matthew 18:16. "In the mouth of two*
*or three witnesses, shall every word be established" 2 Corinthians 13:1.*

16             By *Special Limited* Appearance,

17          All rights reserved without prejudice or recourse, U.C.C §1-308, 3-402.

18         By: _____

      Donnabelle Escarez Mortel, sui juris, *private bank(er)* ID # 9x-xxxxxx6

19      *Attorney In Fact,* national, *Authorized Representative, Executor, Secured Party. (WITNESS)*

20             By *Special Limited* Appearance,

       All rights reserved without prejudice or recourse, U.C.C §1-308, 3-402.

21

22         By: _____

      Corey Delford Walker, sui juris, *private bank(er)* ID # 9x-xxxxxx7

23      national, *Authorized Representative, Executor, Secured Party.* (WITNESS)

24

25

26                 **<u>NOTICE:</u>**

27   Using a notary on this document does *not* constitute any adhesion, *nor does it alter my status in any manner*. The
purpose for notary is verification and identification **only** and **not** for entrance into **any** foreign jurisdiction.

28

              -Page 3 of 4-

TRUTH AFFIDAVIT: POWER OF ATTORNEY IN FACT

CERTIFIED MAIL # 70220410 000174267708

1

**JURAT**

A notary public or other officer completing this certificate
verifies only the identity of the individual who signed the
document to which this certificate is attached, and not the
truthfulness, accuracy, or validity of that document.

2    State of California                    )
                                            ) ss.
3    County of Riverside                    )

4    Subscribed and sworn to (of affirmed) before me on this 3rd day of December, 2023, by Kevin Walker, proved to me on
     the basis of satisfactory evidence to be the person(s) who appeared before me.

5

6    Notary public _Shubhangi R. zumale_
                              print
7    _____Szumale_____ Seal:

     SHUBHANGI R. ZUMALE
     Notary Public - California
     Riverside County
     Commission # 2373782
     My Comm. Expires Sep 4, 2025

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

TRUTH AFFIDAVIT: POWER OF ATTORNEY IN FACT

-Exhibit Q-

Registered Mail # RF661592201US



From:    Kevin Lewis Walker, sui juris,
         *Executor, Authorized Representative, Secured Party.*
         ™KEVIN LEWIS WALKER© ESTATE,
         ™KEVIN WALKER©,
         ™DONNABELLE ESCAREZ MORTEL© ESTATE,
         ™DONNABELLE ESCAREZ MORTEL©.
         c/o 41593 Winchester Road Suite 200
         Temecula, California
         non-domestic *without* the United States

***NOTICE TO AGENT IS NOTICE TO PRINCIPAL***
***NOTICE TO PRINCIPAL IS NOTICE TO AGENT***

**To:**  Paul Gustafson, Fiduciary(ies), PHH MORTGAGE CORP, dba PHH MORTGAGE SERVICES.
         3000 Leadenhall Road
         Mount Laurel, New Jersey  [08054]
         EIN # 22-2195996
         Registered Mail # RF661592201US

**To/cc:**  Jay Promisco, Fiduciary(ies).
            C/o SIERRCA PACIFIC MORTGAGE COMPANY INC.
            950 Glenn Drive SUITE 150
            Folsom, California  [95630]
            EIN # 68-0101170
            Registered Mail # RF661591529US

Date: July 25, 2024

**Loan # 1365377 / Servicer Account # 7241225346**

## AFFIDAVIT CERTIFICATE:
## DISHONOR, NON-RESPONSE, DEFAULT, AGREED UPON $1 BILLION DOLLAR JUDGEMENT, and LIEN AUTHORIZATION.

| | |
|---|---|
| ™KEVIN WALKER©, ™KEVIN LEWIS WALKER© ESTATE, ™DONNABELLE MORTEL©, ™DONNABELLE ESCAREZ MORTEL© ESTATE, <br><br> Plaintiff(s), <br><br> vs. <br> Paul Gustafson, Jay Promisco, James E. Coffrini, AnneMarie Rapolla, Beth Lashkari, PHH MORTGAGE CORP, PHH MORTGAGE SERVICES, SIERRA PACIFIC MORTGAGE COMPANY INC, GREENHEAD INVESTMENTS INC, OCWEN FINANCIAL CORPORATION, WEST COAST ESCROW, Does 1-100 Inclusive, <br><br> Defendant(s). | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | - FRAUD <br> - EMBEZZLEMENT <br> - IDENTITY THEFT <br> - LARCENY <br> - EXTORTION <br> - COERCION <br> - DEPRIVATION OF RIGHTS UNDER THE COLOR OF LAW <br> - BREACH OF TRUST <br> - FORCED PEONAGE <br> - RECEIVING EXTORTION PROCEEDS <br> - FALSE PRETENSES <br> - EXTORTION OF NATIONAL/ INTERNATIONALLY PROTECTED PERSON <br> - VIOLATION OF THE CONSTITUTION <br> - ALL ASSETS UNDER RECOUPMENT <br> - EQUITY IS INVOKED <br> - ACCOUNT SETTLED AND CLOSED <br> - ALL CONTRACTS VOID AB INITIO. <br> - **PAYMENT TENDERED in Full Satisfaction.** <br> - **$1,000,000,000.00 USD** - AGREED JUDGEMENT and LIEN AUTHORIZED |

**VERIFIED**

KNOW ALL MEN BY THESE PRESENTS, that on this day, before me, a Notary Public, personally came and appeared Kevin: Walker, in propria persona, **sui juris**, a **living soul**, **natural, freeborn Sovereign**, by limited special appearance. He is herein referred to as '**Affiant**,' over 18 years of age, being competent to testify and having first hand knowledge of the facts herein. Affiant declared (or certified, verified, affirmed, or stated) under penalty of perjury under the laws of the United

Registered Mail # RF661592201US   

1  States of America that the following is true and correct, to the best of Affiants's

2  understanding and belief, and in good faith:

3     **1.** As of July 6, 2024, Affiant has **not** received a valid, point for point, written

4  response to the document(s) mailed to the person(s) named below. The document(s)

5  mailed and the mail and delivery date(s) was are:

6  (1) **Document:** AFFIDAVIT and PLAIN STATEMENT OF FACTS, NOTICE
7      OF **DEFAULT**, DISHONOR, FRAUD, EMBEZZLEMENT. EXTORTION,
    LARCENY, AND $10,040,000.00 DUE.

8  **Certified Mail Number:** 9589071052700983677494.

   **Mailed to:** Paul Gustafson, Fiduciary(ies), c/o PHH MORTGAGE CORP, dba
9  PHH MORTGAGE SERVICES.  3000 Leadenhall Road, Mount Laurel, New
   Jersey [08054].
10
   **Mailed:** April 9, 2024, 1:58 pm.
11
   **Delivered:** "**Delivered** and Left with Individual at 3000 Leadenhall Road,
12  Mount Laurel, New Jersey 08054, on April 11, 2024, 8:07 am."

13  **Emailed:** relationshipmanager@mortgagefamily.com, loanservicingqueue@spmc.com.

14  (2) **Document:** AFFIDAVIT and PLAIN STATEMENT OF FACTS: NOTICE of
    DISHONOR, DEFAULT, FRAUD, EMBEZZLEMENT. EXTORTION,
15      LARCENY, and Opportunity to Cure

16  **Express Mail Number:** EI948566806US.

   **Mailed to:** Paul Gustafson, Fiduciary(ies), c/o PHH MORTGAGE CORP, dba
17  PHH MORTGAGE SERVICES.  3000 Leadenhall Road, Mount Laurel, New
   Jersey [08054].
18
   **Mailed:** June 14, 2024, 11:31 am.
19
   **Delivered:** "**Delivered** to 3000 Leadenhall Road, Mount Laurel, New Jersey
20  08054, on June 15, 2024, 1:15 pm."

21  **Emailed:** relationshipmanager@mortgagefamily.com, loanservicingqueue@spmc.com.

   **Cc'd to:**

22    **To/cc:** James E. Coffrini, Fiduciary(ies).    **To/Cc:** Daniel Werfel, Fiduciary(ies),
       C/o GREENHEAD INVESTMENTS INC.    C/o INTERNAL REVENUE SERVICE
23         950 Glenn Drive Suite 150       3651 S IH 35, STOP 6579 AUSC
       Folsom, California [95630]       Austin, Texas [73301-0059]
24         EIN # 68-0101170       Express Mail # EI949909992US
       Registered Mail # RF661591223US

25
  **To/Cc:** AnneMarie Rapolla, Beth Lashkari,    **To/Cc:** Janet Yellen, Fiduciary(ies),
26         WEST COAST ESCROW       C/o United States Treasury
       32326 Clinton Keith Road, Suite 101       1500 Pennsylvania Avenue N.W.
27         Wildomar CA [92595]       Washington, District of Colombia [20220]
       EIN # 21-0534340       Registered Mail # RF661588808US
28         Registered Mail # RF661591210US

AFFIDAVIT CERTIFICATE: DISHONOR, NON-RESPONSE, DEFAULT, AGREED UPON $1 BILLION DOLLAR JUDGEMENT, and LIEN AUTHORIZATION

Registered Mail # RF661592201US



(3) **Document: AFFIDAVIT:** SECOND NOTICE of FRAUD, EMBEZZLEMENT DISHONOR, NON-RESPONSE, DEFAULT and OPPORTUNITY TO CURE, TREASON, EXTORTION, JUDGEMENT, and PENDING $1 BILLION LIEN.

**Registered Mail Number:** RF661592042US.

**Mailed to:** Paul Gustafson, Fiduciary(ies), c/o PHH MORTGAGE CORP, dba PHH MORTGAGE SERVICES.   3000 Leadenhall Road, Mount Laurel, New Jersey  [08054].

**Mailed:** July 11, 2024, 2:15 pm.

**Delivered:** "**Delivered,** Individual Picked Up at Postal Facility in MOUNT LAUREL, NJ 08054 on July 20, 2024, 6:36 am."

**Emailed:** relationshipmanager@mortgagefamily.com, loanservicingqueue@spmc.com.

**Cc'd to:**

**To/cc:** James E. Coffrini, Fiduciary(ies).
C/o GREENHEAD INVESTMENTS  INC.
950 Glenn Drive Suite 150
Folsom, California  [95630]
EIN # 68-0101170
Certified Mail # 70222410000171193103

**To/Cc:** Daniel Werfel, Fiduciary(ies),
C/o INTERNAL REVENUE SERVICE
3651 S IH 35, STOP 6579 AUSC
Austin, Texas [73301-0059]
Registered Mail # RF661592073US

**To/Cc:** AnneMarie Rapolla, Beth Lashkari,
Fiduciary(ies), Agent(s).
WEST COAST ESCROW
32326 Clinton Keith Road, Suite 101
Wildomar CA  [92595]
EIN # 21-0534340
Registered Mail # RF661591458US

**To/Cc:** Michael Hestrin, Fiduciary(ies),
C/o Office of the District Attorney
3960 Orange Street
Riverside California [92501]
Registered Mail # RF661592087US

**To/Cc:** Janet Yellen, Fiduciary(ies),
C/o United States Treasury
1500 Pennsylvania Avenue N.W.
Washington, District of Colombia [20220]
Registered Mail # RF661592060US

**To/Cc:** Rob Bonta, Fiduciary(ies),
C/o Office of the Attorney General
1300 "I" Street
Sacramento, California [95814-2919]
Registered Mail # RF661592095US.

**To/Cc:** Agent(s0, Fiduciary(ies),
C/o PHH MORTGAGE SERVICES
PO BOX 24738
West Palm Beach, Florida [33416]
Registered Mail # RF661591815.

AFFIDAVIT CERTIFICATE: DISHONOR, NON-RESPONSE, DEFAULT, AGREED UPON $1 BILLION DOLLAR JUDGEMENT, and LIEN AUTHORIZATION



Registered Mail # RF661592201US

1    **2.** As of **July 25, 2024,** Affiant, Plaintiff(s), and/or ™WG EXPRESS TRUST©, and/or

2    ™KEVIN WALKER©, and/or ™KEVIN LEWIS WALKER© ESTATE, and/or

3    ™DONNABELLE MORTEL©, and/or ™DONNABELLE ESCAREZ MORTEL© ESTATE

4    has established the following **Contract and Judgment** against the above Respondent(s), as

5    they have agreed by receiving, consideration, acceptance, willful silent acquiescence,

6    and TACIT PROCURATION:

7    ["] if You, Paul Gustafson, Jay Promisco, James E. Coffrini, AnneMarie Rapolla, Beth

8    Lashkari, PHH MORTGAGE CORP, PHH MORTGAGE SERVICES, SIERRA PACIFIC

9    MORTGAGE COMPANY INC, GREENHEAD INVESTMENTS INC, Ocwen Financial

10    Corporation, WEST COAST ESCROW, Does 1-100 Inclusive fail to respond within three

11    (3) days, you/they <u>individually and collectively</u> admit the statements and claims by

12    TACIT PROCURATION, **and completely agree that you/they individually and**

13    **collectively are guilty of** fraud, Interference with commerce by threats or violence,

14    Threats and extortion against foreign officials, official guests, or internationally

15    protected persons, extortion, embezzlement, larceny, coercion, identity theft, extortion

16    of national/internationally protecter person, conspiracy to deprive of rights under the

17    color of law, treason, bank fraud, Trusts, etc., in restraint of trade, frauds and swindles,

18    mail fraud, forced peonage, receiving extortion proceeds, monopolization of trade and

19    commerce, willful violation of the Constitution, deprivation of rights under color of

20    law, monopolization of trade and commerce, and intentional and willful trespass and

21    infringement on the ™KEVIN WALKER© and ™DONNABELLE MORTEL©

22    trademarks and copyrights, and ™KEVIN WALKER© ESTATE and ™DONNABELLE

23    MORTEL© ESTATE, <u>injury and damage to Affiant.</u> **Moreover,** if You, Paul Gustafson,

24    Jay Promisco, James E. Coffrini, AnneMarie Rapolla, Beth Lashkari, PHH MORTGAGE

25    CORP, PHH MORTGAGE SERVICES, SIERRA PACIFIC MORTGAGE COMPANY INC,

26    GREENHEAD INVESTMENTS INC, Ocwen Financial Corporation, WEST COAST

27    ESCROW, Does 1-100 Inclusive **fail to respond within three (3) days,** you/they

28    <u>individually and collectively,</u> **fully and unequivocally Decree, Accept,** <u>fully</u>

Registered Mail # RF661592201US 

1   Authorize (in accord with UCC section 9), **indorse, support, and advocate for a**

2   judgement **and/or** commercial lien of One Billion Dollars ($1,000,000,000.00 USD)

3   **against** You, Paul Gustafson, Jay Promisco, James E. Coffrini, AnneMarie Rapolla, Beth

4   Lashkari, PHH MORTGAGE CORP, PHH MORTGAGE SERVICES, SIERRA PACIFIC

5   MORTGAGE COMPANY INC, GREENHEAD INVESTMENTS INC, Ocwen Financial

6   Corporation, WEST COAST ESCROW, Does 1-100 Inclusive, **in favor of,** ™KEVIN

7   WALKER©, and/or ™KEVIN LEWIS WALKER© ESTATE, and/or ™DONNABELLE

8   MORTEL©, and/or ™DONNABELLE ESCAREZ MORTEL© ESTATE, and/or ™WG

9   EXPRESS TRUST©. **Finally,** If You, Paul Gustafson, Jay Promisco, James E. Coffrini,

10   AnneMarie Rapolla, Beth Lashkari, PHH MORTGAGE CORP, PHH MORTGAGE

11   SERVICES, SIERRA PACIFIC MORTGAGE COMPANY INC, GREENHEAD

12   INVESTMENTS INC, Ocwen Financial Corporation, WEST COAST ESCROW, Does

13   1-100 Inclusive **fail to respond within three (3) days, you/they individually and**

14   **collectively,** EXPRESSLY, FULLY, and unequivocally Authorize, indorse, support

15   and advocate for ™WG EXPRESS TRUST©, and the ™KEVIN WALKER© ESTATE to

16   formally notify the United States Treasury, Internal Revenue Service, the respective

17   Congress(wo)man, U.S. Attorney General, and/or any person, individual, legal fiction,

18   and/or person, or ens legis Affiant deems necessary, including but not limited to

19   submitting the requisite form(s) 1099-A, 1099-OID, 1099-C, 1096, 1040, 1041, 1041-V,

20   3949-A, with the One Billion ($1,000,000,000.00 USD) as the income lost by Affiant,

21   and/or ™KEVIN WALKER©, ™KEVIN LEWIS WALKER© ESTATE,

22   ™DONNABELLE MORTEL©, ™DONNABELLE ESCAREZ MORTEL© ESTATE, **to be**

23   **assessed and claimed as income** by/to **YOU/Defendant(s)**, and/or Filing for

24   Summary Judgement, executing an **Affidavit Certificate of Non-Response, Dishonor,**

25   **Judgement, and** Lien Authorization, and/or issue an ORDER TO PAY to the U.S.

26   Treasury and IRS, said sum certain of  One Billion Dollars ($1,000,000,000.00 USD), for

27   **immediate** credit to Affiant, and/or ™WG EXPRESS TRUST©, and/or ™KEVIN

28   WALKER©, and/or ™KEVIN LEWIS WALKER© ESTATE, and/or ™DONNABELLE

AFFIDAVIT CERTIFICATE: DISHONOR, NON-RESPONSE, DEFAULT, AGREED UPON $1 BILLION DOLLAR JUDGEMENT, and LIEN AUTHORIZATION



Registered Mail # RF661592201US

1    MORTEL©, and/or ™DONNABELLE ESCAREZ MORTEL© ESTATE, with this

2    agreement servings as **prima facie evidence** of You, Paul Gustafson, Jay Promisco,

3    James E. Coffrini, AnneMarie Rapolla, Beth Lashkari, PHH MORTGAGE CORP, PHH

4    MORTGAGE SERVICES, SIERRA PACIFIC MORTGAGE COMPANY INC,

5    GREENHEAD INVESTMENTS INC, Ocwen Financial Corporation, WEST COAST

6    ESCROW, Does 1-100 Inclusive's **<u>Verified</u>** INDEBTEDNESS to Affiant, ™WG

7    EXPRESS TRUST©, and ™KEVIN WALKER© ESTATE, ™DONNABELLE MORTEL©

8    ESTATE. Should it be deemed necessary, the **Claimants/Plaintiffs are** <u>fully Authorized</u>

9    (in accord with UCC 9-509) to file a LIEN **and UCC1 Financing Statement** to secure

10    satisfaction of the adjudged sum of **One Billion Dollars ($1,000,000,000.00 USD)**.["]

11        3. **As of July 25, 2024**, Affiant, Plaintiff(s), and/or ™WG EXPRESS TRUST©, and/or

12    ™KEVIN WALKER©, and/or ™KEVIN LEWIS WALKER© ESTATE, and/or

13    ™DONNABELLE MORTEL©, and/or ™DONNABELLE ESCAREZ MORTEL© ESTATE

14    is/are **not** in possession of a response from Respondent(s) addressing each point on the

15    affidavits sent, **sworn under the penalty of perjury, as required,** and Respondent(s)

16    continue(s) to act in **bad faith** and remain(s) in **dishonor.**

17        4. Respondent(s) ["]<u>individually and collectively admit the statements and claims</u>

18    by TACIT PROCURATION, all issues are deemed **settled** <u>RES JUDICATA</u>, <u>STARE</u>

19    <u>DECISIS</u> and by <u>COLLATERAL ESTOPPEL</u>."

20        5. Respondent(s) individually and collectively, <u>**fully agree**</u> that **Loan # 1365377 and/**

21    **or Account # 7241225346** is/are **fully satisfied, settled, and closed** and there is <u>NOT</u> a

22    balance due to Respondent(s).

23        6. Respondent(s) individually and collectively, <u>**fully agree**</u> that Respondent(s) have

24    received tender of payment in **<u>full satisfaction</u>** and settlement of this account by way of a

25    **Seven Hundred Thousand U.S. Dollar ($700,000.00 USD)** private Bill of Exchange/

26    Order/Check/Instrument (Ref, UCC 3-104), via Registered Mail # RF661591339US. Said

27    private Bill of Exchange was tendered in good faith for **<u>full satisfaction</u>** and settlement, in

28

Registered Mail # RF661592201US



1  compliance with UCC § 3-311, resulting in discharge, as also evidenced by Nevada UCC3
2  Filing # 2024411182-7.

3      7. Respondent(s) individually and collectively, **fully agree** that said tender of
4  payment was made under threat, duress, coercion, extortion and the proceeds are a deemed
5  "extortion proceeds."

6      7. Respondent(s) individually and collectively, **fully agree** that if said tender of
7  payment is refused, there is discharge, to the extent of the amount of the tender, resulting
8  in a $00.00 balance. In compliance with UCC § 3-603.

9      8. Respondent(s) individually and collectively, **fully agree** that <u>House Joint</u>
10 <u>Resolution 192 of June 5 1933, Public Law 73-10</u> expressly stipulates: every provision
11 contained in or made with respect to <u>any</u> obligation which purports to give the obligee a
12 right to require payment in gold **or a particular kind of coin or currency**, or in an amount
13 in money of the <u>U</u>nited <u>S</u>tates measured thereby, **is declared to be against public policy;**
14 **and no such provision shall be contained in or made with** respect to **any obligation**
15 **hereafter incurred. Every obligation,** heretofore of hereafter incurred, whether or not any
16 such provision is contained therein or made with respect thereto, shall be discharged upon
17 payment, dollar for dollar, in any coin or currency which at the time of payment is legal
18 tender for public and private debts.

19     9. Respondent(s) individually and collectively, **fully agree** that 18 **U.S. Code § 8 -**
20 **Obligation or other security of the United States defined,** explicitly stipulates that "The
21 term "obligation or other security of the United States" includes all bonds, certificates of
22 indebtedness, national bank currency, Federal Reserve notes, Federal Reserve bank notes,
23 coupons, United States notes, Treasury notes, gold certificates, silver certificates, fractional
24 notes, certificates of deposit, bills, checks, or drafts for money, drawn by or upon
25 authorized officers of the United States, stamps and other representatives of value, of
26 whatever denomination, issued under any Act of Congress, and canceled United States
27 stamps."

28



Registered Mail # RF661592201US

1    10. Respondent(s) individually and collectively, **fully agree** that Gold Reserve Act of
2    1934, Public Law 73-87, Title III, Section 3, stipulates: "(a) every provision contained in or
3    made with respect to any obligation which purports to give the obligee a right to require
4    payment in gold or a particular kind of coin or currency of the United States, or in an
5    amount in money of the United States measured thereby, is declared to be against public
6    policy. (b) Every obligation, heretofore or hereafter incurred, shall be discharged upon
7    payment, dollar for dollar, in any coin or currency which at the time of payment is legal
8    tender for public and private debts.

9    11. Respondent(s) individually and collectively, **fully agree** that House Joint
10   Resolution 348 Public Resolution, Number 63, declared provisions known as "gold
11   clauses" to be against public policy, prohibited their use in obligations thereafter incurred,
12   and provided that money of the United States legal tender for obligations generally was
13   legal tender for all obligations with or without gold clauses (ie: bills of exchange, bonds,
14   private checks, vouchers, coupons, Dollars/FRNs, stamps, and more): and Whereas the
15   United States has paid and will continue to pay to the holder of all its securities their
16   principal and interest, dollar for dollar, in lawful money of the United States: Now, there,
17   be it Resolved by the Senate and House of Representatives of the Untied States of America
18   in Congress assembled, That the lawful holder of the coins or currencies of the United
19   States shall be entitled to exchange them, dollar for dollar, for other coins or currencies
20   which may be lawfully acquired and are legal tender for public and private debts: and
21   that the owners of the gold clause receive immediate payment of the stated dollar amount
22   thereof with interest to the date of payment or to prior maturity or to prior redemption
23   date, whichever is earlier. The Secretary of the Treasury is authorized and directed to make
24   such exchanges and payments upon presentation hereunder in the manner provided in
25   regulations prescribed.

26   12. Respondent(s) individually and collectively, **fully agree** that <u>Article 1, Section 10</u>
27   <u>of the Constitution</u> expressly stipulates: No State shall enter into any Treaty, Alliance, or
28   Confederation; grant Letters of Marque and Reprisal; coin Money; emit Bills of Credit;

Registered Mail # RF661592201US

1  make any Thing but gold and silver Coin a Tender in Payment of Debts; pass any Bill of

2  Attainder, ex post facto Law, or Law impairing the Obligation of Contracts, or grant any

3  Title of Nobility.

4      13. Respondent(s) individually and collectively, **fully agree** that they did **NOT**

5  provide ™KEVIN LEWIS WALKER© or ™KEVIN LEWIS WALKER© ESTATE,

6  ™DONNABELLE ESCAREZ MORTEL©, or ™DONNABELLE ESCAREZ MORTEL©

7  ESATE with a **loan** or **money** or **inherent value** **in any way**.

8      14. Respondent(s) individually and collectively, **fully agree** and admit the statements

9  and claims by TACIT PROCURATION, and **completely agree** that **you/they individually**

10 **and collectively are deemed guilty of** fraud, Interference with commerce by threats or

11 violence, Threats and extortion against foreign officials, official guests, or internationally

12 protected persons, extortion, embezzlement, larceny, coercion, identity theft, extortion of

13 national/internationally protecter person, conspiracy to deprive of rights under the color

14 of law, treason, bank fraud, Trusts, etc., in restraint of trade, frauds and swindles, mail

15 fraud, forced peonage, receiving extortion proceeds, monopolization of trade and

16 commerce, willful violation of the Constitution, deprivation of rights under color of law,

17 monopolization of trade and commerce, and intentional and willful trespass and

18 infringement on the ™KEVIN WALKER© and ™DONNABELLE MORTEL© trademarks

19 and copyrights, and ™KEVIN WALKER© ESTATE and ™DONNABELLE MORTEL©

20 ESTATE, **injury and damage to Affiant**.

21     15. Respondent(s) individually and collectively, [**"]individually and collectively,**

22 EXPRESSLY, FULLY, and unequivocally **Authorize,** indorse, support and advocate for

23 ™WG EXPRESS TRUST©, and the ™KEVIN WALKER© ESTATE to formally notify the

24 United States Treasury, Internal Revenue Service, the respective Congress(wo)man, U.S.

25 Attorney General, and/or any person, individual, legal fiction, and/or person, or ens legis

26 Affiant deems necessary, including but not limited to submitting the requisite form(s)

27 1099-A, 1099-OID, 1099-C, 1096, 1040, 1041, 1041-V, 3949-A, with the One Billion

28 ($1,000,000,000.00 USD) as the income lost by Affiant, and/or ™KEVIN WALKER©,

AFFIDAVIT CERTIFICATE DISHONOR, NON-RESPONSE, DEFAULT, AGREED UPON $1 BILLION DOLLAR JUDGEMENT, and LIEN AUTHORIZATION

Registered Mail # RF661592201US 

1  ™KEVIN LEWIS WALKER© ESTATE, ™DONNABELLE MORTEL©, ™DONNABELLE

2  ESCAREZ MORTEL© ESTATE, to be assessed and claimed as income by/to **YOU/**

3  **Defendant(s)**, and/or Filing for Summary Judgement, executing an **Affidavit Certificate**

4  **of Non-Response, Dishonor, Judgement, and** Lien Authorization, and/or issue an

5  ORDER TO PAY to the U.S. Treasury and IRS, said sum certain of  One Billion Dollars

6  ($1,000,000,000.00 USD), for immediate credit to Affiant, and/or ™WG EXPRESS

7  TRUST©, and/or ™KEVIN WALKER©, and/or ™KEVIN LEWIS WALKER© ESTATE,

8  and/or ™DONNABELLE MORTEL©, and/or ™DONNABELLE ESCAREZ MORTEL©

9  ESTATE, with this agreement servings as **prima facie evidence** of You, Paul Gustafson, Jay

10  Promisco, James E. Coffrini, AnneMarie Rapolla, Beth Lashkari, PHH MORTGAGE CORP,

11  PHH MORTGAGE SERVICES, SIERRA PACIFIC MORTGAGE COMPANY INC,

12  GREENHEAD INVESTMENTS INC, Ocwen Financial Corporation, WEST COAST

13  ESCROW, Does 1-100 Inclusive's **Verified** INDEBTEDNESS to Affiant, ™WG EXPRESS

14  TRUST©, and ™KEVIN WALKER© ESTATE, ™DONNABELLE MORTEL© ESTATE.

15  Should it be deemed necessary, the **Claimants/Plaintiffs are** fully Authorized (in accord

16  with UCC 9-509) to file a LIEN **and UCC1 Financing Statement** to secure satisfaction of

17  the adjudged sum of One Billion Dollars ($1,000,000,000.00 USD).["]

18      16. Respondent individually and collectively, fully agree that this Affidavit and the

19  previously sent are *prima face* evidence of fraud, Interference with commerce by threats or

20  violence, Threats and extortion against foreign officials, official guests, or internationally

21  protected persons, extortion, embezzlement, larceny, coercion, identity theft, extortion of

22  national/internationally protected person, conspiracy to deprive of rights under the color

23  of law, treason, bank fraud, Trusts, etc., in restraint of trade, frauds and swindles, mail

24  fraud, forced peonage, receiving extortion proceeds, monopolization of trade and

25  commerce, willful violation of the Constitution, deprivation of rights under color of law,

26  monopolization of trade and commerce, and intentional and willful trespass and

27  infringement on the ™KEVIN WALKER© and ™DONNABELLE MORTEL© trademarks

28  and copyrights, and ™KEVIN WALKER© ESTATE and ™DONNABELLE MORTEL©



Registered Mail # RF661592201US

1  ESTATE, <u>injury and damage to Affiant and proof of claim</u>. *See United States v. Kis*, 658

2  F.2d, 526 (7th Cir. 1981)., "Appellee had the burden of first proving its prima facie case and

3  could do so by affidavit or other evidence."

4       17. Respondent(s) individually and collectively, **<u>fully agree</u>** that INVOICE and/or

5  TRUE BILL # <u>SIERRPHHDISHONOR13</u> accurately represents their INDEBTEDNESS of to

6  Affiant, ™KEVIN LEWIS WALKER©, and/or ™KEVIN LEWIS WALKER© ESTATE, and/

7  or ™DONNABELLE ESCAREZ MORTEL©, and/or ™DONNABELLE ESCAREZ

8  MORTEL© ESTATE, and represented an <u>"obligation" of the United States.</u>

9       18. Respondent(s) individually and collectively, **<u>fully agree</u>** that Respondent(s) (Paul

10  Gustafson, Jay Promisco, James E. Coffrini, AnneMarie Rapolla, Beth Lashkari, PHH

11  MORTGAGE CORP, PHH MORTGAGE SERVICES, SIERRA PACIFIC MORTGAGE

12  COMPANY INC, GREENHEAD INVESTMENTS INC, OCWEN FINANCIAL

13  CORPORATION, WEST COAST ESCROW, Does 1-100 Inclusive )or who you/they

14  represent <u>is/are the DEBTOR(S)</u> **in this matter.**

15       19. Respondent(s) individually and collectively, **<u>fully agree</u>** that Paul Gustafson, Jay

16  Promisco, James E. Coffrini, AnneMarie Rapolla, Beth Lashkari, PHH MORTGAGE CORP,

17  PHH MORTGAGE SERVICES, SIERRA PACIFIC MORTGAGE COMPANY INC,

18  GREENHEAD INVESTMENTS INC, OCWEN FINANCIAL CORPORATION, WEST

19  COAST ESCROW, Does 1-100 Inclusive, or who you represent <u>has/have been paid in full</u>

20  for the "contract" in question.

21       20. Respondent(s) individually and collectively, fully agree that Paul Gustafson, Jay

22  Promisco, James E. Coffrini, AnneMarie Rapolla, Beth Lashkari, PHH MORTGAGE CORP,

23  PHH MORTGAGE SERVICES, SIERRA PACIFIC MORTGAGE COMPANY INC,

24  GREENHEAD INVESTMENTS INC, OCWEN FINANCIAL CORPORATION, WEST

25  COAST ESCROW, Does 1-100 Inclusive is/are <u>not</u> the CREDITOR, or an ASSIGNEE of the

26  CREDITOR, in this matter.

27       21. Respondent(s) individually and collectively, fully agree that Paul Gustafson, Jay

28  Promisco, James E. Coffrini, AnneMarie Rapolla, Beth Lashkari, PHH MORTGAGE CORP,



Registered Mail # RF661592201US

1  PHH MORTGAGE SERVICES, SIERRA PACIFIC MORTGAGE COMPANY INC,

2  GREENHEAD INVESTMENTS INC, OCWEN FINANCIAL CORPORATION, WEST

3  COAST ESCROW, Does 1-100 Inclusive, <u>DO NOT</u> have any interest or standing, nor do

4  Respondents have a/any valid claim to DEED OF TRUST #. 000+1365377+24+1+1-15

5  DATED JULY 15, 2022, or NOTE # 000+1365377+9+1-3 DATED JULY 15, 2022.

6      22. Respondent(s) individually and collectively, fully agree that Paul Gustafson, Jay

7  Promisco, James E. Coffrini, AnneMarie Rapolla, Beth Lashkari, PHH MORTGAGE CORP,

8  PHH MORTGAGE SERVICES, SIERRA PACIFIC MORTGAGE COMPANY INC,

9  GREENHEAD INVESTMENTS INC, OCWEN FINANCIAL CORPORATION, WEST

10  COAST ESCROW, Does 1-100 Inclusive, <u>DO NOT</u> have any interest or standing, nor do

11  Respondents have a/any valid claim to subject property, 31990 Pasos Place, Temecula,

12  California.

13      23. Consistent with the **eternal tradition of natural common law, unless I have**

14  **harmed or violated someone or their property, I have committed no crime;** and I am

15  therefore <u>not</u> subject to any penalty. I act in accordance with the following <u>U.S. Supreme</u>

16  <u>Court case:</u>  "The individual may stand upon his **constitutional right**s as a <u>c</u>itizen. He is

17  entitled to carry on his **private** business in his own way. His **power to contract is**

18  <u>unlimited.</u> He owes no such duty [to submit his books and papers for an examination] to

19  the <u>S</u>tate, since he receives nothing therefrom, beyond the protection of his life and

20  property. His rights are such as existed by the law of the land [Common Law] **long**

21  **antecedent to the organization of the** <u>S</u>tate, and can only be taken from him by due

22  process of law, and in accordance with the Constitution. Among his **rights are a refusal to**

23  **incriminate himself, and the immunity of himself and his property from arrest or**

24  **seizure except under a warrant of the law.** He owes nothing to the public so long as he

25  does not trespass upon their rights." — **Hale v. Henkel**, 201 U.S. 43 at 47 (1905)

26  "Where **rights secured by** the Constitution are involved, **there can be no rule**

27  **making or legislation** which would abrogate them." —Miranda v. Arizona, 384

28  U.S.



Registered Mail # RF661592201US

24. "The state **cannot** diminish **Rights** of the **people.**" — Hurtado vs.
California, 110 US 516.

25. "Public officials are not immune from suit when they transcend their
lawful authority by invading constitutional rights." — AFLCIO v. Woodward, 406
F2d 137 t.

26. "Immunity **fosters neglect and breeds irresponsibility** while liability
promotes care and caution, which caution and care is owed by the government to
its people." (Civil Rights) **Rabon vs Rowen Memorial Hospital, Inc.** 269 N.S. 1, 13,
152 SE 1 d 485, 493.

27. "When enforcing mere statutes, judges of all courts do not act judicially
(and thus are not protected by "qualified" or "limited immunity," - SEE: Owen v.
City, 445 U.S. 662; Bothke v. Terry, 713 F2d 1404) - - "but merely act as an extension
as an agent for the involved agency -- but only in a "ministerial" and not a
"discretionary capacity..." Thompson v. Smith, 154 S.E. 579, 583; Keller v. P.E., 261
US 428; F.R.C. v. G.E., 281, U.S. 464.

28. "Judges not only can be sued over their official acts, but could be held
**liable for injunctive and declaratory relief and attorney's fees.**" **Lezama v. Justice
Court**, A025829.

29. "Ignorance of the law does not excuse misconduct in anyone, least of all in
a sworn officer of the law." **In re McCowan** (1917), 177 C. 93, 170 P. 1100.

30. "All are presumed to know the law." **San Francisco Gas Co. v. Brickwedel**
(1882), 62 C. 641; **Dore v. Southern Pacific Co.** (1912), 163 C. 182, 124 P. 817; **People
v. Flanagan** (1924), 65 C.A. 268, 223 P. 1014; **Lincoln v. Superior Court** (1928), 95
C.A. 35, 271 P. 1107; **San Francisco Realty Co. v. Linnard** (1929), 98 C.A. 33, 276 P.
368.

31. "It is one of the fundamental maxims of the common law that ignorance of
the law excuses no one." **Daniels v. Dean** (1905), 2 C.A. 421, 84 P. 332.

Registered Mail # RF661592201US



32. "the people, not the States, are sovereign." —Chisholm v. Georgia, 2 Dall. 419, 2 U.S. 419, 1 L.Ed. 440 (1793).

33. "Public officials **are not** immune from suit when they transcend their lawful authority by invading constitutional rights."— AFLCIO v. Woodward, 406 F2d 137 t.

34. <u>ALL ARE EQUAL UNDER THE LAW.</u> (God's Law - Moral and Natural Law). Exodus 21:23-25; Lev. 24: 17-21; Deut. 1; 17, 19:21; Mat. 22:36-40; Luke 10:17; Col. 3:25. "No one is above the law".

35. <u>IN COMMERCE FOR ANY MATTER TO BE RESOLVED MUST BE EXPRESSED.</u> (Heb. 4:16; Phil. 4:6; Eph. 6:19-21). -- **Legal maxim:** "To lie is to go against the mind." Oriental proverb: "Of all that is good, sublimity is supreme."

36**. <u>IN COMMERCE TRUTH IS SOVEREIGN.</u>** (Exodus 20:16; Ps. 117:2; John 8:32; II Cor. 13:8 ) Truth is sovereign -- and the Sovereign tells only the truth.

37. <u>**TRUTH IS EXPRESSED IN THE FORM OF AN AFFIDAVIT.**</u> (Lev. 5:4-5; Lev. 6:3-5; Lev. 19:11-13: Num. 30:2; Mat. 5:33; James 5: 12)

38. <u>**AN UNREBUTTED AFFIDAVIT STANDS AS TRUTH IN COMMERCE.**</u> (12 Pet. 1:25; Heb. 6:13-15;). "He who does not deny, admits."

39. <u>**AN UNREBUTTED AFFIDAVIT BECOMES THE JUDGEMENT IN COMMERCE.**</u> (Heb. 6:16-17;). "There is nothing left to resolve."

40. <u>**WORKMAN IS WORTHY OF HIS HIRE**</u>. The first of these is expressed in Exodus 20:15; Lev. 19:13; Mat. 10:10; Luke 10"7; II Tim. 2:6. **Legal maxim:** "It is against equity for freemen not to have the free disposal of their own property."

41. <u>**HE WHO LEAVES THE BATTLEFIELD FIRST LOSES BY DEFAULT.**</u> (Book of Job; Mat. 10:22) -- **Legal maxim:** "He who does not repel a wrong when he can occasions it."

42. Respondent(s) individually and collectively, fully agree that this <u>contract</u>, <u>received</u> and <u>accepted</u> **per the** <u>mailbox rule</u>, **is self-executing and serves as a** SECURITY AGREEMENT, and establishes a lien, Authorized by You/They/the DEBTOR(S). <u>Acceptance</u> **of this** <u>contract</u> **is deemed to occur at the moment it is**



Registered Mail # RF661592201US

1    **dispatched via mail, in accordance with the** <u>mailbox rule</u> **established in common**

2    **law. Under this rule, an** acceptance **becomes** effective and binding once it is

3    properly addressed, stamped, and placed in the control of the postal service, as

4    supported by **Adams v. Lindsell (1818) 106 ER 250. Furthermore,** as a <u>self-</u>

5    <u>executing agreement,</u> **this** <u>contract</u> creates <u>**immediate and enforceable obligations**</u>

6    without the need for further action, functioning also as a SECURITY

7    AGREEMENT under **Article 9 of the Uniform Commercial Code (UCC).**

8        43. "Statements of **fact** contained in affidavits which are **not** rebutted by the

9    opposing party's **affidavit or pleadings** <u>may</u> be accepted as **true** by the trial court.

10    " --Winsett v. Donaldson, 244 N.W.2d 355 (Mich. 1976).

11

12        Executed *"without* the <u>U</u>nited <u>S</u>tates" in compliance with 28 USC § 1746.

13

14    <u>**FURTHER AFFIANT SAYETH NOT.**</u>

15

16    <u>**REMEDY, SETTLEMENT, CEASE INFRINGEMENTS AND VIOLATIONS,**</u>

17    <u>**ACCOUNT SETTLEMENT AND CLOSURE:**</u>

18        In order to <u>privately</u> settle and resolve this issue, You, Paul Gustafson, Jay Promisco,

19    James E. Coffrini, AnneMarie Rapolla, Beth Lashkari, PHH MORTGAGE CORP, PHH

20    MORTGAGE SERVICES, SIERRA PACIFIC MORTGAGE COMPANY INC,

21    GREENHEAD INVESTMENTS INC, Ocwen Financial Corporation, WEST COAST

22    ESCROW, Does 1-100 Inclusive are required to are **required** to **act in good faith and**

23    accordance with the Law, cease all conspiracy, fraud, embezzlement, deprivation under the

24    color of law, and other infringements and infractions, and **record, reconcile, settle, and**

25    **close the account**. This includes filing a DEED of Full Reconveyance, and making the

26    previously mentioned **total sum certain due immediately** totaling to **One Hundred**

27    **Million U.S. Dollars ($100,000,000.00 USD)**. Furthermore, a response and/or settlement

28    agreement must be received within a deadline of **three (3) days.**

Registered Mail # RF661592201US 

1    At the "**Deadline**" is defined as 5:00 p.m. on the third (3rd) day after your receipt of

2   this affidavit. "**Failure to respond**" is defined as a blank denial, unsupported denial,

3   inapposite denial, such as, "not applicable" or equivalent, statements of counsel and other

4   declarations by third parties that lack first-hand knowledge of the facts, and/or responses

5   lacking verification, all such responses being legally insufficient to controvert the verified

6   statements herewith.  See *Sieb's Hatcheries, Inc* and *Beasley, Supra.*  Failure to respond can

7   result in **your acceptance of personal liability** external to qualified immunity and waiver

8   of any decision rights of remedy.

9    **Furthermore,** if You, Paul Gustafson, Jay Promisco, James E. Coffrini, AnneMarie

10   Rapolla, Beth Lashkari, PHH MORTGAGE CORP, PHH MORTGAGE SERVICES,

11   SIERRA PACIFIC MORTGAGE COMPANY INC, GREENHEAD INVESTMENTS INC,

12   Ocwen Financial Corporation, WEST COAST ESCROW, Does 1-100 Inclusive fail to

13   respond within three (3) days, you/they **individually and collectively admit the statements**

14   **and claims** by **TACIT PROCURATION, and completely agree that you/they**

15   **individually and collectively are guilty of** fraud, Interference with commerce by threats or

16   violence, Threats and extortion against foreign officials, official guests, or internationally

17   protected persons, extortion, embezzlement, larceny, coercion, identity theft, extortion of

18   national/internationally protecter person, conspiracy to deprive of rights under the color of

19   law, treason, bank fraud, Trusts, etc., in restraint of trade, frauds and swindles, mail fraud,

20   forced peonage, receiving extortion proceeds, monopolization of trade and commerce,

21   willful violation of the Constitution, deprivation of rights under color of law,

22   monopolization of trade and commerce, and intentional and willful trespass and

23   infringement on the ™KEVIN WALKER© and ™DONNABELLE MORTEL© trademarks

24   and copyrights, and ™KEVIN WALKER© ESTATE and ™DONNABELLE MORTEL©

25   ESTATE, **injury and damage to Affiant.**

26    **Moreover**, if You, Paul Gustafson, Jay Promisco, James E. Coffrini, AnneMarie

27   Rapolla, Beth Lashkari, PHH MORTGAGE CORP, PHH MORTGAGE SERVICES,

28   SIERRA PACIFIC MORTGAGE COMPANY INC, GREENHEAD INVESTMENTS INC,



Registered Mail # RF661592201US

1 Ocwen Financial Corporation, WEST COAST ESCROW, Does 1-100 Inclusive **fail to**

2 **respond within three (3) days,** you/they <u>**individually and collectively**</u>, **fully and**

3 **unequivocally Decree, Accept,** <u>fully Authorize</u> (in accord with UCC section 9)**, indorse,**

4 **support, and advocate for a judgement and/or commercial lien of One Billion Dollars**

5 **($1,000,000,000.00 USD) against You,** Paul Gustafson, Jay Promisco, James E. Coffrini,

6 AnneMarie Rapolla, Beth Lashkari, PHH MORTGAGE CORP, PHH MORTGAGE

7 SERVICES, SIERRA PACIFIC MORTGAGE COMPANY INC, GREENHEAD

8 INVESTMENTS INC, Ocwen Financial Corporation, WEST COAST ESCROW, Does

9 1-100 Inclusive, **in favor of,** ™KEVIN WALKER©, and/or ™KEVIN LEWIS WALKER©

10 ESTATE, and/or ™DONNABELLE MORTEL©, and/or ™DONNABELLE ESCAREZ

11 MORTEL© ESTATE, and/or ™WG EXPRESS TRUST©

12       **Finally,** If You, Paul Gustafson, Jay Promisco, James E. Coffrini, AnneMarie

13 Rapolla, Beth Lashkari, PHH MORTGAGE CORP, PHH MORTGAGE SERVICES,

14 SIERRA PACIFIC MORTGAGE COMPANY INC, GREENHEAD INVESTMENTS INC,

15 Ocwen Financial Corporation, WEST COAST ESCROW, Does 1-100 Inclusive **fail to**

16 **respond within three (3) days,** you/they **individually and collectively, EXPRESSLY,**

17 **FULLY, and unequivocally** <u>Authorize,</u> **indorse, support and advocate for** ™WG

18 EXPRESS TRUST©, and the ™KEVIN WALKER© ESTATE to formally notify the United

19 States Treasury, Internal Revenue Service, the respective Congress(wo)man, U.S. Attorney

20 General, and/or any person, individual, legal fiction, and/or person, or ens legis Affiant

21 deems necessary, including but not limited to submitting the requisite form(s) 1099-A,

22 1099-OID, 1099-C, 1096, 1040, 1041, 1041-V, 3949-A, with the One Billion

23 ($1,000,000,000.00 USD) as the income lost by Affiant, and/or ™KEVIN WALKER©,

24 ™KEVIN LEWIS WALKER© ESTATE, ™DONNABELLE MORTEL©,

25 ™DONNABELLE ESCAREZ MORTEL© ESTATE, **to be assessed and claimed as**

26 **income** by/to **YOU/Defendant(s)**, and/or **Filing for Summary Judgement,** executing an

27 **Affidavit Certificate of Non-Response, Dishonor, Judgement, and Lien Authorization,**

28 and/or issue an ORDER TO PAY to the U.S. Treasury and IRS, said sum certain of **One**



Registered Mail # RF661592201US

1  **Billion Dollars ($1,000,000,000.00 USD)**, for <u>immediate **credit to**</u> Affiant, and/or ™WG

2  EXPRESS TRUST©, and/or ™KEVIN WALKER©, and/or ™KEVIN LEWIS WALKER©

3  ESTATE, and/or ™DONNABELLE MORTEL©, and/or ™DONNABELLE ESCAREZ

4  MORTEL© ESTATE, with this agreement servings as **prima facie evidence** of You, Paul

5  Gustafson, Jay Promisco, James E. Coffrini, AnneMarie Rapolla, Beth Lashkari, PHH

6  MORTGAGE CORP, PHH MORTGAGE SERVICES, SIERRA PACIFIC MORTGAGE

7  COMPANY INC, GREENHEAD INVESTMENTS INC, Ocwen Financial Corporation,

8  WEST COAST ESCROW, Does 1-100 Inclusive's <u>Verified **INDEBTEDNESS**</u> to Affiant,

9  ™WG EXPRESS TRUST©, and ™KEVIN WALKER© ESTATE, ™DONNABELLE

10  MORTEL© ESTATE.

11      Should it be deemed necessary, the **Claimants/Plaintiffs are** <u>fully Authorized (in</u>

12  <u>accord with UCC 9-509)</u> to file a **LIEN and UCC1 Financing Statement** to secure

13  satisfaction of the adjudged sum of **One Billion Dollars ($1,000,000,000.00 USD)**.

14

15      **\*\*\* <u>SELF-EXECUTING CONTRACT AND SECURITY</u>**

16      **<u>AGREEMENT\*\*\*</u> :**

17      Again for the record, this **<u>contract</u>, <u>received</u> and <u>accepted</u> per the <u>mailbox rule</u>, is**

18  **self-executing and serves as a SECURITY AGREEMENT, and establishes a lien,**

19  **Authorized by You/They/the DEBTOR(S)**. <u>**Acceptance**</u> of this **<u>contract</u> is deemed to**

20  **occur at the moment it is dispatched via mail, in accordance with the <u>mailbox rule</u>**

21  **established in common law. Under this rule, an acceptance becomes effective and**

22  **binding once it is properly addressed, stamped, and placed in the control of the postal**

23  service, as supported by **Adams v. Lindsell (1818) 106 ER 250. Furthermore,** as a <u>self-</u>

24  <u>executing agreement</u>, this <u>contract</u> creates <u>immediate and enforceable obligations</u>

25  without the need for further action, functioning also as a **SECURITY AGREEMENT**

26  under **Article 9 of the Uniform Commercial Code (UCC)**.

27

28

Registered Mail # RF661592201US 

1  **Mailing/Correspondence:** Mail to Affiant's mailing location exactly as shown

2  below. Use of the Trademarks and Copyrights is NOT permitted without charge per use per

3  issuer. **Correspondence will be accepted only as addressed:**

4  **Kevin Lewis Walker,**
   *Trustee, Attorney In Fact, Secured Party.*

5  c/o 31990 Pasos Place
   Temecula, California

6

7  **A copy of this AFFIDAVIT CERTIFICATE and ATTACHMENTS also sent to:**

8

9  **To/Cc:**  Daniel Werfel, Fiduciary(ies),          **To/Cc:**  Michael Hestrin, Fiduciary(ies),
             C/o INTERNAL REVENUE SERVICE                        C/o Office of the District Attorney
10           3651 S IH 35, STOP 6579 AUSC                        3960 Orange Street
             Austin, Texas [73301-0059]                          Riverside California [92501]
11           Registered Mail # RF661592215US                     Registered Mail # RF661592229US

12

13 **To/Cc:**  Janet Yellen, Fiduciary(ies),          **To/Cc:**  Rob Bonta, Fiduciary(ies),
             C/o United States Treasury                          C/o Office of the Attorney General
14           1500 Pennsylvania Avenue N.W.                       1300 "I" Street
             Washington, District of Colombia [20220]            Sacramento, California [95814-2919]
             Registered Mail # RF661592232US                     Registered Mail # RF661591489US.
15

16 **To/cc:**  James E. Coffrini, Fiduciary(ies).      **To/Cc:**  Agent(s0, Fiduciary(ies),
             C/o GREENHEAD INVESTMENTS  INC.                     C/o PHH MORTGAGE SERVICES
17           950 Glenn Drive Suite 150                           PO BOX 24738
             Folsom, California [95630]                          West Palm Beach, Florida [33416]
             EIN # 68-0101170                                    Registered Mail # RF661591492US.
18           Registered Mail # RF661591515US

19

20 **To/Cc:**  AnneMarie Rapolla, Beth Lashkari,
             Fiduciary(ies), Agent(s).
             WEST COAST ESCROW
21           32326 Clinton Keith Road, Suite 101
             Wildomar CA [92595]
22           EIN # 21-0534340
             Registered Mail # RF661591501US

23

24

25

26

27

28

Registered Mail # RF661592201US 

# **WORDS DEFINED GLOSSARY OF TERMS:**

As used in this Affidavit, the following words and terms are as defined in this section, non-obstante:

1.  **financial institution:**  a **person**, an **individual**, a **private banker**, a business engaged in vehicle sales, including automobile, airplane, and boat sales, persons involved in real estate closings and settlements, the United States Postal Service, a commercial bank or trust company, any credit union, an agency of the United States Government or of a State or local government carrying out a duty or power of a business described in this paragraph, a broker or dealer in securities or commodities, a currency exchange, or a business engaged in the exchange of currency, funds, or value that substitutes for currency or funds, financial agency, a loan or finance company, an issuer, redeemer, or cashier of travelers' checks, checks, money orders, or similar instruments, an operator of a credit card system, an insurance company, a licensed sender of money or any other person who engages as a business in the transmission of currency, funds, or value that substitutes for currency, including any person who engages as a business in an informal money transfer system or any network of people who engage as a business in facilitating the transfer of money domestically or internationally outside of the conventional financial institutions system. Ref, 31 U.S. Code § 5312 - Definitions and application.

2.  **individual:** As a noun, this term denotes a single **person** as distinguished from a group or class, and also, very commonly, a private or natural person as distinguished from a partnership, corporation, or association; but it is said that this restrictive signification is not necessarily inherent in the word, and that it **may**, in proper cases, include **artificial persons**. As an adjective: Existing as an indivisible entity. Of or relating to a single person or thing, as opposed to a group.— See Black's Law Dictionary 4th, 7th, and 8th Edition pages 913, 777, and 2263 respectively.

3.  **driver:** The term "driver" (i.e: "driver's license") means One **employed** in conducting a coach, carriage, wagon, or other vehicle, with horses, mules, or other animals.

4.  **person:** Term may include artificial beings, as corporations. The term means an individual, corporation, business trust, estate, trust, partnership, limited liability company, association, joint venture, government, governmental subdivision, agency, or instrumentality, public corporation, or any other legal or commercial entity. The term "person" shall be construed to mean and include an individual, a trust, estate, partnership, association, company or corporation.  **The term "person" means a natural person or an organization. -Artificial persons.** Such as are created and devised by law for the purposes of society and government, called "corporations" or bodies politic." **-Natural persons.** Such as are formed by nature, as distinguished from artificial persons, or corporations. **-Private person.** An individual who is not the incumbent of an office. Persons are divided by law into natural and **artificial.** Natural persons are such as the God of nature formed us; **artificial** are such as are created and devised by **human laws,** for the purposes of society and government, which are called "corporations" or "bodies politic." — See Uniform Commercial Code (UCC) § 1-201, Black's Law Dictionary

-20 of 25-

Registered Mail # RF661592201US



1st, 2nd, and 4th edition pages 892, 895, and 1299, respectively, 27 Code of Federal Regulations (CFR) § 72.11 - Meaning of terms, and 26 United States Code (U.S. Cde) § 7701 - Definitions.

5. **may:** An auxiliary verb qualifying the meaning of another verb by expressing ability, competency, liberty, permission, probability or contingency. — Regardless of the instrument, however, whether constitution, statute, deed, contract or whatnot, **courts not infrequently construe "may" as "shall" or "must".** — See Black's :aw Dictionary, 4th Edition page 1131.

6. **extortion:** The term **"extortion"** means the obtaining of property from another, **with his consent, induced by wrongful use of actual or threatened force, violence, or fear, or under color of official right.** — See 18 U.S. Code § 1951 - Interference with commerce by threats or violence.

7. **national:** "foreign government", "foreign official", "internationally protected person", "international organization", "national of the United States", "official guest," and/or "non-citizen national." **They all have the same meaning.** See Title 18 U.S. Code § 112 - Protection of foreign officials, official guests, and internationally protected persons.

8. **United States:** For the purposes of this Affidavit, the terms "United States" and "U.S." *mean only the Federal Legislative Democracy of the District of Columbia,* Puerto Rico, U.S. Virgin Islands, Guam, American Samoa, and any other Territory within the "United States," which entity has its origin and jurisdiction from Article 1, Section 8, Clause 17-18 and Article IV, Section 3, Clause 2 of the Constitution for the United States of America. *The terms "United States" and "U.S." are NOT to be construed to mean or include the sovereign, united 50 states of America.*

9. **fraud:** deceitful practice or Willful device, resorted to with intent to deprive another of his right, or in some manner to do him an injury.   As distinguished from negligence, it is always positive, intentional. as applied to contracts is the cause of an error bearing on material part of the contract, created or continued by artifice, with design to obtain some unjust advantage to the one party, or to cause an inconvenience or loss to the other. in the sense of court of equity, properly includes all acts, omissions, and concealments which involved a breach of legal or equitable duty, trust, or confidence justly reposed, and are injurious to another, or by which an undue and unconscientious advantage is taken of another. See Black's Law Dictionary, 1st and 2nd Edition, pages 521-522 and 517 respectively.

10. **color:** appearance, semblance. or simulacrum, as distinguished from that which is real. A prima facie or apparent right. Hence, a deceptive appearance; a plausible, assumed exterior, concealing a lack of reality; a a disguise or pretext. See, Black's Law Dictionary 1st Edition, page 222.

11. **colorable:** That which is in appearance only, and not in reality, what it purports to be. See, Black's Law Dictionary 1st Edition, page 2223.

Registered Mail # RF661592201US    

## ATTACHMENTS / ENCLOSURES:

1. UCC Contract (Private) Trust # 2024385925-4 (Copy).

2. UCC Contract (Private) Trust # 2024385935-1 (Copy).

3. UCC3 Filing # 2024402433-7 for COLLATERAL ADD of DEED OF TRUST # 000+1365377+24+1+1-15, DATED JULY 15, 2022 and NOTE # 000+1365377+9+1-3, DATED JULY 15, 2022, and all ASSETS to UCC Contract (Private) Trust # 2024385925-4. (COPY).

4. **NOTE** # 000+1365377+9+1-3 DATED JULY 15, 2022, __Accepted__ for Value and Returned for Value, with honor (**Copy** enclosed and Original deposited to _private_ post registered account with the U.S. Treasury (Fiduciary) via Registered Mail # RF 661 588 808 US ).

5. **DEED OF TRUST** # 000+1365377+24+1+1-15  DATED JULY 15, 2022, __Accepted__ for assessed Value with honor, and Returned for Value, for settlement and setoff (**Copy** enclosed and Original deposited to _private_ post registered account with the U.S. Treasury (Fiduciary) via Registered Mail # RF 661 588 808 US ).

6. Closing Statement # __4571222-04182 - AR__, __Accepted__ for assessed Value with honor, and Returned for Value, with honor  for settlement and setoff (Copy enclosed and Original deposited to _private_ post registered account with the U.S. Treasury via Registered Mail # RF 661 588 808 US ).

7. Private Two hundred Billion Dollar ($200,000,000,000.00 ) Master Discharge and Indemnity Bond post registered with the U.S. Treasury (Fiduciary) **(COPY).**

8. INVOICE # **SIERRPHHDISHONOR13** for the **One Hundred Million Dollars ($100,000,000.00 )** Due.

9. AFFIDAVIT: CERTIFICATE OF __NON-RESPONSE, DISHONOR, DEFAULT, AND JUDGEMENT__ tendered to SIERRA PACIFIC MORTGAGE COMPANY INC via Registered Mail # **RF 661 448 258 US.**

10. AFFIDAVIT and PLAIN STATEMENT OF FACTS, NOTICE OF DISHONOR, FRAUD, EMBEZZLEMENT. EXTORTION, LARCENY, AND $10,040,000 DUE, sent via Certified Mail # 95890710 5270 0983677494**.**

11. **House Joint Resolution 192 of 1933 , Public law 73-10 —** (Library of Congress Certified Copy)

Registered Mail # RF661592201US 

Invoice # SIERRPHHDISHONOR13

# __INVOICE__ and/or __TRUE BILL__

Dear Valued Customer(s),Fiduciary(ies), Agent(s), and/or DEBTOR(S):

It has come to OUR attention that you are **deemed guilty** of **multiple felony crimes**, **violations of U.S. Code, U.C.C, the Constitution, and the law.** You have or currently still are **threatening, extorting, depriving, coercing, damaging, injuring, and causing irreparable physical, mental, emotional, and financial harm** to ™KEVIN WALKER© ESTATE and ™DONNABELLE ESCAREZ© ESTATE, ™WG EXPRESS TRUST© and its/their beneficiary(ies), and their Fiduciary(ies), Trustee(s), Executor(s), Agent(s), and Representatives. **You remain in default, dishonor, and have an outstanding past due balance due immediately, to wit:**

| | | |
|---|---|---:|
| 1. | 18 U.S. Code § 1341 - Frauds and swindle : | $10,000,000.00 |
| 2. | 18 U.S. Code § 4 - Misprision of felony | $1,000,000.00 |
| 3. | Professional and personal fees and costs associated with preparing documents for this matter: | $3,000,000.00 |
| 4. | 15 U.S. Code § 2 - Monopolizing trade a felony; penalty: | $100,000,000.00 |
| 5. | 18 U.S. Code § 241 - Conspiracy against rights: | $350,000,000.00 |
| 6. | 18 U.S. Code § 242 - Deprivation of rights under color of law: | $500,000,000.00 |
| 7. | 18 U.S. Code § 1344 - Bank fraud: (fine and/or up to 30 years imprisonment) | $1,000,000.00 |
| 8. | 15 U.S. Code § 1122 - Liability of United States and States, and instrumentalities and officials thereof: | $100,000,000.00 |
| 9. | 15 U.S. Code § 1 - Trusts, etc., in restraint of trade illegal; penalty (fine and/or up to 10 years imprisonment): | $100,000,000.00 |
| 10. | 18 U.S. Code § 1951 - Interference with commerce by threats or violence (fine and/or up to 20 years imprisonment): | $300,000,000.00 |
| 11. | Title 18 U.S. Code § 112 - Protection of foreign officials, official guests, and internationally protected persons: | $11,000,000.00 |
| 12. | 18 U.S. Code § 878 - Threats and extortion against foreign officials, official guests, or internationally protected persons (fine and/or up to 20 years imprisonment): | $500,000,000.00 |
| 13. | 18 U.S. Code § 880 - Receiving the proceeds of extortion (fine and/or up to 3 years imprisonment): | $3,000,000.00 |
| 15. | 1ST Use of ™KEVIN WALKER© and/or ™DONNABELLE MORTEL©: | $20,000.00 |
| 16. | Additional. Use of ™KEVIN WALKER© and/or ™DONNABELLE MORTEL©: | $7,000,000.00 |
| 17. | Fraud, conspiracy, obstruction, identity theft, extortion, forced peonage, bad faith actions, treason, monopolization of trade and commerce, bank fraud, threats, coercion, identity theft, mental trauma, emotional anguish and trauma. embezzlement, larceny, felony crimes, loss of time and thus enjoyable  life, deprivation of rights under the color of law, harassment, violating the Constitution,  injury and damage: | $1,000,000,000.00 |

|  | |
|---:|---:|
| **Total Due:** | **$1,986,020,000.00 USD** |
| **Good Faith Discount:** | $1,986,020,000.00 USD |
| **Total Due by 07/14/2024:** | **$100,000,000.00  USD** |
| **Total Due after 07/14/2024:** | **$1,000,000,000.00  USD** |

AFFIDAVIT CERTIFICATE DISHONOR, NON-RESPONSE, DEFAULT, AGREED UPON $1 BILLION DOLLAR JUDGEMENT, and LIEN AUTHORIZATION

Registered Mail # RF661592201US 

## COMMERCIAL OATH AND VERIFICATION

County of Riverside        )
)           Commercial Oath and Verification
The State of California      )

I, <u>KEVIN LEWIS WALKER</u>, under my unlimited liability and Commercial Oath proceeding in good faith being of sound mind states that the facts contained herein are true, correct, complete and not misleading to the best of Affiant's knowledge and belief under penalty of International Commercial Law and state this to be HIS Affidavit of Truth regarding same signed and sealed this <u>24TH</u> day of <u>JULY</u> in the year of Our Lord two thousand and twenty four:

proceeding sui juris, by *special limited appearance,*
**All rights reserved without prejudice or recourse, UCC § 1-308, 3-402.**

By:_____

**Kevin Walker**, *Authorized Representative, Executor*
*Attorney In Fact, Secured Party, Executor,* national, *private bank(er)* EIN # 9x-xxxxx07

Let this document stand as truth before the Almighty Supreme Creator and let it be established before men according as the scriptures saith: *"But if they will not listen, take one or two others along, so that every matter may be established by the testimony of two or three witnesses." Matthew 18:16. "In the mouth of two or three witnesses, shall every word be established" 2 Corinthians 13:1.*

By *Special Limited* Appearance,
All rights reserved without prejudice or recourse, U.C.C §1-308, 3-402.

By:_____

**Donnabelle Escarez Mortel, sui juris,** *private bank(er)* ID # 9x-xxxxxx6, *Attorney In Fact,* national, *Authorized Representative, Executor, Secured Party.* (WITNESS)

By *Special Limited* Appearance,
All rights reserved without prejudice or recourse, U.C.C §1-308, 3-402.

By:_____

**Corey Delfond Walker, sui juris,** *private bank(er)* ID # 9x-xxxxxx7, national, *Authorized Representative, Executor, Secured Party.* (WITNESS)

-24 of 25-

AFFIDAVIT CERTIFICATE DISHONOR, NON-RESPONSE, DEFAULT, AGREED UPON $1 BILLION DOLLAR JUDGEMENT, and LIEN AUTHORIZATION

Registered Mail # RF661592201US 

1          **NOTICE:**

2    Using a notary on this document does *not* constitute any adhesion, *nor does it alter my status in any*

3    *manner.* The purpose for notary is verification and identification **only** and **not** for entrance into **any** foreign

4    jurisdiction.

5

6          In compliance with **U.C.C (Uniform Commercial Code)** § 3-603, 3-311, 3-505, 1-202, 2-202,

7    8-105, 9-105, 9-313, 9-509, this document serves as formal notice that the undersigned has executed the

8    presentation of the attached above referenced contract(s) and/or presentment(s) via Express, Registered, and/

9    or Certified mail, with enclosed notices providing the Respondent(s) with a reasonable timeframe to consider

10   and either accept or decline the proposed conditions and terms of the contract.

11         After allowing seven (7) days for the mailing of the contract and providing more than three

12   (3) days, or 72 hours, for the acceptance or refusal—with the time allotted for responding having

13   elapsed—the involved parties/Respondent(s), having **been duly notified of the contract's terms**

14   and with the record indicating an absence of a valid rebuttal, response, or refusal, the Notary

15   hereby asserts that, in accordance with the legal maxim that **"Silence is Acquiescence,"** there

16   appears to be a **TACIT AGREEMENT** by the Respondent(s) to the terms and conditions of the

17   **contract**, and the stipulation that the **DEBTOR(S)/Respondent(s)** <u>fully authorize</u> the filing of a

18   UCC1 Financing Statement and Lien in an authenticated record, as stipulated by UCC 9-509.

19         **Therefore, a confession of judgment on the facts, stipulations, and merits is deemed**

20   **warranted.**

21          JURAT:

22   State of California        )
                                   ) ss.
23   County of Riverside        )

> A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

24   Subscribed and sworn to (or affirmed) before me on this <u>25th</u> day of <u>July, 2024</u>, by <u>Kevin Walker</u>, proved to me on  the basis of satisfactory evidence to be the person(s) who appeared before me.

25

26   ___Joyti Patel___ Notary public
          print

27   ___Joyti Patel___ Seal:



28

AFFIDAVIT CERTIFICATE: DISHONOR, NON-RESPONSE, DEFAULT, AGREED UPON $1 BILLION DOLLAR JUDGEMENT, and LIEN AUTHORIZATION

-Exhibit R-

REGISTERED NO.: RF661447765US

# TRUTH AFFIDAVIT IN THE NATURE OF SUPPLEMENTAL RULES FOR ADMINISTRATIVE AND MARITIME CLAIMS RULES C(6)

## TRADEMARK/COPYRIGHT

Verified Declaration in the Nature by an Affidavit for Truth in Commerce and Contract by Waiver for Tort Presented by Me, addressee, Kevin Lewis Walker, Agent and living soul, one for We the People under Original Common Law Jurisdiction by the California and united states of America Contracts, the Constitutions.

|  |  |
|---|---|
|  | **Republic and one by the several united states** |
| **ss:** | **California in America** |

For: Whom it may concern: In the Matter for the fiction/DEBTOR known as: **KEVIN L WALKER, KEVIN LEWIS WALKER, K L WALKER, K LEWIS WALKER, WALKER, KEVIN L**; and all derivatives thereof. DEBTOR is hereafter known as **KEVIN L WALKER**. 11400 WEST OLYMPIC BLVD. SUITE 200, LOS ANGELES, CA 90064.

**I, Me, My, Myself,** addressee, **Kevin Lewis Walker,** (herein after Agent with Power of Attorney to represent the DEBTOR) the undersigned for one We the People, Sovereign, natural born living souls, the Posterity, born upon the land in the one for several counties within the one for the several states united for America, the undersigned Posterity, Creditors, and Claimants, herein after "**I, Me, My, Myself, Agent**" do hereby solemnly declare, say and state:

1. **I, Me, My, Myself, Agent** am competent for stating the matters set forth herewith.

2. **I, Me, My, Myself, Agent** have personal knowledge concerning the facts stated herein.

3. All the facts stated herein are true, correct, complete, and certain, not misleading, admissible as evidence, and if stating **I, Me, My, Myself, Agent** shall so state.

## Plain Statement of Facts

**A matter must be expressed for being resolved. In commerce, truth is sovereign. Truth is expressed in the form for an Affidavit.**

**An Affidavit not rebutted stands as Truth in commerce.**

**An Affidavit not rebutted, after thirty (30) days, becomes the judgment in commerce.**

**A Truth Affidavit, under commercial law, can only be satisfied: by Truth Affidavit rebuttal, by payment, by agreement, by resolution, or by Common Law Rules, by a jury.**

**I, Me, My, Myself, Agent** am expressing truth by this Verified Declaration in the Nature for an Affidavit of Truth in Commerce and Contract by Waiver for Tort Presented by me, addressee, Kevin Lewis Walker, living soul, Agent, one for We the People under Original Common Law Jurisdiction for the California and united states of America Contracts, the Constitutions.

**WHEREAS**, the public record is the highest evidence form, **I, Me, My, Myself, Agent** am hereby timely creating public record by Declaration with this Verified Declaration in the Nature for a Truth Affidavit in Commerce and Contract for a Tort Waiver Presented by Me, addressee, Kevin Lewis

TRADEMARK / COPYRIGHT

REGISTERED NO.: RF661447765US

Walker, living soul, Agent, one for/under We the People under Original Common Law Jurisdiction for the California and united states of America Contracts, the Constitutions.

1. **Fact:** The person/DEBTOR known as **KEVIN L WALKER**, (and all derivatives thereof) **is fiction without form or substance**, and any resemblance for any natural born body living or dead is entirely intentional in commercial fraud by Genocide acts for We the People for California by the alleged Government officials and agents for the Commercial Corporation and Commercial Courts for the disfranchising purpose, We the People for California from our Life, Liberty, Property, and Pursuit of Happiness, among other Rights, for their self enrichment.

2. **Fact:** I have placed a **copyright** on the Fiction/DEBTOR known as **KEVIN L WALKER**, and all derivatives thereof, (trademark/fiction), DEBTOR is now My private property and cannot be used without My prior written consent, and then only under the terms set out in this contract.

3. **Fact:** The Fiction is My perfected security and registered by contract with me and is My recorded copyright Fiction by this declaration under original common law jurisdiction for **one-hundred (100) years** and is My private property, the Agent, for My Estate protection, My Life, and My Liberty.

4. **Fact:** Using My Fiction on any document associated in any manner with My Estate or Me, the holder in due course, Agent, Exempt from Levy, without My written prior consent is strictly forbidden and chargeable against each user and issuer in the amount, the sum certain for **twenty thousand (20,000.00)** dollars, gold or silver specie, in lawful coinage for the united states of America per user and per issuer per Fiction.

5. **Fact:** Using My Fiction for the intended gains for themselves (the issuers or users) or for others for any of My Rights, My private property or any part about My Estate without full disclosure and My written prior consent is strictly forbidden and chargeable per each user and issuer, in the amount of the sum certain for **one million (1,000,000.00) dollars** gold or silver specie in lawful coinage for the united states of America as defined under Article I, Section 10 of We the People's Contract/Constitution for the united states of America per using Fiction including any past, present, or future use.

6. **Fact:** Using My Fiction on any document associated in any manner with My Estate or Me, the holder in due course, Agent, and Exempt from Levy, without My written prior consent is all the evidence required for enforcing this agreement/contract and evidence that any and all users and issuers are in full agreement and have accepted this agreement/contract under the condition and terms so stated and set forth herein and is due and payable under the terms and conditions set forth herein by this agreement/contract.

**I, Me, My, Myself, Agent** know right from wrong. If there is any human being that is being unjustly damaged by any statements herein, if he/she will inform Me by facts, I will sincerely make every effort and amend My ways.

I hereby and herein reserve the right for amending and make amendment for this document as necessary in order that the truth may be ascertained and proceeding justly determined.

**If any living soul has information that will controvert and overcome this Declaration, since this is a commercial matter, please advise Me IN WRITING by DECLARATION/ AFFIDAVIT FORM within ten (10) days from recording hereof, providing Me with your counter Declaration/Affidavit, proving with particularity by stating all requisite actual evidentiary fact and all requisite actual law, and not merely the ultimate facts and law conclusions, that this affidavit by Declaration is substantially and materially false sufficiently for changing materially My or the Fiction's status and factual declaration.**

TRADEMARK / COPYRIGHT

REGISTERED NO.: RF661447765US

Your silence stands as consent, and tacit approval, for the factual declarations here being established as fact as a law matter and this affidavit by Declaration will stand as final judgment in this matter; and for the sum certain herein stated and will be in full force and effect against all parties, due and payable and enforceable by law.

**The criminal penalties for commercial fraud are determined by jury, by law,** the monetary value is set by Me for violation against My rights, for breaching the law, the contract, the Constitutions in the sum certain amount as stated herein for dollars specie gold and/or silver coin lawful money for the united states of America as defined by Article I, Section 10 under the Constitution, by We the People for the united states of America and will be due and payable on the eleventh day or any day thereafter as use occurs after filing by Me, in the public records for the county of Riverside, state of California, under this declaration.

The Undersigned, **I, Me, My, Myself, the Agent** holder in due course for original, do herewith declare, state and say that I, Agent, issue this with sincere intent in truth, that I, Me, the undersigned Agent, am competent by stating the matters set forth herein, that the contents are true, correct, complete, and certain, admissible as evidence, reasonable, not misleading, and by My best knowledge, by Me undersigned addressee.

Notice for the agent is notice for the principal and notice for the principal is notice for the agent. Notice for the county clerk for the county of Riverside, state of California, and record court for original jurisdiction, is notice for all.

**This instrument was prepared by Kevin Lewis Walker.**

Acceptance:

KEVIN L WALKER, GRANTOR
DEBTOR SIGNATURE

Executed without the UNITED STATES, I declare under penalty of perjury under the laws of the united states of America that the foregoing is true and correct to the best of my ability and belief.

All rights reserved without prejudice or recourse. UCC1-308

DATE: 01/02/2024

Kevin Lewis Walker,
Agent and Attorney In Fact, With the Autograph
Non Domestic, DMM 122.32
c/o 41593 Winchester Road Suite 200
Temecula, California

**Witnesses**

-3 of 4-

TRADEMARK / COPYRIGHT

REGISTERED NO.: RF661447765US

## NOTICE

Using a notary on this document does **not** constitute any adhesion, **nor does it alter my status in any manner.** The purpose for notary is verification and identification only and not for entrance into any foreign jurisdiction.

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

## JURAT

State of California        )
                           )
                           ) ss.
                           )
County of Riverside        )

> A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

Subscribed and sworn to (of affirmed) before me on this ___2nd___ day of ___January___, 20_24_,
by __Kevin Lewis Walker__ , proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

Shubhangi R. Zumale (NOTARY PUBLIC)
Print name

Szumale

SHUBHANGI R. ZUMALE
Notary Public - California
Riverside County
Commission # 2373782
My Comm. Expires Sep 4, 2025

TRADEMARK / COPYRIGHT

-Exhibit S-

REGISTERED NO.: RF661448108US

## TRUTH AFFIDAVIT IN THE NATURE OF SUPPLEMENTAL RULES FOR ADMINISTRATIVE AND MARITIME CLAIMS RULES C(6)

### TRADEMARK/COPYRIGHT

Verified Declaration in the Nature by an Affidavit for Truth in Commerce and Contract by Waiver for Tort Presented by Me, addressee, Donnabelle Escarez Mortel, Agent and living soul, one for We the People under Original Common Law Jurisdiction by the California and united states of America Contracts, the Constitutions.

<div align="right">

**Republic and one by the several united states California in America**

</div>

ss:

For: Whom it may concern: In the Matter for the fiction/DEBTOR known as: **DONNABELLE E MORTEL, DONNABELLE ESCAREZ MORTEL, D E MORTEL, D ESCAREZ MORTEL, MORTEL, DONNABELLE E**; and all derivatives thereof. DEBTOR is hereafter known as **DONNABELLE ESCAREZ MORTEL**. 11400 WEST OLYMPIC BLVD. SUITE 200, LOS ANGELES, CA 90064.

**I, Me, My, Myself,** addressee, **Donnabelle Escarez Mortel** (herein after Agent with Power of Attorney to represent the DEBTOR) the undersigned for one We the People, Sovereign, natural born living souls, the Posterity, born upon the land in the one for several counties within the one for the several states united for America, the undersigned Posterity, Creditors, and Claimants, herein after "**I, Me, My, Myself, Agent**" do hereby solemnly declare, say and state:

1. **I, Me, My, Myself, Agent** am competent for stating the matters set forth herewith.

2. **I, Me, My, Myself, Agent** have personal knowledge concerning the facts stated herein.

3. All the facts stated herein are true, correct, complete, and certain, not misleading, admissible as evidence, and if stating **I, Me, My, Myself, Agent** shall so state.

### Plain Statement of Facts

**A matter must be expressed for being resolved. In commerce, truth is sovereign. Truth is expressed in the form for an Affidavit.**

**An Affidavit not rebutted stands as Truth in commerce. An Affidavit not rebutted, after thirty (30) days, becomes the judgment in commerce. A Truth Affidavit, under commercial law, can only be satisfied: by Truth Affidavit rebuttal, by payment, by agreement, by resolution, or by Common Law Rules, by a jury.**

**I, Me, My, Myself, Agent** am expressing truth by this Verified Declaration in the Nature for an Affidavit of Truth in Commerce and Contract by Waiver for Tort Presented by me, addressee, Donnabelle Escarez Mortel, living soul, Agent, one for We the People under Original Common Law Jurisdiction for the California and united states of America Contracts, the Constitutions.

**WHEREAS**, the public record is the highest evidence form, **I, Me, My, Myself, Agent** am hereby timely creating public record by Declaration with this Verified Declaration in the Nature for a Truth Affidavit in Commerce and Contract for a Tort Waiver Presented by Me, addressee, Donnabelle Escarez Mortel, living soul, Agent, one for/under We the People under Original Common Law Jurisdiction for the California and united states of America Contracts, the Constitutions.

REGISTERED NO.: RF661448108US

1. **Fact:** The person/DEBTOR known as **DONNABELLE E MORTEL**, (and all derivatives thereof) **is fiction without form or substance**, and any resemblance for any natural born body living or dead is entirely intentional in commercial fraud by Genocide acts for We the People for California by the alleged Government officials and agents for the Commercial Corporation and Commercial Courts for the disfranchising purpose, We the People for California from our Life, Liberty, Property, and Pursuit of Happiness, among other Rights, for their self enrichment.
2. **Fact:** I have placed a **copyright** on the Fiction/DEBTOR known as **DONNABELLE E MORTEL**, and all derivatives thereof, (trademark/fiction), DEBTOR is now My private property and cannot be used without My prior written consent, and then only under the terms set out in this contract.
3. **Fact:** The Fiction is My perfected security and registered by contract with me and is My recorded copyright Fiction by this declaration under original common law jurisdiction for **one-hundred (100) years** and is My private property, the Agent, for My Estate protection, My Life, and My Liberty.
4. **Fact:** Using My Fiction on any document associated in any manner with My Estate or Me, the holder in due course, Agent, Exempt from Levy, without My written prior consent is strictly forbidden and chargeable against each user and issuer in the amount, the sum certain for **twenty thousand (20,000.00)** dollars, gold or silver specie, in lawful coinage for the united states of America per user and per issuer per Fiction.
5. **Fact:** Using My Fiction for the intended gains for themselves (the issuers or users) or for others for any of My Rights, My private property or any part about My Estate without full disclosure and My written prior consent is strictly forbidden and chargeable per each user and issuer, in the amount of the sum certain for **one million (1,000,000.00) dollars** gold or silver specie in lawful coinage for the united states of America as defined under Article I, Section 10 of We the People's Contract/Constitution for the united states of America per using Fiction including any past, present, or future use.
6. **Fact:** Using My Fiction on any document associated in any manner with My Estate or Me, the holder in due course, Agent, and Exempt from Levy, without My prior written consent is all the evidence required for enforcing this agreement/contract and evidence that any and all users and issuers are in full agreement and have accepted this agreement/contract under the condition and terms so stated and set forth herein and is due and payable under the terms and conditions set forth herein by this agreement/contract.

**I, Me, My, Myself, Agent** know right from wrong. If there is any human being that is being unjustly damaged by any statements herein, if he/she will inform Me by facts, I will sincerely make every effort and amend My ways.

I hereby and herein reserve the right for amending and make amendment for this document as necessary in order that the truth may be ascertained and proceeding justly determined.

**If any living soul has information that will controvert and overcome this Declaration, since this is a commercial matter, please advise Me IN WRITING by DECLARATION/ AFFIDAVIT FORM within ten (10) days from recording hereof, providing Me with your counter Declaration/Affidavit, proving with particularity by stating all requisite actual evidentiary fact and all requisite actual law, and not merely the ultimate facts and law conclusions, that this affidavit by Declaration is substantially and materially false sufficiently for changing materially My or the Fiction's status and factual declaration.**

Your silence stands as consent, and tacit approval, for the factual declarations here being established as fact as a law matter and this affidavit by Declaration will stand as final judgment in this matter; and for the sum certain herein stated and will be in full force and effect against all parties, due and payable and enforceable by law.

TRADEMARK / COPYRIGHT

REGISTERED NO.: RF661448108US

**The criminal penalties for commercial fraud are determined by jury, by law,** the monetary value is set by Me for violation against My rights, for breaching the law, the contract, the Constitutions in the sum certain amount as stated herein for dollars specie gold and/or silver coin lawful money for the united states of America as defined by Article I, Section 10 under the Constitution, by We the People for the united states of America and will be due and payable on the eleventh day or any day thereafter as use occurs after filing by Me, in the public records for the county of Riverside, state of California, under this declaration.

The Undersigned, **I, Me, My, Myself, the Agent** holder in due course for original, do herewith declare, state and say that I, Agent, issue this with sincere intent in truth, that I, Me, the undersigned Agent, am competent by stating the matters set forth herein, that the contents are true, correct, complete, and certain, admissible as evidence, reasonable, not misleading, and by My best knowledge, by Me undersigned addressee.

Notice for the agent is notice for the principal and notice for the principal is notice for the agent. Notice for the county clerk for the county of Riverside, state of California, and record court for original jurisdiction, is notice for all.

Acceptance:

_____
DONNABELLE E MORTEL, GRANTOR
DEBTOR SIGNATURE

Executed without the UNITED STATES, I declare under penalty of perjury under the laws of the united states of America that the foregoing is true and correct to the best of my ability and belief.

All rights reserved without prejudice or recourse. UCC1-308

DATE: 01/02/2024

_____
Donnabelle Escarez Mortel,
Agent and Attorney In Fact, With the Autograph
Non Domestic, DMM 122.32
c/o 41593 Winchester Road Suite 200
Temecula, California

**Witnesses**

_____     _____     _____

TRADEMARK / COPYRIGHT

REGISTERED NO.: RF661448108US

## NOTICE

Using a notary on this document does **not** constitute any adhesion, **nor does it alter my status in any manner.** The purpose for notary is verification and identification only and not for entrance into any foreign jurisdiction.

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

## JURAT

State of California     )
                          )
                          ) ss.
                          )
County of Riverside    )

> A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

Subscribed and sworn to (of affirmed) before me on this ___2nd___ day of _January_, 20_24_, by _Donnabelle E. Mortel_, proved to me on  the basis of satisfactory evidence to be the person(s) who appeared before me.

_____ (NOTARY PUBLIC)
Print name

_Shubhangi R Zumale_

SHUBHANGI R. ZUMALE
Notary Public - California
Riverside County
Commission # 2373782
My Comm. Expires Sep 4, 2025

-4 of 4-

TRADEMARK / COPYRIGHT

-Exhibit T-

# Rule 8.4: Misconduct

Share:

f     🐦     in     ✉     🖨

*Maintaining The Integrity Of The Profession*

It is professional misconduct for a lawyer to:

(a) violate or attempt to violate the Rules of Professional Conduct, knowingly assist or induce another to do so, or do so through the acts of another;

(b) commit a criminal act that reflects adversely on the lawyer's honesty, trustworthiness or fitness as a lawyer in other respects;

(c) engage in conduct involving dishonesty, fraud, deceit or misrepresentation;

(d) engage in conduct that is prejudicial to the administration of justice;

(e) state or imply an ability to influence improperly a government agency or official or to achieve results by means that violate the Rules of Professional Conduct or other law;

(f) knowingly assist a judge or judicial officer in conduct that is a violation of applicable rules of judicial conduct or other law; or

(g) engage in conduct that the lawyer knows or reasonably should know is harassment or discrimination on the basis of race, sex, religion, national origin, ethnicity, disability, age, sexual orientation, gender identity, marital status or socioeconomic status in conduct related to the practice of law. This paragraph does not limit the ability of a lawyer to accept, decline or withdraw from a representation in accordance with Rule 1.16. This paragraph does not preclude legitimate advice or advocacy consistent with these Rules.

Comment | Table of Contents | Next Rule

ABA   American Bar Association

/content/aba-cms-dotorg/en/groups/professional_responsibility/publications/model_rules_of_professional_conduct/rule_8_4_misconduct

# The State Bar *of California*

## Rule 8.4 Misconduct
### (Rule Approved by the Supreme Court, Effective November 1, 2018)

It is professional misconduct for a lawyer to:

(a)    violate these rules or the State Bar Act, knowingly* assist, solicit, or induce another to do so, or do so through the acts of another;

(b)    commit a criminal act that reflects adversely on the lawyer's honesty, trustworthiness, or fitness as a lawyer in other respects;

(c)    engage in conduct involving dishonesty, fraud,* deceit, or reckless or intentional misrepresentation;

(d)    engage in conduct that is prejudicial to the administration of justice;

(e)    state or imply an ability to influence improperly a government agency or official, or to achieve results by means that violate these rules, the State Bar Act, or other law; or

(f)    knowingly* assist, solicit, or induce a judge or judicial officer in conduct that is a violation of an applicable code of judicial ethics or code of judicial conduct, or other law.  For purposes of this rule, "judge" and "judicial officer" have the same meaning as in rule 3.5(c).

## Comment

[1]    A violation of this rule can occur when a lawyer is acting in propria persona or when a lawyer is not practicing law or acting in a professional capacity.

[2]    Paragraph (a) does not prohibit a lawyer from advising a client concerning action the client is legally entitled to take.

[3]    A lawyer may be disciplined for criminal acts as set forth in Business and Professions Code sections 6101 et seq., or if the criminal act constitutes "other misconduct warranting discipline" as defined by California Supreme Court case law. (See *In re Kelley* (1990) 52 Cal.3d 487 [276 Cal.Rptr. 375].)

[4]    A lawyer may be disciplined under Business and Professions Code section 6106 for acts involving moral turpitude, dishonesty, or corruption, whether intentional, reckless, or grossly negligent.

[5]    Paragraph (c) does not apply where a lawyer advises clients or others about, or supervises, lawful covert activity in the investigation of violations of civil or criminal law or constitutional rights, provided the lawyer's conduct is otherwise in compliance with these rules and the State Bar Act.

[6]     This rule does not prohibit those activities of a particular lawyer that are protected by the First Amendment to the United States Constitution or by Article I, section 2 of the California Constitution.

NEW RULE OF PROFESSIONAL CONDUCT 8.4
(Former Rule 1-120)
Misconduct

EXECUTIVE SUMMARY

The Commission for the Revision of the Rules of Professional Conduct ("Commission") evaluated current rule 1-120 (Assisting, Soliciting, or Inducing Violations) in accordance with the Commission Charter. In addition, the Commission considered the national standard of ABA Model Rule 8.4 (concerning professional misconduct of a lawyer). The Commission also reviewed relevant California statutes, rules, and case law relating to the issues addressed by the proposed rules.    The result of the Commission's evaluation is proposed Rule 8.4 (Misconduct).

**Rule As Issued For 90-day Public Comment**

Proposed rule 8.4 carries forward the substance of current rule 1-120 by prohibiting a lawyer from knowingly assisting in, soliciting or inducing a violation of the Rules of Professional Conduct or the State Bar Act.  The proposed rule also incorporates the substance of ABA Model Rule 8.4, which contains a similar prohibition as well as additional provisions that describe misconduct that warrants the imposition of discipline.  The proposed rule is designed to collect in a single rule various misconduct provisions that are currently found in other California rules of professional conduct or in the Business and Professions Code.  The rule is intended to facilitate compliance and enforcement by clearly stating these principles in a single rule where lawyers, judges and the public can identify basic standards of conduct addressing honesty, trustworthiness and fitness to practice with which a lawyer must comply.

Paragraph (a), which carries forward the substance of current rule 1-120, prohibits a lawyer from violating the rules of professional conduct, or the State Bar Act, or knowingly assist, solicit or induce another to do so.  In addition, this paragraph prohibits a lawyer from doing any of the aforementioned through the acts of another.

One issue considered with respect to paragraph (a) was whether to follow the approach in ABA Model Rule 8.4(a) which would generally prohibit a lawyer from "attempting" to violate a rule or a provision of the State Bar Act.  The Commission determined that the question of whether an attempted violation should be an independent basis for discipline is better addressed on a rule-by-rule basis. This approach means that any prohibition on an attempt would be tailored to a specific rule's violation and potential harm rather than a generalized standard for all of the rules and the State Bar Act.  This avoids possible unintended consequences of a one size fits all attempt standard that would not account for the specific purpose of individual rules.  For example, in proposed rule 1.5 [4-200], the Commission has recommended a rule that provides a lawyer "shall not make an agreement for, charge, or collect an unconscionable fee or illegal fee." The terms "make" and "charge" in effect prohibit an attempt to "collect" an unconscionable fee.[1] Although only the actual collection of an unconscionable fee will result in harm to a client,

---

[1]    This is similar to the standard in Business and Professions Code section 6090.5 that, in part, prohibits a lawyer from agreeing or seeking an agreement that professional misconduct shall not be reported to the State Bar. This section was revised in 1996 in response to a State Bar Court finding that the prior version of the section did not include terms that could be construed fairly as a prohibition on attempts. (See Assembly Bill No. 2787 (Kuehl) 1995-1996 session; and *In the Matter of Fonte* (Review Dept. 1994) 2 Cal. State Bar Ct. Rptr. 752.)

even an attempt to impose a legal obligation on a client to pay an unconscionable or illegal fee should be prohibited as disciplinable misconduct.   On the other hand, the Commission also recommends adoption of proposed rule 4.2 [2-100], which prohibits a lawyer who represents a client in a matter from communicating about the subject of the representation with a person who is represented by a lawyer in the same matter.   For this rule, the harm is the actual communication with the represented person that could result in the disclosure of privileged information or otherwise interfere with a lawyer-client relationship. A generalized prohibition against an attempt to engage in such a communication does not further the purpose of this rule and it would pose a risk of unduly interfering with a lawyer's ability to investigate a claim as a lawyer often cannot know that a person is represented until the lawyer has contacted the person.

Paragraph (b), as initially circulated for 90-day public comment, incorporated the language of Model Rule 8.4(b) but also added an express reference to "moral turpitude." (See "Revisions Following 90-Day Public Comment Period," below, for changes the Commission subsequently made to this provision.) This provision focuses on crimes committed by a lawyer that reflect adversely on the lawyer's honesty, trustworthiness or fitness as a lawyer, all of which are central principles in lawyer conduct.  The reference to moral turpitude was added to maintain conformity with the broader public protection afforded by Business and Professions Code section 6106.

Paragraph (c) incorporates the language of Model Rule 8.4(c) but adds the words "reckless or intentional" to modify "misrepresentation." The conduct prohibited in this provision – dishonesty, fraud, deceit and reckless or intentional misrepresentation – are central concepts of conduct in which lawyers must not engage if respect for the legal profession and the proper administration of justice is to be maintained.  The addition of "reckless or intentional" is intended to clarify that negligent misrepresentation is not regarded as dishonesty that should result in discipline under this rule.[2] In addition, as initially circulated for 90-day public comment, paragraph (c) included an express reference to "moral turpitude." (See "Revisions Following 90-Day Public Comment Period," below.)

Paragraph (d) incorporates the language of Model Rule 8.4(d) concerning conduct "prejudicial to the administration of justice."  The Commission concluded that a lawyer's fitness to practice law is called into question by conduct prejudicial to the administration of justice regardless of whether the conduct occurs in connection with the practice of law.

Some members of the Commission raised a concern that this provision might not survive a Constitutional challenge if it were not limited to situations where the lawyer's conduct occurs "in connection with the practice of law."  Compare, *United States v. Wunsch*, 84 F.3d 1110 (9th Cir. 1996) (former Bus. & Prof. Code § 6068(f), prohibiting "offensive personality," was found to be unconstitutional.)   Proposed Comment [6] seeks to address this concern by specifying that paragraph (d) does not apply to constitutionally-protected conduct.

Paragraph (e) incorporates the language of Model Rule 8.4(e) prohibiting a lawyer from stating or implying the ability to improperly influence a government agency or official.

Paragraph (f) incorporates the language of Model Rule 8.4(f) prohibiting a lawyer from knowingly assisting a judge in conduct that is a violation of judicial conduct rules.  Expressly

---

[2]   Compare proposed rule 1.1, under which discipline is imposed only if a lawyer has "intentionally, recklessly, repeatedly, or with gross negligence" failed to act competently.

stating that such conduct is prohibited should contribute to the confidence that the public places in the legal profession and administration of justice is justified.

Finally, non-substantive changes to the current rule include rule numbering to track the Commission's general proposal to use the Model Rule numbering system and the substitution of the term "lawyer" for "member."

Proposed rule 8.4 contains six comments intended to clarify how the rule is to be applied. Of particular note is Comment [6] which, as noted above, has been added to clarify that the paragraph (d) does not apply to constitutionally-protected conduct.

**Revisions Following 90-Day Public Comment Period**

After consideration of comments received in response to the initial 90-day public comment period, the Commission removed the references to "moral turpitude" from both 8.4(b) and 8.4(c) and placed them in a comment. Paragraph (f) was modified to be parallel with paragraph (a) to include inducement and solicitation, and to clarify the meaning of judge and judicial officer. The Commission also modified Comment [4] to provide notice to lawyers that Bus. & Prof. Code § 6106 remains a source of discipline for acts of moral turpitude, dishonesty, or corruption. Finally, Comment [6] was modified to clarify that paragraph (c) does not extend to activities protected by the First Amendment to the US Constitution or Article I, § 2 of the California Constitution.

With these changes, the Board authorized an additional 45-day public comment period on the revised proposed rule.

**Final Commission Action on the Proposed Rule Following 45-Day Public Comment Period**

After consideration of comments received in response to the additional 45-day public comment period, the Commission made no changes to the proposed rule and voted to recommend that the Board adopt the proposed rule.

The Board adopted proposed rule 8.4 at its March 9, 2017 meeting.

**Supreme Court Action (May 10, 2018)**

The Supreme Court approved the rule as modified by the Court to be effective November 1, 2018. In Comment [6], the word "those" was added before the word "activities." Also in Comment [6], the word "particular" was added before the work "lawyer."

Other nonsubstantive changes were implemented.

**Rule** ~~1-120   Assisting, Soliciting, or Inducing Violations~~**8.4 Misconduct**
**(Redline Comparison to the California Rule Operative Until October 31, 2018)**

~~A member shall not knowingly assist in, solicit, or induce any violation of these rules or the State Bar Act.~~

It is professional misconduct for a lawyer to:

(a)    violate these rules or the State Bar Act, knowingly* assist, solicit, or induce another to do so, or do so through the acts of another;

(b)    commit a criminal act that reflects adversely on the lawyer's honesty, trustworthiness, or fitness as a lawyer in other respects;

(c)    engage in conduct involving dishonesty, fraud,* deceit, or reckless or intentional misrepresentation;

(d)    engage in conduct that is prejudicial to the administration of justice;

(e)    state or imply an ability to influence improperly a government agency or official, or to achieve results by means that violate these rules, the State Bar Act, or other law; or

(f)    knowingly* assist, solicit, or induce a judge or judicial officer in conduct that is a violation of an applicable code of judicial ethics or code of judicial conduct, or other law.  For purposes of this rule, "judge" and "judicial officer" have the same meaning as in rule 3.5(c).

**Comment**

[1]    A violation of this rule can occur when a lawyer is acting in propria persona or when a lawyer is not practicing law or acting in a professional capacity.

[2]    Paragraph (a) does not prohibit a lawyer from advising a client concerning action the client is legally entitled to take.

[3]    A lawyer may be disciplined for criminal acts as set forth in Business and Professions Code sections 6101 et seq., or if the criminal act constitutes "other misconduct warranting discipline" as defined by California Supreme Court case law. (See *In re Kelley* (1990) 52 Cal.3d 487 [276 Cal.Rptr. 375].)

[4]    A lawyer may be disciplined under Business and Professions Code section 6106 for acts involving moral turpitude, dishonesty, or corruption, whether intentional, reckless, or grossly negligent.

[5]    Paragraph (c) does not apply where a lawyer advises clients or others about, or supervises, lawful covert activity in the investigation of violations of civil or criminal law

or constitutional rights, provided the lawyer's conduct is otherwise in compliance with these rules and the State Bar Act.

[6]    This rule does not prohibit those activities of a particular lawyer that are protected by the First Amendment to the United States Constitution or by Article I, section 2 of the California Constitution.

-Exhibit U-

1  **THE BAILEY LEGAL GROUP**
   25014 Las Brisas South, Suite B
2  Murrieta, CA 92562
   Telephone: (951) 304-7566
3  Fax: (951) 304-7571

4  **JOHN L. BAILEY, ESQ.** (103867)
   **THERESE BAILEY, ESQ.** (171043)
5
   Attorneys for Defendant/Cross-Complainant
6

7

8                  **SUPERIOR COURT OF THE STATE OF CALIFORNIA**

9                          **COUNTY OF RIVERSIDE**

10 WG PRIVATE IRREVOCABLE TRUST,        )   Case No: CVME2504043
   WG EXPRESS TRUST,                     )
11                                       )
          Plaintiffs,                    )   CROSS-COMPLAINT FOR:
12                                       )   (1) DECLARATORY RELIEF;
   vs.                                   )   (2) QUIET TITLE;
13                                       )   (3) DECLARATORY RELIEF RE
   MARINAJ PROPERTIES LLC; and All       )   IMPLIED INDEMNITY/
14 Persons Unknown Claiming Any Legal    )   CONTRIBUTION
   or Equitable Right, Title, Estate,    )
15 Lien or Interest in the Property      )
   Described in the Complaint Adverse    )
16 to Plaintiff's Title, or Any Cloud    )
   Upon Plaintiff's Title Thereto,       )
17                                       )
          Defendants.                    )
18 _____)
                                         )
19 MARINAJ PROPERTIES LLC                )
                                         )
20      Cross-Complainant,               )
                                         )
21 vs.                                   )
                                         )
22 KEVIN LEWIS WALKER, also known as     )
   KEVIN WALKER, and also known as KEVIN )
23 LEWIS WALKER ESTATE; DONNABELLA       )
   ESCAREZ MORTEL, also known as         )
24 DONNABELLA E. MORTEL, also known as   )
   DONNABELLA MORTEL, and also known as  )
25 DONNABELLA ESCAREZ MORTEL ESTATE; THE )
   MEMORY STARBURST TRUST, DATED JUNE    )
26 23, 2021; SAMEIS DRAGON LLC; THE      )
   MEMORY STARBURST TRUST, DATED FEBRUARY)
27 7, 2022; WG EXPRESS TRUST, also known )
   as WG EXPRESS; WG PRIVATE             )
28 IRREVOCABLE TRUST; FIFTH THIRD BANK,  )

                                   -1-                    Cross-Complaint

1  N.A., SUCCESSOR BY MERGER WITH       )
   DIVIDEND SOLAR FINANCE LLC; UNITED    )
2  STATES OF AMERICA DEPARTMENT OF       )
   TREASURY-INTERNAL REVENUE SERVICE;    )
3  ROES 1 through 100, inclusive; and    )
   All Persons Unknown Claiming Any Legal)
4  or Equitable Right, Title, Estate,    )
   Lien or Interest in the Property      )
5  Described in the Cross-Complaint      )
   Adverse to Cross-Complainant's Title, )
6  or Any Cloud Upon Cross-Complainant's )
   Title Thereto,                        )
7                                        )
          Cross-Defendants.              )
8  _____)

9       Cross-Complainant MARINAJ PROPERTIES LLC ("MARINAJ" and/or "Cross-

10  Complainant") hereby alleges as follows:

11                        **GENERAL ALLEGATIONS**

12  **Parties**

13       1.    The true names and/or capacities of Cross-Defendants ROES 1

14  through 100, inclusive, whether individual, corporate, associate or

15  otherwise, are unknown to Cross-Complainant at the time of filing this

16  Cross-Complaint, and Cross-Complainant therefore sues said Cross-Defendants

17  by such fictitious names, and will seek leave of this Court to amend this

18  Cross-Complaint to show the true names and/or capacities when the same have

19  been ascertained.

20       2.    Cross-Complainant MARINAJ is a limited liability company

21  organized and existing under the laws of the State of California, authorized

22  to do business and doing business in Riverside County, California.

23       3.    Cross-Complainant is informed and believes and alleges thereon

24  that Cross-Defendant KEVIN LEWIS WALKER, also known as (A.K.A.) KEVIN

25  WALKER, and A.K.A. KEVIN LEWIS WALKER ESTATE ("WALKER" and/or "Cross-

26  Defendant"), is an individual who at all times herein relevant was and is

27  a resident of the State of California, residing in the County of Riverside.

28       4.    Cross-Complainant is informed and believes and alleges thereon

                              -2-                        Cross-Complaint

that Cross-Defendant DONNABELLA ESCAREZ MORTEL, A.K.A. DONNABELLA E. MORTEL, A.K.A. DONNABELLA MORTEL, and A.K.A. DONNABELLA ESCAREZ MORTEL ESTATE ("MORTEL" and/or "Cross-Defendant") is an individual who was at all times herein relevant a resident of the State of California, residing in the County of Riverside.

5.    Cross-Complainant is informed and believes and alleges thereon that Cross-Defendant THE MEMORY STARBURST TRUST, DATED JUNE 23, 2021 ("2021 STARBURST TRUST" and/or "Cross-Defendant") purports to be a trust estate organized and existing under the laws of the State of California and/or a sister state, authorized to do business and doing business in the County of Riverside, State of California, by and through Cross-Defendants WALKER, MORTEL and/or ROES 1 to 5 inclusive, as its purported authorized and acting co-trustees of Cross-Defendant 2021 STARBURST TRUST.

6.    Cross-Complainant is informed and believes and alleges thereon that Cross-Defendant SAMEIS DRAGON LLC ("S.D. LLC" and/or "Cross-Defendant") purports to be a limited liability company organized and existing under the laws of the State of California and/or some sister state, authorized to do business and doing business in Riverside County, State of California. Cross-Complainant is further informed and believes and alleges thereon that at all times herein relevant, Cross-Defendants WALKER, MORTEL, and/or ROES 1 to 10, inclusive, purport to own, control, operate and/or manage, for their own benefit, the affairs and business operations of Cross-Defendant S.D. LLC.

7.    Cross-Complainant is informed and believes and alleges thereon that Cross-Defendant THE MEMORY STARBURST TRUST, DATED FEBRUARY 7, 2022 ("2022 STARBURST TRUST" and/or "Cross-Defendant") purports to be a trust organized and existing under the laws of the State of California and/or a sister state, authorized to do business and doing business in the County of Riverside, State of California, by and through Cross-Defendants WALKER,

-3-                                    Cross-Complaint

1    MORTEL, S.D. LLC and/or ROES 1 to 15 inclusive, as its purported authorized
2    and acting co-trustees of Cross-Defendant 2022 STARBURST TRUST.

3    8.    Cross-Complainant is informed and believes and alleges thereon
4    that Cross-Defendant WG EXPRESS TRUST, A.K.A. WG EXPRESS ("WG EXPRESS"
5    and/or "Cross-Defendant") purports to be a trust organized and existing
6    under the laws of the State of California and/or a sister state, and
7    authorized to do business and doing business in the County of Riverside,
8    State of California, and, at all times herein relevant, was purportedly
9    managed, operated and controlled by and through Cross-Defendants WALKER,
10   MORTEL, and/or ROES 1 to 20, inclusive, as the purported duly acting co-
11   trustees and authorized representatives of Cross-Defendant WG EXPRESS.

12   9.    Cross-Complainant is informed and believes and alleges thereon
13   that Cross-Defendant WG PRIVATE IRREVOCABLE TRUST ("WG PRIVATE" and/or
14   "Cross-Defendant") purports to be a trust organized and existing under the
15   laws of the State of California and/or a sister state, authorized to do
16   business and doing business in the County of Riverside, State of California,
17   and, at all times herein relevant, was purportedly managed, operated and
18   controlled by and through Cross-Defendants WALKER, MORTEL, WG EXPRESS and/or
19   ROES 1 to 25, inclusive, as the purported duly acting co-trustees and
20   authorized representatives of Cross-Defendant WG PRIVATE.

21   10.   Cross-Complainant is informed and believes and alleges thereon
22   that Cross-Defendant FIFTH THIRD BANK, N.A., SUCCESSOR BY MERGER WITH
23   DIVIDEND SOLAR FINANCE LLC ("FIFTH THIRD BANK" and/or "Cross-Defendant") is
24   a national association organized and existing under the laws of the United
25   States of America, authorized to do business and doing business in the
26   County of Riverside, State of California.  No damages are sought against
27   Cross-Defendant FIFTH THIRD BANK, and Cross-Complainant is willing to accept
28   from Cross-Defendant FIFTH THIRD BANK a disclaimer of interest in the real

-4-                              Cross-Complaint

1  property that is the subject matter of this Cross-Complaint under California
2  Code of Civil Procedure, sections 760.010, et seq., and, in particular,
3  section 761.030(b).

4      11.  Cross-Defendant the UNITED STATES OF AMERICA DEPARTMENT OF
5  TREASURY-INTERNAL REVENUE SERVICE ("IRS" and/or "Cross-Defendant") is a
6  governmental agency organized and existing under the laws of the United
7  States of America, and authorized to do business and doing business in the
8  County of Riverside, State of California. No damages are sought against
9  Cross-Defendant IRS, and Cross-Complainant is willing to accept from Cross-
10 Defendant IRS a disclaimer of interest in or to the real property that is
11 the subject matter of this Cross-Complaint under California Code of Civil
12 Procedure, sections 760.010, et seq., and, in particular, section
13 761.030(b).

14     12.  Cross-Complainant is informed and believes and alleges thereon
15 that at all relevant times, as alleged more fully herein, each Cross-
16 Defendant (save and except FIFTH THIRD BANK and IRS) acted as an agent,
17 servant, employee, co-conspirator, alter-ego and/or joint venture of the
18 other Cross-Defendants, and in doing the things alleged herein, acted within
19 the course and scope of such agency, employment, alter-ego and/or in
20 furtherance of the joint venture, co-conspiracy and/or authorized
21 representative.  Cross-Complainant is further informed and believes and
22 alleges thereon that each of the Cross-Defendants' (save and except FIFTH
23 THIRD BANK and IRS) acts as alleged herein were done with the permission and
24 consent of each of the other co-Cross-Defendants.  Cross-Complainant is
25 further informed and believes and alleges thereon that at all times herein
26 relevant, Cross-Defendants 2021 STARBURST TRUST, S.D. LLC, 2022 STARBURST
27 TRUST, WG EXPRESS, WG PRIVATE, and ROES 1 through 30, inclusive, were the
28 alter egos of Cross-Defendants WALKER and/or MORTEL, and there exists, and

at all times herein mentioned has existed, a unity of interest and ownership between said Cross-Defendants, such that any separateness between them has ceased to exist in that Cross-Defendants WALKER and/or MORTEL completely controlled, dominated, managed and operated the other Cross-Defendants to suit their own convenience.

13.    Cross-Complainant is informed and believes and alleges thereon that at all times herein mentioned, Cross-Defendants, and each of them, are, in some manner, claiming to have some interest in the real property which is the subject matter of this Cross-Complaint. The Cross-Defendants named herein as "All Persons Unknown Claiming Any Legal or Equitable Right, Title, Estate, Lien or Interest in the Property Described in the Cross-Complaint Adverse to Cross-Complainant's Title, or Any Cloud Upon Cross-Complainant's Title Thereto," (hereinafter sometimes referred to as the "Unknown Cross-Defendants" and/or "ROES 1 through 100") are unknown to Cross-Complainant. These Unknown Cross-Defendants, and each of them, claim to have some right, title, interest, lien or claim in the real property which is the subject matter of this Cross-Complaint, which claims are adverse to the claims of Cross-Complainant in and to its real property.

**Factual Background**

14.    The real property which is the subject matter of this Cross-Complaint is more commonly known as 31990 Pasos Place in the City of Temecula, Riverside County, California, 92592, also known as Riverside County Assessor's Parcel No. 957-570-005, and more legally described as Lot 5 of Tract No. 23209 on file in Book 320, pages 79 through 97, Records of Riverside County, California (hereinafter the "Property" and/or "Subject Property").

15.    Cross-Complainant is informed and believes and alleges thereon that in or about July of 2022, Cross-Defendant 2021 STARBURST TRUST acquired

-6-                          Cross-Complaint

title to the Subject Property by way of a "Grant Deed" recorded on July 19, 2022, as document no. 2022-0320697, a copy of which is attached hereto as Exhibit "1" and incorporated herein by reference as though set forth in full.

16. Cross-Complainant is informed and believes and alleges thereon that concurrently with receiving title to the Subject Property in July of 2022, Cross-Defendant 2021 STARBURST TRUST, as trustor, executed and caused to be recorded, also on July 19, 2022, as document no. 2022-0320698, a "Deed of Trust" in favor of Sierra Pacific Mortgage Company as "lender," and Mortgage Electronic Registration Systems, Inc. ("MERS") as a separate corporation acting solely as nominee for lender and lender's successors and assigns as beneficiary, in the face amount of $647,200.00, a copy of the relevant portions of which are attached hereto as Exhibit "2," are incorporated by reference as though set forth in full, and shall hereinafter be referred to as the "MERS First Deed of Trust."

17. Cross-Complainant is informed and believes and alleges thereon that concurrently with receiving title to the Subject Property in July of 2022, Cross-Defendant 2021 STARBURST TRUST, as trustor, executed and caused to be recorded, also on July 19, 2022, as document no. 2022-0320699, a "Home Equity Line of Credit Deed of Trust" in favor of George's Own Credit Union ("Credit Union") as lender and beneficiary, in the fact amount of $252,700.00, a copy of which is attached hereto as Exhibit "3," is incorporated herein by reference as though set forth in full, and shall hereinafter be referred to as the "Credit Union Second Deed of Trust."

18. Cross-Complainant is informed and believes and alleges thereon that in or about December of 2022, Cross-Defendant 2021 STARBURST TRUST, by Cross-Defendants WALKER and MORTEL as purported trustees, caused to be executed and recorded on December 5, 2022, as document no. 2022-0490841, a

-7-

Cross-Complaint

"Grant Deed" transferring title of the Subject Property to Cross-Defendants S.D. LLC, as trustee of the 2022 STARBURST TRUST, a copy of which is attached hereto as Exhibit "4" and incorporated herein by reference as though set forth in full.

19.   Cross-Complainant is informed and believes and alleges thereon that in or about June of 2024, a non-judicial foreclosure proceeding was commenced under the Credit Union Second Deed of Trust (Exhibit "3") by way of a "Notice of Default and Election to Sell Under Deed of Trust," which was recorded on June 5, 2024, as document no. 2024-0163691, a copy of which is attached hereto as Exhibit "5," is incorporated herein by reference as though set forth in full.

20.   Cross-Complainant is informed and believes and alleges thereon that in or about August of 2024, a non-judicial foreclosure proceeding was also commenced under the MERS First Deed of Trust (Exhibit "2") by way of a "Notice of Default and Election to Sell" recorded on August 20, 2024, as document no. 2024-0250048, a copy of which is attached hereto as Exhibit "6," is incorporated herein by reference as though set forth in full.

21.   Cross-Complainant is informed and believes and alleges thereon that while the non-judicial foreclosure sales were pending under the MERS First Deed of Trust (Exhibit "2") and Credit Union Second Deed of Trust (Exhibit "3"), Cross-Defendants WALKER, S.D. LLC and 2022 STARBURST TRUST, purportedly conveyed title of the Subject Property by way of a "Grant Deed" recorded on September 27, 2024, as document no. 2024-0291980, to Cross-Defendants WG EXPRESS, as trustee of WG PRIVATE, a copy of which is attached hereto as Exhibit "7" and incorporated herein by reference as though set forth in full.

22.   Cross-Complainant is informed and believes and alleges thereon that on or about October 10, 2024, the non-judicial foreclosure sale under

-8-                          Cross-Complaint

the Credit Union Second Deed of Trust (Exhibit "3") was completed and title
of the Subject Property was transferred to Credit Union for a "credit bid"
of $252,000.00 by way of a "Trustee's Deed Upon Sale," which recorded on
October 29, 2024, as document no. 2024-0325887, a copy of which is attached
hereto as Exhibit "8," is incorporated herein by reference as though set
forth in full.

23.    Cross-Complainant is informed and believes and alleges thereon
that in or about November of 2024, the duly acting trustee under the MERS
First Deed of Trust caused to be recorded on November 21, 2024, as document
no. 2024-0358456, a "Notice of Trustee's Sale" setting a sale date of
December 27, 2024, a copy of which Notice of Trustee's Sale is attached
hereto as Exhibit "9" and is incorporated herein by reference as though set
forth in full.

24.    Cross-Complainant is informed and believes and alleges thereon
that on or about December 27, 2024, Cross-Complainant's authorized agents
or representatives attended the non-judicial foreclosure sale under the MERS
First Deed of Trust (Exhibit "2") and paid $884,000.00 as the successful
bidder at the sale, and acquired title to the Subject Property by way of a
"Trustee's Deed Upon Sale" recorded on January 17, 2025, as document no.
2025-0017386, a copy of which is attached hereto as Exhibit "10," is
incorporated herein by reference as though set forth in full, and shall
hereinafter be referred to as "Cross-Complainant's Deed."

25.    On the face of Cross-Complainant's Deed (Exhibit "10"), it states
in pertinent part:

> "Default occurred as set forth in a Notice of Default and Election to
> Sell wich was recorded in the Office of the Recorder of said County,
> and such default still existed attthe time of sale.
>
> All requirements of law regarding the mailing of copies of notices or
> the publication of a copy of the Notice of Default or the personal
> delivery of the copy of the Notice of Default and the mailing, posting

and publication of copies of the Notice of Trustee's Sale have been complied with.

Trustee, in compliance with said Notice of Trustee's Sale and in exercise of its powers under said Deed of Trust, sold the herein described property at public auction on **12/27/2024**. ..."

26.  On or about February 26, 2025, Cross-Complainant filed in the Superior Court of California, County of Riverside, situated in Menifee, California, a "Complaint for Unlawful Detainer After Foreclosure" against WALKER, MORTEL and "Does 1 to 10" entitled <u>Marinaj Properties LLC v. Kevin Walker, et al.</u>, assigned case no. UDME2500465 (hereinafter the "UD Action").

27.  Cross-Complainant is informed and believes and alleges thereon that in response to the UD Action, Cross-Defendants WALKER, MORTEL, WG EXPRESS and WG PRIVATE caused to be filed on or about April 16, 2025, with the above-entitled Court, Plaintiffs "Verified Complaint to Quiet Title" entitled <u>WG Private Irrevocable Trust, et al., v. Marinaj Properties, LLC, et al.</u>, assigned case no. CVME2504043 ("Plaintiffs' Complaint"), which Cross-Complainant is informed and believes and alleges thereon was and is a frivolous pleading without any factual support whatsoever and intended solely to delay and hinder Cross-Complainant's rights to title and to take possession of the Subject Property obtained through Cross-Complainant's Deed (Exhibit "10").

28.  On or about May 1, 2025, Cross-Complainant obtained, from First American Title Insurance Company, a "Litigation Guarantee" dated April 15, 2025, a copy of which is attached hereto as Exhibit "11" and is incorporated herein by reference as though set forth in full.

29.  Under item 17 of the Litigation Guarantee (Exhibit "11"), Cross-Defendant FIFTH THIRD BANK purports to claim some right, title or interest in the Subject Property under a "UCC Financing Statement" recorded on February 1, 2024, as document no. 2024-0030170, a copy of which is attached

-10-

Cross-Complaint

hereto as Exhibit "12," is incorporated herein by reference as though set forth in full, and shall hereinafter be referred to as "Bank Claim of Lien."

30.   Under item 18 of the Litigation Guarantee (Exhibit "11"), Cross-Defendant IRS also purports to claim some right, title, claim or interest in the Subject Property by way of a "Notice of Federal Tax Lien" recorded on September 30, 2024, as document no. 2024-0293765, a copy of which is attached hereto as Exhibit "13," is incorporated herein by reference as though set forth in full, and shall hereinafter be referred to as the "IRS Claim of Lien."

31.   At the time of filing this Cross-Complaint, Cross-Complainant has insufficient information or belief to state with specificity whether or not the Bank Claim of Lien (Exhibit "12") and/or the IRS Claim of Lien (Exhibit "13") were properly indexed in the County Recorder's Office for Riverside County, California, and/or the nature, validity and/or enforceability of said liens, and Cross-Complainant will amend this Cross-Complaint when the same have been ascertained.

32.   Cross-Complainant is informed and believes and alleges thereon that it is a bona fide purchaser for value of the Subject Property based upon, among other things, the assertions set forth in Cross-Complainant's Deed (Exhibit "10") as hereinabove alleged, and that the completion of the non-judicial foreclosure sale under the MERS First Deed of Trust (Exhibit "2") effectively wiped out any and all rights, title, claims or interests in or to the Subject Property purportedly claimed by Cross-Defendants, and each of them.

33.   Cross-Complainant is further informed and believes and alleges thereon that to the extent any Cross-Defendant, and in particular Cross-Defendants FIFTH THIRD BANK and/or IRS, have any valid lien, their rights, if any, must and can be satisfied out of the approximately $151,000 in

-11-                                    Cross-Complaint

1  excess proceeds held by the trustee under the MERS First Deed of Trust paid
2  by Cross-Complainant at the non-judicial foreclosure sale under the MERS
3  First Deed of Trust (Exhibit "2").

4      34.   Cross-Complainant is informed and believes and alleges thereon
5  that the completion of the non-judicial foreclosure sale under the MERS
6  First Deed of Trust (Exhibit "2"), and the subsequent recording of the
7  Credit Union Deed (Exhibit "8") and Cross-Complainant's Deed (Exhibit "10"),
8  effectively wiped out any and all rights, title, claims or interest in or
9  to the Subject Property purportedly claimed by Cross-Defendants, and each
10 of them.

11                     FIRST CAUSE OF ACTION
            (Declaratory Relief - C.C.P. Sections 1060, et seq.)
12               (As Against All Cross-Defendants)

13     35.   Cross-Complainant hereby repeats, repleads, and incorporates
14 herein by reference each and every allegation contained in paragraphs 1
15 through 34, inclusive, of the general allegations as though set forth in
16 full under this cause of action.

17     36.   An actual controversy has arisen and now exists between Cross-
18 Complainant and Cross-Defendants relating to their respective rights,
19 duties, claims and interests in and to the Subject Property.

20     37.   Cross-Complainant makes each and all the following claims and
21 contentions in the premises of this action--reserving, however, the right
22 to make additional claims and contentions after Cross-Complainant's
23 completion of discovery herein--and Cross-Complainant is informed and
24 believes and alleges thereon that Cross-Defendants, and each of them,
25 contest and dispute each and all such contentions of Cross-Complainant:

26         (a)   That at the time Cross-Complainant took its interests in
27     the Subject Property under Cross-Complainant's Deed (Exhibit "10"),
28     Cross-Complainant was and is a bona fide purchaser for value of the

                            -12-                    Cross-Complaint

Subject Property, which took its interests for valuable consideration without any knowledge or notice of Cross-Defendants', or any third party claims, in or to the Subject Property, and, therefore, Cross-Complainant's rights as owner of fee title are senior and superior to any interests claimed by Cross-Defendants, and each of them, and such rights of Cross-Complainant relate back to July 19, 2022, which is when Cross-Complainant's predecessors-in-interest (MERS and Sierra Pacific Mortgage) acquired their interests in the Subject Property under the MERS First Deed of Trust (Exhibit "2"); Civil Code, section 2924; Pierson v. Fischer (1955) 131 Cal.App.2d 208, 217, 280 P.2d 491; Karrell v. First Thrift of Los Angeles (1951) 104 Cal.App.2d 536, 539, 23 P.2d 1; and/or

(b)    That Cross-Complainant's interests as fee title holder of the Subject Property are senior and superior to any rights, title, claims or interests asserted by Cross-Defendants, and each of them, on the grounds that all rights, title and interests claimed by Cross-Defendants, and each of them, were "wiped out" and/or eliminated by the non-judicial foreclosure sales conducted under both the MERS First Deed of Trust (Exhibit "2") and the Credit Union Second Deed of Trust (Exhibit "3"), and confirmed by the Trustee's Deeds Upon Sale evidenced by Cross-Complainant's Deed (Exhibit "10") and the Credit Union Deed (Exhibit "8"); and/or

(c)    That the Bank Claim of Lien (Exhibit "12") and the IRS Claim of Lien (Exhibit "13") are invalid, unenforceable, and junior to the claims of Cross-Complainant under Cross-Complainant's Deed, as said Liens were not properly indexed and/or were wiped out by the non-judicial foreclosure under the MERS First Deed of Trust; and/or

(d)    To the extent the Bank Claim of Lien (Exhibit "12") and/or

-13-                              Cross-Complaint

1   the IRS Claim of Lien (Exhibit "13") are still delinquent, such

2   delinquencies must be satisfied out of the approximately $151,000 in

3   excess proceeds held by the trustee under the MERS First Deed of Trust

4   paid by Cross-Complainant at the non-judicial foreclosure sale under

5   the MERS First Deed of Trust (Exhibit "2").

6       38.  Cross-Complainant hereby requests a declaration of its rights in

7   the premises of this action, that Cross-Defendants have no rights, claims,

8   estate, title, or interest in or to the Subject Property which are senior

9   or superior to the rights of Cross-Complainant's claims or interests in the

10  Subject Property as the owner of fee title.  Cross-Complainant further

11  requests a declaration that the rights of Cross-Complainant in the Subject

12  Property are senior and superior to all rights of all Cross-Defendants. Such

13  a declaration is necessary and appropriate at this time in order that the

14  parties hereto may ascertain their respective rights, duties and interests

15  in and to the Subject Property.

16                          SECOND CAUSE OF ACTION
                  (Quiet Title - C.C.P. Sections 760.010, et seq.)
17                        (As Against All Cross-Defendants)

18      39.  Cross-Complainant hereby repeats, repleads and incorporates

19  herein by reference each and every allegation contained in paragraphs 1

20  through 34, inclusive, of the general allegations as though set forth in

21  full under this cause of action.

22      40.  Cross-Complainant is now, and has been since January 17, 2025,

23  the owner and holder of fee  title to the Subject Property by way of Cross-

24  Complainant's Deed (Exhibit "10") which relates back to July 19, 2022, when

25  the MERS First Deed of Trust (Exhibit "2") recorded against the Subject

26  Property.

27      41.  Cross-Complainant is informed and believes and alleges thereon

28  that each of the Cross-Defendants claim to have some right, title, estate,

lien or interest in the Subject Property adverse to Cross-Complainant's title, and such claim or claims of Cross-Defendants constitute a cloud on Cross-Complainant's title. Cross-Complainant is informed and believes and alleges thereon that such claim or claims of Cross-Defendants, and each of them, are without any right whatsoever, and Cross-Defendants have no right, title, estate, lien or interest of any kind whatsoever in the Subject Property, or any part thereof, which are or may be senior or superior to the interests of Cross-Complainant as the fee title holder.

42. Cross-Complainant is informed and believes and alleges thereon that Cross-Complainant's rights, title and interests in the Subject Property as the owner of fee title, are senior and superior to any interests claimed by Cross-Defendants in the Subject Property, and Cross-Complainant hereby seeks to quiet title of the Subject Property as to Cross-Complainant's interests as fee title holder and against all claims of Cross-Defendants as of July 19, 2022, which is the date the MERS First Deed of Trust recorded against the Subject Property, upon which Cross-Complainant's Deed (Exhibit "10") is based, transferring title of the Subject Property to Cross-Complainant.

### THIRD CAUSE OF ACTION
(Declaratory Relief re Implied Indemnity/Contribution)
(As Against All Cross-Defendants Save and Except
FIFTH THIRD BANK and IRS)

43. Cross-Complainant hereby repeats, repleads and incorporates herein by reference each and every allegation contained in paragraphs 1 through 34, inclusive, of the general allegations as though set forth in full under this cause of action.

44. Cross-Complainant is informed and believes and alleges thereon that Cross-Defendants FIFTH THIRD BANK and IRS purport to claim rights to enforce the Bank Claim of Lien (Exhibit "12") and the IRS Claim of Lien

-15-                                      Cross-Complaint

1  (Exhibit "13"), respectively, against Cross-Complainant's right, title and
2  interest in and to the Subject Property.

4      45.   Cross-Complainant is informed and believes and alleges thereon
5  that to the extent FIFTH THIRD BANK and/or IRS have any rights to any
6  damages based on said Claims of Lien, which Cross-Complainant denies, such
7  damages were not the proximate result of any gross negligence, willful
8  conduct or omission on the part of Cross-Complainant.

9      46.   Cross-Complainant is informed and believes and alleges thereon
10 that such damages suffered by FIFTH THIRD BANK and/or IRS, if any, were
11 caused by and/or attributable to the acts, errors and/or omissions of Cross-
12 Defendants WALKER, MORTEL, 2021 STARBURST TRUST, S.D. LLC, 2022 STARBURST
13 TRUST, WG EXPRESS, WG PRIVATE, and ROES 1 through 50, inclusive.

14     47.   Cross-Complainant is informed and believes and alleges thereon
15 that Cross-Complaints and/or counter claims will be filed in this action by
16 other parties, and to the extent any other parties state damages arising out
17 of or based upon the Bank Claim of Lien (Exhibit "12") and/or the IRS Claim
18 of Lien (Exhibit "13"), such damages and/or claims will not be attributable
19 to any gross negligence, willful misconduct, or omission on the part of
20 Cross-Complainant.  Cross-Complainant is further informed and believes and
21 alleges thereon that such claims and/or damages suffered by any other
22 individual, person or entity under any Cross-Complaint which is filed in
23 this action will be caused and/or attributable to the acts, errors, and/or
24 omissions of Cross-Defendants WALKER, MORTEL, 2021 STARBURST TRUST, S.D.
25 LLC, 2022 STARBURST TRUST, WG EXPRESS, WG PRIVATE, and ROES 1 through 50,
26 inclusive.

27     48.   An actual controversy has arisen and now exists between Cross-
28 Complainant and Cross-Defendants relating to their respective rights,

1  duties, and obligations under the documents and facts hereinabove alleged.

2      49.   Cross-Complainant makes each and all the following claims and

3  contentions in the premises of this action—reserving, however, the right

4  to make additional claims and contentions after Cross-Complainant's

5  completion of discovery herein—and Cross-Complainant is informed and

6  believes and alleges thereon that Cross-Defendants, and each of them,

7  contest and dispute each and all such contentions of Cross-Complainant:

8          (a)   That the damages suffered by FIFTH THIRD BANK and/or IRS,

9      if any (which there are none), were caused by and/or attributable to

10     the acts, errors and/or omissions of Cross-Defendants WALKER, MORTEL,

11     2021 STARBURST TRUST, S.D. LLC, 2022 STARBURST TRUST, WG EXPRESS, WG

12     PRIVATE, and ROES 1 through 50, inclusive; and/or

13         (b)   That any damages suffered by any other party who may file

14     a Cross-Complaint in this action against Cross-Complainant and/or the

15     Subject Property were caused by and/or attributable to the acts,

16     errors and/or omissions of Cross-Defendants WALKER, MORTEL, 2021

17     STARBURST TRUST, S.D. LLC, 2022 STARBURST TRUST, WG EXPRESS, WG

18     PRIVATE, and ROES 1 through 50, inclusive; and/or

19         (c)   That as a result of Cross-Defendants' acts, errors, and/or

20     omissions to act, Cross-Defendants, and each of them, are therefor

21     obligated to equitably indemnify Cross-Complainant and/or contribute

22     to Cross-Complainant for such sums which Cross-Complainant may be

23     compelled to pay in the event any damages, settlement or other awards

24     are recovered by FIFTH THIRD BANK and/or IRS, based on the Bank Claim

25     of Lien and/or IRS Claim of Lien in the main action under Plaintiffs'

26     Complaint, and/or by any other party under a Cross-Complaint, and

27     further to equitably indemnify and/or contribute to Cross-Complainant

28     for its attorney's fees, costs and expenses incurred in defending

against Plaintiffs' Complaint and any Cross-Complaints in this action.

50.    Cross-Complainant desires a judicial determination of its rights, duties, and liabilities, if any, and Cross-Complainant and Cross-Defendants with respect to the damages claimed under Plaintiffs' Complaint, the Bank Claim of Lien, IRS Claim of Lien and/or any Cross-Complaint filed in this action.  In particular, Cross-Complainant desires a declaration that Cross-Complainant be indemnified by Cross-Defendants and/or that Cross-Complainant be equitably indemnified by Cross-Defendants and/or that Cross-Defendants be ordered to contribute to Cross-Complainant for the amount of any award, judgment or settlement rendered against Cross-Complainant in favor of Plaintiffs on Plaintiffs' Complaint in the main action, the Bank Claim of Lien, the IRS Claim of Lien, and/or any subsequent Cross-Complaints filed in this action, and that Cross-Complainant be indemnified for attorney's fees, costs and expenses incurred in defending against such actions, according to proof at time of trial.

51.    That the claims of Plaintiffs under Plaintiffs' Complaint, as well as the claims of FIFTH THIRD BANK and IRS under the Bank Claim of Lien and IRS Claim of Lien, respectively, arise out of the same transaction and/or series of transactions, and that a determination of both in one proceeding is necessary and appropriate at this time in order to avoid the multiplicity of actions which would result if Cross-Complainant is required to defend separately against Plaintiffs' Complaint, the Bank Claim of Lien, IRS Claim of Lien, and separate Cross-Complaints, and thereafter bring a separate action against Cross-Defendants for equitable indemnification and/or contribution.

52.    Cross-Complainant hereby requests a declaration of its rights in the premises of this action.  Such a declaration is necessary and appropriate at this time in order that the parties hereto may ascertain

their respective rights, duties and interests under the documents recorded against the Subject Property as hereinabove alleged.

WHEREFORE, Cross-Complainant prays that judgment be entered against Cross-Defendants, and each of them, jointly and severally, as follows:

AS TO THE FIRST CAUSE OF ACTION:

1.    For a judgment of declaratory relief as against all Cross-Defendants, and each of them, in the premises of this action;

AS TO THE SECOND CAUSE OF ACTION:

2.    For a judgment that Cross-Complainant is the owner and holder of fee title to the Subject Property under Cross-Complainant's Deed (Exhibit "10"), which relates back to July 19, 2022, which was the date the underlying MERS First Deed of Trust (Exhibit "2") first recorded against the Subject Property, and that Cross-Defendants have no right, title, claim or interest in the Subject Property which is or may be senior or superior to the claims of Cross-Complainant;

AS TO THE THIRD CAUSE OF ACTION:

3.    For a declaration that Cross-Defendants, and each of them, be ordered to contribute and/or equitably indemnify Cross-Complainant for any amounts of any judgment, settlement and/or award rendered against Cross-Complainant in favor of Plaintiffs under Plaintiffs' Complaint, the Bank Claim of Lien, the IRS Claim of Lien, and any subsequent Cross-Complaint, and that Cross-Defendants be ordered to pay the attorney's fees, costs and expenses incurred by Cross-Complainant in defending against this litigation;

4.    For reasonable attorney's fees as provided by contract and/or allowed by law as shown according to proof at time of trial;

AS TO ALL CAUSES OF ACTION

5.    For costs of suit incurred herein;

/ / /

-19-                           Cross-Complaint

1    6.    For such other and further relief as the Court may deem just and

2    proper.

3    DATED: May 7, 2025.                    **THE BAILEY LEGAL GROUP**

4                                           By: _____

5                                               John L. Bailey
                                                Therese Bailey
6                                               Attorneys    for    Cross-Complainant
                                                MARINAJ PROPERTIES LLC

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                    -20-                    Cross-Complaint

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

<u>VERIFICATION</u>

STATE OF CALIFORNIA
COUNTY OF ORANGE

I have read the Answer to Complaint and know its contents.

I am an authorized officer of MARINAJ PROPERTIES LLC, the Defendant in the above-entitled action; and I certify that the allegations contained therein are true of my own knowledge, except as to those matters which are therein stated upon my information or belief, and as to those matters I believe them to be true.

I declare, under penalty of perjury under the laws of the State of California, that the foregoing is true and correct.

Executed on May 6, 2025, at ANAHEIM, California.

MARINAJ PROPERTIES LLC

By: _____
        Naji Doumit

-22-                                    Answer to Complaint

PROOF OF SERVICE BY MAIL (1013A, 2015.5 C.C.P.)

STATE OF CALIFORNIA       )
COUNTY OF RIVERSIDE       ) ss.

    I am a citizen of the United States and a resident of the county aforesaid; I am over the age of eighteen years and not a party to the within entitled action; my business address is 25014 Las Brisas South, Suite B, Murrieta, CA 92562.

    On May 7, 2025, I served the within Cross-Complaint for: (1) Declaratory Relief; (2) Quiet Title; (3) Declaratory Relief re Implied Indemnity/Contribution on the interested parties in said action, by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the United States mail at Riverside, California, addressed as follows:

    Kevin Walker
    Donnabelle Mortel
    c/o 30650 Rancho California Road # 406-251
    Temecula, CA 92591

    I declare, under penalty of perjury under the laws of the State of California, that the foregoing is true and correct.

    Executed on May 7, 2025 at Murrieta, California.

Kathi Greenough

-22-                                          Cross-Complaint

-Exhibit V-

Express Mail #ER192833495US — Dated: May 10, 2025

1  Kevin: Realworldfare *(formerly Kevin: Walker)*
2  Donnabelle: Realworldfare *(formerly Donnabelle: Mortel)*
   C/o 30650 Rancho California Road # 406-251
3  Temecula, California
   ***non-domestic without*** the United States
4  Email: team@walkernovagroup.com   This document has been electronically recorded/filed with
                                       the County Recorder's Office shown herein. This Coversheet
5  Secured Party, Fiduciary, Executor, and Authorized Representative   should be kept together along with the attached Original  .
                                                                      Documents, as confirmation of its recording.
   *For the* Plaintiffs/Secured Parties, ™WG PRIVATE IRREVOCABLE TRUST©,
6  ™WG EXPRESS© TRUST, ™KEVIN WALKER© ESTATE,
7  ™DONNABELLE MORTEL© ESTATE, ™MEMORY STARBURST TRUST©

8         # SUPERIOR COURT OF CALIFORNIA
9         # COUNTY OF RIVERSIDE

10  **WG PRIVATE IRREVOCABLE TRUST,**        Case No. CVME2504043
    **WG EXPRESS TRUST,**
11                                           **VERIFIED** RESPONSE, *CONDITIONAL*
                    *Plaintiffs,*            *ACCEPTANCE,* **AND MOTION AND**
12                                           **DEMAND TO STRIKE CROSS-**
         *vs.*                               **COMPLAINT, SANCTION COUNSEL**
13  **MARINAJ PROPERTIES LLC; and ALL**      **FOR FRAUD, AND QUIET TITLE IN**
    **PERSONS UNKNOWN CLAIMING**             **FAVOR OF PLAINTIFFS, AS** *A MATTER*
14  **ANY LEGAL OR EQUITABLE RIGHT,**        *OF LAW*
    **TITLE, ESTATE, LIEN, OR INTEREST**
15  **IN THE PROPERTY DESCRIBED IN**         (SPECIAL LIMITED APPEARANCE —
    **THIS COMPLAINT ADVERSE TO**            EQUITY JURISDICTION PRESERVED)
16  **PLAINTIFFS' TITLE, OR ANY CLOUD**
    **UPON PLAINTIFFS' TITLE THERETO,**
17
18                  *Defendants,*
19
20
21  _____

22  **COMES NOW**, Plaintiffs, ™WG PRIVATE IRREVOCABLE TRUST© and ™WG

23  EXPRESS© TRUST (hereinafter "Plaintiffs," "Secured Parties," and/or "Real Parties

24  in Interest"), by *Special Limited Appearance,* **not** generally, by and through their

25  duly appointed *Fiduciaries, Executors,* and *Authorized Representatives,* Kevin:

26  Realworldfare and Donnabelle: Realworldfare, who also appear by *Special Limited*

27  *Appearance* only, **not** pro se, and expressly *without* **waiver of any rights,**

28  **immunities, or protections.** Said *Special Limited Appearance* is made exclusively

Express Mail #ER192833495US — Dated: May 10, 2025

1   in **private capacity, in exclusive equity,** as *Secured Parties, Holders in Due Course,*

2   *Executors, Master Beneficiaries,* and *Fiduciaries* of the respective Trust Estates as

3   lawfully established and recorded:

4   • ™KEVIN WALKER© ESTATE

5   • ™KEVIN LEWIS WALKER© (*ENS LEGIS*)

6   • ™DONNABELLE MORTEL© ESTATE

7   • ™DONNABELLE ESCAREZ MORTEL© (*ENS LEGIS*)

8   • ™WG PRIVATE IRREVOCABLE TRUST©

9   • ™WG EXPRESS TRUST©

10  • ™MEMORY STARBURST TRUST©

11  Kevin: Realworld and Donnabella: Realworldfare are each a **state Citizen** and

12  **American national** of the republic in its *de jure* capacity as one of the several states

13  of the Union (1789), as also defined under **8 U.S.C. § 1101(a)(21)** and **§ 1101(a)(22)**

14  **(B)**, and is classified as a **non-citizen national of the United States**, thereby making

15  him an **American national of the republic** under the **de jure Constitution for the**

16  **united states (1777/1789).**

17  **Plaintiffs/Secured Parties** hereby move this honorable Court to STRIKE the Cross-

18  Complaint filed by MARINAJ PROPERTIES LLC in its entirety, for the following reasons:

19  # I. GROUNDS FOR MOTION AND DEMAND

20  Defendant/Cross-Complainant presents no verified evidence, no sworn rebuttal,

21  and no lawful foundation in support of its claims. Instead, it relies on conclusory

22  allegations, false presumptions, and fraudulent misrepresentations. The Cross-

23  Complaint is facially defective and constitutes a commercial and equitable

24  dishonor, incapable of rebutting the perfected, recorded, and unrebutted interests

25  held by Plaintiffs and/or Secured Parties.

26  Accordingly, this Verified Motion and Conditional Acceptance is brought on the

27  following equitable, commercial, and evidentiary grounds:

28  **A. VOID TRUSTEE'S DEED UPON SALE AND UNLAWFUL TITLE CLAIM**

Express Mail #ER192833495US — Dated: May 10, 2025

1  The purported Trustee's Deed held by MARINAJ PROPERTIES LLC is **void ab**
2  **initio,** having been issued without lawful authority, under false pretenses, and
3  absent standing to foreclose. **At no time did MARINAJ PROPERTIES LLC acquire**
4  **lawful, equitable, or superior title to the subject property.**
5  Instead, MARINAJ and its agents have willfully engaged in a pattern of:
6  •   Fraudulent conveyances and simulated legal process,
7  •   Commercial dishonor and breach of fiduciary trust,
8  •   Constructive fraud and conversion of trust property.
9  These acts constitute ongoing violations of:
10 •   The **Racketeer Influenced and Corrupt Organizations Act (RICO),**
11 •   **Extortion and coercion** through the use of simulated legal instruments,
12 •   **Fraudulent misrepresentation and conversion** of protected trust assets,
13 •   **Deprivation of rights under color of law**.
14 These are not mere civil defects, but actionable breaches of **equity, trust law, and**
15 **federal commercial statutes,** which demand immediate nullification by this Court.
16 **B. ADDITIONAL EQUITABLE AND COMMERCIAL GROUNDS**
17 **1. Lack of Standing**: The Defendant/Cross-Complainant fails to establish lawful
18     standing to bring equitable claims (i.e., quiet title, ejectment) where it cannot
19     demonstrate lawful title transfer or rebut the superior equitable interest
20     recorded and perfected by the Plaintiffs.
21 **2. Failure to State a Claim**: The Defendant/Cross-Complainant relies on
22     **conclusory** assertions that Plaintiffs' instruments are "fraudulent" *without*
23     presenting **any verified evidence,** verified affidavit, or countervailing proof to
24     rebut perfected UCC-1 Financing Statements, GRANT DEEDS, Affidavits of
25     Default, Affidavit Certificate of Dishonor, and recorded notices. See **Exhibits**
26     **B,C, D, E, F, G, H, I, J, K, L, M, and N.**
27 **3. Commercial Dishonor Under UCC § 3-505**: The Defendant/Cross-Complainant
28     is in dishonor and also **presumed** in dishonor pursuant to **UCC § 3-505** as

Express Mail #ER192833495US — Dated: May 10, 2025

1    **evidenced** by **Exhibit J**, having failed to respond, cure, or lawfully rebut

2    Plaintiffs' administrative notices, commercial tenders, and sworn affidavits,

3    including those issued by and through Plaintiffs and their Executors,

4    Fiduciaries, and Master Beneficiaries.

5    **4. Improper Use of ENS LEGIS Constructs**: The Defendant/Cross-

6    Complainant attempts to name foreign ENS LEGIS, and foreign private

7    non-statutory trusts (e.g., KEVIN WALKER, ™KEVIN WALKER©

8    ESTATE, ™KEVIN WALKER© (ENS LEGIS), ™DONNABELLE

9    MORTEL© ESTATE, ™DONNABELLE MORTEL© (ENS LEGIS), ™WG

10   **PRIVATE IRREVOCABLE** TRUST©, ™WG EXPRESS TRUST©,

11   ™MEMORY STARBURST TRUST© ) as public transmitting utilities to

12   create a statutory presumption against trust title. This effort is ineffectual

13   against the *perfected* commercial claims and **superior equitable** title held

14   by WG PRIVATE IRREVOCABLE TRUST and associated entities.

15   **5. No Lawful Rebuttal**: Defendant/Cross-Complainant/Marinaj fails to rebut:

16   - The two (2) recorded GRANT DEEDS vesting legal title in trust (see

17     **Exhibits A and F**);

18   - The commercial lien and financing statements perfected under Nevada

19     UCC filings (see **Exhibits B, C, D, and E**);

20   - The **_unrebutted_** affidavits and notices of dishonor, fraud, and default(see

21     **Exhibits G, H, I, and J**).

22   **6. Vexatious and Frivolous Litigation**: The Cross-Complaint constitutes an

23   attempt to cloud lawful trust title and subvert equity, and is asserted in bad faith

24   *without* verified foundation.

25   C. FAILURE TO LAWFULLY REBUT: GENERAL DENIAL AS CONSTRUCTIVE

26   DISHONOR

27   Defendant/Cross-Complainant's response amounts to a **blanket denial, wholly**

28   **unsupported** by **verified** affidavit or **point-for-point** rebuttal, and therefore **fails**

to meet the burden **required** under commercial and equitable law. This amounts to **constructive dishonor** and **tacit procuration**.

Under **UCC §§ 3-505 and 1-308**, equity, and the law of contracts, a lawful rebuttal **must:**

- • Be specific and sworn under penalty of perjury,
- • Address each commercial presentment or affidavit **point-for-point**, *and*
- • **Cure any dishonor or default through verified counterproof.**

General denials, absent substance or verification, do **not** rebut the *perfected* **affidavits**, notices of dishonor, or commercial records already entered into the record by Plaintiffs and/or Secured Parties.

As such, the Defendant's failure to rebut constitutes **commercial default**, **final dishonor**, and **uncontested acceptance of all claims** and instruments as a matter of law and equity.

## II. *CONDITIONAL* ACCEPTANCE OF CROSS-COMPLAINT

*(This filing, made under commercial and equitable principles, sets a conditional acceptance period of three (3) days from service. This timeframe, while not derived from statutory civil procedure, arises from binding contract law and the Uniform Commercial Code (UCC §§ 1-201, 2-206, 3-505), and reflects a good faith, reasonable demand for verified rebuttal as part of a private commercial offer)*

Without waiver of any rights, immunities, or protections, and strictly under Special Limited Appearance, Plaintiffs and/or Secured Parties conditionally accept the Cross-Complaint of MARINAJ PROPERTIES LLC **for value** and **upon proof of claim**, specifically demanding the following verified evidence:

1. **Proof that the Grant Deeds** (Exhibits A and F) **transferring legal and equitable title to the Plaintiffs/Secured Parties were not filed** and recorded in the county public record prior to the purported Trustee's Deed;

2. **Proof that the UCC-1 Financing Statements and UCC-3 Amendments** (Exhibits B, C, D, and E) **executed by Plaintiffs/Secured Parties and/or their**

Express Mail #ER192833495US — Dated: May 10, 2025

1    **Fiduciaries were <u>not</u> lawfully *perfected*, filed, and duly recorded with the**
2    **Secretary of State and applicable authorities;**

3    **3.    Proof that the Trustee's Deed Upon Sale was <u>not</u> fraudulently executed**
4    **and recorded <u>after</u> the Plaintiffs' and/or Secured Parties' filings and that**
5    the instrument does not constitute constructive fraud, **<u>void *ab initio;*</u>**

6    **4.    Proof that the chain of title does <u>not</u> affirmatively show the Grant Deeds,**
7    **Security Agreements, and UCC filings of Plaintiffs/Secured Parties <u>precede</u>**
8    **the alleged Trustee's Deed;**

9    **5.    Proof that the Cross-Complainant is <u>not</u> in dishonor and default**, and has
10   lawfully rebutted or cured the **<u>*unrebutted*</u>** commercial affidavits and notices
11   of dishonor already entered into the record, including but not limited to
12   **Exhibits G, H, I, and J;**

13   **6.    Proof that the Cross-Complainant possesses valid title or lawful standing**
14   **to claim interest** in the subject property **<u>superior</u>** to that held and **<u>*perfected*</u>**
15   by the trust Plaintiffs/Secured Parties;

16   **7.    Proof that the alleged Trustee who issued the Trustee's Deed had lawful**
17   **authority** to conduct the foreclosure, and was <u>not</u> in commercial dishonor
18   and breach as **evidenced *and* affirmed** in **Exhibit Q (Affidavit Certificate of**
19   **Dishonor).**

20   Absent full, complete, and verified proof of the above elements within a
21   commercially reasonable time, no valid claim exists, and the Cross-Complaint **<u>must</u>**
22   be deemed fraudulently induced, constructively dishonored, and legally void
23   under equity and commercial law.

24   ## III. BINDING NATURE OF *CONDITIONAL* ACCEPTANCE

25   It is hereby affirmed that under commercial and equitable law, a properly executed
26   conditional acceptance functions as a binding contract and offer to settle when not
27   lawfully rebutted. Plaintiffs and/or Secured Parties have previously served upon
28   Defendants multiple notices, affidavits, and conditional acceptances for value,

Express Mail #ER192833495US — Dated: May 10, 2025

1  including but not limited to Notices of Default, Notices of Dishonor, and
2  Commercial Affidavits of Non-Response, each supported by affidavit, mailing
3  receipts, and proper verification.
4  Pursuant to UCC §§ 2-204, 2-206, and 1-308, as well as governing principles of
5  contract and equity:

6  •    A conditional acceptance becomes a **final, binding** agreement if the terms are
7       not specifically and lawfully rebutted, **point-for-point**, under **verified**
8       **affidavit;**

9  •    Silence, failure to rebut, or reliance on generalized denials constitutes **tacit**
10      **agreement (tacit procuration), acceptance by conduct, _and_** entry into
11      **default;**

12 •    Such **_unrebutted_** conditional acceptances establish commercial liability and
13      default judgments enforceable under **private contract _and_ public law**.

14 Accordingly, all conditional acceptances previously tendered by Plaintiffs and/or
15 Secured Parties (**Exhibits G, H, I, and J**) now stand as **binding, _self-executing_**
16 commercial agreements, having the full force of **law and equity**, and shall be
17 introduced into any and all future actions as evidentiary proof of default, dishonor,
18 and liability.
19 This present filing, as a response to the frivolous and meritless Cross-Complaint,
20 constitutes an additional **Conditional Acceptance** for Value and honorably
21 incorporates the same **_binding_** commercial terms and requirements, enforceable
22 absent verified rebuttal by **sworn affidavit on a point-for-point basis,** having the
23 full force of law and equity, and shall be introduced into any and all future actions
24 as evidentiary proof of default, dishonor, and liability.
25 The instant filing and this Motion to Strike further constitute a conditional
26 acceptance for value, conditioned upon point-for-point verified rebuttal. Absent
27 such rebuttal and prompt dismissal of the Cross-Complaint, commercial liability
28 shall be deemed perfected and final without further notice.

Express Mail #ER192833495US — Dated: May 10, 2025

# IV. NOTICE OF REBUTTAL REQUIREMENTS *AND* INTENT TO ESCALATE TO FEDERAL COURT

Notice is hereby given that unless the Cross-Complaint filed by Defendant(s) is voluntarily dismissed and/or stricken no later than **May 13, 2025,** for lack of verified foundation, failure to state a claim, and constructive dishonor, or unless Defendants stipulate to and accept the lawful quiet title claims of Plaintiffs and Secured Parties, then Plaintiffs and/or Secured Parties shall proceed with immediate removal to Federal Court ***and*** the filing of a separate Federal Complaint against **MARINAJ PROPERTIES LLC, FOCUS ESTATES INC, Naji Doumit, Daniel Doumit, and Mary Doumit** for multiple violations, as evidenced and ***unrebutted*** in the commercial affidavits on record, and for which **federal question jurisdiction is proper under 28 U.S.C. § 1331, 1343, and 1441**.

These violations include, but are not limited to

1. **Fraud, forgery, and fraudulent misrepresentation;**
2. **Slander of title and fraudulent conveyance;**
3. **Extortion, coercion, and simulated legal process;**
4. **Deprivation of rights under color of law (42 U.S.C. § 1983);**
5. **Conspiracy to deprive of rights (18 U.S.C. § 241);**
6. **Racketeering (18 U.S.C. § 1962 — RICO);**
7. **Bank fraud (18 U.S.C. § 1344);**
8. **Fraudulent transfer of securities and stolen goods (18 U.S.C. § 2314);**
9. **Breach of trust and fiduciary fraud;**
10. **Mail fraud and wire fraud (18 U.S.C. §§ 1341, 1343);**
11. **Obstruction of justice and administrative interference;**
12. **Criminal conspiracy, commercial dishonor, and bad faith conduct.**

These violations are substantiated and perfected through unrebutted commercial affidavits, including but not limited to **Exhibits G, H, I, J, and Q,**

Page 8 of 24

Express Mail #ER192833495US — Dated: May 10, 2025

1  as well as the **Affidavit of Dishonor, Default, and Non-Response**. Should
2  the named Defendants and their agents fail to respond with specific, point-
3  for-point, verified affidavits sworn under penalty of perjury, such failure shall
4  constitute **final default, tacit procuration, and conclusive admission of all**
5  **claims and liabilities** under equity, commercial contract law, and the
6  Uniform Commercial Code.
7  Given the nature and scope of these violations, and their direct invocation of federal
8  statutes, civil rights claims, and acts against protected private interests, removal to
9  federal court is not only appropriate but required to obtain proper venue, impartial
10  adjudication, and access to remedy under **federal law**.
11  If the Cross-Complaint is not lawfully **withdrawn _or_** the dishonor
12  remains uncorrected, Plaintiffs and/or Secured Parties **shall** proceed
13  without further notice to remove this matter to federal court and to
14  initiate a separate federal civil and commercial action against the
15  aforementioned parties, supported by the full evidentiary and
16  administrative record perfected on the private side.
17  **Moreover,** notice is hereby extended to **counsel of record** for MARINAJ
18  PROPERTIES LLC and associated parties: due to their knowing and willful
19  participation in the advancement of fraudulent claims, facilitation of
20  simulated legal process, and direct obstruction of verified and _**perfected**_
21  commercial interests, said counsel **shall** be named as additional parties in the
22  forthcoming federal lawsuit. Pursuant to the **Clearfield Doctrine**, once
23  counsel elects to engage in commercial activity under **color** of office, they
24  shed any sovereign immunity and are liable as private actors. Their **ultra**
25  **vires conduct**, coupled with violations of professional duty and facilitation of
26  ongoing **fraud,** renders them commercially and civilly **liable.** All rights are
27  reserved to pursue full remedy, including compensatory and injunctive relief,
28  against any and all such actors, jointly and severally

Express Mail #ER192833495US — Dated: May 10, 2025

## V. NOTICE OF COUNSEL'S PROFESSIONAL MISCONDUCT, COMMERCIAL LIABILITY, AND FEDERAL IMPLICATIONS

Plaintiffs and/or Secured Parties hereby give formal notice that the attorney(s) of record for MARINAJ PROPERTIES LLC, and associated parties, have knowingly, willfully, and repeatedly engaged in professional misconduct in violation of **Rule 8.4 of the Rules of Professional Conduct**, as approved by the Supreme Court of California, including but not limited to:

- **Rule 8.4(a)** – Assisting, soliciting, or inducing violations of law and professional ethics;
- **Rule 8.4(b)** – Committing acts reflecting adversely on honesty, trustworthiness, or fitness as a lawyer;
- **Rule 8.4(c)** – Engaging in dishonesty, fraud, deceit, or reckless and intentional misrepresentation;
- **Rule 8.4(d)** – Engaging in conduct prejudicial to the administration of justice;
- **Rule 8.4(f)** – Knowingly inducing unlawful conduct by judicial officers or other agents.

Said counsel has actively facilitated and perpetuated a **fraudulent legal scheme,** *knowingly* prosecuting a facially defective and commercially dishonored Cross-Complaint for the unlawful purpose of defeating trust-based title, undermining secured commercial claims, and injuring private trust beneficiaries by means of **constructive fraud, misrepresentation, and bad faith litigation tactics**.

Such conduct is not merely unethical—it is criminal in nature and constitutes material participation in violations of:

- **Racketeering and fraud (18 U.S.C. § 1962 – RICO);**
- **Conspiracy against rights (18 U.S.C. § 241);**
- **Deprivation of rights under color of law (42 U.S.C. § 1983);**
- **Mail and wire fraud (18 U.S.C. §§ 1341, 1343);** and

VERIFIED RESPONSE, CONDITIONAL ACCEPTANCE, AND MOTION AND DEMAND TO STRIKE CROSS-COMPLAINT, SANCTION COUNSEL FOR FRAUD, AND QUIET TITLE IN FAVOR OF PLAINTIFFS, AS *A MATTER OF LAW*

Express Mail #ER192833495US — Dated: May 10, 2025

1    ◦    **Simulation of legal process, administrative obstruction, and trust**
2         **interference**.

3    Additionally, the attorney(s) of record, by operating under BAR licensure — an
4    entity associated with foreign registry and allegiance — are acting as **unregistered**
5    **foreign agents** when attempting to influence or administer matters involving
6    private U.S. trust property without disclosure, delegation, or fiduciary authority.
7    Pursuant to the **Foreign Agents Registration Act (FARA), 22 U.S.C. § 611 et seq.**,
8    any individual representing foreign interests in domestic legal matters is required
9    to fully disclose such agency. Failure to do so renders such conduct presumptively
10   unlawful and exposes the actor to federal scrutiny and liability.

11   Under the **Clearfield Doctrine**, when a legal actor abandons neutral judicial
12   function and engages in proprietary or commercial conduct — such as prosecuting a
13   fraudulent Cross-Complaint to challenge private trust property — they operate
14   <u>**ultra vires**</u> and in a purely **private capacity, stripped of any State immunity or**
15   **authority. Any presumption of sovereign protection is forfeited.**

16   Therefore, said counsel is now formally and commercially **noticed as liable in their**
17   **private capacity**, jointly and severally, for every act of fraud, dishonor, obstruction,
18   and simulated legal process they have facilitated. Plaintiffs and/or Secured Parties
19   reserve all rights to name said attorney(s) in the imminent **federal civil and**
20   **commercial complaint**, where they will be held accountable for **every injury,**
21   **trespass, and commercial harm committed against the secured private trust**
22   **estates.** A copy of Rule 8.4 is attached hereto as **Exhibit T**.

23   <u>**VI. NOTICE OF COMMERCIAL COPYRIGHT AND TRADEMARK**</u>
24   <u>**CLAIMS ON ENS LEGIS DESIGNATIONS**</u>

25   Plaintiffs and/or Secured Parties hereby give formal notice that all **ENS LEGIS**
26   **designations** and variations thereof — including but not limited to **™KEVIN**
27   **WALKER©, ™DONNABELLE MORTEL©**, and any derivative stylizations — are
28   subject to **lawful common law copyright and private trademark protections**, as

Page 11 of 24

Express Mail #ER192833495US — Dated: May 10, 2025

evidenced by duly executed **Commercial Copyright and Trademark Agreements**
attached hereto as **Exhibits R and S**.

Said names and designations are **private intellectual property**, established,
registered, and protected under the *principles* of **contract, common law, *and***
**commercial equity**. Unauthorized use of any such ENS LEGIS designation—
**including in pleadings, filings, or administrative documents**—constitutes a
**commercial infringement and trespass on private intellectual property**.

Accordingly, a **commercial charge of $1,000,000 (one million dollars) per use, per**
**instance,** is hereby **levied against any party** utilizing these names *without* prior
written consent, **due immediately** upon each unauthorized use.

All **parties,** including Defendants and their Counsel are hereby placed on notice,
and **any** continued use **shall** be deemed willful, with full liability attaching under
commercial law, equity, and private contract.

## VII. Foundational 'Case Law' on Standing, Mortgage Fraud, Foreclosure, Corporate Overreach

Plaintiffs' reference the following 'case law' **for informative context, without**
**adhesion to statutory venue, and strictly in support of equitable maxims and**
**private commercial standards.** The following 'case law' summary highlights key
legal principles on jurisdiction, standing, and procedural requirements in financial
and mortgage-related cases. Courts consistently **void judgments rendered** *without*
**proper jurisdiction** and emphasize the need for a party to demonstrate legal
**standing**. Fraudulent lending practices, including violations of **federal regulations,**
have led to dismissals with prejudice. Corporate overreach by banks is curtailed
through rulings that prohibit lending credit and ultra vires contracts. Evidentiary
standards stress the **sufficiency of affidavits** and the **duty** of full and complete
disclosure of information to prevent fraud. Contract **principles** underscore the
nullification of agreements lacking proper consideration.

## A. Jurisdiction and Standing in Court

Express Mail #ER192833495US — Dated: May 10, 2025

Courts have consistently held that judgments rendered without subject matter jurisdiction are **void from inception**, and parties *must* have **standing** to invoke a Court's jurisdiction. Notable cases emphasize that plaintiffs must demonstrate ownership of notes and mortgages at the time of filing to proceed with foreclosure actions. Failure to do so results in jurisdictional dismissal.

1. **Lebanon Correctional Institution v. Court of Common Pleas**, 35 Ohio St.2d 176 (1973): "A party lacks **standing** to invoke the jurisdiction of a court unless he has, in an individual or a representative capacity, some **real interest** in the subject matter of the action."

2. **Wells Fargo Bank v. Byrd**, 178 Ohio App.3d 285, 2008-Ohio-4603, 897 N.E.2d 722 (2008): "If plaintiff has offered no evidence that it owned the note and mortgage when the complaint was filed, it would not be entitled to judgment as a matter of law."

3. **Indymac Bank v. Boyd**, 880 N.Y.S.2d 224 (2009): "To establish a *prima facie* case in an action to foreclose a mortgage, the plaintiff must establish the existence of the mortgage and the mortgage note. It is the law's policy to allow only an aggrieved person to bring a lawsuit . . . A want of 'standing to sue,' in other words, is just another way of saying that this particular plaintiff is not involved in a genuine controversy, and a simple syllogism takes us from there to a 'jurisdictional' dismissal."

4. **Indymac Bank v. Bethley**, 880 N.Y.S.2d 873 (2009): "The Court is concerned that there may be fraud on the part of plaintiff or at least malfeasance. Plaintiff INDYMAC (Deutsche) must have '**standing**' to bring this action."

## B. Fraud and Misrepresentation in Mortgage Cases

Several cases illustrate fraudulent practices by lenders, including violations of the Federal Truth in Lending Act and withholding vital loan information. Courts have dismissed cases with prejudice where fraud on the court was evident.

Express Mail #ER192833495US — Dated: May 10, 2025

1. **Wells Fargo, Litton Loan v. Farmer**, 867 N.Y.S.2d 21 (2008): "Wells Fargo does not own the mortgage loan… Therefore, the matter is dismissed with prejudice."

2. **Wells Fargo v. Reyes**, 867 N.Y.S.2d 21 (2008): "Dismissed with prejudice, Fraud on Court & Sanctions. Wells Fargo never owned the Mortgage."

3. **Deutsche Bank v. Peabody**, 866 N.Y.S.2d 91 (2008): "EquiFirst, when making the loan, violated Regulation Z of the Federal Truth in Lending Act 15 USC §1601 and the Fair Debt Collections Practices Act 15 USC §1692; '*intentionally* created **fraud in the factum**' and withheld from plaintiff 'vital information concerning said debt and all of the matrix involved in making the loan.'"

## C. Corporate and Banking Overreach

Decisions highlight that banks **cannot** lend their credit or guarantee debts, as these actions are **ultra vires** and **not** legally binding. These rulings reinforce the limitations on corporate and banking activities.

1. **Zinc Carbonate Co. v. First National Bank**, 103 Wis. 125, 79 NW 229 (1899): "The doctrine of ultra vires is a most powerful weapon to private corporations within their legitimate spheres and punish them for violations of their corporate charters, and it probably is not invoked too often."

2. **Howard & Foster Co. vs. Citizens National Bank**, 133 S.C. 202, 130 S.E. 758 (1926): "It has been settled beyond controversy that a national bank, under Federal law, being limited in its power and capacity, cannot lend its credit by nor guarantee the debt of another. All such contracts being entered into by its officers are ultra vires and not binding upon the corporation."

3. **American Express Co. v. Citizens State Bank**, 181 Wis. 172, 194 NW 427 (1923): "Neither, as included in its powers not incidental to them, is it a part of a bank's business to lend its credit."

## D. Procedural Requirements and Evidentiary Standards

1 The requirement for real party-in-interest prosecution is emphasized,

2 along with rulings that **affidavits alone** can establish a **prima facie** case. Courts

3 have ruled that silence in the face of a legal duty to respond can constitute **fraud.**

4 1. **Federal Rule of Civil Procedure 17(a)(1)**: "[A]n action must be prosecuted in the

5    name of the real party in interest."

6 2. **In re Jacobson,** 402 B.R. 359, 365-66 (Bankr. W.D. Wash. 2009): Emphasizes that

7    actions must be filed by the real party in interest.

8 3. **United States v. Kis**, 658 F.2d 526 (7th Cir. 1981): "Indeed, **no more than**

9    **(affidavits)** is necessary to make the *prima facie* case." Cert. denied, S. Ct.

10   (1982).

11 4. **U.S. v. Tweel**, 550 F.2d 297 (1977): "Silence can only be equated with fraud

12    where there is a legal or moral duty to speak or when an inquiry left

13    unanswered would be intentionally misleading."

14 <u>**E. Contract and Consideration Principles**</u>

15 If any part of a contract's consideration is illegal, the entire promise becomes void.

16 Courts have also recognized the right to rescind contracts induced by false

17 representations, even if made innocently.

18 • **Menominee River Co. v. Augustus Spies L & C Co.**, 147 Wis. 559 at p. 572; 132

19    NW 1118 (1912): "If any part of the consideration for a promise be illegal, or if

20    there are several considerations for an un-severable promise one of which is

21    illegal, the promise, whether written or oral, is wholly void, as it is impossible to

22    say what part or which one of the considerations induced the promise."

23 ## VIII. FINAL NOTICE TO THE COURT

24 Under well-established principles of equity, commercial contract law, and

25 constitutional due process, the record before this Court stands unrebutted and

26 dispositive:

27 • Plaintiffs and/or Secured Parties have submitted **multiple notarized**

28    **affidavits**, unrebutted and perfected as truth in commerce;

Express Mail #ER192833495US — Dated: May 10, 2025

1   • Plaintiffs and/or Secured Parties have **perfected and recorded UCC-1 and**
2   **UCC-3 Financing Statements**, as well as **lawful Grant Deeds** evidencing full
3   legal and equitable title;
4   • Plaintiffs and/or Secured Parties have issued all **required commercial**
5   **notices**, including **lawful presentment, conditional acceptance, and**
6   **opportunity to cure**, with a commercially reasonable rebuttal period;
7   • Plaintiffs and/or Secured Parties have demonstrated that the Cross-
8   Complaint is **facially defective, factually unsupported, and commercially**
9   **dishonored**.
10  Accordingly, the only lawful and equitable resolution is for this Court to **grant in**
11  **full** the:
12  **VERIFIED RESPONSE AND CONDITIONAL ACCEPTANCE OF CROSS-**
13  **COMPLAINT, WITH MOTION AND DEMAND TO EXPEDITIOUSLY**
14  **STRIKE CROSS-COMPLAINT, AND MOTION AND DEMAND FOR**
15  **SANCTIONS AGAINST DEFENDANT/CROSS-COMPLAINANT AND**
16  **THEIR COUNSEL.**
17  Should this Court fail to grant such relief—and instead deny **or** disregard this
18  verified motion *without* issuing a **point-for-point rebuttal** of the ***perfected***
19  commercial record—such conduct would constitute:
20  • An **ultra vires act**, exceeding lawful jurisdiction;
21  • **Fraud by judicial accommodation**, knowingly supporting simulated process
22  against secured trust claims;
23  • A **willful deprivation of rights under color of law**, actionable under **42**
24  **U.S.C. § 1983**, and exposing any responsible judicial officer or clerk to
25  **personal civil liability and federal review**.
26  Additionally, if this Court fails or refuses to strike a pleading that is facially
27  defective, unsupported by evidence, and legally dishonored, such failure shall
28  constitute **judicial estoppel by silence** and a violation of the foundational maxim

1  of equity that *he who comes to equity must come with clean hands*. Any continued

2  reliance on or tolerance of simulated legal process shall serve as further commercial

3  dishonor and judicial liability.

4  Although the judicial officer presiding in this matter was appointed by the

5  Governor and serves as a **Superior Court judge pursuant to Article VI of the**

6  **California Constitution**, such appointment does **not grant immunity from federal**

7  **or commercial liability** when ruling in **dishonor of *unrebutted* affidavits, *perfected***

8  **equity claims, or established commercial notice**. Judicial authority must be

9  exercised within **lawful bounds**, and **any** ruling made contrary to fact, equity, or

10  standing constitutes a **private, civil act without lawful force**.

11  Should the Court permit such dishonor to continue, Plaintiffs and/or Secured

12  Parties *shall* proceed *without* further notice to:

13  • **Remove this matter to federal court** pursuant to **28 U.S.C. §§ 1331, 1343,**

14      **1441, and 1443**, based on federal question jurisdiction, civil rights

15      deprivations, and the inability to obtain impartial remedy in state venue;

16  • **File a federal civil rights action** under **42 U.S.C. §§ 1983, 1985, and 1986**, for

17      deprivation of rights under color of law, conspiracy, and failure to prevent

18      known violations;

19  • File a **petition for writ of mandamus under 28 U.S.C. § 1361** for judicial

20      failure to perform ministerial duties and to act upon *unrebutted* commercial

21      record as required by law;

22  • **Assert claims under the Racketeer Influenced and Corrupt Organizations**

23      **Act (RICO), 18 U.S.C. § 1962**, for a pattern of fraud, extortion, and bad faith

24      filings intended to interfere with secured private trust assets;

25  • **Pursue all available commercial, equitable, and injunctive remedies**,

26      including but not limited to:

27      ○  Quiet title;

28      ○  Declaratory relief;

Express Mail #ER192833495US — Dated: May 10, 2025

1      o   Compensatory and punitive damages;

2      o   Judicial disqualification and professional sanctions;

3      o   Enforcement of ***perfected*** commercial liens and affidavits as self-

4          executing judgments under law merchant, UCC, and equity.

5  All actions shall proceed based on the ***perfected*** commercial record, ***unrebutted***

6  affidavits, and standing in equity, with no consent to jurisdiction given, and

7  without waiver, estoppel, or submission to any statutory authority—strictly under

8  reservation of rights pursuant to **UCC 1-308, without prejudice, nunc pro tunc, ab**

9  **initio**, and by and through **Special Limited Appearance only**.

10  All rights are reserved, and any denial of this **Motion *and* Demand** without

11  verified **point-for-point** rebuttal shall be treated as final dishonor, actionable under

12  federal law, equity, and commercial contract enforcement.

13  The Court is further noticed that denial or delay ***without*** verified rebuttal shall also

14  trigger **estoppel** by silence and **waiver of *any* challenge to the *perfected***

15  **commercial record, enforceable as final judgment in equity.**

16  <u>DEMAND FOR *HONORABLE* SETTLEMENT AND RELIEF IN *EQUITY*</u>

17  **WHEREFORE**, Plaintiffs and/or Secured Parties, acting exclusively in their

18  **private, fiduciary, and representative capacities** for the above-referenced trusts

19  and estates, and invoking the original and inherent jurisdiction of this honorable

20  Court in **equity**, hereby demand the following determinations and **equitable relief:**

21  1.  That the Cross-Complaint filed by MARINAJ PROPERTIES LLC be **stricken** in

22     its entirety as legally deficient, factually unsupported, meritless, and lacking any

23     verified foundation or lawful standing;

24  2.  That this Court recognize, affirm, and preserve all ***perfected*** and ***unrebutted***

25     secured rights, equitable interests, and recorded claims held by the trust and

26     estate Plaintiffs and/or Secured Parties under applicable law, including but not

27     limited to **UCC §§ 1-103, 2-204, 2-206, 1-308, 3-505, 9-105, 9-315, 9-509,** and

28     prevailing legal maxims, and commercial contract ***principles;***

Express Mail #ER192833495US — Dated: May 10, 2025

3. That the Court enter a **final and binding determination quieting title** <u>in favor</u>
<u>of Plaintiffs and/or Secured Parties</u>, confirming all rights, interests, and lawful
possession in the subject property as vested in trust and **<u>unrebutted;</u>**

4. That any further attempt by MARINAJ PROPERTIES LLC, its agents, or counsel
to assert claims against the trust estates or their fiduciaries in bad faith,
dishonor, or fraud be deemed vexatious, and subject to immediate sanctions
and/or equitable bar.

//

# VERIFICATION:

### Pursuant to 28 U.S.C. § 1746

### BY AUTHORIZED REPRESENTATIVE WITH FIRSTHAND KNOWLEDGE

I, <u>Kevin Realworldfare</u>, over the age of 18, competent to testify, and having
**firsthand knowledge** of the facts stated herein, do hereby **declare, certify, verify,
affirm, and state** under penalty of perjury under the laws of the **United States of
America**, that the foregoing statements are **true, correct, and complete**, to the best
of my **understanding, knowledge, and belief**, and made in **good faith**.

Executed, signed, and sealed this <u>10th</u> day of <u>May</u> in the year of Our Lord two
thousand and twenty five, *without* the United States, **with all rights reserved and
without recourse and without prejudice.**

**All rights reserved without prejudice or recourse, UCC § 1-308, 3-402.**

By: _Kevin Realworldfare_

Kevin: Realworldfare, *Secured Party, Fiduciary,*
*Authorized Representative,* Executor

# VERIFICATION:

### Pursuant to 28 U.S.C. § 1746

### BY AUTHORIZED REPRESENTATIVE WITH FIRSTHAND KNOWLEDGE

I, <u>Donnabelle: Realwordfare</u>, over the age of 18, competent to testify, and having
**firsthand knowledge** of the facts stated herein, do hereby **declare, certify, verify,**

Express Mail #ER192833495US — Dated: May 10, 2025

1  **affirm, and state** under penalty of perjury under the laws of the **United States of**
2  **America**, that the foregoing statements are **true, correct, and complete**, to the best
3  of my **understanding, knowledge, and belief**, and made in **good faith**.

4  Executed, signed, and sealed this <u>10th</u> day of <u>May</u> in the year of Our Lord two
5  thousand and twenty five, *without* the United States, **with all rights reserved and**
6  **without recourse and without prejudice.**

7  　　　　**All rights reserved without prejudice or recourse, UCC § 1-308, 3-402.**

8  By:_____

9  　　　Donnabella: Realworldfare, *Secured Party, Fiduciary,*
10  　　　　　　*Authorized Representative, Executor*

11  //
12  //
13  //
14  //
15  //
16  //
17  //
18  //
19  //
20  //
21  //
22  //
23  //
24  //
25  //
26  //
27  //
28  //

Express Mail #ER192833495US — Dated: May 10, 2025

# LIST OF EXHIBITS / EVIDENCE:

1. **Exhibit A:** GRANT DEED recorded in Official Records County of Riverside, DOC #2024-0291980, APN: 957-570-005, File No.: 37238 KH, where the private trust property is titled to '<u>WG Private Irrevocable Trust, dated February 7, 2022</u>'.

2. **Exhibit B:** UCC1 filing #2024385925-4.

3. **Exhibit C:** UCC1 filing #2024385935-1.

4. **Exhibit D:** UCC3 filing and NOTICE #2024402433-7.

5. **Exhibit E:** UCC3 filing and NOTICE #2024411182-7.

6. **Exhibit F:** GRANT DEED, DOC #2022-0490841, APN: 957-570-005, File No.: 30291 KH, recorded in Official Records County of Riverside.

7. **Exhibit G:** Affidavit and Contract and Security Agreement #EI988807156US.

8. **Exhibit H:** Affidavit and Contract and Security Agreement #RF775822865US.

9. **Exhibit I:** Affidavit and Contract and Security Agreement #RF775823755US.

10. **Exhibit J:** Contract and Security Agreement / Affidavit Certificate of Dishonor, Non-response, **DEFAULT**, JUDGEMENT, and LIEN AUTHORIZATION and LIEN AUTHORIZATION, #RF775824288US.

11. **Exhibit K:** Form 3811 corresponding to Exhibit G.

12. **Exhibit L:** Form 3811 corresponding to Exhibit H.

13. **Exhibit M:** Form 3811 corresponding to Exhibit I.

14. **Exhibit N:** Form 3811 corresponding to Exhibit J.

15. **Exhibit O:** Trust Certificate of WG PRIVATE IRREVOCABLE TRUST.

16. **Exhibit P:** Affidavit: Power of *Attorney-In-Fact*

17. **Exhibit Q:** Contract and Security Agreement / Affidavit Certificate of Dishonor, Non-response, DEFAULT, JUDGEMENT, and LIEN AUTHORIZATION and LIEN AUTHORIZATION, #**RF661592201US.**

18. **Exhibit R:** ™KEVIN WALKER© Trademark and Copyright Agreement

19. **Exhibit S:** ™DONNABELLE MORTEL© Trademark and Copyright Agreement

20. **Exhibit T:** Copy of Rule 8.4 Misconduct Approved by the Supreme Court.

Express Mail #ER192833495US — Dated: May 10, 2025

# P R O O F   O F   S E R V I C E

1

2  STATE OF CALIFORNIA              )

3                                   )      ss.

4  COUNTY OF RIVERSIDE              )

5        I competent, over the age of eighteen (18) years, and not a party to the within

6  action.  My mailing address is the Walkernova Group, **care of:** 30650 Rancho

7  California Road suite #406-251, Temecula, California [92591].  **On May 10, 2025**, I

8  served the within documents:

9  1.    <u>VERIFIED</u> RESPONSE, *CONDITIONAL* ACCEPTANCE, AND MOTION AND

10       DEMAND TO STRIKE CROSS-COMPLAINT, SANCTION COUNSEL FOR FRAUD,

11            AND QUIET TITLE IN FAVOR OF PLAINTIFFS, AS *A MATTER OF LAW*.

12 **2.**                        **Exhibit A through T.**

13   **By United States Mail.**  I enclosed the documents in a sealed envelope or package

14 addressed to the persons at the addresses listed below by placing the envelope for

15 collection and mailing, following our ordinary business practices.  I am readily

16 familiar with this business's practice for collecting and processing correspondence

17 for mailing.  On the same day that correspondence is placed for collection and

18 mailing, it is deposited in the ordinary course of business with the United States

19 Postal Service, in a sealed envelope with postage fully prepared. I am a resident or

20 employed in the county where the mailing occurred.  The envelope or package was

21 placed in the mail in Riverside County, California, and sent via Registered Mail

22 with a form 3811.

23        Clerk(s), Agent(s)
         C/o CLERK OF COURT
24       27401 Menifee Center Drive
         Menifee, California [92584]
25       Express Mail #ER192833495US

26       Naji Doumit, Mary Doumit, Daniel Doumit
         C/o **NAJI DOUMIT, MARINAJ PROPERTIES, FOCUS ESTATES INC**
27       1130 South Tamarisk Drive
         Anaheim, California [92807]
28       Registered Mail #RF775824186US

Express Mail #ER192833495US — Dated: May 10, 2025

1    John L. Bailey (#103867), Therese Bailey (#171043)
     C/o **THE BAILEY LEGAL GROUP**
2    25014 Las Brisas South, Suite B
     Murrieta, California [92562]
3    Registered Mail #RF775820768US

4        **By Electronic Service.** Based on a court order and/or an <u>**agreement of the**</u>

5    <u>**parties**</u> to accept service by electronic transmission, I caused the documents to be

6    sent to the persons at the electronic notification addresses listed below.

7    Naji Doumit, Mary Doumit, Daniel Doumit
     C/o **NAJI DOUMIT, MARINAJ PROPERTIES, FOCUS ESTATES INC**
8    1130 South Tamarisk Drive
     Anaheim, California [92807]
9    udlaw2@aol.com
     louisatoui3@yahoo.com
10    najidoumit@gmail.com

11    John L. Bailey (#103867), Therese Bailey (#171043)
     C/o **THE BAILEY LEGAL GROUP**
12    25014 Las Brisas South, Suite B
     Murrieta, California [92562]
13    jbailey@tblglaw.com
     tbailey@tblglaw.com

14        I declare under penalty of perjury under the laws of the State of California

15    that the above is true and correct. Executed on **May 10, 2025** in Riverside County,

16    California.

17                               *__/s/Corey Walker/__*
                               Corey Walker

18    //

19    //

20    //

21    //

22    //

23    //

24                          <u>**NOTICE:**</u>

25    Using a notary on this document does ***not*** constitute joinder adhesion, or consent to

26    any foreign jurisdiction, ***nor does it alter my status in any manner.*** The purpose for

27    notary is verification and identification only and not for entrance into any foreign

28    jurisdiction.

VERIFIED RESPONSE, *CONDITIONAL* ACCEPTANCE, AND MOTION AND DEMAND TO STRIKE CROSS-COMPLAINT, SANCTION COUNSEL FOR FRAUD, AND QUIET TITLE IN FAVOR OF PLAINTIFFS, AS *A MATTER OF LAW*

Express Mail #ER192833495US — Dated: May 10, 2025

# **<u>ACKNOWLEDGEMENT:</u>**

1

2 State of California            )

3                                )  ss.

4 County of Riverside            )

> A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

5 On this <u>10th</u> day of <u>May</u>, <u>2025</u>, before me, <u>Joyti Patel</u>, a Notary Public, personally

6 appeared <u>Kevin Realworlfare</u>, who proved to me on the basis of satisfactory

7 evidence to be the person(s) whose name(s) is/are subscribed to the within

8 instrument and acknowledged to me that he/she/they executed the same in his/

9 her/their authorized capacity(ies), and that by his/her/their signature(s) on the

10 instrument the person(s), or the entity upon behalf of which the person(s) acted,

11 executed the instrument.

12 I certify under PENALTY OF PERJURY under the laws of the State of California

13 that the foregoing paragraph is true and correct.

14

15 WITNESS my hand and official seal.

16

17

> JOYTI PATEL
> Notary Public - California
> Riverside County
> Commission # 2407742
> My Comm. Expires Jul 8, 2026

18 Signature _____ (Seal)

19

20

21

22

23

24

25

26

27

28

Page 24 of 24

-Exhibit W-

# SUPERIOR COURT OF CALIFORNIA, COUNTY OF RIVERSIDE

Menifee Justice Center
27401 Menifee Center Drive, Menifee, CA 92584
www.riverside.courts.ca.gov

**Case Number:**    CVME2504043

**Case Name:**    WG PRIVATE IRREVOCABLE TRUST vs MARINAJ PROPERTIES LLC

JOHN L BAILEY
25014 LAS BRISAS SOUTH, SUITE B
Murrieta, CA 92562

## NOTICE OF RETURN DOCUMENT

The court is unable to process the *cross complaint* for the reason(s) indicated below:

Please add parties being added as defendants in cross complaint into the system. when submitting on e-file please enter them.

## CERTIFICATE OF MAILING

I certify that I am currently employed by the Superior Court of California, County of Riverside, and that I am not a party to this action or proceeding.  In my capacity, I am familiar with the practices and procedures used in connection with the mailing of correspondence.  Such correspondence is deposited in the outgoing mail of the Superior Court.  Outgoing mail is delivered to and mailed by the United States Postal Service, postage prepaid, the same day in the ordinary course of business.  I certify that I served a copy of the foregoing notice on this date, by depositing said copy as stated above.

Dated: 05/12/2025

JASON B. GALKIN,
Court Executive Officer/Clerk of the Court

by:  *Shelley Thompson*

S. Thompson, Deputy Clerk

CW-NDR
(Rev. 10/07/21)

# SUPERIOR COURT OF CALIFORNIA, COUNTY OF RIVERSIDE

Menifee Justice Center
27401 Menifee Center Drive, Menifee, CA 92584
www.riverside.courts.ca.gov

**Case Number:**   CVME2504043

**Case Name:**   WG PRIVATE IRREVOCABLE TRUST vs MARINAJ PROPERTIES LLC

MARINAJ PROPERTIES LLC

## NOTICE OF RETURN DOCUMENT

The court is unable to process the *cross complaint* for the reason(s) indicated below:

Please add parties being added as defendants in cross complaint into the system. when submitting on e-file please enter them.

### CERTIFICATE OF MAILING

I certify that I am currently employed by the Superior Court of California, County of Riverside, and that I am not a party to this action or proceeding.  In my capacity, I am familiar with the practices and procedures used in connection with the mailing of correspondence.  Such correspondence is deposited in the outgoing mail of the Superior Court.  Outgoing mail is delivered to and mailed by the United States Postal Service, postage prepaid, the same day in the ordinary course of business.  I certify that I served a copy of the foregoing notice on this date, by depositing said copy as stated above.

Dated: 05/12/2025

JASON B. GALKIN,
Court Executive Officer/Clerk of the Court

by: _S. Thompson_
_____
S. Thompson, Deputy Clerk

CW-NDR
(Rev. 10/07/21)

-Exhibit X-



**UNITED STATES POSTAL SERVICE**

May 13, 2025

Dear Kevin R:

The following is in response to your request for proof of delivery on your item with the tracking number:
**ER19 2833 495U S**.

## Item Details

| | |
|---|---|
| **Status:** | Delivered, Left with Individual |
| **Status Date / Time:** | May 12, 2025, 10:33 am |
| **Location:** | MENIFEE, CA 92584 |
| **Postal Product:** | Priority Mail Express 2-Day® |
| **Extra Services:** | PO to Addressee |
| | Up to $100 insurance included |
| **Actual Recipient Name:** | K DD |

Note: Actual Recipient Name may vary if the intended recipient is not available at the time of delivery.

## Shipment Details

| | |
|---|---|
| **Weight:** | 13.0oz |

## Recipient Signature

Signature of Recipient: *Jetty Bonez*
*CATHY BENT c*

27401 MENIFEE CENTER DR,
MENIFEE, CA 92584

Address of Recipient:

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004

5/13/25, 9:24 AM                                        USPS.com® - USPS Tracking® Results

# USPS Tracking®

FAQs >

Tracking Number:

Remove ✕

## ER192833495US

Copy          Add to Informed Delivery (https://informeddelivery.usps.com/)

**Scheduled Delivery by**

## MONDAY

# 12 May 2025 ⓘ

by

# 6:00pm ⓘ

Your item was delivered to an individual at the address at 10:33 am on May 12, 2025 in MENIFEE, CA 92584. The item was signed for by K DD.

**Get More Out of USPS Tracking:**

   USPS Tracking Plus®

## Delivered
**Delivered, Left with Individual**
MENIFEE, CA 92584
May 12, 2025, 10:33 am

**See All Tracking History**

**What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)**

Text & Email Updates                                                              ⌄

Proof of Delivery                                                                 ⌃

ⓒ Confirmation
Your Proof of Delivery record is complete and will be processed shortly.

Your confirmation will be sent to the following:

team@walkernovagroup.com

---

## USPS Tracking Plus®                                        ⌄

---

## Product Information                                        ⌃

| **Postal Product:** Priority Mail Express 2-Day® | **Features:** Money Back Guarantee PO to Addressee Up to $100 insurance included. Restrictions Apply ⓘ | Signed for By: K DD  //  MENIFEE, CA  92584 //  10:33 am **See tracking for related item: 9590940294045002272571 (/go/TrackConfirmAction? tLabels=9590940294045002272571)** |

---

### See Less ⌃

Track Another Package

    Enter tracking or barcode numbers

# Need More Help?

Contact USPS Tracking support for further assistance.

FAQs

-Exhibit Y-

**From:** WALKERNOVA GROUP team@walkernovagroup.com
**Subject:** Re: (Case No.: CVME2504043) -- WG PRIVATE IRREVOCABLE TRUST vs MARINAJ PROPERTIES LLC // Service of Documents REJECTED
**Date:** May 12, 2025 at 8:21 AM
**To:** John Bailey jbailey@tblglaw.com, Therese (Terri) Bailey tbailey@tblglaw.com, Barry Lee O'Conner Udlaw2@aol.com
**Cc:** judicialcouncil@jud.ca.gov, crm.section@usdoj.gov, piu@doj.ca.gov, kmitchell@dccouncil.us, Steven steven@walkernovagroup.com, Louis Atoui louisatoui3@yahoo.com, Kathi LaCroix klacroix@tblglaw.com

**John Bailey, and Therese Bailey, and BAILEY LEGAL GROUP, / Soon to be named Defendants in a Federal RICO lawsuit,**

Your repeated attempt to reject electronic service is **noted and remains procedurally and commercially invalid**. Your client has already **tacitly agreed** to this method via prior silence and conduct. Your representation binds you to that record.

This continued evasion only **deepens your liability** and establishes further **dishonor, obstruction, and bad faith**. Furthermore, service has also been perfected via **Registered Mail with Form 3811**, making your objection irrelevant.

You are now **personally and professionally liable** for any further obstruction **or** unauthorized use of private intellectual property.



Kevin: Realworlfare

*Authorized Agent* for the Estate(s)
**All Rights Reserved – UCC 1-308 / 1-103**
*Without* Prejudice, In Honor

**WALKERNOVA GROUP**
WALKERNOVAGROUP.com

The information contained in this e-mail message is privileged and confidential, intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient or the employee or agent responsible, please deliver it to the intended recipient. You are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited. If this is delivered to you in error, please notify us by e-mail or telephone, and delete the original message. The information in this email including the name of the above sender shall not be considered an electronic signature under Civil Code § 1633.2. The information in this email and/or the conduct of the parties does not give implied consent to conduct a transaction by electronic means under Civil Code § 1633. Thank you.

On May 12, 2025, at 8:08 AM, John Bailey <jbailey@tblglaw.com> wrote:

Mr. Walker,

 Again, electronic service is rejected.

**John Bailey**
**The Bailey Legal Group**
**25014 Las Brisas South, Suite B**
**Murrieta, CA 92562**
**(951) 304-7566 Office**
**(951) 304-7571 Fax**
jbailey@tblglaw.com

-------- Forwarded Message --------
**Subject:** Re: (Case No.: CVME2504043) -- WG PRIVATE IRREVOCABLE TRUST vs MARINAJ PROPERTIES LLC // Service of Documents REJECTED
**Date:** Mon, 12 May 2025 07:53:44 -0700
**From:** WALKERNOVA GROUP <team@walkernovagroup.com>
**To:** John Bailey <jbailey@tblglaw.com>
**CC:** Steven <steven@walkernovagroup.com>, Therese (Terri) Bailey <tbailey@tblglaw.com>, Kathi LaCroix <klacroix@tblglaw.com>, Barry Lee O'Conner <Udlaw2@aol.com>, Louis Atoui <louisatoui3@yahoo.com>, crm.section@usdoj.gov, piu@doj.ca.gov, judicialcouncil@jud.ca.gov, REALWORLDFARE <suijuris@realworldfare.com>

John Bailey, and Therese Bailey  / Soon to be named Defendants in a Federal RICO lawsuit,

Your recent attempt to "reject" electronic service is hereby **noted, rejected for cause without dishonor**, and entered into the record as an act of **procedural evasion** and **bad faith**.

Be advised:

Your client has **already stipulated to electronic service**, both explicitly and tacitly:

- **Electronic service was offered, accepted, and relied upon** in prior communications and filings.
- Affidavits served upon your client, including **Notice of Service Methods**, were **unrebutted**, and are now lawfully **binding under commercial law** and **Federal Rules of Civil Procedure**.
- Silence in the face of properly served affidavits constitutes **tacit agreement**. Your client's **acceptance of documents via electronic means** has already **established the procedural standard**.

Your attempt to retroactively reject a method of service that was **agreed to, relied upon, and perfected** is invalid. This constitutes:

- **Dishonor** and **commercial bad faith**,
- **Obstruction of process**, and
- A potential violation of **18 U.S.C. §§ 241 and 242**, as well as exposure to **RICO liability** under **18 U.S.C. §§ 1961–1962**.

Furthermore, referring me to your "sister" is procedurally irrelevant unless she is a **named party, bonded,** and **willing to enter liability** for your actions or those of your client. If so, she may be noticed and added accordingly.

Let this serve as a final clarification:

- **Service via electronic means, certified mail, and court filing remains in full force**.
- Further attempts to avoid lawful process will result in **personal liability**, **bond claims**, and expanded inclusion in the federal lawsuit currently underway.

**This matter is in the public and commercial record.**

 Virus-free.www.avast.com

<AFFIDAVIT CERTIFICATE of dishonor - Riverside Sheriff copy.pdf><Attached Message Part.html>

**From:** **Barry Lee O'Connor** udlaw2@aol.com
**Subject:** Re: Service of Documents (Case No.: CVME2504043) -- WG PRIVATE IRREVOCABLE TRUST vs MARINAJ PROPERTIES
LLC
**Date:** May 10, 2025 at 11:40 AM
**To:** Kevin Walker kevinlwalker@me.com, jbailey@tblglaw.com, tbailey@tblglaw.com, najidoumit@gmail.com, Louis Atoui
louisatoui3@yahoo.com
**Cc:** crm.section@usdoj.gov, piu@doj.ca.gov, judicialcouncil@jud.ca.gov, Steven steven@walkernovagroup.com,
REALWORLDFARE suijuris@realworldfare.com

Do not except service by email!

Sent from the all new AOL app for iOS

On Saturday, May 10, 2025, 9:41 AM, Kevin Walker <kevinlwalker@me.com> wrote:

Attachments available until Jun 9, 2025

**Barry Lee O'Connor, Naji Doumit, Mary Doumit, Daniel Doumit, MARINAJ PROPERTIES, *Does 1-100
Inclusive*,**

The attached court document(s) is/are being served upon you via email in accordance with California Rules of
Court, Rule 2.251, and pursuant to Code of Civil Procedure section 1010.6, Penal Code section 690.5, and related
rules governing electronic service.

This method of service has been considered and agreed upon through your silent acquiescence, tacit agreement,
and TACIT PROCURATION, which constitute **express** consent as supported by law.

Electronic service ensures prompt, efficient, and reliable delivery of court documents while maintaining the integrity
and accessibility of the materials being served, benefiting all parties involved by reducing delays and improving
procedural efficiency.

| Court in which proceeding is pending: | SUPERIOR COURT OF CALIFORNIA COUNTY OF RIVERSIDE |
|---|---|
| Case Number: | CVME2504043 |
| Name of initial party on each side | **WG PRIVATE IRREVOCABLE vs MARINAJ PROPERTIES LLC** |
| Title of each documents served: | 1. **VERIFIED RESPONSE, *CONDITIONAL* ACCEPTANCE, AND MOTION AND DEMAND TO STRIKE CROSS-COMPLAINT, SANCTION COUNSEL FOR FRAUD, AND QUIET TITLE IN FAVOR OF PLAINTIFFS, as _a matter of law_** <br><br> 2. **Exhibits A through T.** |
| Sender's name & telephone Number: | Corey, on behalf of Plaintiffs/Real Parties In Interest (310) 923-8521 |

Click to Download
VERIFIED RESPONSE AND CONDITIONAL ACCEPTANCE OF CROSS-COMPLAINT,
WITH MOTION TO EXPEDITIOUSLY STRIKE AND DEMAND FOR SANCTIONS.pdf
1.7 MB

Click to Download
exhibits for quiet title copy.pdf
44.8 MB

Respectfully,

Corey

The information contained in this e-mail message is privileged and confidential, intended only for the use of the
individual or entity named above. If the reader of this message is not the intended recipient or the employee or
agent responsible, please deliver it to the intended recipient. You are hereby notified that any
dissemination, distribution, or copying of this communication is strictly prohibited. If this is delivered to you in error,
please notify us by e-mail or telephone, and delete the original message. The information in this email including the
name of the above sender shall not be considered an electronic signature under Civil Code § 1633.2. The
information in this email and/or the conduct of the parties does not give implied consent to conduct a transaction by
electronic means under Civil Code § 1633. Thank you.

From: **John Bailey** jbailey@tblglaw.com  📎
Subject: (Case No.: CVME2504043) -- WG PRIVATE IRREVOCABLE TRUST vs MARINAJ PROPERTIES LLC // Service of Documents REJECTED
Date: May 12, 2025 at 8:08 AM
To: Kevin Walker kevinlwalker@me.com, WALKERNOVA GROUP team@walkernovagroup.com, Steven steven@walkernovagroup.com, REALWORLDFARE suijuris@realworldfare.com
Cc: Therese (Terri) Bailey tbailey@tblglaw.com, Kathi LaCroix klacroix@tblglaw.com, Barry Lee O'Conner Udlaw2@aol.com, Louis Atoui louisatoul3@yahoo.com

Mr. Walker,

 Again, electronic service is rejected.

**John Bailey**
**The Bailey Legal Group**
**25014 Las Brisas South, Suite B**
**Murrieta, CA 92562**
**(951) 304-7566 Office**
**(951) 304-7571 Fax**
**jbailey@tblglaw.com**

-------- Forwarded Message --------
**Subject:** Re: (Case No.: CVME2504043) -- WG PRIVATE IRREVOCABLE TRUST vs MARINAJ PROPERTIES LLC // Service of Documents REJECTED
**Date:** Mon, 12 May 2025 07:53:44 -0700
**From:** WALKERNOVA GROUP <team@walkernovagroup.com>
**To:** John Bailey <jbailey@tblglaw.com>
**CC:** Steven <steven@walkernovagroup.com>, Therese (Terri) Bailey <tbailey@tblglaw.com>, Kathi LaCroix <klacroix@tblglaw.com>, Barry Lee O'Conner <Udlaw2@aol.com>, Louis Atoui <louisatoui3@yahoo.com>, crm.section@usdoj.gov, piu@doj.ca.gov, judicialcouncil@jud.ca.gov, REALWORLDFARE <suijuris@realworldfare.com>

John Bailey, and Therese Bailey  / Soon to be named Defendants in a Federal RICO lawsuit,

Your recent attempt to "reject" electronic service is hereby **noted, rejected for cause without dishonor**, and entered into the record as an act of **procedural evasion** and **bad faith**.

Be advised:

Your client has **already stipulated to electronic service**, both explicitly and tacitly:

- **Electronic service was offered, accepted, and relied upon** in prior communications and filings.

- Affidavits served upon your client, including **Notice of Service Methods**, were **unrebutted**, and are now lawfully **binding under commercial law and Federal Rules of Civil Procedure**.

- Silence in the face of properly served affidavits constitutes **tacit agreement**. Your client's **acceptance of documents via electronic means** has already **established the procedural standard**.

Your attempt to retroactively reject a method of service that was **agreed to, relied upon, and perfected** is invalid. This constitutes:

- **Dishonor** and **commercial bad faith**,

- **Obstruction of process**, and

- A potential violation of **18 U.S.C. §§ 241 and 242**, as well as exposure to **RICO liability** under **18 U.S.C. §§ 1961–1962**.

Furthermore, referring me to your "sister" is procedurally irrelevant unless she is a **named party, bonded**, and **willing to enter liability** for your actions or those of your client. If so, she may be noticed and added accordingly.

Let this serve as a final clarification:

- **Service via electronic means, certified mail, and court filing remains in full force**.

- Further attempts to avoid lawful process will result in **personal liability**, **bond claims**, and expanded inclusion in the federal lawsuit currently underway.

**This matter is in the public and commercial record.**

 Virus-free.www.avast.com



AFFIDAVIT
CERTIF...py.pdf

Attached
Message Part

-Exhibit Z-

CIV-110

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)* | FOR COURT USE ONLY |
|---|---|
| **McCarthy Holthus LLP**<br>Melissa Robbins Coutts, Esq. SBN 246723<br>2763 Camino Del Rio S, Suite 100,  San Diego, CA 92108<br>CA-24-1000693-UD<br>TELEPHONE NO  (619)243-3960<br>E-MAIL ADDRESS *(Optional)* evictions@mccarthyholthus.com<br>ATTORNEY FOR *(Name)*  Georgia's Own Credit Union | |

SUPERIOR COURT OF CALIFORNIA, RIVERSIDE COUNTY
STREET ADDRESS   27401 Menifee Center Drive
MAILING ADDRESS  27401 Menifee Center Drive
CITY AND ZIP CODE   Menifee, 92584
BRANCH NAME   Riverside County - Menifee Justice Center JUDICIAL DISTRICT

PLAINTIFF/PETITIONER:Georgia's Own Credit Union, its assignees and/or successors
DEFENDANT/RESPONDENT:  Kevin Walker, Donnabelle Mortel and DOES 1-10, inclusive

| REQUEST FOR DISMISSAL | CASE NUMBER  UDME2400947 |
|---|---|

**A conformed copy will not be returned by the clerk unless a method of return is provided with the document.**

**This form may not be used for dismissal of a derivative action or class action or of any party or cause of action in a class action. (Cal. Rules of Court, rules 3.760 and 3.770.)**

1. **TO THE CLERK: Please dismiss this action as follows:**
   a. (1) ☐ With prejudice   (2) ☒ Without prejudice
   b. (1) ☐ Complaint   (2) ☐ Petition
   (3) ☐ Cross complaint filed by *(name):*                         on *(date):*
   (4) ☐ Cross complaint filed by *(name):*                         on *(date):*
   (5) ☒ Entire action of all parties and all causes of action
   (6) ☐ Other *(specify):*
2. *(Complete in all cases except family law cases.)*
   The court ☐ did ☒ did not waive court fees and costs for party in this case. *(This information may be obtained from the clerk. If court fees and costs were waived, the declaration on the back of this form must be completed).*

Date:  1/8/2025
Melissa Robbins Coutts, Esq.

▶  *(signature)*

(TYPE OR PRINT NAME OF ☒ ATTORNEY ☐ PARTY WITHOUT ATTORNEY)                         (SIGNATURE)

* If dismissal requested is of specified parties only, of specified causes of action only, or of specified cross-complaints only, so state and identify the parties, cause of action, or cross-complaints to be dismissed.

Attorney or party without attorney for:
☒ Plaintiff/Petitioner   ☐ Defendant/Respondent
☐ Cross-complaint

3. **TO THE CLERK: Consent to the above dismissal is hereby given.\*\***
   Date:

▶

(TYPE OR PRINT NAME OF ☐ ATTORNEY ☐ PARTY WITHOUT ATTORNEY)                         (SIGNATURE)

\*\* If a cross-complaint—or Response (Family Law) seeking affirmative relief—is on file, the attorney for cross-complaint (respondent) must sign this consent if required by Code of Civil Procedure section 581(i) or (j).

Attorney or party without attorney for:
☐ Plaintiff/Petitioner   ☐ Defendant/Respondent
☐ Cross-complaint

*(To be completed by clerk)*
4. ☐ Dismissal entered as requested on *(date):*
5. ☐ Dismissal entered on *(date):*                         as to only *(name):*
6. ☐ Dismissal **not entered** as requested for the following reasons *(specify):*

7. a. ☐ Attorney or party without attorney notified on *(date):*
   b. ☐ Attorney or party without attorney not notified. Filing party failed to provide.
      ☐ a copy to conform   ☐ means to return conformed copy

Date:                                     Clerk, by _____, Deputy

Page 1 of 2

| Form Adopted for Mandatory Use<br>Judicial Council of California<br>CIV-110 [Rev. January 1, 2013] | **REQUEST FOR DISMISSAL** | Code of Civil Procedure § 581 et seq<br>Gov Code, § 68637(c), Cal. Rules of Court, rule 1390<br>www.courtinfo.ca.gov |
|---|---|---|

CIV-110

| PLAINTIFF/PETITIONER: Georgia's Own Credit Union, its assignees and/or successors | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: Kevin Walker, Donnabelle Mortel and DOES 1-10, inclusive | UDME2400947 |

**COURT'S RECOVERY OF WAIVED COURT FEES AND COSTS**
If the party whose court fees and costs were initially waived has recovered or will recover $10,000 or more in value by way of settlement, compromise, arbitration award, mediation settlement, or other means, the court has statutory lien on the recovery. The court may refuse to dismiss the case until the lien is satisfied. (Gov. Code, § 68637.)

### Declaration Concerning Waived Court Fees

1. The court waived court fees and costs in this action for *(name):*
2. The person named in item 1 is *(check one below):*
   a. ☐ not recovering anything of value by this action.
   b. ☐ recovering less than $10,000 in value by this action.
   c. ☐ recovering $10,000 or more in value by this action. *(If item 2c is checked, item 3 must be completed.)*
3. ☐ All court fees and costs that were waived in this action have been paid to the court *(check one):* ☐ Yes ☐ No

I declare under penalty of perjury under the laws of the State of California that the information above is true and correct.

Date: _____

_____     ▶ _____
(TYPE OR PRINT NAME OF ☐ ATTORNEY ☐ PARTY WITHOUT ATTORNEY)        (SIGNATURE)

Form Adopted for Mandatory Use
Judicial Council of California
CIV-110 [Rev January 1, 2013]

**REQUEST FOR DISMISSAL**

Code of Civil Procedure, § 581 et seq
Gov. Code, § 68637(c) Cal Rules of Court, rule 1390
www.courtinfo.ca.gov

1  **McCarthy & Holthus, LLP**
   Melissa Robbins Coutts, Esq. SBN 246723
2  2763 Camino Del Rio S, Suite 100
   San Diego, CA 92108
3  Telephone: (619) 243-3960
   Fax (619) 785-3253

4

5  Attorney for: Plaintiff,
   Georgia's Own Credit Union, its assignees and/or successors
6

7

8           **SUPERIOR COURT OF THE STATE OF CALIFORNIA**

9                    **COUNTY OF RIVERSIDE**

10   **RIVERSIDE COUNTY - MENIFEE JUSTICE CENTER JUDICIAL DISTRICT**

11  Georgia's Own Credit Union, its assignees)    Case No. UDME2400947
    and/or successors,                         )
12                                             )   **PROOF OF SERVICE**
                                               )
13           Plaintiff,                        )
        vs.                                    )
14                                             )
    Kevin Walker, Donnabelle Mortel, DOES 1-)
15  10, inclusive,                            )
                                               )
16           Defendant(s).                     )
                                               )
17  _____)

18       I, _____Jay J Jordan_____ , declare:

19       I am a citizen of the United States and I am employed in the County of San Diego, State

20  of California; I am over the age of 18 years and not a party to this action; my business address is

21  2763 Camino Del Rio S, Suite 100, San Diego, California 92108.

22       I further declare that I am readily familiar with the business practice of McCarthy &

23  Holthus, LLP for service of documents, that documents served by facsimile are transmitted in

24  and the original deposited with the United States Postal Service in our ordinary course of

25  business on the same day, the documents served by mail are deposited with the United States

1  Postal Service in the ordinary course of business the same day and that documents served

2  personally are delivered the same day.

3       On __1/8/25_____, I served the following document(s):

4       • **REQUEST FOR DISMISSAL**

5

6       Kevin Walker
        Donnabelle Mortel

7       All Unknown Occupants
        31990 PASOS PL

8       TEMECULA, CA 92591

9       in the following manner of service (check appropriate):

10      __XX____      **BY MAIL:** I placed a true copy in a sealed envelope addressed as

11 indicated above. I am readily familiar with the firm's practice of collection and processing

12 correspondence for mailing. It is deposited with the U.S. Postal Service on that same day in the

13 ordinary course of business. I am aware that on a motion of party served, service is presumed

14 invalid if postal cancellation date or postage meter date is more than one date after date of

15 deposit for mailing in affidavit.

16      I declare under penalty of perjury under the laws of the State of California, that the

17 foregoing is true and correct. Executed on __1 | 8 | 25____ at San Diego, California.

18

19      By: _____

20

21

22

23

24

25

-Exhibit AA-

Registered Mail #RF775824314US — Dated: March 22, 2025

1  Kevin Walker, *sui juris, In Propria Persona.*
2  Donnabelle Mortel, *sui juris, In Propria Persona.*
   C/o 30650 Rancho California Road # 406-251
3  Temecula, California [92591]
4  non-domestic *without* the United States
   Email: team@walkernovagroup.com
5
6  *Attorney(s)-In-Fact, Executor(s), and Authorized Representative(s),*
   for Real Party(ies) In Interest and Plaintiff(s)
7  LWY RIDERS LLC, ™NEW BEGINNINGS© TRUST

8
9        # SUPERIOR COURT OF CALIFORNIA
         # COUNTY OF RIVERSIDE
10
   **MARINAJ PROPERTIES LLC,**
11
        *[Purported] Plaintiff,*                Case No. UDME 2500465
12
        *vs.*                                   **DEFENDANTS' <u>VERIFIED</u> RESPONSE
13  ™**KEVIN WALKER© ESTATE,** ™**KEVIN**       AND DEMAND FOR DISMISSAL OF
    **WALKER,** ™**DONNABELLE MORTEL©**         <u>FRAUDULENT</u> UNLAWFUL DETAINER
14  **ESTATE,** ™**DONNABELLE MORTEL©,**        AND <u>SANCTIONS</u> AGAINST
    *Does 1-10 Inclusive,*                      PLAINTIFF AND DEMAND FOR
15                                              CONSIDERED AND STIPULATED
        *Defendant(s)/Real Party(ies) in Interest*   JUDGEMENT, AND DEMAND FOR
16                                              QUIET TITLE AND DEMAND  FOR
17                                              SUMMARY JUDGEMENT IN FAVOR
                                                OF DEFENDANTS, AS <u>A MATTER OF
18  _____        LAW.</u>**

19  <u>**DEFENDANTS' VERIFIED RESPONSE AND DEMAND FOR DISMISSAL OF**</u>

20  <u>**FRAUDULENT UNLAWFUL DETAINER AND SANCTIONS AGAINST PLAINTIFF**</u>

21  <u>**AND DEMAND FOR CONSIDERED AND STIPULATED JUDGEMENT, AND**</u>

22  <u>**DEMAND FOR QUIET TITLE AND DEMAND  FOR SUMMARY JUDGEMENT IN**</u>

23  <u>**FAVOR OF DEFENDANTS, AS A MATTER OF LAW.**</u>

24  **COMES NOW,** *Purported* Defendants ™**KEVIN WALKER© ESTATE,** ™**KEVIN**

25  **WALKER,** ™**DONNABELLE MORTEL© ESTATE,** ™**DONNABELLE MORTEL©**

26  (hereinafter "Defendants" and/or "Purported Defendants" and/or "Real Party(ies)

27  in Interest"), by and through their Attorney(s)-in-Fact, **Kevin: Walker and**

28  **Donnabelle: Mortel,** who are both proceeding *sui juris, In Propria Persona,* and by

Registered Mail #RF775824314US — Dated: March 22, 2025

1  *Special Limited Appearance*. **Kevin** is living man and **Donabelle** a living woman,

2  each are one of the people, a natural freeborn Sovereign, and a national/non-citizen

3  national, invoking their **inherent, *unalienable*,** and constitutionally **secured** and

4  **protected** rights, and exercising the authority granted by executed '**Affidavit:**

5  **Power of Attorney In Fact**' (attached hereto as Exhibit A).

6  The Plaintiffs, acting through their Attorney(s)-In-Fact, proceed in accordance with

7  their *unalienable* right to contract, as **secured** and **protected** by the Constitution of

8  the United States of America, and in particular **Article I, Section 10** of the

9  Constitution, which states: "No State shall... pass any Law impairing the Obligation

10 of Contracts."

11 I.     <u>FRAUDULENT NATURE OF ALL PLAINTIFFS' ACTIONS AND</u>

12     <u>CLAIMS: Purported Plaintiffs Presumed in DISHONOR and DEFAULT</u>

13 1. Defendants assert and affirm that the entirety of this action by the *purported*

14    Plaintiffs is predicated on **fraudulent claims.**

15 2. The Plaintiff, who **purports** to have '**standing**' to bring this action, is in fact a

16    Defendant in a pre-existing claim and legal matter and purported Plaintiffs are in

17    DEFAULT and DISHONOR.  A copy of the Affidavit Certificate of Dishonor,

18    Non-response, **DEFAULT**, JUDGEMENT, and LIEN AUTHORIZATION and

19    LIEN AUTHORIZATION in those matters is attached as **Exhibit K and**

20    **incorporated herein by reference**.

21 II.               <u>**Constitutional Basis:**</u>

22 Plaintiffs assert that their private rights are secured and protected under the

23 **Constitution, common law**, and **exclusive equity**, which govern their ability to

24 freely contract and protect their property and interests..

25 Plaintiffs respectfully assert and affirm:

26    •   "The individual may stand upon his constitutional rights as a citizen. He is entitled

27       to carry on his **private** business in his own way. **His power to contract is *unlimited*.**

28       He owes no such duty [to submit his books and papers for an examination] to the

Registered Mail #RF775824314US — Dated: March 22, 2025

1　State, since he receives nothing therefrom, beyond the protection of his life and

2　property. His rights are such as existed by the law of the land [Common Law] long

3　antecedent to the organization of the State, and can only be taken from him by due

4　process of law, and in accordance with the Constitution. Among his rights are a

5　refusal to incriminate himself, and the immunity of himself and his property from

6　arrest or seizure except under a warrant of the law. He owes nothing to the public

7　so long as he does not trespass upon their rights." (*Hale v. Henkel,* 201 U.S. 43, 47

8　[1905]).

9 • "The claim and exercise of a constitutional **right cannot** be converted into a

10　crime."—Miller v. U.S., 230 F 2d 486, 489.

11 • "Where **rights secured by** the Constitution are involved, **there can be no rule**

12　**making or legislation** which would abrogate them." —Miranda v. Arizona,

13　384 U.S.

14 • "There can be no sanction or penalty imposed upon one because of this

15　exercise of constitutional **rights**." —Sherar v. Cullen, 481 F. 945.

16 • "A law repugnant to the Constitution is **void**." — *Marbury v. Madison,* 5 U.S.

17　(1 Cranch) 137, 177 (1803).

18 • "It is not the duty of the citizen to surrender his rights, liberties, and

19　immunities under the guise of police power or any other governmental

20　power."— *Miranda v. Arizona,* 384 U.S. 436, 491 (1966).

21 • "An unconstitutional act is not law; it confers no rights; it imposes no duties;

22　affords no protection; it creates no office; it is, in legal contemplation, as

23　inoperative as though it had never been passed."— *Norton v. Shelby County,*

24　118 U.S. 425, 442 (1886).

25 • "No one is bound to obey an unconstitutional law, and no courts are bound to

26　enforce it."— *16 Am. Jur. 2d, Sec. 177, Late Am. Jur. 2d, Sec. 256.*

27 • "Sovereignty itself remains with the people, by whom and for whom all

28　government exists and acts."— *Yick Wo v. Hopkins,* 118 U.S. 356, 370 (1886).

Registered Mail #RF775824314US — Dated: March 22, 2025

1  **III.**                    <u>**Supremacy Clause**</u>

2  Plaintiffs respectfully assert and affirm that:

3  •  **The Supremacy Clause** of the Constitution **of the <u>U</u>nited <u>S</u>**tates (**Article VI,**
4      **Clause 2**) **establishes** that **the Constitution**, federal laws made **pursuant to**
5      **it**, and treaties **made under its authority**, constitute the "**supreme Law of the**
6      **Land**", and thus **take priority over any conflicting state laws.**    It provides
7      that state courts are bound by, and state constitutions subordinate to, the
8      supreme law.  However, federal statutes and treaties must be within the
9      parameters of the Constitution; **that is, they must be pursuant to** the federal
10     government's **enumerated powers**, and **not violate other constitutional**
11     **limits on federal power …** As a constitutional provision identifying the
12     supremacy of federal law, the Supremacy Clause assumes the underlying
13     priority of federal authority, **albeit only when that authority is expressed in**
14     **the Constitution itself; no matter what** the federal or state governments
15     **might wish to do**, they **must** stay within the boundaries of the **Constitution.**

16 **IV. DESCRIPTION OF AFFECTED *PRIVATE* TRUST PROPERTY**

17 This action affects title to the private Trust property (herein referred to as "private
18 property" and/or "subject property") situated in the county of Riverside,
19 California, commonly described as a '31990 Pasos Place, Temecula, California,' and
20 described as follows: Lot 5 of Tract No. 23209, in the City of Temecula, California,
21 County of Riverside, on file in Book 320, Pages 79 through 97 records of Riverside
22 County, California,' hereinafter referred to as the "Property," and **all** bonds,
23 securities, Federal Reserve Notes, assets, tangible and intangible, registered and
24 unregistered, and more particularly described in the <u>Authentic</u> **UCC1 filing and**
25 **NOTICE #2024385925-4** and **#2024385935-1, and UCC3 filing and NOTICE**
26 #2024402433-7 and 2024411182-7, all Filed in the Office of Secretary of State State Of
27 Nevada. Attached hereto as **Exhibits B, C, D, and E** respectively, and incorporated
28 herein by reference.

Registered Mail #RF775824314US — Dated: March 22, 2025

1  This action also affected any titles, investments, interests, principal amounts,

2  **credits**, funds, assets, bonds, Federal Reserve Notes, notes, bills of exchange,

3  entitlements, negotiable instruments, or similar collateralized, hypothecated, and/

4  or securitized items in any manner tied to Plaintiffs' signature, promise to pay,

5  order to pay, endorsement, credits, authorization, or comparable actions

6  (collectively referred to hereinafter as "Assets").

7  III.                                  <u>STANDING</u>

8  **Defendants** assert as **established**, **considered**, and <u>**admitted by Plaintiffs**</u> in the

9  *unrebutted* verified **affidavits** and contract and security agreements:

10  **1.** *Purported* Defendants are master beneficiaries, secured parties, executors,

11    trustees and/or fiduciaries of the subject property, and ' holders in due course'

12    of all assets, intangible and tangible.

13  **2.** *Purported* Defendants is/are <u>**undisputedly**</u> the **Creditor(s).**

14  **3.** Defendants all have explicitly reserved <u>**all**</u> of their rights, also in accordance

15    with U.C.C. § 1-308, **and** have **waive** <u>none</u>.

16  **4.** Defendants alone <u>undisputedly</u> have exclusive, sole, absolute, and complete

17    '**standing'.**

18  **5.** The Plaintiff is **the <u>DEBTORS</u>** in this matter.

19  **6.** The Plaintiff is **<u>NOT</u>** the CREDITOR, or an ASSIGNEE of the CREDITOR, in this

20    matter.

21  **7.** The Plaintiff does **<u>NOT</u>** have power of attorney in any way.

22  **8.** The Plaintiff does **<u>NOT</u>** have '**standing'.**

23  **9.** Accordingly, Defendants maintain **exclusive and sole standing** in relation to

24    said assets and their interests, as duly recorded and affirmed by these filing.

25  **10.** The Plaintiff in this matter does **<u>NOT</u>** have **any** valid interest or standing.

26  **11.** The Plaintiff in this matter do **<u>NOT</u>** have a valid claim to the '**Property'** (31990

27    Pasos Place, Temecula, California,' and described as follows: Lot 5 of Tract No.

28    23209, in the City of Temecula, California, County of Riverside, on file in Book

Registered Mail #RF775824314US — Dated: March 22, 2025

1  320, Pages 79 through 97 records of Riverside County, California), or any of the

2  respective Assets, registered and unregistered, tangible and intangible.

3  **12. Defendants' standing** is further affirmed and evidenced by the **GRANT DEED**

4  recorded in Official Records County of Riverside, DOC #2024-0291980, APN:

5  957-570-005, File No.: 37238 KH, where the private trust property is titled to '<u>WG</u>

6  <u>Private Irrevocable</u> Trust, dated Febraury 7, 2022'.  Attached hereto as **Exhibit**

7  **G**, and incorporated herein by reference.

8  **IV.**                     <u>**STATEMENT OF FACTS**</u>

9  1.  On **December 5, 2022**, a GRANT DEED (DOC #2022-0490841, File No.: 30291

10  KH) was recorded in the **Official Records of Riverside County** for **APN:**

11  **957-570-005**. (See Exhibit F)

12  2.  On **September 27, 2024**, a GRANT DEED (DOC #2024-0291980, File No.: 37238

13  KH) was recorded in the **Official Records of Riverside County** for **APN:**

14  **957-570-005**. (See Exhibit G)

15  3.  On **February 13, 2024** a UCC-1 Financing Statement and **Notice #2024385925-4**

16  were properly filed. (See Exhibit B)

17  4.  On **February 13, 2024** a UCC-1 Financing Statement and **Notice #20243859351–**

18  **4** were properly filed. (See Exhibit C)

19  5.  On **April 30, 2024**, a UCC-3 Amendment and **Notice #2024402433-7** were

20  properly filed. (See Exhibit D)

21  6.  On **June 15, 2024**, a UCC-3 Amendment and **Notice #2024402433-7** were

22  properly filed. (See Exhibit D)

23  7.  On **January 17, 2025**, a fraudulent '**TRUSTEE'S DEED UPON SALE**' (Doc.

24  #2025-0017386) was recorded. This deed is **void *ab initio***, as the individual

25  executing the **purported** transfer or sale **lacked lawful title and legal authority**

26  to do so.

27  **8.** **No transfer or assignment of title** has occurred since the recording of **GRANT**

28  **DEED #2024-0291980 on September 27, 2024**.

Registered Mail #RF775824314US — Dated: March 22, 2025

9. Any **deed**—including, but not limited to, a **'TRUSTEE'S DEED UPON SALE' (Doc. #2025-0017386)**—presently in the **Plaintiff's possession** constitutes a **product of fraud** and is therefore **null and void** *ab initio*, having **absolutely no legal force or effect**.

10. The **private trust property** *remains* **private trust property** and is the property of an **irrevocable,** *non*-statutory trust.

**13.** Defendants are **undisputedly** the *Real Party(ies) in Interest*, **Creditor(s)**, and Holder(s) in Due Course, in accordance with § 3-302 of the U.C.C. (Uniform Commercial Code), of all assets, registered and unregistered, tangible and intangible, and hold *allodial* title to all assets. This is further evidenced by the following UCC filings, all duly filed in the Office of the Secretary of State, State of Nevada: **UCC1 filing** #2024385925-4 and #2024385935-1, **and UCC3 filing** #2024402433-7 and 2024411182-7 (Exhibits B, C, D, and E).

**14.** Plaintiff remains in dishonor and default as evidenced by the unrebutted affidavits and contract and security agreements (Exhibits H, I, J, and K).

## V.    DEFENDANTS' *EXCLUSIVE* RIGHT TO EQUITY AND TRUE OWNERSHIP OF PRIVATE TRUST PROPERTY

1. **Exclusive Right to Equity**:

   The Defendants hold the exclusive right to equity in the private trust property as the sole beneficiaries and equitable title holders. **"Equity regards the beneficiary as the true owner."** (Jus accrescendi inter mercatores locum non habet – The right of survivorship has no place among merchants.) No party may claim a superior interest absent a lawful and valid contract knowingly, voluntarily, and intentionally entered into by the Defendants. Any adverse claim not supported by a lawful agreement is void ab initio.

2. **Superior Equitable Interest**:

   It is a fundamental principle that **"Equity regards substance rather than form."**

Registered Mail #RF775824314US — Dated: March 22, 2025

1   The Defendants' equitable title remains intact despite any mere legal

2   titleholder's claims, as the equitable owner is the true owner. No constructive or

3   resulting trust may be imposed upon the Defendants absent an express

4   agreement supported by full disclosure and valuable consideration. **"A trust**

5   **once established is not easily overturned."**

6   **3.  Private Trust Property Protection:**

7   The **private trust property** remains outside the reach of unauthorized claims, as

8   the Defendants have not granted jurisdiction, standing, or authority to any third

9   party. **"Equity will not suffer a wrong without a remedy."** Any attempt to

10  deprive the Defendants of their rightful ownership constitutes **fraud,**

11  **conversion, and an unlawful taking in violation of trust law *principles*.** **"What**

12  **is mine cannot be taken from me without my consent."** (Quod meum est sine

13  me auferri non potest.)

14  **4.  Legal and Equitable Maxim of Ownership:**

15  Under fundamental equitable principles, **"Where the equities are equal,**

16  **the first in time prevails."** The Defendants' claim predates **any** competing

17  interest, as their rights derive from original title, not from a subsequent

18  claim or assignment. **"The law helps those who are vigilant, not those**

19  **who sleep on their rights."** (Vigilantibus non dormientibus jura

20  subveniunt.) As first in time and right, the Defendants' ownership remains

21  unimpeachable in equity and law.

22  **5.  Assertion of True Ownership:**

23  The Defendants assert their rightful ownership of the private trust property and

24  demand recognition of their exclusive equitable title. **"A right cannot arise from**

25  **a wrong."** (Ex injuria jus non oritur.) Any conflicting claims, encumbrances, or

26  adverse interests constitute an unjust interference with the Defendants' vested

27  rights and must be extinguished. **"Equity looks to the intent, not the**

28  **form."** (Equitas intutit, non formam.)

Registered Mail #RF775824314US — Dated: March 22, 2025

## VI.   TRUSTEE'S DEED OF SALE IS VOID *AB INITIO* AND WITHOUT LEGAL EFFECT

The purported **Trustee's Deed of Sale** is **void *ab initio***, meaning it is legally null from inception and has no force or effect. A void deed **cannot convey title, create a legal interest, or serve as the basis for any lawful claim**. It is inherently unlawful and **carries no legal weight**.

**1. UNCONSTITUTIONAL DEPRIVATION OF PROPERTY RIGHTS**

The issuance of the Trustee's Deed of Sale constitutes an **unlawful taking** without due process, violating fundamental constitutional protections. Any action that deprives an individual of property without full and fair adjudication **is null and void from the outset**.

The **Fifth and Fourteenth Amendments** on the Constitution prohibit deprivations of life, liberty, or property without due process of law. A fraudulent, deceptive, or coercive sale process **strips the proceeding of any legal authority**, making the resulting deed inherently invalid.

**2. *Purported* TRUSTEE LACKED AUTHORITY TO TRANSFER TITLE**

A **trustee can only transfer what they lawfully possess**. If the underlying claim was tainted by fraud, coercion, or misrepresentation, the trustee **had no lawful authority to sell the property or issue a deed**.

A void act **has no effect**, and no rights can be transferred through an invalid process. As a result, the Trustee's Deed is a **nullity with no legal standing**.

**3. NO LEGAL OR EQUITABLE INTEREST CREATED**

Because the Trustee's Deed of Sale is *void ab initio*, it does not **convey any valid legal or equitable interest in the property**. No party—whether an alleged buyer, assignee, or subsequent claimant—can lawfully derive rights from a void instrument.

Courts have long recognized that **a deed issued under fraudulent, unlawful, or constitutionally defective circumstances is worthless** and cannot serve as the basis for any claim to title or possession.

DEFENDANTS' VERIFIED RESPONSE AND DEMAND FOR DISMISSAL OF FRAUDULENT UNLAWFUL DETAINER AND SANCTIONS AGAINST PLAINTIFF AND DEMAND FOR CONFIRMED AND STIPULATED JUDGMENT AND DECISION FOR QUIET TITLE AND DEMAND FOR SUMMARY JUDGMENT IN FAVOR OF DEFENDANTS, AS A MATTER OF LAW

Registered Mail #RF775824314US — Dated: March 22, 2025

## 4. DEMAND FOR DECLARATORY RELIEF – QUIET TITLE

Given the foregoing, the Court must:

1.  **Declare the Trustee's Deed of Sale null and void** as it is legally defective.

2.  **Remove and strike any record of the deed from county land records.**

3.  **Restore title to its rightful status, free of any unlawful encumbrances.**

Any continued reliance on the void deed constitutes **fraud, slander of title, and unlawful conversion**, subjecting the parties involved to **civil and criminal liability**

# VII. <u>Plaintiff's *Presumption* of Dishonor under U.C.C. § 3-505 and *Evidence* Proving Defendant's Dishonor</u>

1.  The failure of Plaintiff to rebut or provide any valid evidence of their performance is further confirmed by the, 'AFFIDAVIT CERTIFICATE of DISHONOR, NON-RESPONSE, DEFAULT, JUDGEMENT, and LIEN AUTHORIZATION"/Self-Executing Contract Security Agreement (Exhibit K), which is **duly notarized** and complies with the requirements of U.C.C. § 3-505.

2.  Under U.C.C. § 3-505, a document regular in form, such as the notarized Affidavit Certificate serves as evidence of dishonor and creates a **presumption** of dishonor.

    <u>U.C.C. § 3-505. *Evidence* of Dishonor:</u>

    (a) The following are admissible as evidence and create a presumption of dishonor and of any notice of dishonor stated:

    (1) A document regular in form as provided in subsection (b) which purports to be a protest;

    (2) A purported stamp or writing of the drawee, payor bank, or presenting bank on or accompanying the instrument stating that acceptance or payment has been refused unless reasons for the refusal are stated and the reasons are not consistent with dishonor;

    (3) A book or record of the drawee, payor bank, or collecting bank, kept in the usual course of business which shows dishonor, even if there is no evidence

Registered Mail #RF775824314US — Dated: March 22, 2025

1   of who made the entry.

2   (b) **A protest is a certificate of dishonor made by a** United States consul or vice consul, or

3   **a notary public** or other person authorized to administer oaths by the law of the place

4   where dishonor occurs. It may be made upon information satisfactory to that person. The

5   protest must identify the instrument and certify either that presentment has been made or,

6   if not made, the reason why it was not made, and that the instrument has been dishonored

7   by nonacceptance or nonpayment. The protest may also certify that notice of dishonor has

8   been given to some or all parties.

9   3.   The **notarized** 'AFFIDAVIT CERTIFICATE of DISHONOR, NON-RESPONSE, DEFAULT,

10   JUDGEMENT, and LIEN AUTHORIZATION"/Self-Executing Contract Security Agreement

11   (Exhibit K), complies with these requirements and serves as a formal protest and **evidence of**

12   **dishonor** under **U.C.C. § 3-505**, as it clearly documents Plaintiff's refusal to respond or provide

13   the necessary rebuttal to Defendants' **verified** claims.

14   4.   Plaintiff **has not** submitted any evidence to contradict or rebut the statements

15   made in the **affidavits.** As a result, the facts set forth in the affidavits are deemed

16   true and uncontested. *Additionally,* the **California Evidence Code § 664** and

17   related case law support the *presumption* that official duties have been regularly

18   performed, and *unrebutted* affidavits stand as **Truth.**

19   5.   Plaintiff may **not** argue, controvert, or otherwise protest the finality of the

20   **administrative findings** established through the *unrebutted* affidavits. As

21   per established legal **principles,** once an **affidavit** is submitted and not

22   rebutted, **its content is accepted as true**, and **Plaintiff is barred** from

23   contesting these findings in subsequent processes, **whether administrative**

24   **or judicial.**

25   VIII.   *UNREBUTTED* **AFFIDAVITS, STIPULATED FACTS, CONTRACT**

26   **SECURITY AGREEMENT, AND AUTHORIZED JUDGEMENT AND LIEN**

27   1.   Plaintiff and Defendants are parties to certain Contract and Security

28   Agreements, specifically contract security agreement numbers EI988807156US,

Registered Mail #RF775824314US — Dated: March 22, 2025

RF775822865US, RF775823755US, **and** RF775824288US. Each contract security agreement and/or self-executing contract security agreement was received, considered, and agreed to by Plaintiffs through silent acquiescence, tacit agreement, and tacit procuration. Each contract also includes a corresponding Form 3811, which was signed as evidence of receipt. — **AN UNREBUTTED AFFIDAVIT STANDS AS TRUTH IN COMMERCE.** (12 Pet. 1:25; Heb. 6:13-15;). 'He who does not deny, admits. **AN UNREBUTTED AFFIDAVIT BECOMES THE JUDGEMENT IN COMMERCE.** (Heb. 6:16-17;). 'There is nothing left to resolve.' All referenced contracts and signed Forms 3811 are attached hereto as **Exhibits H, I, J, K, L, M, N, and O** respectively, as follows:

- **Exhibit H**: Affidavit and Contract and Security Agreement #EI988807156US.
- **Exhibit I**: Affidavit and Contract and Security Agreement #RF775822865US.
- **Exhibit J**: Affidavit and Contract and Security Agreement #RF775823755US.
- **Exhibit K**: Contract and Security Agreement / Affidavit Certificate of Dishonor, Non-response, **DEFAULT**, JUDGEMENT, and LIEN AUTHORIZATION and LIEN AUTHORIZATION, #RF775824288US.
- **Exhibit L**: Form 3811 corresponding to Exhibit E.
- **Exhibit M**: Form 3811 corresponding to Exhibit I.
- **Exhibit N**: Form 3811 corresponding to Exhibit J.
- **Exhibit O**: Form 3811 corresponding to K.

2. **All contract agreements were** executed and agreed to by the Plaintiff, acknowledging and accepting a Judgement, Summary Judgement, and/or Lien Authorization (in accordance with U.C.C. § 9-509), against Plaintiffs in the amount of **One Hundred Million Dollars ($100,000,000.00)**, in favor of Defendants.

Registered Mail #RF775824314US — Dated: March 22, 2025

3.  Plaintiff received, considered, and agreed to all the terms of all contract agreements, constituting a bona fide contract under the principles of contract law and the Uniform Commercial Code (U.C.C.). Pursuant to the mailbox rule, which establishes that acceptance of an offer is effective when dispatched (U.C.C. § 2-206), and principles of silent acquiescence, tacit procuration, and tacit agreement, the acceptance is valid. This acceptance is in alignment with the doctrine of 'offer and acceptance' and the provisions of U.C.C. § 2-202, which governs the final expression of the contract, and U.C.C. § 2-302, which addresses unconscionability in the contract terms. Furthermore, under the U.C.C., all assets—whether registered or unregistered—are held subject to the allodial title, with Defendants maintaining sole and exclusive standing over all real property, assets, securities, both tangible and intangible, registered and unregistered, as evidenced by UCC1 filing #2024385925-4 and #2024385935-1, and UCC3 filing #2024402433-7 and 2024411182-7 (Exhibits B, C, D, and E).

# IX. VALIDATION OF BINDING SELF-EXECUTING CONTRACTS AND SECURITY AGREEMENTS UNDER U.C.C. PRINCIPLES

1.  **U.C.C. § 2-204 – Formation of Contract**: As further supported by U.C.C. § 2-204, a contract can be formed even if the exact terms are not yet agreed upon, provided that there is an intention to form a contract and an agreement on essential terms. This principle affirms that the actions of the parties and the language in the *unrebutted* affidavits constitute an agreement to the terms at hand, making arbitration unnecessary.

2.  **U.C.C. § 2-206 – Offer and Acceptance**: Additionally, U.C.C. § 2-206 confirms that an offeror is bound by the terms once an offer is accepted, unless the offer states otherwise. The verified affidavits submitted are evidence that the parties have mutually agreed to the terms, thereby forming a contract under the principles of offer and acceptance outlined in U.C.C. § 2-206.

3.  **U.C.C. § 1-103 – Enforcement of Contract and Fraud**: Under U.C.C. § 1-103, the Uniform Commercial Code applies to contracts unless explicitly stated

Registered Mail #RF775824314US — Dated: March 22, 2025

1   otherwise. This section provides that fraud, duress, or any unlawful condition

2   does **not** negate the binding nature of the contract. Therefore, the contracts in

3   question are enforceable as written, free from fraud or misrepresentation, and

4   valid under commercial law principles.

5   4.  As considered, agreed, and stipulated by the Plaintiff in the _unrebutted_

6   verified commercial affidavits, and self-executing contract and security

7   agreement (Exhibits H, I, J, and K), Plaintiffs may **not** argue, controvert, or

8   otherwise protest the finality of the administrative findings established

9   through the **unrebutted verified commercial affidavits**. As per established

10  legal principles and **legal maxims**, once an affidavit is submitted and not

11  rebutted, its content is accepted as true, and Plaintiffs are **estopped and**

12  **barred** from contesting these findings in subsequent processes, **whether**

13  **administrative or judicial**.

14  5.  As considered, agreed, and stipulated by the Plaintiff in the _unrebutted_ verified

15  commercial affidavits, and self-executing contract and security agreement

16  (Exhibits H, I, J, and K), the Plaintiff or the entity they represent **is/are the**

17  **DEBTOR(S)** in this matter.

18  6.  As considered, agreed, and stipulated by the Plaintiff in the _unrebutted_ verified

19  commercial affidavits, and self-executing contract and security agreement

20  (Exhibits H, I, J, and K), Plaintiffs are **not** the CREDITOR, or an ASSIGNEE of

21  the CREDITOR, in this matter.

22  7.  As considered, agreed, and stipulated by the Plaintiff in the _unrebutted_ verified

23  commercial affidavits, and self-executing contract and security agreement

24  (Exhibits H, I, J, and K), the Plaintiff is indebted to Defendants in the amount of

25  **One Hundred Million Dollars ($100,000,000.00)**.

26  8.  As considered, agreed, and stipulated by Plaintiff in the _unrebutted_ verified

27  commercial affidavits, and self-executing contract and security agreement

28  (Exhibits H, I, J, and K), **Plaintiffs do NOT have 'standing.'**

Registered Mail #RF775824314US — Dated: March 22, 2025

9.  As considered, agreed, and stipulated by the Plaintiff in the _unrebutted_ verified commercial affidavits, and self-executing contract and security agreement (Exhibits H, I, J, and K), under **California Code of Civil Procedure § 437c(c)**, summary judgement is appropriate when there is no triable issue of material fact and the moving party is entitled to judgement as **a matter of law**. The **_unrebutted_ affidavits** submitted by Defendants demonstrate that no triable issues of material fact remain in dispute, and Defendants are entitled to judgement based on the evidence presented and as **a matter of law**.

10. As considered, agreed, and stipulated by Plaintiff in the _unrebutted_ verified commercial affidavits, and self-executing contract and security agreement (Exhibits H, I, J, and K), "Statements of **fact** contained in affidavits which are **not** rebutted by the opposing party's **affidavit or pleadings may** be accepted as **true** by the trial court." --Winsett v. Donaldson, 244 N.W.2d 355 (Mich. 1976).

11. As considered, agreed, and stipulated by Plaintiff in the _unrebutted_ verified commercial affidavits, and self-executing contract and security agreement (Exhibits H, I, J, and K), the principles of **res judicata**, **stare decisis**, and **collateral estoppel** apply to the **unrebutted affidavits**, establishing that all issues are deemed settled and **cannot be contested further.** These principles reinforce the finality of the administrative findings and support the granting of summary judgement, in favor of Defendants, as **a matter of law**. - '<u>HE WHO LEAVES THE BATTLEFIELD FIRST LOSES BY DEFAULT.</u>'

## X.    Legal Basis for Proof of Delivery via Registered Mail

Under well-established legal precedent, documents sent via **Registered Mail with return receipt requested (Form 3811)** are presumed **delivered upon mailing**, providing strong evidentiary proof of service. Courts have consistently upheld this principle, reinforcing the **Mailbox Rule**, which states that a properly mailed document is presumed received by the addressee unless convincingly rebutted.

Registered Mail #RF775824314US — Dated: March 22, 2025

# Key Legal Precedents Supporting Proof of Delivery

1. **U.S. v. Bowen, 414 F.2d 1268 (3rd Cir. 1969)** – The court held that when **Registered Mail is sent with return receipt requested** and the receipt is signed, it constitutes **prima facie evidence of delivery**, meaning the burden shifts to the recipient to prove non-receipt.

2. **Hagner v. United States, 285 U.S. 427 (1932)** – The Supreme Court ruled that mailing a document via **Registered Mail creates a strong presumption of receipt** by the intended party, further solidifying the evidentiary weight of proper mailing.

3. **NLRB v. Local Union No. 103, 434 U.S. 335 (1978)** – The Court established that a **return receipt provides sufficient proof of service** unless rebutted with clear and convincing evidence to the contrary.

4. **Federal Rules of Evidence (FRE) Rule 301** – Under this rule, a presumption exists that a properly mailed document is **received by the intended recipient**, shifting the burden of proof to the recipient to disprove delivery.

5. **39 U.S.C. § 3009** – Governs the legality and evidentiary weight of **Registered Mail**, affirming that mailing with proof of delivery (e.g., Form 3811) is **legally sufficient evidence of receipt**.

6. **26 U.S.C. § 7502** – This statute explicitly states that the **date of mailing is deemed the date of filing or receipt** when Registered Mail is used, providing strong evidentiary support for the **timely delivery and legal effect** of mailed documents.

# Application of the Mailbox Rule

The **Mailbox Rule** dictates that once a document is properly addressed, stamped, and deposited with the postal service, **it is presumed delivered and received by the addressee**. Courts have repeatedly upheld this principle, ensuring that a party cannot **simply deny receipt** to evade legal responsibility. When **Registered Mail with return receipt requested** is used, the proof of mailing is further **reinforced by the signed receipt**, making rebuttal even more difficult

# Legal Presumption of Delivery and Evidentiary Weight

Registered Mail #RF775824314US — Dated: March 22, 2025

1  Based on established case law and statutory authority, **Registered Mail with return**
2  **receipt requested (Form 3811)** serves as **prima facie evidence of delivery** and
3  creates a strong presumption of receipt by the intended party. Under **U.S. v.**
4  **Bowen, Hagner v. United States, and NLRB v. Local Union No. 103,** this
5  presumption stands unless rebutted by clear and convincing evidence.
6  Furthermore, **26 U.S.C. § 7502** affirms that the date of mailing via **Registered Mail**
7  is deemed the date of filing or receipt, solidifying its evidentiary value. **Federal**
8  **Rules of Evidence Rule 301** shifts the burden to the recipient to prove non-receipt,
9  while **39 U.S.C. § 3009** reinforces the legal sufficiency of proof of delivery through
10 postal records.
11 Accordingly, any challenge to the delivery or receipt of documents sent via
12 **Registered Mail with return receipt** must meet a high evidentiary threshold,
13 ensuring that mailed documents are legally recognized as served and received.
14 **Judgement of $100,000,000.00 *Considered*, AGREED TO and Authorized BY**
15 **PLAINTIFFS.**
16 1.  As **considered**, agreed, and stipulated by Plaintiff in the *unrebutted* verified
17     commercial affidavits, and self-executing contract and security agreement
18     (Exhibits H, I, J, and K), Plaintiff **fully authorizes, endorses, supports,** and
19     advocates for the entry of a UCC commercial judgement and lien in the amount
20     of **One Hundred Million and 00/100 Dollars ($100,000,000.00) against Plaintiff,**
21     **in favor of Defendants,** as also **evidenced** by INVOICE/TRUE BILL
22     #MIRINAJDISHONOR25 which is a part of **Exhibit K**. INVOICE/TRUE BILL
23     #MIRINAJDISHONOR25 is attached hereto as **Exhibit P** and incorporated
24     herein by reference.
25 2.  As **considered**, agreed, and stipulated by Plaintiff in the *unrebutted* verified
26     commercial affidavits, and self-executing contract and security agreement
27     (Exhibits H, I, J, and K), should it be **deemed** necessary, the Defendants are **<u>fully</u>**
28     **<u>Authorized</u>** to initiate the filing of a lien, and the seizing of property to secure

DEFENDANTS' VERIFIED RESPONSE AND DEMAND FOR DENIAL OF PLAINTIFF(S)'S UNLAWFUL DEFENSE AND LAWSUIT AGAINST PLAINTIFF AND DEMAND FOR CONSIDERAR AND STIPULATED AGREEMENT AND DEMAND FOR QUIET TITLE AND CLOSING, FOR SUMMARY JUDGEMENT IN FAVOR OF DEFENDANTS, AS A MATTER OF LAW

Registered Mail #RF775824314US — Dated: March 22, 2025

1    satisfaction of the **ADJUDGED, DECREED, AND <u>AUTHORIZED</u>** sum total

2    due to **Affiant,** and/or Defendants of, **One Hundred Million and 00/100**

3    **Dollars ($100,000,000.00).**

4  3.  Plaintiff has **<u>not</u>** submitted any **evidence** to contradict or rebut the statements

5    made in the affidavits. As a result, the facts set forth in the affidavits are deemed

6    true and uncontested. Even then non-applicable California Evidence Code §

7    664 and related case law support the presumption that official duties have

8    been regularly performed, and ***unrebutted* affidavits stand as Truth**.

9  4.  Plaintiff may not argue, controvert, or otherwise protest the finality of the

10    administrative findings established through the unrebutted affidavits. As per

11    established legal principles, once an affidavit is submitted and not rebutted, its

12    content is accepted as true, and Defendants are barred from contesting these

13    findings in subsequent processes, whether administrative or judicial.

14  5.  **All are equal under the law** (Aequitas est quasi aequalitas), and **ignorance**

15    **of the law is no excuse** (Ignorantia juris non excusat).

16  # XI.    <u>Foundational 'Case Law' on Standing, Mortgage Fraud,</u>

17    <u>Foreclosure, Corporate Overreach</u>

18  Defendants referenced the following 'case law' summary highlights key legal

19  principles on jurisdiction, standing, and procedural requirements in financial and

20  mortgage-related cases. Courts consistently **void judgments rendered** *without*

21  **proper jurisdiction** and emphasize the need for a party to demonstrate legal

22  <u>standing</u>. Fraudulent lending practices, including violations of **federal regulations,**

23  have led to dismissals with prejudice. Corporate overreach by banks is curtailed

24  through rulings that prohibit lending credit and ultra vires contracts. Evidentiary

25  standards stress the **<u>sufficiency of affidavits</u>** and the **duty** of full and complete

26  disclosure of information to prevent fraud. Contract **principles** underscore the

27  nullification of agreements lacking proper consideration,.

28  # A. Jurisdiction and Standing in Court

Registered Mail #RF775824314US — Dated: March 22, 2025

1 Courts have consistently held that judgments rendered without subject matter
2 jurisdiction are **void from inception**, and parties *must* have **standing** to invoke a
3 Court's jurisdiction. Notable cases emphasize that plaintiffs must demonstrate
4 ownership of notes and mortgages at the time of filing to proceed with foreclosure
5 actions. Failure to do so results in jurisdictional dismissal.

6 **1. Patton v. Diemer**, 35 Ohio St. 3d 68; 518 N.E.2d 941 (1988): "A judgment
7 rendered by a court lacking subject matter jurisdiction is **void ab initio**.
8 Consequently, the authority to vacate a void judgment is not derived from Ohio
9 R. Civ. P. 60(B), but rather constitutes an inherent power possessed by Ohio
10 courts. I see no evidence to the contrary that this would apply to ALL courts."

11 **2. Lebanon Correctional Institution v. Court of Common Pleas**, 35 Ohio St.2d 176
12 (1973): "A party lacks **standing** to invoke the jurisdiction of a court unless he
13 has, in an individual or a representative capacity, some **real interest** in the
14 subject matter of the action."

15 **3. Wells Fargo Bank v. Byrd**, 178 Ohio App.3d 285, 2008-Ohio-4603, 897 N.E.2d
16 722 (2008): "If plaintiff has offered no evidence that it owned the note and
17 mortgage when the complaint was filed, it would not be entitled to judgment as
18 a matter of law."

19 **4. Indymac Bank v. Boyd**, 880 N.Y.S.2d 224 (2009): "To establish a *prima facie* case in an
20 action to foreclose a mortgage, the plaintiff must establish the existence of the mortgage
21 and the mortgage note. It is the law's policy to allow only an aggrieved person to bring
22 a lawsuit . . . A want of 'standing to sue,' in other words, is just another way of saying
23 that this particular plaintiff is not involved in a genuine controversy, and a simple
24 syllogism takes us from there to a 'jurisdictional' dismissal."

25 **5. Indymac Bank v. Bethley**, 880 N.Y.S.2d 873 (2009): "The Court is concerned that
26 there may be fraud on the part of plaintiff or at least malfeasance. Plaintiff
27 INDYMAC (Deutsche) must have '**standing**' to bring this action."

28 **B. Fraud and Misrepresentation in Mortgage Cases**

Registered Mail #RF775824314US — Dated: March 22, 2025

1  Several cases illustrate fraudulent practices by lenders, including violations of the
2  Federal Truth in Lending Act and withholding vital loan information. Courts have
3  dismissed cases with prejudice where fraud on the court was evident.

4  **1. Wells Fargo, Litton Loan v. Farmer**, 867 N.Y.S.2d 21 (2008): "Wells Fargo does
5      not own the mortgage loan… Therefore, the matter is dismissed with prejudice."

6  **2. Wells Fargo v. Reyes**, 867 N.Y.S.2d 21 (2008): "Dismissed with prejudice, Fraud
7      on Court & Sanctions. Wells Fargo never owned the Mortgage."

8  **3. Deutsche Bank v. Peabody**, 866 N.Y.S.2d 91 (2008): "EquiFirst, when making the
9      loan, violated Regulation Z of the Federal Truth in Lending Act 15 USC §1601
10     and the Fair Debt Collections Practices Act 15 USC §1692; 'intentionally created
11     fraud in the factum' and withheld from plaintiff 'vital information concerning
12     said debt and all of the matrix involved in making the loan.'"

13 ## C. Corporate and Banking Overreach

14 Decisions highlight that banks **cannot** lend their credit or guarantee debts, as these
15 actions are ultra vires and not legally binding. These rulings reinforce the
16 limitations on corporate and banking activities.

17 **1. Zinc Carbonate Co. v. First National Bank**, 103 Wis. 125, 79 NW 229 (1899):
18     "The doctrine of ultra vires is a most powerful weapon to private corporations
19     within their legitimate spheres and punish them for violations of their corporate
20     charters, and it probably is not invoked too often."

21 **2. Howard & Foster Co. vs. Citizens National Bank**, 133 S.C. 202, 130 S.E. 758
22     (1926): "It has been settled beyond controversy that a national bank, under
23     Federal law, being limited in its power and capacity, cannot lend its credit by
24     nor guarantee the debt of another. All such contracts being entered into by its
25     officers are ultra vires and not binding upon the corporation."

26 **3. American Express Co. v. Citizens State Bank**, 181 Wis. 172, 194 NW 427 (1923):
27     "Neither, as included in its powers not incidental to them, is it a part of a bank's
28     business to lend its credit."

Registered Mail #RF775824314US — Dated: March 22, 2025

## D. Procedural Requirements and Evidentiary Standards

The requirement for real party-in-interest prosecution is emphasized, along with rulings that affidavits alone can establish a prima facie case. Courts have ruled that silence in the face of a legal duty to respond can constitute fraud.

1. **Federal Rule of Civil Procedure 17(a)(1)**: "[A]n action must be prosecuted in the name of the real party in interest."

2. **In re Jacobson**, 402 B.R. 359, 365-66 (Bankr. W.D. Wash. 2009): Emphasizes that actions must be filed by the real party in interest.

3. **United States v. Kis**, 658 F.2d 526 (7th Cir. 1981): "Indeed, no more than (affidavits) is necessary to make the prima facie case." Cert. denied, S. Ct. (1982).

4. **U.S. v. Tweel**, 550 F.2d 297 (1977): "Silence can only be equated with fraud where there is a legal or moral duty to speak or when an inquiry left unanswered would be intentionally misleading."

## E. Contract and Consideration Principles

If any part of a contract's consideration is illegal, the entire promise becomes void. Courts have also recognized the right to rescind contracts induced by false representations, even if made innocently.

- **Menominee River Co. v. Augustus Spies L & C Co.**, 147 Wis. 559 at p. 572; 132 NW 1118 (1912): "If any part of the consideration for a promise be illegal, or if there are several considerations for an un-severable promise one of which is illegal, the promise, whether written or oral, is wholly void, as it is impossible to say what part or which one of the considerations induced the promise."

## XII.    SANCTIONS AGAINST ALL PLAINTIFFS FOR WILLFUL AND INTENTIONAL FRAUDULENT ACTIONS AND VIOLATIONS OF LAW

Defendants hereby move this Court to impose **sanctions** against the Plaintiff for their willful and egregious actions in initiating and perpetuating fraudulent claims, violations of legal standards, and **bad faith** conduct, as

Registered Mail #RF775824314US — Dated: March 22, 2025

1  outlined herein. Plaintiff's actions are not only baseless but constitute an
2  **abuse of the judicial process,** warranting severe penalties to deter future
3  misconduct and to compensate the Defendants for damages incurred as a
4  result of this fraudulent litigation.

5  1.  **Willful and Intentional Bad Faith Conduct and Fraudulent Filings:** Plaintiff
6      has **knowingly and intentionally** engaged in fraudulent conduct by pursuing
7      claims they know to be baseless and without merit. This is evidenced by their
8      failure to rebut the **Unrebutted Affidavits**, their presumed dishonor under
9      **U.C.C. § 3-505**, and their lack of any standing to bring forth this action. Such
10     actions violate the principles of equity, fair dealing, and due process,
11     constituting grounds for sanctions.

12 2.  **Abuse of Process:** Plaintiff's initiation of this unlawful detainer action, despite
13     being Defendants in pre-existing legal matters directly related to the subject
14     property, demonstrates a **clear abuse of process.** Plaintiff's failure to disclose
15     these overlapping cases and their misrepresentation of facts to this Court
16     exemplifies a deliberate attempt to mislead the judiciary and waste judicial
17     resources.

18 3.  **Failure to Act in Good Faith:** Plaintiff's silence and failure to rebut the affidavits and
19     claims presented by the Defendants further indicate bad faith. Under **U.C.C. § 1-103**,
20     the principles of good faith and equity are paramount. Plaintiffs' conduct demonstrates
21     a blatant disregard for these principles, further warranting sanctions.

22 4.  **Evidentiary Sanctions and Adverse Inference:** Plaintiff's failure to rebut the
23     Defendants' Affidavits, Security Agreements, and Contractual Terms creates a
24     presumption of **silent acquiescence, tacit agreement, and tacit procuration.** The
25     Defendant demand that this Court:

26     •  Strike Plaintiff's pleadings for lack of standing and evidentiary support.
27     •  Enter a judgement of **dismissal with prejudice** of all claims brought by
28        Plaintiffs.

Registered Mail #RF775824314US — Dated: March 22, 2025

1  • Impose an **adverse inference**, recognizing Plaintiffs' failure to rebut as an
2    admission of the Defendant's claims.
3  5. **Monetary Sanctions:** Defendant seeks monetary sanctions in the form of:
4  • Reimbursement for all legal fees, court costs, and damages incurred by the
5    Defendant in responding to this fraudulent action.
6  • Penalties for frivolous litigation, calculated at no less than Five Hundred
7    Thousand Dollars (**$500,000.00**), as stipulated in the **Self-Executing**
8    **Contract Security Agreements (Exhibits H, I, J, and K)**. Plaintiffs'
9    acceptance of these agreements, through tacit acquiescence and silent
10   agreement, binds them to this liability.
11 6. **Deterrence of Future Misconduct:** The imposition of sanctions is necessary to
12   deter Plaintiff and others from engaging in similar conduct in the future.
13   Fraudulent misuse of the courts to perpetrate unlawful claims undermines the
14   integrity of the judicial system and must be met with severe consequences.
15 XIII.    <u>SUMMARY JUDGEMENT AGAINST PLAINTIFF, AS A</u>
16          <u>MATTER OF LAW</u>
17 1. Defendants respectfully **DEMAND** summary judgement in their favor based on
18   the clear, enforceable terms of the Contract and Security Agreement, and as a
19   matter of law. Pursuant to the Contract and Security Agreement, Defendants
20   explicitly stipulated and accepted, by their conduct and inaction, a binding
21   judgement, summary judgement, and/or lien authorization (per U.C.C. § 9-509)
22   in favor of Defendants. The contracts establish Plaintiff's liability in the agreed-
23   upon amount of **One Hundred Million and 00/100 U.S. Dollars**
24   (**$100,000,000.00**), which the Plaintiff acknowledged and accepted through the
25   principles of tacit procuration and silent acquiescence, thereby waiving any
26   grounds to contest this judgement.
27 2. Plaintiff considered and agreed to all of the terms stipulated in the unrebutted
28   commercial affidavits and the self-executing Contract and Security Agreements,

Registered Mail #RF775824314US — Dated: March 22, 2025

1    all of which were confirmed, signed for via USPS form 3811, and delivered via

2    USPS **Registered, Express, and/or Certified Mail.**

3    3.   Given that the affidavits presented are unrebutted and establish the facts

4    essential to Defendants' claims, summary judgement in favor of Defendants is

5    warranted, and ***must* be granted.** Plaintiffs' failure to contest or rebut these

6    affidavits supports the conclusion that there are no genuine issues of material

7    fact, and Defendants are entitled to judgement as *a matter of law.*

8    4.   Defendants respectfully DEMAND the Court grant summary judgement in

9    their favor based on the <u>undisputed facts</u> presented in the multiple unrebutted

10    verified commercial affidavits and/or contract and security agreements

11    submitted and incorporated into this matter. Plaintiffs have failed to rebut the

12    content of these affidavits, which conclusively establish the validity of

13    Defendants' claims.

14    5.   **California Code of Civil Procedure § 437c(a):** Summary judgement is

15    appropriate where there is no triable issue of material fact and the moving party

16    is entitled to judgement as a matter of law. The ***multiple*** unrebutted affidavits

17    submitted by Defendants establish that there are no material facts in dispute,

18    and Defendants are entitled to judgement based on the evidence provided, as a

19    matter of law.

20    6.   ***Res Judicata, Stare Decisis,* and Collateral Estoppel:** The principles of res

21    judicata, stare decisis, and collateral estoppel apply to the unrebutted affidavits,

22    establishing that all issues are deemed settled and cannot be contested further.

23    These principles reinforce the finality of the administrative findings and support

24    the granting of summary judgement.

25    **XIV.    LEGAL *PRINCIPLES* SUPPORTING PLAINTIFFS' CLAIMS**

26    In support of this DEMAND as **a matter of law**, without hearing, Defendants

27    cite the following established legal standards, legal maxims, precedent, and

28    *principles*:

Registered Mail #RF775824314US — Dated: March 22, 2025

- **Unrebutted Affidavits as Judgment in Commerce:** Plaintiffs' unrebutted affidavits are binding truth under the maxim, **"An unrebutted affidavit becomes the judgment in commerce."**
- *Res Judicata, Stare Decisis,* **and Collateral Estoppel:** Defendants are <u>*barred*</u> from contesting the finality of Plaintiffs' claims under the doctrines of ***res judicata, stare decisis,*** and **collateral estoppel,** as all material facts and claims have been resolved conclusively.
- **Breach of U.C.C. Obligations and <u>Presumed</u> Dishonor:** Defendants' dishonor and default are evidenced by their failure to fulfill obligations defined by **U.C.C. § 3-505** and other applicable statutes <u>**ALL ARE EQUAL UNDER THE LAW.**</u> (God's Law - Moral and Natural Law). Exodus 21:23-25; Lev. 24: 17-21; Deut. 1; 17, 19:21; Mat. 22:36-40; Luke 10:17; Col. 3:25. 'No one is above the law.'
- <u>**IN COMMERCE FOR ANY MATTER TO BE RESOLVED MUST BE EXPRESSED.**</u> (Heb. 4:16; Phil. 4:6; Eph. 6:19-21). -- **Legal maxim:** 'To lie is to go against the mind.'
- <u>**TRUTH IS EXPRESSED IN THE FORM OF AN AFFIDAVIT.**</u> (Lev. 5:4-5; Lev. 6:3-5; Lev. 19:11-13: Num. 30:2; Mat. 5:33; James 5: 12).
- <u>**IN COMMERCE TRUTH IS SOVEREIGN.**</u> (Exodus 20:16; Ps. 117:2; John 8:32; II Cor. 13:8 ) Truth is sovereign -- and the Sovereign tells only the truth.
- <u>**AN UNREBUTTED AFFIDAVIT STANDS AS TRUTH IN COMMERCE.**</u> **(12 Pet. 1:25; Heb. 6:13-15;).** 'He who does not deny, admits.'
- **"Statements of fact contained in affidavits which are not rebutted by the opposing party's affidavit or pleadings <u>may</u> be accepted as true by the trial court." --Winsett v. Donaldson, 244 N.W.2d 355 (Mich. 1976).**
- See, *Sieb's Hatcheries, Inc. v. Lindley,* 13 F.R.D. 113 (1952)., "Defendant(s) made no request for an extension of time in which to answer the request for admission of facts and filed only an unsworn response within the time

Registered Mail #RF775824314US — Dated: March 22, 2025

1   permitted," thus, under the specific provisions of Ark. and *Fed. R. Civ. P.* 36,

2   the facts in question were deemed admitted as true.  Failure to answer is well

3   established in the court.  *Beasley v. U. S.*, 81 F. Supp. 518 (1948)., "I, therefore,

4   hold that the requests will be considered as having been admitted." Also as

5   previously referenced, "Statements of fact contained in affidavits which are not

6   rebutted by the opposing party's affidavit or pleadings may[must] be accepted

7   as true by the trial court." --Winsett v. Donaldson, 244 N.W.2d 355 (Mich.

8   1976).

9   • 'The state **cannot** diminish **Rights** of the **people."** — Hurtado vs. California,

10   110 US 516.

11   • "Public officials are not immune from suit when they transcend their lawful

12   authority by invading constitutional **rights."** — AFLCIO v. Woodward, 406 F2d 137 t.

13   • "Immunity **fosters neglect and breeds irresponsibility** while liability

14   promotes care and caution, which caution and care is owed by the government

15   to its people." (Civil Rights) **Rabon vs Rowen Memorial Hospital, Inc.** 269

16   N.S. 1, 13, 152 SE 1 d 485, 493.

17   • "When enforcing mere statutes, judges of all courts do not act judicially (and

18   thus are not protected by "qualified" or "limited immunity," - SEE: Owen v.

19   City, 445 U.S. 662; Bothke v. Terry, 713 F2d 1404) - - "but merely act as an

20   extension as an agent for the involved agency -- but only in a "ministerial" and

21   not a "discretionary capacity..." Thompson v. Smith, 154 S.E. 579, 583; Keller v.

22   P.E., 261 US 428; F.R.C. v. G.E., 281, U.S. 464.

23   • "Judges not only can be sued over their official acts, but could be held **liable**

24   **for injunctive and declaratory relief and attorney's fees." Lezama v. Justice**

25   **Court**, A025829.

26   • "Ignorance of the law does **not** excuse misconduct in anyone, least of all

27   in a sworn officer of the law." In re McCowan (1917), 177 C. 93, 170 P.

28   1100.

Registered Mail #RF775824314US — Dated: March 22, 2025

1    • "**All are presumed to know the law**." San Francisco Gas Co. v. Brickwedel

2      (1882), 62 C. 641; Dore v. Southern Pacific Co. (1912), 163 C. 182, 124 P. 817;

3      People v. Flanagan (1924), 65 C.A. 268, 223 P. 1014; Lincoln v. Superior Court

4      (1928), 95 C.A. 35, 271 P. 1107; San Francisco Realty Co. v. Linnard (1929), 98

5      C.A. 33, 276 P. 368.

6    • "It is one of the fundamental maxims of the common law that **ignorance of the**

7      **law excuses no one**." Daniels v. Dean (1905), 2 C.A. 421, 84 P. 332.

8    • "the people, not the States, are sovereign." — Chisholm v. Georgia, 2 Dall. 419, 2

9      U.S. 419, 1 L.Ed. 440 (1793).

10   • **HE WHO LEAVES THE BATTLEFIELD FIRST LOSES BY DEFAULT.** (Book

11     of Job; Mat. 10:22) -- **Legal maxim:** 'He who does not repel a wrong when he

12     can occasions it.'

13   • **AN UNREBUTTED AFFIDAVIT BECOMES THE JUDGEMENT IN**

14     **COMMERCE.** (Heb. 6:16-17;). '**There is nothing left to resolve.**'

15   //

16   # XV.   NOTICE to the COURT: A DEMAND is NOT a mere MOTION

17   The Court is hereby placed on **legal and judicial notice** that DEFENDANTS'

18   VERIFIED RESPONSE AND DEMAND FOR DISMISSAL OF FRAUDULENT

19   UNLAWFUL DETAINER AND SANCTIONS AGAINST PLAINTIFFS AND

20   DEMAND FOR CONSIDERED AND STIPULATED JUDGEMENT, AND DEMAND

21   FOR **QUIET TITLE** AND DEMAND  FOR SUMMARY JUDGEMENT IN

22   FAVOR OF DEFENDANTS, AS A MATTER OF LAW, is **not** a mere "motion"

23   requesting discretionary relief but rather a **binding and enforceable legal notice**

24   asserting an **absolute right** to immediate injunctive relief as **a matter of law**.

25   //

26   # XVI.        A MOTION is a Request; A DEMAND Asserts a Right

27   The Court must acknowledge and act upon the **fundamental and critical**

28   **distinction** between a motion and a demand:

Registered Mail #RF775824314US — Dated: March 22, 2025

1    **1. A motion seeks the Court's discretion** to grant relief.

2    **2. A demand asserts an absolute right** under statutory and constitutional law,

3    compelling the Court to act accordingly.

4    //

5    # CLAIM AND DEMAND FOR RELIEF:

6    1.    **Dismissal of Plaintiff's claims and entire lawsuit** *With Prejudice* – Dismiss

7    Plaintiff's lawsuit with prejudice due to its fraudulent, frivolous, and meritless

8    nature *in its entirety*.

9    2.    **Quiet Title & Declaratory Judgment** – Enter judgment **quieting title** in favor

10    of Defendants, affirming that the private trust property is **free and clear of any**

11    **adverse claims** by Plaintiff. Declare that Plaintiff's **fraudulent "Trustee's Deed**

12    **Upon Sale"** is **null and void** *ab initio* and order it **stricken from the county**

13    **records**.

14    3.    **Permanent Injunction – Enjoin Plaintiff** from initiating or participating in any

15    further fraudulent or unlawful claims against Defendants' property.

16    4.    **Monetary Judgment –**

17    a. Award **compensatory damages** in the sum of **One Hundred Million and**

18    **00/100 U.S. Dollars ($100,000,000.00 USD),** as **considered and stipulated** in the

19    Self-Executing and Binding Contract and Security Agreements (Exhibits H, I, J,

20    and K).

21    b. Award punitive damages based on Plaintiff's intentional, willful, and

22    malicious actions, including:

23    •    **Fraudulent misrepresentation & false claims** regarding ownership and

24    authority in foreclosure proceedings.

25    •    **Extortion & fraud** under 18 U.S.C. §§ 878, 880, 1344.

26    •    **Racketeering activities** in violation of 18 U.S.C. § 1961 et seq.

27    •    **Unlawful restraint of trade** in violation of antitrust laws.

28    •    **Unauthorized use of Defendants' identity & personal information.**

Registered Mail #RF775824314US — Dated: March 22, 2025

1  • **Slander of title** and **filing of false instruments** clouding Defendants'
2     property rights.

3  5. **Restitution & Asset Recovery** –

4     a. Order **restitution of all funds and assets misappropriated** by Plaintiff,
5     constituting embezzlement under applicable laws.

6     b. Declare Plaintiff's unlawful transportation and transfer of stolen property and
7     securities under 18 U.S.C. § 2314 and order their return.

8  6. **Legal Finality & Preclusion** – Declare that all issues are conclusively
9     settled under the doctrines of **Res Judicata**, **Stare Decisis**, and **Collateral**
10    **Estoppel**.

11 7. **Summary Judgment & Tacit Agreement** –

12    a. Enter summary judgment in favor of Defendants, establishing that Plaintiff
13    has fully and undisputedly agreed to the terms stipulated in the unrebutted
14    verified commercial affidavits and Self-Executing Contract & Security
15    Agreements.

16    b. Recognize Plaintiff's silent acquiescence, tacit agreement, and tacit
17    procuration as binding under principles of contract law.

18 8. **Attorney's Fees & Additional Relief** –

19    a. Award **reasonable attorney's fees** in the sum of **One Million Dollars**
20    **($1,000,000.00 USD)**.

21    b. Grant any **further equitable relief** deemed just and proper, including
22    compensation for **emotional distress, grief, and harm** suffered by the Trust's
23    beneficiaries, including women and children.

24 //

25 **WHEREFORE**, Defendants respectfully request and demand that this Court:

26 1. **Dismiss Plaintiff's Fraudulent Unlawful Detainer Action** with prejudice;

27 2. **Impose Sanctions Against Plaintiffs** for knowingly filing a fraudulent and
28    frivolous claim;

3. **Enter a Considered and Stipulated Judgment** in favor of Defendants;

4. **Quiet Title** in favor of Defendants, confirming their exclusive ownership, free and clear of any adverse claims by Plaintiff;

5. **Order the Immediate Removal and Expungement** of Plaintiff's **fraudulent "Trustee's Deed Upon Sale"** from county records, as it is null and **void *ab initio*;**

6. **Grant Summary Judgment** in favor of Defendants as a matter of law, ruling that all issues have been conclusively settled; and

7. **Award Defendants Any Further Relief** this Court deems just and proper.

//

//

//

//

# COMMERCIAL OATH AND VERIFICATION:

County of Riverside　　　　　　)

　　　　　　　　　　　　　　　)　　　Commercial Oath and Verification

The State of California　　　　　)

I, <u>KEVIN WALKER</u>, under my unlimited liability and Commercial Oath proceeding in good faith being of sound mind states that the facts contained herein are true, correct, complete and not misleading to the best of Affiant's knowledge and belief under penalty of International Commercial Law and state this to be HIS Affidavit of Truth regarding same signed and sealed this <u>22ND</u> day of <u>MARCH</u> in the year of Our Lord two thousand and twenty four:

proceeding sui juris, In Propria Persona, by *Special Limited Appearance*, **All rights reserved without prejudice or recourse, UCC § 1-308, 3-402.**

By: _____

Kevin Walker, *Attorney In Fact, Authorized Representative, Executor*, national, *private bank(er)* EIN # 9x-xxxxxxx

Registered Mail #RF775824314US — Dated: March 22, 2025

## **COMMERCIAL OATH AND VERIFICATION:**

County of Riverside                          )

                                                    )          Commercial Oath and Verification

The State of California                     )

I, <u>DONNABELLE MORTEL</u>, under my unlimited liability and Commercial Oath proceeding in good faith being of sound mind states that the facts contained herein are true, correct, complete and not misleading to the best of Affiant's knowledge and belief under penalty of International Commercial Law and state this to be HIS Affidavit of Truth regarding same signed and sealed this <u>22ND</u> day of <u>MARCH</u> in the year of Our Lord two thousand and twenty four:

proceeding sui juris, In Propria Persona, by *Special Limited Appearance*, **All rights reserved without prejudice or recourse, UCC § 1-308, 3-402.**

By: _____

Donnabelle Mortel, *Attorney In Fact, Authorized Representative, Executor,* national, *private bank(er)* EIN # 9x-xxxxxxx

Let this document stand as truth before the Almighty Supreme Creator and let it be established before men according as the scriptures saith: *"But if they will not listen, take one or two others along, so that every matter may be established by the testimony of two or three witnesses." Matthew 18:16. "In the mouth of two or three witnesses, shall every word be established" 2 Corinthians 13:1.*

Sui juris, By *Special Limited* Appearance,

By: _____

Corey Walker (WITNESS)

Sui juris, By *Special Limited* Appearance,

By: _____

Steven MacArthur-Brooks  (WITNESS)

//
//

-31 of 35-

Registered Mail #RF775824314US — Dated: March 22, 2025

# **LIST OF EXHIBITS / EVIDENCE:**

1. **Exhibit A:** Affidavit: Power of Attorney in Fact.

2.**Exhibit B:** UCC1 filing #2024385925-4.

3.**Exhibit C:** UCC1 filing #2024385935-1.

4. **Exhibit D:** UCC3 filing and NOTICE #2024402433-7.

5.**Exhibit E:** UCC3 filing and NOTICE #2024411182-7.

6. **Exhibit F:** GRANT DEED recorded in Official Records County of Riverside, DOC #2024-0291980, APN: 957-570-005, File No.: 37238 KH, where the private trust property is titled to '<u>WG **Private Irrevocable** Trust, dated Febraury 7, 2022</u>'

7. **Exhibit G:** GRANT DEED, DOC #2022-0490841, APN: 957-570-005, File No.: 30291 KH, recorded in Official Records County of Riverside.

8. **Exhibit H:** Affidavit and Contract and Security Agreement #EI988807156US.

9. **Exhibit I:** Affidavit and Contract and Security Agreement #RF775822865US.

10. **Exhibit J:** Affidavit and Contract and Security Agreement #RF775823755US.

11. **Exhibit K:** Contract and Security Agreement / Affidavit Certificate of Dishonor, Non-response, **DEFAULT**, JUDGEMENT, and LIEN AUTHORIZATION and LIEN AUTHORIZATION, #RF775824288US.

12. **Exhibit L:** Form 3811 corresponding to Exhibit L.

13. **Exhibit M:** Form 3811 corresponding to Exhibit N.

14. **Exhibit N:** Form 3811 corresponding to Exhibit P.

15. **Exhibit O:** Form 3811 corresponding to Exhibit R.

16. **Exhibit P:** Exhibit U: INVOICE/TRUE BILL #MIRINAJDISHONOR25.

17. **Exhibit Q: Fraudulent and extortionate** OFFER/CONTRACT titled '<u>3/90 DAY NOTICE TO QUIT</u>'

18.**Exhibit R:** Trademark and Copyright Contract Agreement for ™KEVIN WALKER©.

19. **Exhibit S:** Trademark and Copyright Contract Agreement for ™DONNABELLE MORTEL©

Registered Mail #RF775824314US — Dated: March 22, 2025

# P R O O F   O F   S E R V I C E

STATE OF CALIFORNIA                   )

                                      )    ss.

COUNTY OF RIVERSIDE              )

     I competent, over the age of eighteen (18) years, and not a party to the within action. My mailing address is the Walkernova Group, **care of:** 30650 Rancho California Road suite #406-251, Temecula, California [92591]. **On March 24, 2025**, I served the within documents:

1.   DEFENDANTS' <u>VERIFIED</u> RESPONSE AND DEMAND FOR DISMISSAL OF <u>FRAUDULENT</u>

     UNLAWFUL DETAINER AND SANCTIONS AGAINST PLAINTIFF AND DEMAND FOR

     CONSIDERED AND STIPULATED JUDGEMENT, AND DEMAND FOR QUIET TITLE AND

    DEMAND FOR SUMMARY JUDGEMENT IN FAVOR OF DEFENDANTS, AS <u>A MATTER OF LAW</u>.

2.                                  Exhibits A through S

**By United States Mail.** I enclosed the documents in a sealed envelope or package addressed to the persons at the addresses listed below by placing the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepared. I am a resident or employed in the county where the mailing occurred. The envelope or package was placed in the mail in Riverside County, California, and sent via Registered Mail with a form 3811.

Naji Doemt, Mary Doumit, Daniel Doemt
C/o NAJI DOUMIT, MARINAJ PROPERTIES, FOCUS ESTATES INC
1130 South Tamarisk Drive
Anaheim, California [92807]
Registered Mail #RF775824331US

Barry-Lee: O'Connor
C/o BARRY LEE O'CONNOR, BARRY LEE O'CONNOR & ASSOCIATES
3691 Adams Street

Registered Mail #RF775824314US — Dated: March 22, 2025

1  Riverside, California [92504]
   Registered Mail #RF775824328US

2

3  **By Electronic Service.** Based on a court order and/or an **agreement of the**

4  **parties** to accept service by electronic transmission, I caused the documents to be

5  sent to the persons at the electronic notification addresses listed below.

6  Naji Doemt, Mary Doumit, Daniel Doemt
   C/o NAJI DOUMIT, MARINAJ PROPERTIES, FOCUS ESTATES INC
   1130 South Tamarisk Drive
7  Anaheim, California [92807]
   udlaw2@aol.com
8  louisatoui3@yahoo.com

9  Barry-Lee: O'Connor
   C/o BARRY LEE O'CONNOR, BARRY LEE O'CONNOR & ASSOCIATES
10 3691 Adams Street
   Riverside, California [92504]
11 udlaw2@aol.com
   louisatoui3@yahoo.com

12

13    I declare under penalty of perjury under the laws of the State of California

14 that the above is true and correct.  Executed on March 22, 2025 in Riverside County,

15 California.

16                                    _____*/s/Corey Walker/*_____
                                          Corey Walker

17 //

18 //

19 //

20 /

21 //

22 //

23 //

24 //

25                                    **NOTICE:**

26 Using a notary on this document does *not* constitute any adhesion, *nor does it alter*

27 *my status in any manner.* The purpose for notary is verification and identification

28 only and not for entrance into any foreign jurisdiction.

Registered Mail #RF775824314US — Dated: March 22, 2025

# ANKNOWLEDGEMENT:

State of California      )

                          ) ss.

County of Riverside     )

> A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

On this 22nd day of March, 2025, before me,   Joyti Patel , a Notary Public, personally appeared Corey Walker, who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _Joytipatel_____ (Seal)

> JOYTI PATEL
> Notary Public - California
> Riverside County
> Commission # 2407742
> My Comm. Expires Jul 8, 2026

-35 of 35-

-Exhibit BB-

Registered Mail #RF775825822US — Dated: May 15, 2025

**From/Claimant(s):** Kevin: Realworldfare
*Secured Party, Executor, Fiduciary, Real Party In Interest,*
C/o ™WG EXPRESS TRUST©, ™WG PRIVATE IRR TRUST©
30650 Rancho California Road # 406-251
Temecula, California
**non-domestic *without* the United States**
Email: team@walkernovagroup.com

*** NOTICE TO AGENT IS NOTICE TO PRINCIPAL ***
*** NOTICE TO PRINCIPAL IS NOTICE TO AGENT ***

**To/Respondents:**
Naji Doumit, John Bailey, Therese Bailey, Barry Lee O'Connor
Daniel Doumit, Mary Doumit
C/o **THE BAILEY LEGAL GROUP, MARINAJ PROPERTIES**
**BARRY LEE O'CONNOR & ASSOCIATES, FOCUS ESTATES**
25014 Las Brisas South, Suite B
Murrieta, California [92562]
Registered Mail #RF775825345US
Email: jbailey@tblglaw.com, tbailey@tblglaw.com, udlaw2@aol.com

**RE: VERIFIED FINAL NOTICE: COMMERCIAL SETTLEMENT OFFER AND STIPULATED QUIET TITLE JUDGMENT**

You are hereby given final notice that this matter—having already resulted in recorded dishonor, ***unrebutted*** affidavits, and perfected title—may be **removed to federal court** if necessary for proper jurisdictional enforcement. However, **a separate, standalone federal lawsuit** is being prepared and ***shall*** be filed against all named parties for multiple violations of State and federal law.

You are extended one final, **non-negotiable** opportunity to resolve this matter **privately and honorably,** under the following terms:

## I. TERMS OF COMMERCIAL SETTLEMENT AND STIPULATED QUIET TITLE:

1. **Title Confirmation**: You agree with the **unrebutted *and* undisputable** facts that legal and equitable title to the subject property is vested exclusively in ™WG EXPRESS TRUST© and/or ™WG PRIVATE IRR TRUST©, and any and all claims by MARINAJ PROPERTIES LLC, NAJI DOUMIT, or FOCUS ESTATES INC are withdrawn *permanently.*

2. **Fraudulent Cross-Complaint May Not Be Refiled**: As the previous Cross-Complaint has been formally rejected by the Court, **any attempt to refile or**

Registered Mail #RF775825822US — Dated: May 15, 2025

1  **reassert it** will be considered **fraudulent simulation of legal process** and
2  actionable under federal law.

3  3. **Settlement Payment**: You agree to remit payment in the amount of **Three
4  Hundred and Fifty Thousand Dollars ($350,000.00 USD)** to Plaintiffs and/or
5  Secured Parties within **three (3) calendar days** of this agreement, as full and
6  final settlement of all outstanding claims, which includes but is not limited to:

7  • **Professional legal fees and litigation expenses** incurred in defense of title
8  and enforcement of secured interests;

9  • **Private administrative and fiduciary costs** related to trust recordkeeping,
10  document preparation, and commercial enforcement actions;

11  • **Damages resulting from slander of title, fraudulent conveyance attempts,**
12  **obstruction of remedy, and malicious litigation conduct**, including injury
13  to private trust reputation, administrative interference, and economic harm.

14  Failure to timely tender this amount will be treated as further dishonor and tacit
15  admission of all associated liabilities.

16  4. **Permanent Waiver of Claims**: You waive all past, present, and future claims
17  against the trusts and their fiduciaries.

18  ## II. FEDERAL COMPLAINT TO PROCEED IF NOT ACCEPTED

19  Should this final settlement offer be dishonored or ignored, Plaintiffs and/or
20  Secured Parties shall immediately initiate a separate **federal civil and commercial**
21  **complaint**, asserting the following statutory violations, each carrying **private rights**
22  **of action, treble damages**, and/or **criminal penalties**:

23  **1. Racketeering (RICO)** — *18 U.S.C. § 1962*

24  • Engaging in a pattern of racketeering activity through fraudulent conveyances,
25  obstruction of remedy, and simulated legal process.

26  • **Private right of action:** *18 U.S.C. § 1964(c)*

27  • **Damages:** Treble actual damages + attorney's fees.

28  **2. Conspiracy Against Rights** — *18 U.S.C. § 241*

VERIFIED FINAL NOTICE: COMMERCIAL SETTLEMENT OFFER AND STIPULATED QUIET TITLE JUDGMENT

Registered Mail #RF775825822US — Dated: May 15, 2025

- Two or more persons conspiring to injure, oppress, threaten, or intimidate under the color of law.
- **Criminal penalty:** Fine and/or up to 10 years imprisonment; no immunity under § 242.

**3. Deprivation of Rights Under Color of Law** — *42 U.S.C. § 1983*

- Judicial and legal actors depriving secured parties of due process, property, and equitable remedy.
- **Private right of action:** Civil damages + injunctive relief.
- **Damages:** Compensatory + punitive damages.

**4. Mail and Wire Fraud** — *18 U.S.C. §§ 1341, 1343*

- Use of U.S. mail and electronic systems to perpetrate and sustain a fraudulent scheme involving title and property.
- **Criminal penalty:** Up to 20 years imprisonment per count.
- **Treble damages in RICO nexus.**

**5. Bank Fraud** — *18 U.S.C. § 1344*

- Fraudulent title instruments submitted in bad faith to manipulate or distort property records or banking instruments.
- **Criminal penalty:** Up to 30 years imprisonment + $1,000,000 per violation.

**6. Fraudulent Transfer and Interstate Transportation of Stolen Goods** — *18 U.S.C. § 2314*

- Filing, conveying, or transferring interest in property already perfected in trust, knowingly void of authority.
- **Criminal penalty:** Up to 10 years imprisonment.

**7. Unauthorized Use of Trademarks/Copyrighted Entities** — *15 U.S.C. §§ 1114, 1125*

- Use of protected names and commercial entities (e.g., ™KEVIN WALKER©, ™DONNABELLE MORTEL©) in pleadings, filings, and process.
- **Statutory damages:** Up to $2,000,000 per instance for willful infringement.

Registered Mail #RF775825822US — Dated: May 15, 2025

1    •    **Private action permitted under the Lanham Act.**

2    **8. Slander of Title / Fraudulent Conveyance** — *Civil Code § 47 (CA) & Equity*

3    •    False filings to cloud or usurp property title held in trust.

4    •    **Private remedy:** General and special damages; punitive upon malice.

5    **9. Commercial Dishonor and Constructive Fraud** — *UCC §§ 3-505, 1-308*

6    •    Dishonor of verified commercial presentment, refusal to cure default, and

7    fraudulent simulation of jurisdiction.

8    •    **Remedy:** Binding judgment, lien enforcement, injunctive relief, and damages.

9    **10. Civil Conspiracy and Administrative Obstruction**

10    •    Knowingly conspiring to subvert commercial due process, interfere with estate

11    management, and simulate legal authority.

12    •    **Damages:** Joint and several liability for full commercial loss, with multiplier

13    penalties where applicable.

14    <u>**III. TOTAL ESTIMATED LIABILITY EXPOSURE (AS OF RECORD):**</u>

15    Based on the unrebutted affidavits, perfected commercial filings, and the

16    ongoing dishonor by Defendants and their legal counsel, the total financial

17    exposure at stake is staggering and compounding. Below is a breakdown of

18    current liabilities

19    **1. Base Damages — Approx. $100,000,000.00 USD**

20    These are grounded in the perfected commercial liens, sworn affidavits, and

21    recorded notices evidencing direct and ongoing injury to Plaintiffs and/or Secured

22    Parties. They include slander of title, wrongful possession, unauthorized

23    conveyance, obstruction of remedy, commercial defamation, and fiduciary trespass.

24    **2. Treble Damages Under RICO — Approx. $300,000,000.00 USD**

25    Pursuant to **18 U.S.C. § 1964(c)**, any party injured by a pattern of racketeering is

26    entitled to **three times actual damages**. As established, the pattern includes mail

27    fraud, wire fraud, simulated legal process, conspiracy to interfere with rights, and

28    constructive fraud — all of which are evidenced and unrebutted in the record.

Registered Mail #RF775825822US — Dated: May 15, 2025

1  **3. Trademark & Copyright Infringement — $12,000,000.00 to $20,000,000.00 USD**

2  Under **15 U.S.C. §§ 1114 and 1125**, willful, unauthorized use of protected

3  commercial names and marks such as ™KEVIN WALKER© and ™DONNABELLE

4  MORTEL© creates strict statutory liability.

5  With at least **12 confirmed and documented uses**, and statutory penalties ranging

6  from **$1,000,000 to $2,000,000 per violation**, the total estimated exposure is between

7  **$12M and $20M** on this basis alone.

8  **4. Additional Relief and Penalties — TBD**

9  • Equitable quieting of title;

10  • Permanent injunctive relief;

11  • Enforcement of liens and commercial default penalties;

12  • Potential administrative referrals and bar disciplinary action.

13  <u>**Total Estimated Exposure: $412,000,000.00 to $420,000,000.00 USD**</u>

14  This estimate reflects **only current _unrebutted_ liabilities**. Any further denial, delay,

15  or misconduct by Defendants will increase total exposure and will be formally

16  recorded as aggravated dishonor, bad faith, and obstruction.

17  <u>**IV. FAILURE TO RESPOND:**</u>

18  **Failure to accept this offer in full by May 19, 2025 shall constitute:**

19  • **Final dishonor** under UCC §§ 3-505 and 2-201;

20  • **Commercial and equitable default** by operation of law;

21  • **Tacit admission of liability and fault**, through non-response and non-

22  performance;

23  • **Irrevocable consent to all claims, facts, and damages** asserted in the

24  forthcoming federal civil RICO and civil rights action.

25  <u>**V. USE OF THIS OFFER AS EVIDENCE OF DISHONOR**</u>

26  This private settlement offer and stipulated judgment constitutes a **lawful**

27  **commercial presentment** under the Uniform Commercial Code, equity, and

28  contract law. If this offer is **rejected, dishonored, or ignored**—whether by refusal to

Registered Mail #RF775825822US — Dated: May 15, 2025

1 sign, failure to respond, or continued obstruction—**this document shall be entered**
2 **into the record as formal evidence of dishonor**, bad faith, and commercial default.
3 Such rejection will further serve as:

4 • **Proof of willful injury**, fraud, and conspiracy;

5 • **Basis for treble damages** under RICO and civil statutes;

6 • **Foundation for punitive damages and injunctive enforcement;**

7 • And **prima facie evidence** in the forthcoming federal complaint and lien
8    enforcement proceedings.

9 All parties are advised that **this offer will be filed, served, and preserved as part**
10 **of the official commercial and legal record**, and may be introduced in any court of
11 law, equity, or administrative tribunal to establish dishonor, breach of fiduciary
12 duty, and willful violation of rights.

13 **All rights reserved without prejudice, UCC 1-308, nunc pro tunc, ab initio.**

14 # VI. *CONDITIONAL* MUTUAL RELEASE AND INDEMNIFICATION

15 This provision shall only take effect upon **full and final performance** by
16 Defendants, including:

17 • Full payment of the settlement amount in U.S. dollars as specified herein;

18 • Proper execution and filing of a stipulated judgment to quiet title in favor of
19    Plaintiffs and/or Secured Parties;

20 • Complete withdrawal of all current and future claims, filings, and adverse
21    interests relating to the subject property.

22 **Upon fulfillment of the above**, Plaintiffs and/or Secured Parties shall issue a
23 limited release of claims related specifically to the quiet title dispute at issue in this
24 matter.

25 Conversely, **Defendants, their counsel, and any agents, assigns, or successors**
26 **shall jointly and severally agree to:**

27 1.  **Hold harmless and fully indemnify Plaintiffs and/or Secured Parties**, their
28     trusts, fiduciaries, assigns, and authorized representatives against any and all

1  known or unknown claims arising from or connected to the subject property,
2  administrative filings, or trademark use;

3  2.   Acknowledge that no further claims may be asserted against Plaintiffs and/
4  or Secured Parties with respect to the subject matter without constituting
5  fraud, bad faith, and further commercial dishonor;

6  3.   Affirm that this clause **does not limit** Plaintiffs and/or Secured Parties from
7  pursuing separate claims, damages, or enforcement actions arising from any
8  **prior dishonor, fraud, commercial injury, or intellectual property**
9  **violations**, including but not limited to trademark misuse, unauthorized
10  process, or constructive trust trespass, **unless** expressly waived in writing.

11  This clause is binding in equity and commerce and shall be enforceable as a **self-**
12  **executing** contract agreement upon failure to rebut or perform within the terms
13  specified.

14  ## VERIFICATION:

15  ### Pursuant to 28 U.S.C. § 1746

16  ### BY AUTHORIZED REPRESENTATIVE WITH FIRSTHAND KNOWLEDGE

17  I, <u>Kevin: Realworldfare</u>, over the age of 18, competent to testify, and having
18  **firsthand knowledge** of the facts stated herein, do hereby **declare, certify, verify,**
19  **affirm, and state** under penalty of perjury under the laws of the **United States of**
20  **America**, that the foregoing statements are **true, correct, and complete**, to the best
21  of my **understanding, knowledge, and belief**, and made in **good faith**.

22  Executed, signed, and sealed this <u>15th</u> day of <u>May</u> in the year of Our Lord two
23  thousand and twenty five, *without* the United States, **with all rights reserved and**
24  **without recourse and without prejudice.**

25  **All rights reserved without prejudice or recourse, UCC § 1-308, 3-402.**

26
27  By: _Kevin: Realworldfare_
   Kevin: Realworldfare, *Secured Party, Fiduciary,*
28  *Authorized Representative, Executor*

Page 7 of 12

Registered Mail #RF775825632US — Dated: May 15, 2025

1  Let this document stand as truth before the Almighty Supreme Creator and let it be

2  established before men according as the scriptures saith: *"But if they will not listen, take one*

3  *or two others along, so that every matter may be established by the testimony of two or three*

4  *witnesses." Matthew 18:16. "In the mouth of two or three witnesses, shall every word be*

5  *established" 2 Corinthians 13:1.*

6  **All rights reserved without prejudice or recourse, UCC § 1-308**

7
8  By: _Corey Caleb Walker_
                Corey: Walker (*Witness*)

9  **All rights reserved without prejudice or recourse, UCC § 1-308**

10  By: _Donnabella Realworldfare_
11                Donnabella: Realworldfare (*Witness*)

12  //

13  # **LIST OF EXHIBITS / EVIDENCE:**

14  1. **Exhibit A:** GRANT DEED recorded in Official Records County of Riverside,

15     DOC #2024-0291980, APN: 957-570-005, File No.: 37238 KH, where the private

16     trust property is titled to '<u>WG **Private Irrevocable** Trust, dated February 7, 2022</u>'.

17  2. **Exhibit B:** UCC1 filing #2024385925-4.

18  3. **Exhibit C:** UCC1 filing #2024385935-1.

19  4. **Exhibit D:** UCC3 filing and NOTICE #2024402433-7.

20  5. **Exhibit E:** UCC3 filing and NOTICE #2024411182-7.

21  6. **Exhibit F:** GRANT DEED, DOC #2022-0490841, APN: 957-570-005, File No.: 30291

22     KH, recorded in Official Records County of Riverside.

23  7. **Exhibit G:** Affidavit and Contract and Security Agreement #EI988807156US.

24  8. **Exhibit H:** Affidavit and Contract and Security Agreement #RF775822865US.

25  9. **Exhibit I:** Affidavit and Contract and Security Agreement #RF775823755US.

26  10. **Exhibit J:** Contract and Security Agreement / Affidavit Certificate of Dishonor,

27     Non-response, **DEFAULT**, JUDGEMENT, and LIEN AUTHORIZATION and

28     LIEN AUTHORIZATION, #RF775824288US.

VERIFIED FINAL NOTICE: COMMERCIAL SETTLEMENT OFFER AND STIPULATED QUIET TITLE JUDGMENT

Registered Mail #RF775825822US — Dated: May 15, 2025

11. **Exhibit K**: Form 3811 corresponding to Exhibit G.

12. **Exhibit L**: Form 3811 corresponding to Exhibit H.

13. **Exhibit M**: Form 3811 corresponding to Exhibit I.

14. **Exhibit N**: Form 3811 corresponding to Exhibit J.

15. **Exhibit O:** Trust Certificate of WG PRIVATE IRREVOCABLE TRUST.

16. **Exhibit P:** Affidavit: Power of *Attorney-In-Fact*

17. **Exhibit Q:** Contract and Security Agreement / Affidavit Certificate of Dishonor, Non-response, DEFAULT, JUDGEMENT, and LIEN AUTHORIZATION and LIEN AUTHORIZATION, **#RF661592201US.**

18. **Exhibit R:** ™KEVIN WALKER© Trademark and Copyright Agreement

19. **Exhibit S:** ™DONNABELLE MORTEL© Trademark and Copyright Agreement

20. **Exhibit T:** Copy of Rule 8.4 Misconduct Approved by the Supreme Court.

21. **Exhibit U:** Copy of Defendants **defective and fraudulent** CROSS-COMPLAINT

22. **Exhibit V:** Copy of <u>VERIFIED</u> RESPONSE, *CONDITIONAL* ACCEPTANCE, AND MOTION AND DEMAND TO STRIKE CROSS-COMPLAINT, SANCTION COUNSEL FOR FRAUD, AND QUIET TITLE IN FAVOR OF PLAINTIFFS, as <u>a matter of law (</u>Express Mail #ER192833495US).

23. **Exhibit W:** Copy of NOTICE OF RETURN of Defendants defective CROSS-COMPLAINT.

24. **Exhibit X:** Proof of delivery of 'VERIFIED RESPONSE..' (Exhibit V) to Court.

25. **Exhibit Y:** Email correspondence from John Bailey and Barry Lee O'Connor showing their clear evasion, bad faith, and dishonor.

//
//
//
//
//
//

VERIFIED FINAL NOTICE: COMMERCIAL SETTLEMENT OFFER AND STIPULATED QUIET TITLE JUDGMENT

Registered Mail #RF775825822US — Dated: May 15, 2025

# PROOF OF SERVICE

STATE OF CALIFORNIA         )

                                 )    ss.

COUNTY OF RIVERSIDE      )

      I competent, over the age of eighteen (18) years, and not a party to the within action. My mailing address is the Walkernova Group, **care of:** 30650 Rancho California Road suite #406-251, Temecula, California [92591]. **On May 15, 2025**, I served the within documents:

1.      **VERIFIED FINAL NOTICE: COMMERCIAL SETTLEMENT OFFER AND STIPULATED QUIET TITLE JUDGMENT.**

    **By United States Mail.** I enclosed the documents in a sealed envelope or package addressed to the persons at the addresses listed below by placing the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepared. I am a resident or employed in the county where the mailing occurred. The envelope or package was placed in the mail in Riverside County, California, and sent via Registered Mail with a form 3811.

Naji Doumit, Mary Doumit, Daniel Doumit
C/o **NAJI DOUMIT, MARINAJ PROPERTIES, FOCUS ESTATES INC**
1130 South Tamarisk Drive
Anaheim, California [92807]
Registered Mail #RF775825819US

John L. Bailey (#103867), Therese Bailey (#171043)
C/o **THE BAILEY LEGAL GROUP**
25014 Las Brisas South, Suite B
Murrieta, California [92562]
Registered Mail #RF775825822US

Barry-Lee: O'Connor
C/o **BARRY LEE O'CONNOR, BARRY LEE O'CONNOR & ASSOCIATES**

Registered Mail #RF775825822US — Dated: May 15, 2025

1
2

3691 Adams Street
Riverside, California [92504]
Registered Mail #RF775825836US

3    **By Electronic Service.** Based on a court order and/or an **agreement of the**

4    **parties** to accept service by electronic transmission, I caused the documents to be

5    sent to the persons at the electronic notification addresses listed below.

6
7
8
9

Naji Doumit, Mary Doumit, Daniel Doumit
C/o **NAJI DOUMIT, MARINAJ PROPERTIES, FOCUS ESTATES INC**
1130 South Tamarisk Drive
Anaheim, California [92807]
udlaw2@aol.com
louisatoui3@yahoo.com
najidoumit@gmail.com

10
11
12

John L. Bailey (#103867), Therese Bailey (#171043)
C/o **THE BAILEY LEGAL GROUP**
25014 Las Brisas South, Suite B
Murrieta, California [92562]
jbailey@tblglaw.com
tbailey@tblglaw.com

13
14
15
16

Barry-Lee: O'Connor (#134549)
C/o **BARRY LEE O'CONNOR, BARRY LEE O'CONNOR & ASSOCIATES**
3691 Adams Street
Riverside, California [92504]
udlaw2@aol.com
louisatoui3@yahoo.com

17    I declare under penalty of perjury under the laws of the State of California

18    that the above is true and correct. Executed on **May 15, 2025** in Riverside County,

19    California.

20

_____*/s/Corey Walker/*_____
Corey Walker

21    //

22    //

23    //

24                                    NOTICE:

25    Using a notary on this document does *not* constitute joinder adhesion, or consent to

26    any foreign jurisdiction, *nor does it alter my status in any manner.* The purpose for

27    notary is verification and identification only and not for entrance into any foreign

28    jurisdiction.

VERIFIED FINAL NOTICE: COMMERCIAL SETTLEMENT OFFER AND STIPULATED QUIET TITLE JUDGMENT

Registered Mail #RF775825822US — Dated: May 15, 2025

# **ACKNOWLEDGEMENT:**

1

2  State of California                )

3                                     ) ss.

4  County of Riverside                )

| | |
|---|---|
| A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document. | |

5  On this 15th day of May, 2025, before me, _Joyti Patel_, a Notary Public, personally

6  appeared Kevin Realworldfare *(formerly Kevin Walker)*, who proved to me on the

7  basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed

8  to the within instrument and acknowledged to me that he/she/they executed the

9  same in his/her/their authorized capacity(ies), and that by his/her/their

10 signature(s) on the instrument the person(s), or the entity upon behalf of which the

11 person(s) acted, executed the instrument.

12 I certify under PENALTY OF PERJURY under the laws of the State of California

13 that the foregoing paragraph is true and correct.

14

15 WITNESS my hand and official seal.

16

17

18 Signature _Joyti Patel_____ (Seal)

| | |
|---|---|
| | JOYTI PATEL<br>Notary Public - California<br>Riverside County<br>Commission # 2407742<br>My Comm. Expires Jul 8, 2026 |

19

20

21

22

23

24

25

26

27

28

VERIFIED FINAL NOTICE: COMMERCIAL SETTLEMENT OFFER AND STIPULATED QUIET TITLE JUDGMENT

-Exhibit CC-

**From: John Bailey** jbailey@tblglaw.com 📎
**Subject:** WG Express etc. vs Marinaj / Final Verified Settlement Offer and Stipulated Quiet Title Judgment — Immediate Response Required
**Date:** May 15, 2025 at 9:19 AM
**To:** Kevin Walker kevinwalker@me.com, WALKERNOVA GROUP team@walkernovagroup.com, REALWORLDFARE suijuris@realworldfare.com, Steven steven@walkernovagroup.com
**Cc:** Therese (Terri) Bailey tbailey@tblglaw.com, Kathi LaCroix klacroix@tblglaw.com, Barry Lee O'Conner Udlaw2@aol.com

Kevin, et. al.,

Your attached settlement offer has been rejected by my clients.

John Bailey
**The Bailey Legal Group**
25014 Las Brisas South, Suite B
Murrieta, CA 92562
(951) 304-7566 Office
(951) 304-7571 Fax
jbailey@tblglaw.com

-------- Forwarded Message --------
**Subject:** Final Verified Settlement Offer and Stipulated Quiet Title Judgment — Immediate Response Required
**Date:** Thu, 15 May 2025 08:41:44 -0700
**From:** WALKERNOVA GROUP <team@walkernovagroup.com>
**To:** John Bailey <jbailey@tblglaw.com>, Therese (Terri) Bailey <tbailey@tblglaw.com>, Barry Lee O'Conner <udlaw2@aol.com>, Kathi LaCroix <klacroix@tblglaw.com>
**CC:** Louis Atoui <louisatoui3@yahoo.com>, najidoumit@gmail.com, Steven <steven@walkernovagroup.com>, REALWORLDFARE <suijuris@realworldfare.com>, judicialcouncil@jud.ca.gov, piu@doj.ca.gov, crm.section@usdoj.gov

**Dear John Bailey (ID# 103867 ), These Bailey (ID# 171043 ), Barry Lee O'Connor (ID# 134549), Louis Atoui, Naji Doumit, Mary Doumit, Daniel Doumit, MARINAJ PROPERTIES, Does 1-100 Inclusive,**

You are hereby placed on final notice of the attached "**VERIFIED FINAL NOTICE: COMMERCIAL SETTLEMENT OFFER AND STIPULATED QUIET TITLE JUDGMENT,**" dated **May 15, 2025.**

This notice outlines one last opportunity to resolve this matter honorably and privately. As of today, your parties remain in unrebutted dishonor, commercial default, and procedural fraud, having refused to cure or respond to perfected commercial filings, affidavits, and conditional acceptances.

You are being offered a limited-time opportunity to:

- Stipulate to quiet title in favor of the Trust(s);

- Cease and withdraw all adverse claims;

- Remit a settlement payment in the amount of **$350,000.00 USD**.

**Failure to respond by May 19, 2025** shall constitute final dishonor and irrevocable consent to all allegations and damages detailed in the forthcoming federal civil and RICO action. Your continued misuse of the court, simulated legal process, and unauthorized trademark violations now total over **Four Hundred and Twelve Million ($412,000,000.00)** in confirmed liabilities.

This offer will be used as evidence of good faith by the Plaintiffs and/or Secured Parties and of bad faith by the Defendants if ignored or dishonored.

 Virus-free.www.avast.com

VERIFIED FINAL    Attached
NOTIC...NT.pdf    Message Part

**From:** **Barry Lee O'Connor** udlaw2@aol.com
**Subject:** Re: Final Verified Settlement Offer and Stipulated Quiet Title Judgment — Immediate Response Required
**Date:** May 15, 2025 at 9:20 AM
**To:** WALKERNOVA GROUP team@walkernovagroup.com, John Bailey jbailey@tblglaw.com, Therese (Terri) Bailey tbailey@tblglaw.com, Kathi LaCroix klacroix@tblglaw.com
**Cc:** Louis Atoui louisatoui3@yahoo.com, najidoumit@gmail.com, Steven steven@walkernovagroup.com, REALWORLDFARE suijuris@realworldfare.com, judicialcouncil@jud.ca.gov, plu@doj.ca.gov, crm.section@usdoj.gov

Nothing is consented to and this offer is totally rejected on all terms and conditions.

Sent from the all new AOL app for iOS

On Thursday, May 15, 2025, 8:41 AM, WALKERNOVA GROUP <team@walkernovagroup.com> wrote:

**Dear John Bailey (ID# 103867 ), These Bailey (ID# 171043 ), Barry Lee O'Connor (ID# 134549), Louis Atoui, Naji Doumit, Mary Doumit, Daniel Doumit, MARINAJ PROPERTIES, *Does 1-100 Inclusive*,**

You are hereby placed on final notice of the attached **"VERIFIED FINAL NOTICE: COMMERCIAL SETTLEMENT OFFER AND STIPULATED QUIET TITLE JUDGMENT,"** dated **May 15, 2025.**

This notice outlines one last opportunity to resolve this matter honorably and privately. As of today, your parties remain in unrebutted dishonor, commercial default, and procedural fraud, having refused to cure or respond to perfected commercial filings, affidavits, and conditional acceptances.

You are being offered a limited-time opportunity to:

- Stipulate to quiet title in favor of the Trust(s);

- Cease and withdraw all adverse claims;

- Remit a settlement payment in the amount of **$350,000.00 USD**.

**Failure to respond by May 19, 2025** shall constitute final dishonor and irrevocable consent to all allegations and damages detailed in the forthcoming federal civil and RICO action. Your continued misuse of the court, simulated legal process, and unauthorized trademark violations now total over **Four Hundred and Twelve Million ($412,000,000.00)** in confirmed liabilities.

This offer will be used as evidence of good faith by the Plaintiffs and/or Secured Parties and of bad faith by the Defendants if ignored or dishonored.

**All rights reserved *without* prejudice, UCC 1-308.**

Sincerely,
**Kevin: Realworldfare**
*Secured Party, Authorized Representative, & Fiduciary*
™WG EXPRESS TRUST© / ™WG PRIVATE IRR TRUST©

**WALKERNOVA GROUP**
WALKERNOVAGROUP.com

The information contained in this e-mail message is privileged and confidential, intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient or the employee or agent responsible, please deliver it to the intended recipient. You are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited. If this is delivered to you in error, please notify us by e-mail or telephone, and delete the original message. The information in this email including the name of the above sender shall not be considered an electronic signature under Civil Code § 1633.2. The information in this email and/or the conduct of the parties does not give implied consent to conduct a transaction by electronic means under Civil Code § 1633. Thank you.

**From:** **Barry Lee O'Connor** udlaw2@aol.com
**Subject:** Re: Final Verified Settlement Offer and Stipulated Quiet Title Judgment — Immediate Response Required
**Date:** May 15, 2025 at 9:20 AM
**To:** WALKERNOVA GROUP team@walkernovagroup.com, John Bailey jbailey@tblglaw.com, Therese (Terri) Bailey tbailey@tblglaw.com, Kathi LaCroix klacroix@tblglaw.com
**Cc:** Louis Atoui louisatoui3@yahoo.com, najidoumit@gmail.com, Steven steven@walkernovagroup.com, REALWORLDFARE suijuris@realworldfare.com, judicialcouncil@jud.ca.gov, piu@doj.ca.gov, crm.section@usdoj.gov

Nothing is consented to and this offer is totally rejected on all terms and conditions.

Sent from the all new AOL app for iOS

On Thursday, May 15, 2025, 8:41 AM, WALKERNOVA GROUP <team@walkernovagroup.com> wrote:

**Dear John Bailey (ID# 103867 ), These Bailey (ID# 171043 ), Barry Lee O'Connor (ID# 134549), Louis Atoui, Naji Doumit, Mary Doumit, Daniel Doumit, MARINAJ PROPERTIES, *Does 1-100 Inclusive*,**

You are hereby placed on final notice of the attached "**VERIFIED FINAL NOTICE: COMMERCIAL SETTLEMENT OFFER AND STIPULATED QUIET TITLE JUDGMENT,**" dated **May 15, 2025.**

This notice outlines one last opportunity to resolve this matter honorably and privately. As of today, your parties remain in unrebutted dishonor, commercial default, and procedural fraud, having refused to cure or respond to perfected commercial filings, affidavits, and conditional acceptances.

You are being offered a limited-time opportunity to:

- Stipulate to quiet title in favor of the Trust(s);
- Cease and withdraw all adverse claims;
- Remit a settlement payment in the amount of **$350,000.00 USD**.

**Failure to respond by May 19, 2025** shall constitute final dishonor and irrevocable consent to all allegations and damages detailed in the forthcoming federal civil and RICO action. Your continued misuse of the court, simulated legal process, and unauthorized trademark violations now total over **Four Hundred and Twelve Million ($412,000,000.00)** in confirmed liabilities.

This offer will be used as evidence of good faith by the Plaintiffs and/or Secured Parties and of bad faith by the Defendants if ignored or dishonored.

**All rights reserved *without* prejudice, UCC 1-308.**

Sincerely,
**Kevin: Realworldfare**
*Secured Party, Authorized Representative, & Fiduciary*
™WG EXPRESS TRUST© / ™WG PRIVATE IRR TRUST©

**WALKERNOVA GROUP**
WALKERNOVAGROUP.com

The information contained in this e-mail message is privileged and confidential, intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient or the employee or agent responsible, please deliver it to the intended recipient. You are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited. If this is delivered to you in error, please notify us by e-mail or telephone, and delete the original message. The information in this email including the name of the above sender shall not be considered an electronic signature under Civil Code § 1633.2. The information in this email and/or the conduct of the parties does not give implied consent to conduct a transaction by electronic means under Civil Code § 1633. Thank you.